AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 59 _

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

AUG 1 1 2005                      Chris Scargill
_____           _____
(Date forms issued)               (Signature of Party or their Representative)

                                  Chris Scargill
                                  _____
                                  (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action