# EXHIBIT A
# (PART 4 OF 4)

US 6,175,752 B1

35

coupled to the rest of the electronic components (e.g., the voltage source 95 and measurement circuit 96 of FIGS. 18A and 18B) within the on-skin sensor control unit 44. Alternatively, the pins 84 may be coupled directly to the rest of the electronics.

In another embodiment, the conductive contacts 80 are formed as a series of conducting regions 88 with interspersed insulating regions 90, as illustrated in FIG. 19B. The conducting regions 88 may be as large or larger than the contact pads 49 on the sensor 42 to alleviate registration concerns. However, the insulating regions 90 should have sufficient width so that a single conductive region 88 does not overlap with two contact pads 49 as determined based on the expected variation in the position of the sensor 42 and contact pads 49 with respect to the conductive contacts 80. The conducting regions 88 are formed using materials such as metals, alloys, or conductive carbon. The insulating regions 90 may be formed using known insulating materials including, for example, insulating plastic or polymer materials.

In a further embodiment, a unidirectional conducting adhesive 92 may be used between the contact pads 49 on the sensor 42 and conductive contacts 80 implanted or otherwise formed in the on-skin sensor control unit 44, as shown in FIG. 19C.

In yet another embodiment, the conductive contacts 80 are conductive members 94 that extend from a surface of the on-skin sensor control unit 44 to contact the contact pads 49, as shown in FIG. 19D. A variety of different shapes may be used for these members, however, they should be electrically insulated from each other. The conductive members 94 may be made using metal, alloy, conductive carbon, or conducting plastics and polymers.

Any of the exemplary conductive contacts 80 described above may extend from either the upper surface of the interior of the on-skin sensor control unit 44, as illustrated in FIG. 19A–19C, or from the lower surface of the interior of the on-skin sensor control unit 44, as illustrated in FIG. 19D, or from both the upper and lower surfaces of the interior of the on-skin sensor control unit 44, particularly when the sensor 42 has contact pads 49 on both sides of the sensor.

Conductive contacts 80 on the exterior of the housing 45 may also have a variety of shapes as indicated in FIGS. 19E and 19F. For example, the conductive contacts 80 may be embedded in (FIG. 19E) or extending out of (FIG. 19F) the housing 45.

The conductive contacts 80 are preferably made using a material which will not corrode due to contact with the contact pads 49 of the sensor 42. Corrosion may occur when two different metals are brought in contact. Thus, if the contact pads 49 are formed using carbon then the preferred conductive contacts 80 may be made using any material, including metals or alloys. However, if any of the contact pads 49 are made with a metal or alloy then the preferred conductive contacts 80 for coupling with the metallic contact pads 49 are made using a non-metallic conductive material, such as conductive carbon or a conductive polymer, or the conductive contacts 80 and the contact pads 49 are separated by a non-metallic material, such as a unidirectional conductive adhesive.

In one embodiment, electrical contacts are eliminated between the sensor 42 and the on-skin sensor control unit 44. Power is transmitted to the sensor via inductive coupling, using, for example, closely space antennas (e.g., facing coils) (not shown) on the sensor and the on-skin sensor control unit. Changes in the electrical characteristics of the

36

sensor control unit 44 (e.g., current) induce a changing magnetic field in the proximity of the antenna. The changing magnetic field induces a current in the antenna of the sensor. The close proximity of the sensor and on-skin sensor control unit results in reasonably efficient power transmission. The induced current in the sensor may be used to power potentiostats, operational amplifiers, capacitors, integrated circuits, transmitters, and other electronic components built into the sensor structure. Data is transmitted back to the sensor control unit, using, for example, inductive coupling via the same or different antennas and/or transmission of the signal via a transmitter on the sensor. The use of inductive coupling can eliminate electrical contacts between the sensor and the on-skin sensor control unit. Such contacts are commonly a source of noise and failure. Moreover, the sensor control unit may then be entirely sealed which may increase the waterproofing of the on-skin sensor control unit.

An exemplary on-skin sensor control unit 44 can be prepared and used in the following manner. A mounting unit 77 having adhesive on the bottom is applied to the skin. An insertion gun 200 (see FIG. 26) carrying the sensor 42 and the insertion device 120 is positioned against the mounting unit 77. The insertion gun 200 and mounting unit 77 are optionally designed such that there is only one position in which the two properly mate. The insertion gun 200 is activated and a portion of the sensor 42 and optionally a portion of the insertion device 120 are driven through the skin into, for example, the subcutaneous tissue. The insertion gun 200 withdraws the insertion device 200, leaving the portion of the sensor 42 inserted through the skin. The housing 45 of the on-skin control unit 44 is then coupled to the mounting unit 77. Optionally, the housing 45 and the mounting unit 77 are formed such that there is only one position in which the two properly mate. The mating of the housing 45 and the mounting unit 77 establishes contact between the contact pads 49 (see e.g., FIG. 2) on the sensor 42 and the conductive contacts 80 on the on-skin sensor control unit 44. Optionally, this action activates the on-skin sensor control unit 44 to begin operation.

On-Skin Control Unit Electronics

The on-skin sensor control unit 44 also typically includes at least a portion of the electronic components that operate the sensor 42 and the analyte monitoring device system 40. One embodiment of the electronics in the on-skin control unit 44 is illustrated as a block diagram in FIG. 18A. The electronic components of the on-skin sensor control unit 44 typically include a power supply 95 for operating the on-skin control unit 44 and the sensor 42, a sensor circuit 97 for obtaining signals from and operating the sensor 42, a measurement circuit 96 that converts sensor signals to a desired format, and a processing circuit 109 that, at minimum, obtains signals from the sensor circuit 97 and/or measurement circuit 96 and provides the signals to an optional transmitter 98. In some embodiments, the processing circuit 109 may also partially or completely evaluate the signals from the sensor 42 and convey the resulting data to the optional transmitter 98 and/or activate an optional alarm system 94 (see FIG. 18B) if the analyte level exceeds a threshold. The processing circuit 109 often includes digital logic circuitry.

The on-skin sensor control unit 44 may optionally contain a transmitter 98 for transmitting the sensor signals or processed data from the processing circuit 109 to a receiver/display unit 46, 48; a data storage unit 102 for temporarily or permanently storing data from the processing circuit 109; a temperature probe circuit 99 for receiving signals from and operating a temperature probe 66; a reference voltage gen-

US 6,175,752 B1

37

38

erator 101 for providing a reference voltage for comparison with sensor-generated signals; and/or a watchdog circuit 103 that monitors the operation of the electronic components in the on-skin sensor control unit 44.

Moreover, the sensor control unit 44 often includes digital and/or analog components utilizing semiconductor devices, such as transistors. To operate these semiconductor devices, the on-skin control unit 44 may include other components including, for example, a bias control generator 105 to correctly bias analog and digital semiconductor devices, an oscillator 107 to provide a clock signal, and a digital logic and timing component 109 to provide timing signals and logic operations for the digital components of the circuit.

As an example of the operation of these components, the sensor circuit 97 and the optional temperature probe circuit 99 provide raw signals from the sensor 42 to the measurement circuit 96. The measurement circuit 96 converts the raw signals to a desired format, using for example, a current-to-voltage converter, current-to-frequency converter, and/or a binary counter or other indicator that produces a signal proportional to the absolute value of the raw signal. This may be used, for example, to convert the raw signal to a format that can be used by digital logic circuits. The processing circuit 109 may then, optionally, evaluate the data and provide commands to operate the electronics.

FIG. 18B illustrates a block diagram of another exemplary on-skin control unit 44 that also includes optional components such as a receiver 99 to receive, for example, calibration data; a calibration storage unit 100 to hold, for example, factory-set calibration data, calibration data obtained via the receiver 99 and/or operational signals received, for example, from a receiver/display unit 46, 48 or other external device; an alarm system 104 for warning the patient; and a deactivation switch 111 to turn off the alarm system.

Functions of the analyte monitoring system 40 and the sensor control unit 44 may be implemented using either software routines, hardware components, or combinations thereof. The hardware components may be implemented using a variety of technologies, including, for example, integrated circuits or discrete electronic components. The use of integrated circuits typically reduces the size of the electronics, which in turn may result in a smaller on-skin sensor control unit 44.

The electronics in the on-skin sensor control unit 44 and the sensor 42 are operated using a power supply 95. One example of a suitable power supply 95 is a battery, for example, a thin circular battery, such as those used in many watches, hearing aids, and other small electronic devices. Preferably, the battery has a lifetime of at least 30 days, more preferably, a lifetime of at least three months, and most preferably, a lifetime of at least one year. The battery is often one of the largest components in the on-skin control unit 44, so it is often desirable to minimize the size of the battery. For example, a preferred battery's thickness is 0.5 mm or less, preferably 35 mm or less, and most preferably 0.2 mm or less. Although multiple batteries may be used, it is typically preferred to use only one battery.

The sensor circuit 97 is coupled via the conductive contacts 80 of the sensor control unit 44 to one or more sensors 42, 42'. Each of the sensors represents, at minimum, a working electrode 58, a counter electrode 60 (or counter/reference electrode), and an optional reference electrode 62. When two or more sensors 42, 42' are used, the sensors typically have individual working electrodes 58, but may share a counter electrode 60, counter/reference electrode, and/or reference electrode 52.

The sensor circuit 97 receives signals from and operates the sensor 42 or sensors 42, 42'. The sensor circuit 97 may obtain signals from the sensor 42 using amperometric, coulometric, potentiometric, voltammetric, and/or other electrochemical techniques. The sensor circuit 97 is exemplified herein as obtaining amperometric signals from the sensor 42, however, it will be understood that the sensor circuit can be appropriately configured for obtaining signals using other electrochemical techniques. To obtain amperometric measurements, the sensor circuit 97 typically includes a potentiostat that provides a constant potential to the sensor 42. In other embodiments, the sensor circuit 97 includes an amperostat that supplies a constant current to the sensor 42 and can be used to obtain coulometric or potentiometric measurements.

