# EXHIBIT D



# FORM 10-Q

**ABBOTT LABORATORIES – ABT**

**Filed: August 03, 2005 (period: June 30, 2005)**

Quarterly report which provides a continuing view of a company's financial position

# Table of Contents

**PART I.**

FINANCIAL INFORMATION
Item 4. Controls and Procedures

**PART II.**

OTHER INFORMATION
Item 1. Legal Proceedings
Item 2. Unregistered Sales of Equity Securities and Use of Proceeds
Item 6. Exhibits
SIGNATURE
EXHIBIT INDEX
EX-12 (Statement regarding computation of ratios)

EX-31.1

EX-31.2

EX-32.1

EX-32.2

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D. C. 20549

# FORM 10-Q

(Mark One)

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended June 30, 2005

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from            to

Commission File No. 1-2189

# ABBOTT LABORATORIES

An Illinois Corporation                                I.R.S. Employer Identification No. 36-0698440

100 Abbott Park Road
Abbott Park, Illinois 60064-6400
Telephone: (847) 937-6100

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒.   No ☐.

Indicate by check mark whether the registrant is an accelerated filer (as defined in Rule 12b-2 of the Exchange Act).   Yes ☒.   No ☐.

As of June 30, 2005, Abbott Laboratories had 1,554,415,729 common shares without par value outstanding.

PART I. FINANCIAL INFORMATION

Abbott Laboratories and Subsidiaries

Condensed Consolidated Financial Statements

(Unaudited)

Abbott Laboratories and Subsidiaries

Condensed Consolidated Statement of Earnings

(Unaudited)

(dollars and shares in thousands except per share data)

|  | Three Months Ended June 30 | | Six Months Ended June 30 | |
| --- | --- | --- | --- | --- |
|  | 2005 | 2004 | 2005 | 2004 |
| Net Sales | $5,523,800 | $4,703,049 | $10,906,479 | $9,343,904 |
| Cost of products sold | 2,631,835 | 2,068,722 | 5,154,366 | 4,142,144 |
| Research and development | 445,258 | 436,510 | 881,914 | 841,088 |
| Acquired in-process research and development | — | 164,006 | — | 223,906 |
| Selling, general and administrative | 1,351,792 | 1,237,353 | 2,639,413 | 2,390,168 |
| Total Operating Cost and Expenses | 4,428,885 | 3,906,591 | 8,675,693 | 7,597,306 |
| Operating Earnings | 1,094,915 | 796,458 | 2,230,786 | 1,746,598 |
| Net interest expense | 43,244 | 34,896 | 85,514 | 70,337 |
| (Income) from TAP Pharmaceutical Products Inc. joint venture | (107,153) | (120,231) | (189,998) | (221,904) |
| Net foreign exchange loss | 9,568 | 16,149 | 6,522 | 20,626 |
| Other (income) expense, net | 2,786 | (10,028) | 4,422 | (26,359) |
| Earnings from Continuing Operations Before Taxes | 1,146,470 | 875,672 | 2,324,326 | 1,903,898 |
| Taxes on earnings from Continuing Operations | 269,418 | 240,794 | 609,386 | 506,746 |
| Earnings from Continuing Operations | 877,052 | 634,878 | 1,714,940 | 1,397,152 |
| Earnings (Loss) from Discontinued Operations, net of taxes | — | (620) | — | 60,015 |
| Net Earnings | $877,052 | $634,258 | $1,714,940 | $1,457,167 |
| Basic Earnings Per Common Share – | | | | |
| Continuing Operations | $0.56 | $0.41 | $1.10 | $0.89 |
| Discontinued Operations | — | — | — | 0.04 |
| Net Earnings | $0.56 | $0.41 | $1.10 | $0.93 |
| Diluted Earnings Per Common Share – | | | | |
| Continuing Operations | $0.56 | $0.40 | $1.09 | $0.89 |
| Discontinued Operations | — | — | — | 0.04 |
| Net Earnings | $0.56 | $0.40 | $1.09 | $0.93 |
| Cash Dividends Declared Per Common Share | $0.275 | $0.26 | $0.55 | $0.52 |
| Average Number of Common Shares Outstanding Used for Basic Earnings Per Common Share | 1,552,823 | 1,560,479 | 1,555,077 | 1,561,720 |
| Dilutive Common Stock Options | 16,083 | 10,007 | 14,678 | 9,838 |
| Average Number of Common Shares Outstanding Plus Dilutive Common Stock Options | 1,568,906 | 1,570,486 | 1,569,755 | 1,571,558 |
| Outstanding Common Stock Options Having No Dilutive Effect | 22,469 | 57,950 | 22,469 | 57,950 |

The accompanying notes to condensed consolidated financial statements are an integral part of this statement.