The signal from the sensor 42 generally has at least one characteristic, such as, for example, current, voltage, or frequency, which varies with the concentration of the analyte. For example, if the sensor circuit 97 operates using amperometry, then the signal current varies with analyte concentration. The measurement circuit 96 may include circuitry which converts the information-carrying portion of the signal from one characteristic to another. For example, the measurement circuit 96 may include a current-to-voltage or current-to-frequency converter. The purpose of this conversion may be to provide a signal that is, for example, more easily transmitted, readable by digital circuits, and/or less susceptible to noise contributions.

One example of a standard current-to-voltage converter is provided in FIG. 20A. In this converter, the signal from the sensor 42 is provided at one input terminal 134 of an operational amplifier 130 ("op amp") and coupled through a resistor 138 to an output terminal 136. This particular current-to-voltage converter 131 may, however, be difficult to implement in a small CMOS chip because resistors are often difficult to implement on an integrated circuit. Typically, discrete resistor components are used. However, the used of discrete components increases the space needed for the circuitry.

An alternative current-to-voltage converter 141 is illustrated in FIG. 20B. This converter includes an op amp 140 with the signal from the sensor 42 provided at input terminal 144 and a reference potential provided at input terminal 142. A capacitor 145 is placed between the input terminal 144 and the output terminal 146. In addition, switches 147a, 147b, 149a, and 149b are provided to allow the capacitor to charge and discharge at a rate determined by a clock (CLK) frequency. In operation, during one half cycle, switches 147a and 147b close and switches 149a and 149b open allowing the capacitor 145 to charge due to the attached potential VI. During the other half cycle, switches 147a and 147b open and switches 149a and 149b close to ground and allow the capacitor 145 to partially or fully discharge. The reactive impedance of the capacitor 145 is analogous to the resistance of the resistor 138 (see FIG. 20A), allowing the capacitor 145 to emulate a resistor. The value of this "resistor" depends on the capacitance of the capacitor 145 and the clock frequency. By altering the clock frequency, the reactive impedance ("resistance value") of the capacitor changes. The value of the impedance ("resistance") of the capacitor 145 may be altered by changing the clock frequency. Switches 147a, 147b, 149a, and 149b may be implemented in a CMOS chip using, for example, transistors.

A current-to-frequency converter may also be used in the measurement circuit 96. One suitable current-to-frequency converter includes charging a capacitor using the signal

US 6,175,752 B1

39
40

from the sensor **42**. When the potential across the capacitor exceeds a threshold value, the capacitor is allowed to discharge. Thus, the larger the current from the sensor **42**, the quicker the threshold potential is achieved. This results in a signal across the capacitor that has an alternating characteristic, corresponding to the charging and discharging of the capacitor, having a frequency which increases with an increase in current from the sensor **42**.

In some embodiments, the analyte monitoring system **40** includes two or more working electrodes **58** distributed over one or more sensors **42**. These working electrodes **58** may be used for quality control purposes. For example, the output signals and/or analyzed data derived using the two or more working electrodes **58** may be compared to determine if the signals from the working electrodes agree within a desired level of tolerance. If the output signals do not agree, then the patient may be alerted to replace the sensor or sensors. In some embodiments, the patient is alerted only if the lack of agreement between the two sensors persists for a predetermined period of time. The comparison of the two signals may be made for each measurement or at regular intervals. Alternatively or additionally, the comparison may be initiated by the patient or another person. Moreover, the signals from both sensors may be used to generate data or one signal may be discarded after the comparison.

Alternatively, if, for example, two working electrodes **58** have a common counter electrode **60** and the analyte concentration is measured by amperometry, then the current at the counter electrode **60** should be twice the current at each of the working electrodes, within a predetermined tolerance level, if the working electrodes are operating properly. If not, then the sensor or sensors should be replaced, as described above.

An example of using signals from only one working electrode for quality control includes comparing consecutive readings obtained using the single working electrode to determine if they differ by more than a threshold level. If the difference is greater than the threshold level for one reading or over a period of time or for a predetermined number of readings within a period of time then the patient is alerted to replace the sensor **42**. Typically, the consecutive readings and/or the threshold level are determined such that all expected excursions of the sensor signal are within the desired parameters (i.e., the sensor control unit **44** does not consider true changes in analyte concentration to be a sensor failure).

The sensor control unit **44** may also optionally include a temperature probe circuit **99**. The temperature probe circuit **99** provides a constant current through (or constant potential) across the temperature probe **66**. The resulting potential (or current) varies according to the resistance of the temperature dependent element **72**.

The output from the sensor circuit **97** and optional temperature probe circuit is coupled into a measurement circuit **96** that obtains signals from the sensor circuit **97** and optional temperature probe circuit **99** and, at least in some embodiments, provides output data in a form that, for example can be read by digital circuits. The signals from the measurement circuit **96** are sent to the processing circuit **109**, which in turn may provide data to an optional transmitter **98**. The processing circuit **109** may have one or more of the following functions: 1) transfer the signals from the measurement circuit **96** to the transmitter **98**, 2) transfer signals from the measurement circuit **96** to the data storage circuit **102**, 3) convert the information-carrying characteristic of the signals from one characteristic to another (when, for example, that has not been done by the measurement

circuit **96**), using, for example, a current-to-voltage converter, a current-to-frequency converter, or a voltage-to-current converter, 4) modify the signals from the sensor circuit **97** using calibration data and/or output from the temperature probe circuit **99**, 5) determine a level of an analyte in the interstitial fluid, 6) determine a level of an analyte in the bloodstream based on the sensor signals obtained from interstitial fluid, 7) determine if the level, rate of change, and/or acceleration in the rate of change of the analyte exceeds or meets one or more threshold values, 8) activate an alarm if a threshold value is met or exceeded, 9) evaluate trends in the level of an analyte based on a series of sensor signals, 10) determine a dose of a medication, and 11) reduce noise and/or errors, for example, through signal averaging or comparing readings from multiple working electrodes **58**.

The processing circuit **109** may be simple and perform only one or a small number of these functions or the processing circuit **109** may be more sophisticated and perform all or most of these functions. The size of the on-skin sensor control unit **44** may increase with the increasing number of functions and complexity of those functions that the processing circuit **109** performs. Many of these functions may not be performed by a processing circuit **109** in the on-skin sensor control unit **44**, but may be performed by another analyzer **152** in the receiver/display units **46**, **48** (see FIG. 22).

One embodiment of the measurement circuit **96** and/or processing circuit **109** provides as output data, the current flowing between the working electrode **58** and the counter electrode **60**. The measurement circuit **96** and/or processing circuit **109** may also provide as output data a signal from the optional temperature probe **66** which indicates the temperature of the sensor **42**. This signal from the temperature probe **66** may be as simple as a current through the temperature probe **66** or the processing circuit **109** may include a device that determines a resistance of the temperature probe **66** from the signal obtained from the measurement circuit **96** for correlation with the temperature of the sensor **42**. The output data may then be sent to a transmitter **98** that then transmits this data to at least one receiver/display device **46**,**48**.

Returning to the processing circuit **109**, in some embodiments processing circuit **109** is more sophisticated and is capable of determining the analyte concentration or some measure representative of the analyte concentration, such as a current or voltage value. The processing circuit **109** may incorporate the signal of the temperature probe to make a temperature correction in the signal or analyzed data from the working electrode **58**. This may include, for example, scaling the temperature probe measurement and adding or subtracting the scaled measurement to the signal or analyzed data from the working electrode **58**. The processing circuit **109** may also incorporate calibration data which has been received from an external source or has been incorporated into the processing circuit **109**, both of which are described below, to correct the signal or analyzed data from the working electrode **58**. Additionally, the processing circuit **109** may include a correction algorithm for converting interstitial analyte level to blood analyte level. The conversion of interstitial analyte level to blood analyte level is described, for example, in Schmidtke, et al., "Measurement and Modeling of the Transient Difference Between Blood and Subcutaneous Glucose Concentrations in the Rat after Injection of Insulin", Proc. of the Nat'l Acad. of Science, 95, 294–299 (1998) and Quinn, et al., "Kinetics of Glucose Delivery to Subcutaneous Tissue in Rats Measured with 0.3

41                                                      42

mm Amperometric Microsensors", Am. J. Physiol., 269 (Endocrinol. Metab. 32), E155–E161 (1995), incorporated herein by reference.

In some embodiments, the data from the processing circuit **109** is analyzed and directed to an alarm system **94** (see FIG. **18**B) to warn the user. In at least some of these embodiments, a transmitter is not used as the sensor control unit performs all of the needed functions including analyzing the data and warning the patient.

However, in many embodiments, the data (e.g., a current signal, a converted voltage or frequency signal, or fully or partially analyzed data) from processing circuit **109** is transmitted to one or more receiver/display units **46**, **48** using a transmitter **98** in the on-skin sensor control unit **44**. The transmitter has an antenna **93**, such as a wire or similar conductor, formed in the housing **45**. The transmitter **98** is typically designed to transmit a signal up to about 2 meters or more, preferably up to about 5 meters or more, and more preferably up to about 10 meters or more, when transmitting to a small receiver/display unit **46**, such as a palm-size, belt-worn receiver. The effective range is longer when transmitting to a unit with a better antenna, such as a bedside receiver. As described in detail below, suitable examples of receiver/display units **46**, **48** include units that can be easily worn or carried or units that can be placed conveniently on, for example, a nightstand when the patient is sleeping.