2

Abbott Laboratories and Subsidiaries

Condensed Consolidated Statement of Cash Flows

(Unaudited)
(dollars in thousands)

|  | Six Months Ended June 30 | |
| --- | ---: | ---: |
|  | 2005 | 2004 |
| **Cash Flow From (Used in) Operating Activities:** | | |
| Net earnings | $ 1,714,940 | $ 1,457,167 |
| Less: Earnings from discontinued operations, net of taxes | — | 60,015 |
| Earnings from continuing operations | 1,714,940 | 1,397,152 |
| Adjustments to reconcile earnings from continuing operations to net cash from operating activities of continuing operations – | | |
| Depreciation | 436,130 | 430,681 |
| Amortization of intangibles | 241,727 | 211,856 |
| Acquired in-process research and development | — | 223,906 |
| Trade receivables | 245,285 | 66,076 |
| Inventories | (3,250) | (173,554) |
| Other, net | (302,891) | 422,081 |
| Net Cash From Operating Activities of Continuing Operations | 2,331,941 | 2,578,198 |
| **Cash Flow From (Used in) Investing Activities of Continuing Operations:** | | |
| Acquisitions of businesses and technologies | — | (1,965,351) |
| Acquisitions of property and equipment | (633,852) | (561,787) |
| Investment securities transactions | 746,540 | (758,118) |
| Other | 11,629 | 11,735 |
| Net Cash From (Used in) Investing Activities of Continuing Operations | 124,317 | (3,273,521) |
| **Cash Flow From (Used in) Financing Activities of Continuing Operations:** | | |
| Proceeds from (repayments) of commercial paper, net | (820,000) | (378,000) |
| Proceeds from issuance (repayments) of long-term debt | (150,000) | 1,500,000 |
| Other borrowing transactions, net | 12,857 | (36,169) |
| Common share transactions, net | (412,384) | (227,362) |
| Dividends paid | (832,319) | (788,909) |
| Net Cash From (Used in) Financing Activities of Continuing Operations | (2,201,846) | 69,560 |
| Effect of exchange rate changes on cash and cash equivalents | (99,142) | 852 |
| **Discontinued Operations:** | | |
| Net cash provided by operating and investing activities of discontinued operations | 66,316 | 161,360 |
| Financing activities of discontinued operations | — | 700,000 |
| Net cash provided by discontinued operations | 66,316 | 861,360 |
| Net Increase in Cash and Cash Equivalents | 221,586 | 236,449 |
| Cash and Cash Equivalents, Beginning of Year | 1,225,628 | 995,124 |
| Cash and Cash Equivalents, End of Period | $ 1,447,214 | $ 1,231,573 |

The accompanying notes to condensed consolidated financial statements are an integral part of this statement.

Abbott Laboratories and Subsidiaries

Condensed Consolidated Balance Sheet

(Unaudited)

(dollars in thousands)