The transmitter **98** may send a variety of different signals to the receiver/display units **46**, **48**, typically, depending on the sophistication of the processing circuit **109**. For example, the processing circuit **109** may simply provide raw signals, for example, currents from the working electrodes **58**, without any corrections for temperature or calibration, or the processing circuit **109** may provide converted signals which are obtained, for example, using a current-to-voltage converter **131** or **141** or a current-to-frequency converter. The raw measurements or converted signals may then be processed by an analyzer **152** (see FIG. **22**) in the receiver/display units **46**, **48** to determine the level of an analyte, optionally using temperature and calibration corrections. In another embodiment, the processing circuit **109** corrects the raw measurements using, for example, temperature and/or calibration information and then the transmitter **98** sends the corrected signal, and, optionally, the temperature and/or calibration information, to the receiver/display units **46**, **48**. In yet another embodiment, the processing circuit **109** calculates the analyte level in the interstitial fluid and/or in the blood (based on the interstitial fluid level) and transmits that information to the one or more receiver/display units **46**, **48**, optionally with any of the raw data and/or calibration or temperature information. In a further embodiment, the processing circuit **109** calculates the analyte concentration, but the transmitter **98** transmits only the raw measurements, converted signals, and/or corrected signals.

One potential difficulty that may be experienced with the on-skin sensor control unit **44** is a change in the transmission frequency of the transmitter **98** over time. To overcome this potential difficulty, the transmitter may include optional circuitry that can return the frequency of the transmitter **98** to the desired frequency or frequency band. One example of suitable circuitry is illustrated in FIG. **21** as a block diagram of an open loop modulation system **200**. The open loop modulation system **200** includes a phase detector (PD) **210**, a charge pump (CHGPMP) **212**, a loop filter (L.F.) **214**, a voltage controlled oscillator (VCO) **216**, and a divide by M circuit (÷M) **218** to form the phase-locked loop **220**.

The analyte monitoring device **40** uses an open loop modulation system **200** for RF communication between the transmitter **98** and a receiver of, for example, the one or more receiver/display units **46**, **48**. This open loop modulation system **230** is designed to provide a high reliability RF link between a transmitter and its associated receiver. The system employs frequency modulation (FM), and locks the carrier center frequency using a conventional phase-locked loop (PLL) **220**. In operation, the phase-locked loop **220** is opened prior to the modulation. During the modulation the phase-locked loop **220** remains open for as long as the center frequency of the transmitter is within the receiver's bandwidth. When the transmitter detects that the center frequency is going to move outside of the receiver bandwidth, the receiver is signaled to stand by while the center frequency is captured. Subsequent to the capture, the transmission will resume. This cycle of capturing the center frequency, opening the phase-locked loop **220**, modulation, and recapturing the center frequency will repeat for as many cycles as required.

The loop control **240** detects the lock condition of the phase-locked loop **220** and is responsible for closing and opening the phase-locked loop **220**. The totalizer **250** in conjunction with the loop control **240**, detects the status of the center frequency. The modulation control **230** is responsible for generating the modulating signal. A transmit amplifier **260** is provided to ensure adequate transmit signal power. The reference frequency is generated from a very stable signal source (not shown), and is divided down by N through the divide by N block (÷N) **270**. Data and control signals are received by the open loop modulation system **200** via the DATA BUS **280**, and the CONTROL BUS **290**.

The operation of the open loop modulation system **200** begins with the phase-locked loop **220** in closed condition. When the lock condition is detected by the loop control **240**, the phase-locked loop **220** is opened and the modulation control **230** begins generating the modulating signal. The totalizer **250** monitors the VCO frequency (divided by M), for programmed intervals. The monitored frequency is compared to a threshold programmed in the totalizer **250**. This threshold corresponds to the 3dB cut off frequencies of the receiver's intermediate frequency stage. When the monitored frequency approaches the thresholds, the loop control **240** is notified and a stand-by code is transmitted to the receiver and the phase-locked loop **220** is closed.

At this point the receiver is in the wait mode. The loop control **240** in the transmitter closes the phase-locked loop **220**. Then, modulation control **230** is taken off line, the monitored value of the totalizer **250** is reset, and the phase-locked loop **220** is locked. When the loop control **240** detects a lock condition, the loop control **240** opens the phase-locked loop **220**, the modulation control **230** is brought on line and the data transmission to the receiver will resume until the center frequency of the phase-locked loop **220** approaches the threshold values, at which point the cycle of transmitting the stand-by code begins. The ÷N **270** and ÷M **218** block set the frequency channel of the transmitter.

Accordingly, the open loop modulation system **200** provides a reliable low power FM data transmission for an analyte monitoring system. The open loop modulation system **200** provides a method of wide band frequency modulation, while the center frequency of the carrier is kept within receiver bandwidth. The effect of parasitic capacitors and inductors pulling the center frequency of the transmitter is corrected by the phase-locked loop **220**. Further, the totalizer **250** and loop control **240** provide a new method of center frequency drift detection. Finally, the open loop modulation system **200** is easily implemented in CMOS process.

US 6,175,752 B1

43

The rate at which the transmitter **98** transmits data may be the same rate at which the sensor circuit **97** obtains signals and/or the processing circuit **109** provides data or signals to the transmitter **98**. Alternatively, the transmitter **98** may transmit data at a slower rate. In this case, the transmitter **98** may transmit more than one datapoint in each transmission. Alternatively, only one datapoint may be sent with each data transmission, the remaining data not being transmitted. Typically, data is transmitted to the receiver/display unit **46**, **48** at least every hour, preferably, at least every fifteen minutes, more preferably, at least every five minutes, and most preferably, at least every one minute. However, other data transmission rates may be used. In some embodiments, the processing circuit **109** and/or transmitter **98** are configured to process and/or transmit data at a faster rate when a condition is indicated, for example, a low level or high level of analyte or impending low or high level of analyte. In these embodiments, the accelerated data transmission rate is typically at least every five minutes and preferably at least every minute.

In addition to a transmitter **98**, an optional receiver **99** may be included in the on-skin sensor control unit **44**. In some cases, the transmitter **98** is a transceiver, operating as both a transmitter and a receiver. The receiver **99** may be used to receive calibration data for the sensor **42**. The calibration data may be used by the processing circuit **109** to correct signals from the sensor **42**. This calibration data may be transmitted by the receiver/display unit **46**, **48** and from some other source such as a control unit in a doctor's office. In addition, the optional receiver **99** may be used to receive a signal from the receiver/display units **46**, **48**, as described above, to direct the transmitter **98**, for example, to change frequencies or frequency bands, to activate or deactivate the optional alarm system **94** (as described below), and/or to direct the transmitter **98** to transmit at a higher rate.

Calibration data may be obtained in a variety of ways. For instance, the calibration data may simply be factory-determined calibration measurements which can be input into the on-skin sensor control unit **44** using the receiver **99** or may alternatively be stored in a calibration data storage unit **100** within the on-skin sensor control unit **44** itself (in which case a receiver **99** may not be needed). The calibration data storage unit **100** may be, for example, a readable or readable/writeable memory circuit.

Alternative or additional calibration data may be provided based on tests performed by a doctor or some other professional or by the patient himself. For example, it is common for diabetic individuals to determine their own blood glucose concentration using commercially available testing kits. The results of this test is input into the on-skin sensor control unit **44** either directly, if an appropriate input device (e.g., a keypad, an optical signal receiver, or a port for connection to a keypad or computer) is incorporated in the on-skin sensor control unit **44**, or indirectly by inputting the calibration data into the receiver/display unit **46**, **48** and transmitting the calibration data to the on-skin sensor control unit **44**.

Other methods of independently determining analyte levels may also be used to obtain calibration data. This type of calibration data may supplant or supplement factory-determined calibration values.

In some embodiments of the invention, calibration data may be required at periodic intervals, for example, every eight hours, once a day, or once a week, to confirm that accurate analyte levels are being reported. Calibration may also be required each time a new sensor **42** is implanted or if the sensor exceeds a threshold minimum or maximum

44

value or if the rate of change of the sensor signal exceeds a threshold value. In some cases, it may be necessary to wait a period of time after the implantation of the sensor **42** before calibrating to allow the sensor **42** to achieve equilibrium. In some embodiments, the sensor **42** is calibrated only after it has been inserted. In other embodiments, no calibration of the sensor **42** is needed.

The on-skin sensor control unit **44** and/or a receiver/display unit **46**, **48** may include an auditory or visual indicator that calibration data is needed, based, for example, on a predetermined periodic time interval between calibrations or on the implantation of a new sensor **42**. The on-skin sensor control unit **44** and/or receiver display/units **46**, **48** may also include an auditory or visual indicator to remind the patient that information, such as analyte levels, reported by the analyte monitoring device **40**, may not be accurate because a calibration of the sensor **42** has not been performed within the predetermined periodic time interval and/or after implantation of a new sensor **42**.

The processing circuit **109** of the on-skin sensor control unit **44** and/or an analyzer **152** of the receiver/display unit **46**, **48** may determine when calibration data is needed and if the calibration data is acceptable. The on-skin sensor control unit **44** may optionally be configured to not allow calibration or to reject a calibration point if, for example, 1) a temperature reading from the temperature probe indicates a temperature that is not within a predetermined acceptable range (e.g., 30 to 42° C. or 32 to 40° C.) or that is changing rapidly (for example, 0.2° C./minute, 0.5° C./minute, or 0.7° C./minute or greater); 2) two or more working electrodes **58** provide uncalibrated signals that are not within a predetermined range(e.g., within 10% or 20%) of each other; 3) the rate of change of the uncalibrated signal is above a threshold rate (e.g., 0.25 mg/dL per minute or 0.5 mg/dL per minute or greater); 4) the uncalibrated signal exceeds a threshold maximum value (e.g., 5, 10, 20, or 40 nA) or is below a threshold minimum value (e.g., 0.05, 0.2, 0.5, or 1 nA); 5) the calibrated signal exceeds a threshold maximum value (e.g., a signal corresponding to an analyte concentration of 200 mg/dL, 250 mg/dL, or 300 mg/dL) or is below a threshold minimum value (e.g., a signal corresponding to an analyte concentration of 50 mg/dL, 65 mg/dL, or 80 mg/dL); and/or 6) an insufficient among of time has elapsed since implantation (e.g., 10 minutes or less, 20 minutes or less, or 30 minutes or less).