|  | June 30 2005 | December 31 2004 |
|---|---:|---:|
| **Assets** | | |
| Current Assets: | | |
| Cash and cash equivalents | $ 1,447,214 | $ 1,225,628 |
| Investment securities | 87,488 | 833,334 |
| Trade receivables, less allowances of $228,336 in 2005 and $231,704 in 2004 | 3,345,248 | 3,696,115 |
| Inventories: | | |
| Finished products | 1,315,110 | 1,488,939 |
| Work in process | 556,806 | 582,787 |
| Materials | 667,371 | 548,737 |
| Total inventories | 2,539,287 | 2,620,463 |
| Prepaid expenses, deferred income taxes, and other receivables | 2,011,735 | 2,111,889 |
| Assets held for sale | 232,277 | 247,056 |
| Total Current Assets | 9,663,249 | 10,734,485 |
| Investment Securities Maturing after One Year | 127,990 | 145,849 |
| Property and Equipment, at Cost | 12,691,810 | 12,501,689 |
| Less: accumulated depreciation and amortization | 6,673,720 | 6,493,815 |
| Net Property and Equipment | 6,018,090 | 6,007,874 |
| Intangible Assets, net of amortization | 4,846,757 | 5,171,594 |
| Goodwill | 5,474,357 | 5,685,124 |
| Investments in Joint Ventures and Other Assets | 1,623,903 | 952,929 |
| Assets Held for Sale | 62,867 | 69,639 |
|  | $ 27,817,213 | $ 28,767,494 |
| **Liabilities and Shareholders' Investment** | | |
| Current Liabilities: | | |
| Short-term borrowings | $ 1,012,682 | $ 1,836,649 |
| Trade accounts payable | 942,600 | 1,054,464 |
| Salaries, dividends payable, and other accruals | 3,565,410 | 3,535,019 |
| Income taxes payable | 438,447 | 156,417 |
| Current portion of long-term debt | 4,264 | 156,034 |
| Liabilities of operations held for sale | 119,628 | 87,061 |
| Total Current Liabilities | 6,083,031 | 6,825,644 |
| Post-employment Obligations, Deferred Income Taxes and Other Long-term Liabilities | 2,630,968 | 2,826,489 |
| Long-term Debt | 4,720,073 | 4,787,934 |
| Liabilities of Operations Held for Sale | 1,230 | 1,644 |
| Commitments and Contingencies | | |
| Shareholders' Investment: | | |
| Preferred shares, one dollar par value | | |
| Authorized – 1,000,000 shares, none issued | — | — |
| Common shares, without par value | | |
| Authorized – 2,400,000,000 shares Issued at stated capital amount – Shares: 2005: 1,569,012,429; 2004: 1,575,147,418 | 3,473,771 | 3,239,575 |
| Common shares held in treasury, at cost – Shares: 2005: 14,596,700; 2004: 15,123,800 | (213,156) | (220,854) |
| Unearned compensation – restricted stock awards | (57,431) | (50,110) |
| Earnings employed in the business | 10,284,544 | 10,033,440 |
| Accumulated other comprehensive income | 894,183 | 1,323,732 |
| Total Shareholders' Investment | 14,381,911 | 14,325,783 |
|  | $ 27,817,213 | $ 28,767,494 |

The accompanying notes to condensed consolidated financial statements are an integral part of this statement.

4

Abbott Laboratories and Subsidiaries

Notes to Condensed Consolidated Financial Statements

June 30, 2005

(Unaudited)

Note 1 – Basis of Presentation

The accompanying unaudited, condensed consolidated financial statements have been prepared pursuant to rules and regulations of the Securities and Exchange Commission and, therefore, do not include all information and footnote disclosures normally included in audited financial statements. However, in the opinion of management, all adjustments necessary to present fairly the results of operations, financial position and cash flows have been made. It is suggested that these statements be read in conjunction with the financial statements included in Abbott's Annual Report on Form 10-K for the year ended December 31, 2004.

Note 2 – Spin-off of Hospira

On April 12, 2004, Abbott's board of directors declared a special dividend distribution of all of the outstanding shares of common stock of Hospira, Inc. For every 10 Abbott common shares held at the close of business on April 22, 2004, Abbott shareholders received one share of Hospira stock on April 30, 2004. Hospira included the operations relating to the manufacture and sale of hospital products including specialty injectable pharmaceuticals, medication delivery systems and critical care devices and injectable pharmaceutical contract manufacturing. Hospira included Abbott's Hospital products segment, after that segment's reorganization on January 1, 2004, and portions of Abbott's International segment. The income and cash flows of Hospira and the direct transaction costs of the spin-off have been presented as discontinued operations in the Condensed Consolidated Statement of Earnings and Condensed Consolidated Statement of Cash Flows.

The legal transfer of certain operations and assets (net of liabilities) outside the United States is expected to occur in 2005 and 2006. Approximately half of these operations are expected to be transferred to Hospira in 2005 with the remaining operations transferring in the first half of 2006. As of June 30, 2005, approximately 20 percent of these operations have been transferred to Hospira. These operations and assets are used in the conduct of Hospira's international business and Hospira is subject to the risks and entitled to the benefits generated by these operations and assets. These assets and liabilities have been presented as held for sale in the Condensed Consolidated Balance Sheet. The assets and liabilities held for sale consist primarily of inventories, trade accounts receivable, equipment and trade accounts payable, salaries and other accruals.