The processing circuit **109** or an analyzer **152** may also request another calibration point if the values determined using the sensor data before and after the latest calibration disagree by more than a threshold amount, indicating that the calibration may be incorrect or that the sensor characteristics have changed radically between calibrations. This additional calibration point may indicate the source of the difference.

The on-skin sensor control unit **44** may include an optional data storage unit **102** which may be used to hold data (e.g., measurements from the sensor or processed data) from the processing circuit **109** permanently or, more typically, temporarily. The data storage unit **102** may hold data so that the data can be used by the processing circuit **109** to analyze and/or predict trends in the analyte level, including, for example, the rate and/or acceleration of analyte level increase or decrease. The data storage unit **102** may also or alternatively be used to store data during periods in which a receiver/display unit **46**, **48** is not within range. The data storage unit **102** may also be used to store data when the transmission rate of the data is slower than the acquisition rate of the data. For example, if the data acqui-

45
46

sition rate is 10 points/min and the transmission is 2 transmissions/min, then one to five points of data could be sent in each transmission depending on the desired rate for processing datapoints. The data storage unit **102** typically includes a readable/writeable memory storage device and typically also includes the hardware and/or software to write to and/or read the memory storage device.

The on-skin sensor control unit **44** may include an optional alarm system **104** that, based on the data from the processing circuit **109**, warns the patient of a potentially detrimental condition of the analyte. For example, if glucose is the analyte, than the on-skin sensor control unit **44** may include an alarm system **104** that warns the patient of conditions such as hypoglycemia, hyperglycemia, impending hypoglycemia, and/or impending hyperglycemia. The alarm system **104** is triggered when the data from the processing circuit **109** reaches or exceeds a threshold value. Examples of threshold values for blood glucose levels are about 60, 70, or 80 mg/dL for hypoglycemia; about 80, 90 or 90 mg/dL for impending hypoglycemia; about 130, 150, 175, 200, 225, 250, or 275 mg/dL for impending hyperglycemia; and about 150, 175, 200, 225, 250, 275, or 300 mg/dL for hyperglycemia. The actual threshold values that are designed into the alarm system **104** may correspond to interstitial fluid glucose concentrations or electrode measurements (e.g., current values or voltage values obtained by conversion of current measurements) that correlate to the above-mentioned blood glucose levels. The analyte monitor device may be configured so that the threshold levels for these or any other conditions may be programmable by the patient and/or a medical professional.

A threshold value is exceeded if the datapoint has a value that is beyond the threshold value in a direction indicating a particular condition. For example, a datapoint which correlates to a glucose level of 200 mg/dL exceeds a threshold value for hyperglycemia of 180 mg/dL, because the datapoint indicates that the patient has entered a hyperglycemic state. As another example, a datapoint which correlates to a glucose level of 65 mg/dL exceeds a threshold value for hypoglycemia of 70 mg/dL because the datapoint indicates that the patient is hypoglycemic as defined by the threshold value. However, a datapoint which correlates to a glucose level of 75 mg/dL would not exceed the same threshold value for hypoglycemia because the datapoint does not indicate that particular condition as defined by the chosen threshold value.

An alarm may also be activated if the sensor readings indicate a value that is beyond a measurement range of the sensor **42**. For glucose, the physiologically relevant measurement range is typically about 50 to 250 mg/dL, preferably about 40–300 mg/dL and ideally 30–400 mg/dL, of glucose in the interstitial fluid.

The alarm system **104** may also, or alternatively, be activated when the rate of change or acceleration of the rate of change in analyte level increase or decrease reaches or exceeds a threshold rate or acceleration. For example, in the case of a subcutaneous glucose monitor, the alarm system might be activated if the rate of change in glucose concentration exceeds a threshold value which might indicate that a hyperglycemic or hypoglycemic condition is likely to occur.

The optional alarm system **104** may be configured to activate when a single data point meets or exceeds a particular threshold value. Alternatively, the alarm may be activated only when a predetermined number of datapoints spanning a predetermined amount of time meet or exceed the threshold value. As another alternative, the alarm may be

activated only when the datapoints spanning a predetermined amount of time have an average value which meets or exceeds the threshold value. Each condition that can trigger an alarm may have a different alarm activation condition. In addition, the alarm activation condition may change depending on current conditions (e.g., an indication of impending hyperglycemia may alter the number of datapoints or the amount of time that is tested to determine hyperglycemia).

The alarm system **104** may contain one or more individual alarms. Each of the alarms may be individually activated to indicate one or more conditions of the analyte. The alarms may be, for example, auditory or visual. Other sensory-stimulating alarm systems may be used including alarm systems which heat, cool, vibrate, or produce a mild electrical shock when activated. In some embodiments, the alarms are auditory with a different tone, note, or volume indicating different conditions. For example, a high note might indicate hyperglycemia and a low note might indicate hypoglycemia. Visual alarms may use a difference in color, brightness, or position on the on-skin sensor control device **44** to indicate different conditions. In some embodiments, an auditory alarm system is configured so that the volume of the alarm increases over time until the alarm is deactivated.

In some embodiments, the alarm may be automatically deactivated after a predetermined time period. In other embodiments, the alarm may be configured to deactivate when the data no longer indicate that the condition which triggered the alarm exists. In these embodiments, the alarm may be deactivated when a single data point indicates that the condition no longer exists or, alternatively, the alarm may be deactivated only after a predetermined number of datapoints or an average of datapoints obtained over a given period of time indicate that condition no longer exists.

In some embodiments, the alarm may be deactivated manually by the patient or another person in addition to or as an alternative to automatic deactivation. In these embodiments, a switch **101** is provided which when activated turns off the alarm. The switch **101** may be operatively engaged (or disengaged depending on the configuration of the switch) by, for example, operating an actuator on the on-skin sensor control unit **44** or the receiver/display unit **46**, **48**. In some cases, an actuator may be provided on two or more units **44**, **46**, **48**, any of which may be actuated to deactivate the alarm. If the switch **101** and or actuator is provided on the receiver/display unit **46**, **48** then a signal may be transmitted from the receiver/display unit **46**, **48** to the receiver **98** on the on-skin sensor control unit **44** to deactivate the alarm.

A variety of switches **101** may be used including, for example, a mechanical switch, a reed switch, a Hall effect switch, a Gigantic Magnetic Ratio (GMR) switch (the resistance of the GMR switch is magnetic field dependent) and the like. Preferably, the actuator used to operatively engage (or disengage) the switch is placed on the on-skin sensor control unit **44** and configured so that no water can flow around the button and into the housing. One example of such a button is a flexible conducting strip that is completely covered by a flexible polymeric or plastic coating integral to the housing. In an open position the flexible conducting strip is bowed and bulges away from the housing. When depressed by the patient or another person, the flexible conducting strip is pushed directly toward a metal contact and completes the circuit to shut off the alarm.

For a reed or GMR switch, a piece of magnetic material, such as a permanent magnet or an electromagnet, in a flexible actuator that is bowed or bulges away from the housing **45** and the reed or GMR switch is used. The reed or

47

48

GMR switch is activated (to deactivate the alarm) by depressing the flexible actuator bringing the magnetic material closer to the switch and causing an increase in the magnetic field within the switch.

In some embodiments of the invention, the analyte monitoring device 40 includes only an on-skin control unit 44 and a sensor 42. In these embodiments, the processing circuit 109 of the on-skin sensor control unit 44 is able to determine a level of the analyte and activate an alarm system 104 if the analyte level exceeds a threshold. The on-skin control unit 44, in these embodiments, has an alarm system 104 and may also include a display, such as those discussed below with respect to the receiver/display units 46, 48. Preferably, the display is an LCD or LED display. The on-skin control unit 44 may not have a transmitter, unless, for example, it is desirable to transmit data, for example, to a control unit in a doctor's office.

The on-skin sensor control unit 44 may also include a reference voltage generator 101 to provide an absolute voltage or current for use in comparison to voltages or currents obtained from or used with the sensor 42. An example of a suitable reference voltage generator is a band-gap reference voltage generator that uses, for example, a semiconductor material with a known band-gap. Preferably, the band-gap is temperature insensitive over the range of temperatures that the semiconductor material will experience during operation. Suitable semiconductor materials includes gallium, silicon and silicates.

A bias current generator 105 may be provided to correctly bias solid-state electronic components. An oscillator 107 may be provided to produce a clock signal that is typically used with digital circuitry.

The on-skin sensor control unit 44 may also include a watchdog circuit 103 that tests the circuitry, particularly, any digital circuitry in the control unit 44 to determine if the circuitry is operating correctly. Non-limiting examples of watchdog circuit operations include: a) generation of a random number by the watchdog circuit, storage of the number in a memory location, writing the number to a register in the watchdog circuit, and recall of the number to compare for equality; b) checking the output of an analog circuit to determine if the output exceeds a predetermined dynamic range; c) checking the output of a timing circuit for a signal at an expected pulse interval. Other examples of functions of a watchdog circuit are known in the art. If the watchdog circuit detects an error that watchdog circuit may activate an alarm and/or shut down the device.

Receiver/Display Unit

One or more receiver/display units 46, 48 may be provided with the analyte monitoring device 40 for easy access to the data generated by the sensor 42 and may, in some embodiments, process the signals from the on-skin sensor control unit 44 to determine the concentration or level of analyte in the subcutaneous tissue. Small receiver/display units 46 may be carried by the patient. These units 46 may be palm-sized and/or may be adapted to fit on a belt or within a bag or purse that the patient carries. One embodiment of the small receiver/display unit 46 has the appearance of a pager, for example, so that the user is not identified as a person using a medical device. Such receiver/display units may optionally have one-way or two-way paging capabilities.

Large receiver/display units 48 may also be used. These larger units 48 may be designed to sit on a shelf or nightstand. The large receiver/display unit 48 may be used by parents to monitor their children while they sleep or to awaken patients during the night. In addition, the large receiver/display unit 48 may include a lamp, clock, or radio for convenience and/or for activation as an alarm. One or both types of receiver/display units 46, 48 may be used.