Summarized financial information for discontinued operations is as follows: *(dollars in thousands)*

|  | Three Months Ended June 30 2004 | Six Months Ended June 30 2004 |
|---|---|---|
| Net sales | $ 217,931 | $ 793,129 |
| Earnings before taxes | 9,286 | 90,444 |
| Taxes on earnings | 9,906 | 30,429 |
| Net earnings (loss) | (620) | 60,015 |

The financial information above includes the operations of Hospira through April 30, 2004, the date of the spin-off. As a consequence, the results for the three months ended June 30, 2004 include only one month of the operations of Hospira and the results for the six months ended June 30, 2004 include only four months. The results of the discontinued operations also include direct transaction costs of approximately $32 million and $36 million in the three months and six months ended June 30, 2004, respectively.

5

Note 3 – Supplemental Financial Information
*(dollars in thousands)*

|  | Three Months Ended June 30 | | Six Months Ended June 30 | |
|---|---|---|---|---|
|  | 2005 | 2004 | 2005 | 2004 |
| Net Interest Expense: | | | | |
| Interest expense | $ 59,990 | $ 48,329 | $ 117,305 | $ 93,361 |
| Interest income | (16,746) | (13,433) | (31,791) | (23,024) |
| Total | $ 43,244 | $ 34,896 | $ 85,514 | $ 70,337 |

Supplemental Cash Flow Information – Other, net in Net Cash From Operating Activities of Continuing Operations for 2005 includes the effects of contributions to the main domestic defined benefit plan of $641,000 and to the post–employment medical and dental plans of $140,000.

Note 4 – Taxes on Earnings

Taxes on earnings reflect the estimated annual effective rates and for the first six months 2005 include additional income taxes of approximately $52 million for remittances of foreign earnings of approximately $600 million in connection with the American Jobs Creation Act of 2004. In February 2005, management concluded that it would remit these earnings in 2005. 2004 includes the effects of charges for acquired in–process research and development and for other non–tax deductible items. The effective tax rates, excluding the effect of these 2005 and 2004 items, are less than the statutory U.S. federal income tax rate principally due to the domestic dividend exclusion and the benefit of lower statutory tax rates and tax exemptions in several taxing jurisdictions.

Note 5 – Litigation and Environmental Matters

As of December 31, 2004, there were several lawsuits pending in connection with the sales of *Hytrin*. These suits alleged that Abbott violated state or federal antitrust laws and, in some cases, unfair competition laws by signing patent settlement agreements with Geneva Pharmaceuticals, Inc. and Zenith Laboratories, Inc. in 1998. Those agreements related to pending patent infringement lawsuits between Abbott and the two companies. In the second quarter of 2005, the court approved settlements with the majority of the plaintiffs in the aggregate amount of $90 million which was previously reserved. The claims of the remaining plaintiffs are not material and are reserved for by Abbott.

Abbott has been identified as a potentially responsible party for investigation and cleanup costs at a number of locations in the United States and Puerto Rico under federal and state remediation laws and is investigating potential contamination at a number of company–owned locations. Abbott has recorded an estimated cleanup cost for each site for which management believes Abbott has a probable loss exposure. No individual site cleanup exposure is expected to exceed $3 million, and the aggregate cleanup exposure is not expected to exceed $20 million.

Within the next year, legal proceedings may occur that may result in a change in the estimated reserves recorded by Abbott. For its legal proceedings and environmental exposures, including those discussed in this note and in Note 6, Abbott estimates the range of possible loss to be from approximately $25 million to $75 million. Reserves of approximately $35 million have been recorded at June 30, 2005 for these proceedings and exposures. These reserves represent management's best estimate of probable loss, except for one which is recorded at the minimum, as defined by Statement of Financial Accounting Standards No. 5, "Accounting for Contingencies."

While it is not feasible to predict the outcome of all such proceedings and exposures with certainty, management believes that their ultimate disposition should not have a material adverse effect on Abbott's financial position, cash flows, or results of operations.

Note 6 – TAP Pharmaceutical Products Inc.