The receiver/display units 46, 48, as illustrated in block form at FIG. 22, typically include a receiver 150 to receive data from the on-skin sensor control unit 44, an analyzer 152 to evaluate the data, a display 154 to provide information to the patient, and an alarm system 156 to warn the patient when a condition arises. The receiver/display units 46, 48 may also optionally include a data storage device 158, a transmitter 160, and/or an input device 162. The receiver/display units 46,48 may also include other components (not shown), such as a power supply (e.g., a battery and/or a power supply that can receive power from a wall outlet), a watchdog circuit, a bias current generator, and an oscillator. These additional components are similar to those described above for the on-skin sensor control unit 44.

In one embodiment, a receiver/display unit 48 is a bedside unit for use by a patient at home. The bedside unit includes a receiver and one or more optional items, including, for example, a clock, a lamp, an auditory alarm, a telephone connection, and a radio. The bedside unit also has a display, preferably, with large numbers and/or letters that can be read across a room. The unit may be operable by plugging into an outlet and may optionally have a battery as backup. Typically, the bedside unit has a better antenna than a small palm-size unit, so the bedside unit's reception range is longer.

When an alarm is indicated, the bedside unit may activate, for example, the auditory alarm, the radio, the lamp, and/or initiate a telephone call. The alarm may be more intense than the alarm of a small palm-size unit to, for example, awaken or stimulate a patient who may be asleep, lethargic, or confused. Moreover, a loud alarm may alert a parent monitoring a diabetic child at night.

The bedside unit may have its own data analyzer and data storage. The data may be communicated from the on-skin sensor unit or another receiver/display unit, such as a palm-size or small receiver/display unit. Thus, at least one unit has all the relevant data so that the data can be downloaded and analyzed without significant gaps.

Optionally, the beside unit has an interface or cradle into which a small receiver/display unit may be placed. The bedside unit may be capable of utilizing the data storage and analysis capabilities of the small receiver/display unit and/or receive data from the small receiver/display unit in this position. The bedside unit may also be capable of recharging a battery of the small receiver/display unit.

The receiver 150 typically is formed using known receiver and antenna circuitry and is often tuned or tunable to the frequency or frequency band of the transmitter 98 in the on-skin sensor control unit 44. Typically, the receiver 150 is capable of receiving signals from a distance greater than the transmitting distance of the transmitter 98. The small receiver/display unit 46 can typically receive a signal from an on-skin sensor control unit 44 that is up to 2 meters, preferably up to 5 meters, and more preferably up to 10 meters or more, away. A large receiver/display unit 48, such as a bedside unit, can typically receive a receive a signal from an on-skin sensor control unit 44 that is up to 5 meters distant, preferably up to 10 meters distant, and more preferably up to 20 meters distant or more.

In one embodiment, a repeater unit (not shown) is used to boost a signal from an on-skin sensor control unit 44 so that the signal can be received by a receiver/display unit 46, 48 that may be distant from the on-skin sensor control unit 44. The repeater unit is typically independent of the on-skin

US 6,175,752 B1

49

sensor control unit 44, but, in some cases, the repeater unit may be configured to attach to the on-skin sensor control unit 44. Typically, the repeater unit includes a receiver for receiving the signals from the on-skin sensor control unit 44 and a transmitter for transmitting the received signals. Often the transmitter of the repeater unit is more powerful than the transmitter of the on-skin sensor control unit, although this is not necessary. The repeater unit may be used, for example, in a child's bedroom for transmitting a signal from an on-skin sensor control unit on the child to a receiver/display unit in the parent's bedroom for monitoring the child's analyte levels. Another exemplary use is in a hospital with a display/receiver unit at a nurse's station for monitoring on-skin sensor control unit(s) of patients.

The presence of other devices, including other on-skin sensor control units, may create noise or interference within the frequency band of the transmitter 98. This may result in the generation of false data. To overcome this potential difficulty, the transmitter 98 may also transmit a code to indicate, for example, the beginning of a transmission and/or to identify, preferably using a unique identification code, the particular on-skin sensor control unit 44 in the event that there is more than one on-skin sensor control unit 44 or other transmission source within range of the receiver/display unit 46, 48. The provision of an identification code with the data may reduce the likelihood that the receiver/display unit 46, 48 intercepts and interprets signals from other transmission sources, as well as preventing "crosstalk" with different on-skin sensor control units 44. The identification code may be provided as a factory-set code stored in the sensor control unit 44. Alternatively, the identification code may be randomly generated by an appropriate circuit in the sensor control unit 44 or the receiver/display unit 46, 48 (and transmitted to the sensor control unit 44) or the identification code may be selected by the patient and communicated to the sensor control unit 44 via a transmitter or an input device coupled to the sensor control unit 44.

Other methods may be used to eliminate "crosstalk" and to identify signals from the appropriate on-skin sensor control unit 44. In some embodiments, the transmitter 98 may use encryption techniques to encrypt the datastream from the transmitter 98. The receiver/display unit 46, 48 contains the key to decipher the encrypted digital signal. The receiver/display unit 46, 48 then determines when false signals or "crosstalk" are received by evaluation of the signal after it has been deciphered. For example, the analyzer 152 in the one or more receiver/display units 46, 48 compares the data, such as current measurements or analyte levels, with expected measurements (e.g., an expected range of measurements corresponding to physiologically relevant analyte levels). Alternatively, an analyzer in the receiver/display units 46, 48 searches for an identification code in the decrypted data signal.

Another method to eliminate "crosstalk", which is typically used in conjunction with the identification code or encryption scheme, includes providing an optional mechanism in the on-skin sensor control unit 44 for changing transmission frequency or frequency bands upon determination that there is "crosstalk". This mechanism for changing the transmission frequency or frequency band may be initiated by the receiver/display unit automatically, upon detection of the possibility of cross-talk or interference, and/or by a patient manually. For automatic initiation, the receiver/display unit 46, 48 transmits a signal to the optional receiver 99 on the receiver control unit 44 to direct the transmitter 98 of the on-skin sensor control unit 44 to change frequency or frequency band.

50

Manual initiation of the change in frequency or frequency band may be accomplished using, for example, an actuator (not shown) on the receiver/display unit 46, 48 and/or on the on-skin sensor control unit 44 which a patient operates to direct the transmitter 98 to change frequency or frequency band. The operation of a manually initiated change in transmission frequency or frequency band may include prompting the patient to initiate the change in frequency or frequency band by an audio or visual signal from the receiver/display unit 46, 48 and/or on-skin sensor control unit 44.

Returning to the receiver 150, the data received by the receiver 150 is then sent to an analyzer 152. The analyzer 152 may have a variety of functions, similar to the processor circuit 109 of the on-skin sensor control unit 44, including 1) modifying the signals from the sensor 42 using calibration data and/or measurements from the temperature probe 66, 2) determining a level of an analyte in the interstitial fluid, 3) determining a level of an analyte in the bloodstream based on the sensor measurements in the interstitial fluid, 4) determining if the level, rate of change, and/or acceleration in the rate of change of the analyte exceeds or meets one or more threshold values, 5) activating an alarm system 156 and/or 94 if a threshold value is met or exceeded, 6) evaluating trends in the level of an analyte based on a series of sensor signals, 7) determine a dose of a medication, and 7) reduce noise or error contributions (e.g., through signal averaging or comparing readings from multiple electrodes). The analyzer 152 may be simple and perform only one or a small number of these functions or the analyzer 152 may perform all or most of these functions.

The output from the analyzer 152 is typically provided to a display 154. A variety of displays 154 may be used including cathode ray tube displays (particularly for larger units), LED displays, or LCD displays. The display 154 may be monochromatic (e.g., black and white) or polychromatic (i.e., having a range of colors). The display 154 may contain symbols or other indicators that are activated under certain conditions (e.g., a particular symbol may become visible on the display when a condition, such as hyperglycemia, is indicated by signals from the sensor 42). The display 154 may also contain more complex structures, such as LCD or LED alphanumeric structures, portions of which can be activated to produce a letter, number, or symbol. For example, the display 154 may include region 164 to display numerically the level of the analyte, as illustrated in FIG. 23. In one embodiment, the display 154 also provides a message to the patient to direct the patient in an action. Such messages may include, for example, "Eat Sugar", if the patient is hypoglycemic, or "Take Insulin", if the patient is hyperglycemic.

One example of a receiver/display unit 46, 48 is illustrated in FIG. 23. The display 154 of this particular receiver/display unit 46, 48 includes a portion 164 which displays the level of the analyte, for example, the blood glucose concentration, as determined by the processing circuit 109 and/or the analyzer 152 using signals from the sensor 42. The display also includes various indicators 166 which may be activated under certain conditions. For example, the indicator 168 of a glucose monitoring device may be activated if the patient is hyperglycemic. Other indicators may be activated in the cases of hypoglycemia (170), impending hyperglycemia (172), impending hypoglycemia (174), a malfunction, an error condition, or when a calibration sample is needed (176). In some embodiments, color coded indicators may be used. Alternatively, the portion 164 which displays the blood glucose concentration may also include a

51
52

composite indicator 180 (see FIG. 24), portions of which may be appropriately activated to indicate any of the conditions described above.

The display 154 may also be capable of displaying a graph 178 of the analyte level over a period of time, as illustrated in FIG. 24. Examples of other graphs that may be useful include graphs of the rate of change or acceleration in the rate of change of the analyte level over time. In some embodiments, the receiver/display unit is configured so that the patient may choose the particular display (e.g., blood glucose concentration or graph of concentration versus time) that the patient wishes to view. The patient may choose the desired display mode by pushing a button or the like, for example, on an optional input device 162.

The receiver/display units 46, 48 also typically include an alarm system 156. The options for configuration of the alarm system 156 are similar to those for the alarm system 104 of the on-skin sensor control unit 44. For example, if glucose is the analyte, than the on-skin sensor control unit 44 may include an alarm system 156 that warns the patient of conditions such as hypoglycemia, hyperglycemia, impending hypoglycemia, and/or impending hyperglycemia. The alarm system 156 is triggered when the data from the analyzer 152 reaches or exceeds a threshold value. The threshold values may correspond to interstitial fluid glucose concentrations or sensor signals (e.g., current or converted voltage values) which correlate to the above-mentioned blood glucose levels.