As of December 31, 2004, TAP Pharmaceutical Products Inc. (TAP) and Abbott were named as defendants in several lawsuits alleging violations of various state or federal laws in connection with TAP's marketing and pricing of *Lupron*. In the second quarter of 2005, the court approved settlements with the majority of the plaintiffs in the aggregate amount of $150 million which was previously reserved. The claims of the remaining plaintiffs are not material and are reserved for by TAP. Abbott's portion of TAP's remaining reserve is included in the reserve amounts and range in Note 5 above.

Within the next year, legal proceedings may occur that may result in a change in the estimated reserves recorded by TAP. While it is not feasible to predict the outcome of such pending claims, proceedings, and investigations with certainty, management is of the opinion that their ultimate disposition should not have a material adverse effect on Abbott's financial position, cash flows, or results of operations.

Note 7 – Post–Employment Benefits
*(dollars in millions)*

Retirement plans consist of defined benefit, defined contribution, and medical and dental plans. Net cost recognized in continuing operations for the six months ended June 30 for Abbott's major defined benefit plans and post–employment medical and dental benefit plans is as follows:

|  | Defined Benefit Plans | | Medical and Dental Plans | |
|---|---|---|---|---|
|  | 2005 | 2004 | 2005 | 2004 |
| Service cost — benefits earned during the period | $ 106.0 | $ 85.8 | $ 21.5 | $ 13.7 |
| Interest cost on projected benefit obligations | 132.1 | 113.3 | 31.5 | 25.7 |
| Expected return on plans' assets | (181.2) | (126.9) | (4.4) | — |
| Net amortization | 32.9 | 12.2 | 4.2 | 2.2 |
| Net cost | $ 89.8 | $ 84.4 | $ 52.8 | $ 41.6 |

In the second quarter 2004, Abbott reflected the requirements of Financial Accounting Standards Board Staff Position No. 106–2, "Accounting and Disclosure Requirements Related to the Medicare Prescription Drug, Improvement and Modernization Act of 2003." As a result, the projected benefit obligations related to benefits attributed to past service were reduced by approximately $210, and the net cost recognized in the second quarter 2004 was reduced by approximately $16.

Abbott funds its domestic defined benefit plans according to IRS funding limitations. In the first quarter 2005, $641 was contributed to the main domestic defined benefit plan and $140 was contributed to the post–employment medical and dental benefit plans. In the first quarter of 2004, $200 was contributed to the main domestic defined benefit plan.

7

Note 8 – Comprehensive Income, net of tax
*(dollars in thousands)*

|  | Three Months Ended June 30 | | Six Months Ended June 30 | |
| --- | --- | --- | --- | --- |
|  | 2005 | 2004 | 2005 | 2004 |
| Foreign currency (loss) gain translation adjustments | $ (405,899) | $ (156,986) | $ (465,586) | $ 137,312 |
| Minimum pension liability adjustments | — | (50,121) | — | (50,121) |
| Unrealized gains (losses) on marketable equity securities | 4,137 | (20,102) | (12,523) | (35,627) |
| Net adjustments for derivative instruments designated as cash flow hedges | 23,883 | 7,672 | 48,560 | 12,021 |
| Reclassification adjustments for realized gains | — | (8,707) | — | (20,632) |
| Other comprehensive income (loss), net of tax | (377,879) | (228,244) | (429,549) | 42,953 |
| Net Earnings | 877,052 | 634,258 | 1,714,940 | 1,457,167 |
| Comprehensive Income | $ 499,173 | $ 406,014 | $ 1,285,391 | $ 1,500,120 |

Supplemental Comprehensive Income Information, net of tax:

|  | 2005 | 2004 |
| --- | --- | --- |
| Cumulative foreign currency translation (income) adjustments | $ (1,249,315) | $ (991,074) |
| Minimum pension liability adjustments | 355,103 | 329,276 |
| Cumulative unrealized (gains) on marketable equity securities | (5,178) | (35,602) |
| Cumulative losses on derivative instruments designated as cash flow hedges | 5,207 | 1,795 |

Note 9 – Segment Information *(dollars in millions)*

*Revenue Segments* — Abbott's principal business is the discovery, development, manufacture and sale of a broad line of health care products. Abbott's products are generally sold directly to retailers, wholesalers, hospitals, health care facilities, laboratories, physicians' offices and government agencies throughout the world. Abbott's reportable segments are as follows:

*Pharmaceutical Products* — U.S. sales of a broad line of pharmaceuticals.