The alarm system 156 may also, or alternatively, be activated when the rate or acceleration of an increase or decrease in analyte level reaches or exceeds a threshold value. For example, in the case of a subcutaneous glucose monitor, the alarm system 156 might be activated if the rate of change in glucose concentration exceeds a threshold value which might indicate that a hyperglycemic or hypoglycemic condition is likely to occur.

The alarm system 156 may be configured to activate when a single data point meets or exceeds a particular threshold value. Alternatively, the alarm may be activated only when a predetermined number of datapoints spanning a predetermined amount of time meet or exceed the threshold value. As another alternative, the alarm may be activated only when the datapoints spanning a predetermined amount of time have an average value which meets or exceeds the threshold value. Each condition that can trigger an alarm may have a different alarm activation condition. In addition, the alarm activation condition may change depending on current conditions (e.g., an indication of impending hyperglycemia may alter the number of datapoints or the amount of time that is tested to determine hyperglycemia).

The alarm system 156 may contain one or more individual alarms. Each of the alarms may be individually activated to indicate one or more conditions of the analyte. The alarms may be, for example, auditory or visual. Other sensory-stimulating alarm systems by be used including alarm systems 156 that direct the on-skin sensor control unit 44 to heat, cool, vibrate, or produce a mild electrical shock. In some embodiments, the alarms are auditory with a different tone, note, or volume indicating different conditions. For example, a high note might indicate hyperglycemia and a low note might indicate hypoglycemia. Visual alarms may also use a difference in color or brightness to indicate different conditions. In some embodiments, an auditory alarm system might be configured so that the volume of the alarm increases over time until the alarm is deactivated.

In some embodiments, the alarms may be automatically deactivated after a predetermined time period. In other embodiments, the alarms may be configured to deactivate when the data no longer indicate that the condition which triggered the alarm exists. In these embodiments, the alarms may be deactivated when a single data point indicates that the condition no longer exists or, alternatively, the alarm may be deactivated only after a predetermined number of datapoints or an average of datapoints obtained over a given period of time indicate that the condition no longer exists.

In yet other embodiments, the alarm may be deactivated manually by the patient or another person in addition to or as an alternative to automatic deactivation. In these embodiments, a switch is provided which when activated turns off the alarm. The switch may be operatively engaged (or disengaged depending on the configuration of the switch) by, for example, pushing a button on the receiver/display unit 46, 48. One configuration of the alarm system 156 has automatic deactivation after a period of time for alarms that indicate an impending condition (e.g., impending hypoglycemia or hyperglycemia) and manual deactivation of alarms which indicate a current condition (e.g., hypoglycemia or hyperglycemia).

The receiver/display units 46, 48 may also include a number of optional items. One item is a data storage unit 158. The data storage unit 158 may be desirable to store data for use if the analyzer 152 is configured to determine trends in the analyte level. The data storage unit 158 may also be useful to store data that may be downloaded to another receiver/display unit, such as a large display unit 48. Alternatively, the data may be downloaded to a computer or other data storage device in a patient's home, at a doctor's office, etc. for evaluation of trends in analyte levels. A port (not shown) may be provided on the receiver/display unit 46, 48 through which the stored data may be transferred or the data may be transferred using an optional transmitter 160. The data storage unit 158 may also be activated to store data when a directed by the patient via, for example, the optional input device 162. The data storage unit 158 may also be configured to store data upon occurrence of a particular event, such as a hyperglycemic or hypoglycemic episode, exercise, eating, etc. The storage unit 158 may also store event markers with the data of the particular event. These event markers may be generated either automatically by the display/receiver unit 46, 48 or through input by the patient.

The receiver/display unit 46, 48 may also include an optional transmitter 160 which can be used to transmit 1) calibration information, 2) a signal to direct the transmitter 98 of the on-skin sensor control unit 44 to change transmission frequency or frequency bands, and/or 3) a signal to activate an alarm system 104 on the on-skin sensor control unit 44, all of which are described above. The transmitter 160 typically operates in a different frequency band than the transmitter 98 of the on-skin sensor control unit 44 to avoid cross-talk between the transmitters 98, 160. Methods may be used to reduce cross-talk and the reception of false signals, as described above in connection with the transmitter 100 of the on-skin sensor control unit 44. In some embodiments, the transmitter 160 is only used to transmit signals to the sensor control unit 44 and has a range of less than one foot, and preferably less than six inches. This then requires the patient or another person to hold the receiver/display unit 46 near the sensor control unit 44 during transmission of data, for example, during the transmission of calibration information. Transmissions may also be performed using methods other than rf transmission, including optical or wire transmission.

In addition, in some embodiments of the invention, the transmitter 160 may be configured to transmit data to

US 6,175,752 B1

53

another receiver/display unit **46**, **48** or some other receiver. For example, a small receiver/display unit **46** may transmit data to a large receiver/display unit **48**, as illustrated in FIG. **1**. As another example, a receiver/display unit **46**, **48** may transmit data to a computer in the patient's home or at a doctor's office. Moreover, the transmitter **160** or a separate transmitter may direct a transmission to another unit or to a telephone or other communications device that alerts a doctor or other individual when an alarm is activated and/or if, after a predetermined time period, an activated alarm has not been deactivated, suggesting that the patient may require assistance. In some embodiments, the receiver/display unit is capable of one-way or two-way paging and/or is coupled to a telephone line to send and/or receive messages from another, such as a health professional monitoring the patient.

Another optional component for the receiver/display unit **46**, **48** is an input device **162**, such as a keypad or keyboard. The input device **162** may allow numeric or alphanumeric input. The input device **162** may also include buttons, keys, or the like which initiate functions of and/or provide input to the analyte monitoring device **40**. Such functions may include initiating a data transfer, manually changing the transmission frequency or frequency band of the transmitter **98**, deactivating an alarm system **104**, **156**, inputting calibration data, and/or indicating events to activate storage of data representative of the event.

Another embodiment of the input device **162** is a touch screen display. The touch screen display may be incorporated into the display **154** or may be a separate display. The touch screen display is activated when the patient touches the screen at a position indicated by a "soft button" which corresponds to a desired function. Touch screen displays are well known.

In addition, the analyte monitoring device **40** may include password protection to prevent the unauthorized transmission of data to a terminal or the unauthorized changing of settings for the device **40**. A patient may be prompted by the display **154** to input the password using the input device **152** whenever a password-protected function is initiated.

Another function that may be activated by the input device **162** is a deactivation mode. The deactivation mode may indicate that the receiver/display unit **46**, **48** should no longer display a portion or all of the data. In some embodiments, activation of the deactivation mode may even deactivate the alarm systems **104**, **156**. Preferably, the patient is prompted to confirm this particular action. During the deactivation mode, the processing circuit **109** and/or analyzer **152** may stop processing data or they may continue to process data and not report it for display and may optionally store the data for later retrieval.

Alternatively, a sleep mode may be entered if the input device **162** has not been activated for a predetermined period of time. This period of time may be adjustable by the patient or another individual. In this sleep mode, the processing circuit **109** and/or analyzer **152** typically continue to obtain measurements and process data, however, the display is not activated. The sleep mode may be deactivated by actions, such as activating the input device **162**. The current analyte reading or other desired information may then be displayed.

In one embodiment, a receiver/display unit **46** initiates an audible or visual alarm when the unit **46** has not received a transmission from the on-skin sensor control unit within a predetermined amount of time. The alarm typically continues until the patient responds and/or a transmission is received. This can, for example, remind a patient if the receiver/display unit **46** is inadvertently left behind.

In another embodiment, the receiver/display unit **46**, **48** is integrated with a calibration unit (not shown). For example,

54

the receiver/display unit **46**, **48** may, for example, include a conventional blood glucose monitor. Another useful calibration device utilizing electrochemical detection of analyte concentration is described in U.S. patent application Ser. No. 08/795,767, incorporated herein by reference. Other devices may be used including those that operate using, for example, electrochemical and colorimetric blood glucose assays, assays of interstitial or dermal fluid, and/or non-invasive optical assays. When a calibration of the implanted sensor is needed, the patient uses the integrated in vitro monitor to generate a reading. The reading may then, for example, automatically be sent by the transmitter **160** of the receiver/display unit **46**, **48** to calibrate the sensor **42**.

Integration With a Drug Administration System

FIG. **25** illustrates a block diagram of a sensor-based drug delivery system **250** according to the present invention. The system may provide a drug to counteract the high or low level of the analyte in response to the signals from one or more sensors **252**. Alternatively, the system monitors the drug concentration to ensure that the drug remains within a desired therapeutic range. The drug delivery system includes one or more (and preferably two or more) subcutaneously implanted sensors **252**, an on-skin sensor control unit **254**, a receiver/display unit **256**, a data storage and controller module **258**, and a drug administration system **260**. In some cases, the receiver/display unit **256**, data storage and controller module **258**, and drug administration system **260** may be integrated in a single unit. The sensor-based drug delivery system **250** uses data form the one or more sensors **252** to provide necessary input for a control algorithm/mechanism in the data storage and controller module **252** to adjust the administration of drugs. As an example, a glucose sensor could be used to control and adjust the administration of insulin.

In FIG. **25**, sensor **252** produces signals correlated to the level of the drug or analyte in the patient. The level of the analyte will depend on the amount of drug delivered by the drug administration system. A processor **262** in the on-skin sensor control unit **254**, as illustrated in FIG. **25**, or in the receiver/display unit **256** determines the level of the analyte, and possibly other information, such as the rate or acceleration of the rate in the increase or decrease in analyte level. This information is then transmitted to the data storage and controller module **252** using a transmitter **264** in the on-skin sensor control unit **254**, as illustrated in FIG. **25**, or a non-integrated receiver/display unit **256**.