*Diagnostic Products* — Worldwide sales of diagnostic systems and tests for blood banks, hospitals, consumers, commercial laboratories and alternate-care testing sites. For segment reporting purposes, four diagnostic divisions are aggregated and reported as the Diagnostic products segment.

*Ross Products* — Primarily U.S. sales of a broad line of adult and pediatric nutritional products, pediatric pharmaceuticals and consumer products.

*International* — Non-U.S. sales of Abbott's pharmaceutical and nutritional products. Products sold by International are manufactured in domestic and international manufacturing locations.

Abbott's underlying accounting records are maintained on a legal entity basis for government and public reporting requirements. Segment disclosures are on a performance basis consistent with internal management reporting. Intersegment transfers of inventory are recorded at standard cost and are not a measure of segment operating earnings. The cost of some corporate functions and the cost of certain employee benefits are sold to segments at predetermined rates that approximate cost. Remaining costs, if any, are not allocated to segments. Substantially all intangible assets and related amortization from business acquisitions are not allocated to segments. The following segment information has been prepared in accordance with the internal accounting policies of Abbott, as described above, and are not presented in accordance with generally accepted accounting principles applied to the consolidated financial statements.

|  | Net Sales to External Customers | | | | Operating Earnings | | | |
|---|---|---|---|---|---|---|---|---|
|  | Three Months Ended June 30 | | Six Months Ended June 30 | | Three Months Ended June 30 | | Six Months Ended June 30 | |
|  | 2005 | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 | 2004 |
| Pharmaceutical | $ 1,933 | $ 1,644 | $ 3,803 | $ 3,204 | $ 550 | $ 615 | $ 1,111 | $ 1,089 |
| Diagnostics (worldwide) | 957 | 848 | 1,844 | 1,607 | 130 | 90 | 227 | 152 |
| Ross | 589 | 520 | 1,266 | 1,186 | 138 | 158 | 374 | 438 |
| International | 1,769 | 1,521 | 3,521 | 3,025 | 521 | 392 | 1,027 | 793 |
| Total Reportable Segments | 5,248 | 4,533 | 10,434 | 9,022 | 1,339 | 1,255 | 2,739 | 2,472 |
| Other | 276 | 170 | 472 | 322 |  |  |  |  |
| Net Sales | $ 5,524 | $ 4,703 | $ 10,906 | $ 9,344 |  |  |  |  |
| Corporate functions and benefit plans costs |  |  |  |  | 88 | 81 | 136 | 154 |
| Non-reportable segments |  |  |  |  | 24 | 49 | 70 | 89 |
| Net interest expense |  |  |  |  | 43 | 35 | 86 | 70 |
| Acquired in-process research and development |  |  |  |  | — | 164 | — | 224 |
| (Income) from TAP Pharmaceutical Products Inc. joint venture |  |  |  |  | (107) | (120) | (190) | (222) |
| Net foreign exchange loss |  |  |  |  | 10 | 16 | 7 | 21 |
| Other, net |  |  |  |  | 135 | 154 | 306 | 232 |
| Consolidated Earnings from Continuing Operations Before Taxes |  |  |  |  | $ 1,146 | $ 876 | $ 2,324 | $ 1,904 |

Note 10 – Business Combinations and Technology Acquisitions

In April 2004, Abbott acquired TheraSense, Inc., a leader in the development, manufacturing and marketing of blood glucose self-monitoring systems, for approximately $1.2 billion in cash. Abbott also acquired certain other product technologies for approximately $352 million. These acquisitions resulted in a charge of $164 million for acquired in-process research and development, intangible assets of approximately $912 million, non-tax deductible goodwill of approximately $623 million and deferred income taxes of approximately $241 million. Acquired intangible assets, primarily product technology, are amortized over 9 to 17 years (average of approximately 13 years). In January 2004, Abbott acquired i-STAT Corporation, a manufacturer of point-of-care diagnostic products for blood analysis, for approximately $394 million in cash. In the first quarter of 2004, Abbott recorded a charge of approximately $60 million for acquired in-process research and development, intangible assets of approximately $263 million, non-tax deductible goodwill of approximately $109 million and deferred income taxes of approximately $105 million. Acquired intangible assets, primarily product technology, are amortized over 7 to 18 years (average of approximately 17 years). Had these acquisitions taken place on January 1 of the previous year, consolidated sales and income would not have been significantly different from reported amounts.