If the drug delivery system **250** has two or more sensors **252**, the data storage and controller module **258** may verify that the data from the two or more sensors **252** agrees within predetermined parameters before accepting the data as valid. This data may then be processed by the data storage and controller module **258**, optionally with previously obtained data, to determine a drug administration protocol. The drug administration protocol is then executed using the data storage and controller module **258**, which may be an internal or external infusion pump, syringe injector, transdermal delivery system (e.g., a patch containing the drug placed on the skin), or inhalation system. Alternatively, the drug storage and controller module **258** may provide a drug administration protocol so that the patient or another person may provide the drug to the patient according to the profile.

In one embodiment of the invention, the data storage and controller module **258** is trainable. For example, the data storage and controller module **258** may store glucose readings over a predetermined period of time, e.g., several weeks. When an episode of hypoglycemia or hyperglycemia is encountered, the relevant history leading to such event

US 6,175,752 B1

55

56

may be analyzed to determine any patterns which might improve the system's ability to predict future episodes. Subsequent data might be compared to the known patterns to predict hypoglycemia or hyperglycemia and deliver the drug accordingly. In another embodiment, the analysis of trends is performed by an external system or by the processing circuit **109** in the on-skin sensor control unit **254** or the analyzer **152** in the receiver/display unit **256** and the trends are incorporated in the data storage and controller **258**.

In one embodiment, the data storage and controller module **258**, processing circuit **109**, and/or analyzer **152** utilizes patient-specific data from multiple episodes to predict a patient's response to future episodes. The multiple episodes used in the prediction are typically responses to a same or similar external or internal stimulus. Examples of stimuli include periods of hypoglycemia or hyperglycemia (or corresponding conditions for analytes other than glucose), treatment of a condition, drug delivery (e.g., insulin for glucose), food intake, exercise, fasting, change in body temperature, elevated or lowered body temperature (e.g., fever), and diseases, viruses, infections, and the like. By analyzing multiple episodes, the data storage and controller module **258**, processing circuit **109**, and/or analyzer **152** can predict the coarse of a future episode and provide, for example, a drug administration protocol or administer a drug based on this analysis. An input device (not shown) may be used by the patient or another person to indicate when a particular episode is occurring so that, for example, the data storage and controller module **258**, processing circuit **109**, and/or analyzer **152** can tag the data as resulting from a particular episode, for use in further analyses.

In addition, the drug delivery system **250** may be capable of providing on-going drug sensitivity feedback. For example, the data from the sensor **252** obtained during the administration of the drug by the drug administration system **260** may provide data about the individual patient's response to the drug which can then be used to modify the current drug administration protocol accordingly, both immediately and in the future. An example of desirable data that can be extracted for each patient includes the patient's characteristic time constant for response to drug administration (e.g., how rapidly the glucose concentration falls when a known bolus of insulin is administered). Another example is the patient's response to administration of various amounts of a drug (e.g., a patient's drug sensitivity curve). The same information may be stored by the drug storage and controller module and then used to determine trends in the patient's drug response, which may be used in developing subsequent drug administration protocols, thereby personalizing the drug administration process for the needs of the patient.

The present invention should not be considered limited to the particular examples described above, but rather should be understood to cover all aspects of the invention as fairly set out in the attached claims. Various modifications, equivalent processes, as well as numerous structures to which the present invention may be applicable will be readily apparent to those of skill in the art to which the present invention is directed upon review of the instant specification. The claims are intended to cover such modifications and devices.

We claim:

**1**. A sensor control unit comprising:

a housing adapted for placement on skin and adapted to receive a portion of an electrochemical sensor extending out of the skin having a plurality of contact pads;

a plurality of conductive contacts disposed on the housing and configured for coupling to the plurality of contact pads on the electrochemical sensor; and

an rf transmitter disposed in the housing and coupled to the plurality of conductive contacts for transmitting data obtained using the electrochemical sensor.

**2**. The sensor control unit of claim **1**, further comprising adhesive for adhering the sensor control unit to skin.

**3**. The sensor control unit of claim **1**, further comprising a mounting unit adapted for coupling with the housing.

**4**. The sensor control unit of claim **3**, wherein the mounting unit is configured for placement between the housing and the skin of the patient.

**5**. The sensor control unit of claim **3**, wherein adhesive is disposed on a surface of the mounting unit for adhering the mounting unit and housing to the skin of the patient.

**6**. The sensor control unit of claim **3**, further comprising a support structure disposed on the mounting unit for aligning the contact pads of the sensor with the conductive contacts of the sensor control unit.

**7**. The sensor control unit of claim **3**, further comprising an opening in the mounting unit configured for guiding insertion of the electrochemical sensor into the patient.

**8**. The sensor control unit of claim **1**, wherein the housing comprises a base and a cover.

**9**. The sensor control unit of claim **8**, wherein the base and cover are configured to form a water resistant seal when coupled.

**10**. The sensor control unit of claim **1**, wherein the housing is water resistant.

**11**. The sensor control unit of claim **1**, wherein the conductive contacts are disposed on an interior surface of the housing.

**12**. The sensor control unit of claim **11**, wherein the housing comprises a port adapted for penetration by the sensor.

**13**. The sensor control unit of claim **1**, wherein the plurality of conductive contacts are disposed on an exterior surface of the housing.

**14**. The sensor control unit of claim **1**, wherein a volume of the housing is about 10 cm$^3$ or less.

**15**. The sensor control unit of claim **1**, wherein a height of the housing is about 0.7 cm or less.

**16**. The sensor control unit of claim **1**, wherein a weight of the housing is about 90 grams or less.

**17**. The sensor control unit of claim **1**, further comprising a battery disposed in the housing.

**18**. The sensor control unit of claim **17**, wherein the battery is sealed within the housing of the sensor control unit.

**19**. The sensor control unit of claim **17**, wherein the battery is removable from the housing.

**20**. The sensor control unit of claim **1**, further comprising an alarm to indicate at least one of hypoglycemia, impending hypoglycemia, hyperglycemia, or impending hyperglycemia.

**21**. The sensor control unit of claim **20**, further comprising a switch for deactivating the alarm.

**22**. The sensor control unit of claim **20**, wherein the alarm produces an audible signal when activated.

**23**. The sensor control unit of claim **22**, wherein a loudness of the alarm increases over time when the alarm is activated.

**24**. The sensor control unit of claim **20**, wherein the alarm produces a vibration when activated.

**25**. The sensor control unit of claim **20**, wherein the alarm is configured to indicate at least two of hypoglycemia, impending hypoglycemia, hyperglycemia, or impending hyperglycemia.

**26**. The sensor control unit of claim **1**, further comprising a receiver disposed in the housing.

57                                                                    58

**27**. The sensor control unit of claim **1**, further comprising a processing circuit disposed in the housing and coupled to the conductive contacts, the processing circuit is configured for determining a level of an analyte from a signal generated by the sensor.

**28**. The sensor control unit of claim **27**, wherein the processing circuit is configured for determining the level of the analyte in blood from a sensor that is subcutaneously implanted in the patient.

**29**. The sensor control unit of claim **27**, wherein the processing circuit is configured for adjusting the data for temperature using a signal from a temperature probe of the sensor.

**30**. The sensor control unit of claim **1**, wherein the plurality of conductive contacts of the sensor control unit comprise conductive carbon.

**31**. The sensor control unit of claim **1**, further comprising a data storage unit disposed in the housing for keeping data for a period of time.

**32**. A sensor assembly, comprising:

a sensor having a substrate, at least one recessed channel formed in a surface of the substrate, conductive material disposed in the at least one recessed channel to form at least one working electrode and an individual contact pad for each of the at least one working electrodes; and

a sensor control unit for placement on a skin of an animal, the sensor control unit including

a housing having a port through which the sensor penetrates the housing, and

a plurality of conductive contacts disposed in the housing and configured for coupling with the contact pads of the sensor.

**33**. A sensor assembly, comprising:

a sensor comprising a flexible substrate with at least one working electrode, at least one counter electrode, and at least one contact pad coupled to each of the working and counter electrodes, the sensor being adapted for implantation of a portion of the sensor comprising the working and counter electrodes through skin; and

a sensor control unit comprising

a housing adapted for placement on skin;

a plurality of conductive contacts disposed on the housing and configured for coupling to the contact pads of the sensor; and

an rf transmitter disposed in the housing and coupled to the plurality of conductive contacts for transmitting data obtained using the sensor.

**34**. A sensor assembly, comprising:

a sensor comprising at least one working electrode and at least one contact pad coupled to the at least one working electrode; and

the sensor control unit of claim **1**.

**35**. The sensor assembly of claim **34**, wherein the plurality of conductive contacts, the plurality of contact pads, or both comprise conductive carbon.

**36**. The sensor assembly of claim **35**, wherein a signal generated by corrosion of the plurality of conductive contacts and the plurality of contact pads when immersed in a 1 mM NaCl solution is 3% or less of a signal generated by the working electrode when exposed to an analyte having a concentration within an expected physiological range.

**37**. The sensor assembly of claim **35**, wherein a signal generated by corrosion of the plurality of conductive contacts and the plurality of contact pads when immersed in a 100 mM NaCl solution is 3% or less of a signal generated by the working electrode when exposed to an analyte having a concentration within an expected physiological range.

**38**. The sensor assembly of claim **34**, further comprising a mounting unit adapted for coupling with the housing.

**39**. An analyte monitoring system comprising:

a sensor comprising at least one working electrode and at least one contact pad coupled to the at least one working electrode, the sensor being adapted for implantation of a portion of the sensor comprising the working electrode through skin;

the sensor control unit of claim **1**; and

a display unit comprising an rf receiver for receiving data from the sensor control unit, and a display coupled to the rf receiver for displaying an indication of the level of an analyte.

**40**. The analyte monitoring system of claim **39**, further comprising a mounting unit adapted for coupling with the housing.

**41**. The analyte monitoring system of claim **39**, wherein the sensor control unit further comprises an rf receiver disposed in the housing and the display unit further comprises an rf transmitter for transmitting to the rf receiver of the sensor control unit.

**42**. The analyte monitoring system of claim **39**, wherein the display unit further comprises an analyzer coupled to the display and the rf receiver for analyzing data from the rf receiver and providing analyzed data to the display.

**43**. The analyte monitoring system of claim **39**, wherein the display unit further comprises a battery coupled to the receiver and display.

**44**. The analyte monitoring system of claim **39**, wherein the display unit further comprises an input device coupled to the display.

**45**. The analyte monitoring system of claim **39**, further comprising a calibrator for providing a calibration value to at least one of the display unit and the sensor control unit.

**46**. The analyte monitoring system of claim **45**, wherein the calibrator is coupled to the receiver of the display unit for providing the calibration value to the sensor control unit.

**47**. The analyte monitoring system of claim **45**, wherein the calibrator provides a calibration value using 1 microliter or less of body fluid.

**48**. The analyte monitoring system of claim **45**, wherein the calibrator comprises a device configured for non-invasive optical assay of analyte.

**49**. The analyte monitoring system of claim **39**, wherein the display unit is portable.

**50**. The analyte monitoring system of claim **49**, wherein the display unit is configured for wearing on a piece of clothing.

**51**. The analyte monitoring system of claim **49**, further comprising a secondary display unit having a power cord for connecting to an electrical outlet, a receiver for receiving data transmitted by the transmitter, and a display coupled to the receiver for displaying the level of the analyte.

**52**. The analyte monitoring system of claim **51**, wherein the display unit and the secondary display unit are configured for exchanging data.

**53**. The analyte monitoring system of claim **39**, wherein the display unit is configured for connection to an electrical outlet.

**54**. The analyte monitoring system of claim **53**, wherein the display unit further comprises at least one of a lamp, a radio, a clock, an interface to a telephone system, an interface to a computer, or a battery backup system.

**55**. The analyte monitoring system of claim **39**, wherein the display unit further comprises an alarm configured for

US 6,175,752 B1

59                                                                                      60

activation if a signal from the transmitter of the sensor control unit is not received with a predetermined time interval.

**56**. The analyte monitoring system of claim **39**, wherein the display unit comprises a pager receiver for receiving pages from an external paging system.

**57**. The analyte monitoring system of claim **56**, wherein the display unit comprises a pager transmitter for sending pages to the external paging system, wherein the pager transmitter is activated when at least one of hypoglycemia, impending hypoglycemia, hyperglycemia, or impending hyperglycemia is indicated.

**58**. The analyte monitoring system of claim **39**, wherein the display unit is configured for coupling to an external download device to transfer data from the display unit.

**59**. The analyte monitoring system of claim **39**, further comprising at least one alarm disposed in the display unit and configured to indicate when a level of an analyte exceeds a threshold level.

**60**. The analyte monitoring system of claim **59**, wherein the alarm is configured to indicate when a level of an analyte is near a threshold level.

**61**. The analyte monitoring system of claim **60**, wherein the alarm is configured to indicate at least one of hypoglycemia, impending hypoglycemia, hyperglycemia, or impending hyperglycemia.

**62**. The analyte monitoring system of claim **61**, wherein the alarm is configured to indicate impending hypoglycemia and is deactivated if an impending hypoglycemia condition does not exist.

**63**. The analyte monitoring system of claim **61**, wherein the alarm is configured to indicate hypoglycemia and is only manually deactivatable.

**64**. The analyte monitoring system of claim **61**, wherein the alarm is configured to indicate hypoglycemia and the alarm, when activated, produces an audible signal that increases in loudness over time.

**65**. The analyte monitoring system of claim **59**, wherein the analyte monitoring system comprises at least two alarms, each alarm producing an audible signal, wherein the signals of the at least two alarms are distinguishable.

**66**. The analyte monitoring system of claim **39**, further comprising a processing circuit in the display unit, the processing circuit being configured to analyze patient-specific data from multiple episodes to predict a patient's response to future episodes.

**67**. The analyte monitoring system of claim **66**, wherein the patient-specific data comprises a response to a treatment.

**68**. The analyte monitoring system of claim **67**, wherein the analyte is glucose and the treatment is an administration of insulin.

**69**. The analyte monitoring system of claim **67**, wherein the display unit further comprises an input device for indicating when a treatment is administered.

**70**. The analyte monitoring system of claim **66**, wherein the processing circuit is configured to determine a drug administration protocol in response to the patient-specific data.

**71**. The analyte monitoring system of claim **66**, wherein the patient-specific data is a dosage dependence of a response to a drug.

**72**. The analyte monitoring system of claim **66**, wherein the display unit further comprises an input device for indicating when food has been injested.

**73**. The analyte monitoring system of claim **72**, where the input device is configured for indicating an approximate caloric content of the food.

**74**. The analyte monitoring system of claim **39**, further comprising a temperature measurement device to correct data obtained from the sensor.

**75**. The analyte monitoring system of claim **74**, wherein the temperature measurement device comprises a temperature probe disposed on the substrate.

**76**. The analyte monitoring system of claim **39**, wherein the analyte monitoring system further comprises a drug administration system which dispenses a drug based on the level of the analyte.

**77**. The analyte monitoring system of claim **76**, wherein the drug administration system comprises a receiver for receiving data from at least one of the sensor control unit or display unit to direct dispensing of the drug.

**78**. The analyte monitoring system of claim **76**, wherein the drug administration system comprises at least one of a needle, syringe, pump, catheter, inhaler, or transdermal patch to administer the drug.

**79**. The analyte monitoring system of claim **76**, wherein the drug is insulin.

**80**. A method for monitoring a level of an analyte using the analyte monitoring system of claim **39**, the method comprising:

inserting the sensor into skin of a patient;

attaching the sensor control unit to the skin of the patient;

coupling a plurality of conductive contacts disposed in the sensor control unit to a plurality of contact pads disposed on the sensor;

collecting data, using the sensor control unit, regarding a level of an analyte from signals generated by the sensor;

transmitting the collected data to the display unit using the rf transmitter of the sensor control unit; and

displaying an indication of the level of the analyte on the display of the display unit.

**81**. The method of claim **80**, wherein collecting data comprises generating signals from the sensor and processing the signals into data.

**82**. The method of claim **80**, wherein the data comprises the signals from the sensor.

**83**. The method of claim **80**, further comprising activating an alarm if the data indicates an alarm condition.

**84**. The method of claim **80**, further comprising administering a drug in response to the data.

**85**. The method of claim **80**, further comprising obtaining a calibration value from a calibration device to calibrate the data.

**86**. The method of claim **85**, wherein the calibration device is coupled to the display unit.

**87**. The method of claim **86**, further comprising transmitting the calibration value from a transmitter in the display unit to a receiver in the sensor control unit.

**88**. An analyte monitoring system comprising:

(a) a sensor comprising at least one working electrode and at least one contact pad coupled to the at least one working electrode, the sensor being adapted for implantation of a portion of the sensor comprising the working electrode through skin;

(b) a sensor control unit comprising,

(i) a housing adapted for placement on skin and adapted to receive a portion of an electrochemical sensor having a plurality of contact pads;

(ii) a plurality of conductive contacts disposed on the housing and configured for coupling to the plurality of contact pads on the electrochemical sensor; and

(iii) an rf transmitter disposed in the housing and coupled to the plurality of conductive contacts for transmitting data obtained using the electrochemical sensor; and

US 6,175,752 B1

61

(c) a display unit comprising a receiver for receiving data from the sensor control unit, and a display coupled to the receiver for displaying an indication of the level of an analyte, wherein the transmitter of the sensor control unit and the receiver of the display unit are capable of transmitting and receiving data when separated by a distance of two meters.

**89.** A sensor control unit comprising:

a housing adapted for placement on skin and adapted to receive a portion of an independent electrochemical sensor extending out of the skin and having at least one contact pad;

at least one conductive contact configured for coupling to the at least one contact pad on the independent electrochemical sensor; and

an rf transmitter disposed in the housing and coupled to the at least one conductive contact for transmitting data obtained using the independent electrochemical sensor.

**90.** A method for monitoring a level of an analyte using the analyte monitoring system of claim **39**, the method comprising:

inserting the sensor into skin of a patient;

attaching the sensor control unit to the skin of the patient;

coupling a plurality of conductive contacts disposed in the sensor control unit to a plurality of contact pads disposed on the sensor;

62

collecting data, using the sensor control unit, regarding a level of an analyte from signals generated by the sensor;

transmitting the collected data to the display unit using the rf transmitter of the sensor control unit;

displaying an indication of the level of the analyte on the display of the display unit; and

replacing the sensor with a new sensor after a period of use.

**91.** The analyte monitoring system of claim **74**, wherein the analyte monitoring system if configured and arranged to determine a temperature near the sensor using two electrodes of the sensor.

**92.** The analyte monitoring system of claim **39**, wherein the sensor further comprises an enzyme non-leachably disposed on the at least one working electrode.

**93.** The analyte monitoring system of claim **39**, wherein the working electrode comprises a mixture of conductive material and an analyte-responsive enzyme.

**94.** The analyte monitoring system of claim **39**, wherein the sensor further comprises a mass transport limiting membrane disposed over the working electrode, the mass transport limiting member maintaining a rate of permeation of the analyte through the mass transport limiting membrane with a variation of no more than 3% per ° C. at temperatures ranging from 30° C. to 40° C.

*    *    *    *    *

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,175,752 B1                                   Page 1 of  1
DATED          : January 16, 2001
INVENTOR(S)  : Say et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

<u>Title page,</u>
Item [75] (Inventors:), delete "Behrad Aria, Alameda, CA (US)" and "Fredric C.
Colman, Berkeley, CA  (US)".

Signed and Sealed this

Twenty-fifth Day of September, 2001

Attest:

*Nicholas P. Godici*

NICHOLAS P. GODICI
*Acting Director of the United States Patent and Trademark Office*

*Attesting Officer*