# EXHIBIT F



**other ADA meetings** | dia

**Scientific Sessions Home**

**Program**

▶ Search Exhibitors
  Exhibits

  View Exhibit Hall Floor Plan

  Information for Exhibitors

**Accreditation
& Continuing Education**

**Bookstore**

**Enduring Materials**

**For Media**

**Scientific Sessions
Abstracts Archive
2003 - 2005**

# Exhibitors

Use the full text search field to find records based on a partial value or an actual value found anywh exhibitor record. This can be used in conjunction with the product category, or the category can be u own.

**Search Options**

## By Letter:
Click a letter to find all events whose name starts with the letter chosen.
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0-9

## By Keywords:
Use the text and drop-down boxes to search for desired exhibitor. Enter part or all of a word as a se criteria.

**Text Search:** [          ]

**Category:** [--- SELECT CATEGORY ---  ▼]

- Values in parentheses indicate the number of exhibitors matching this criteria.

[Search]

**Search Results - 220 match(es) found**

| Action | Exhibitor | Booth |
|---|---|---|
| View | A. Menarini Diagnostics | 1149 |
| View | Abbott Diabetes Care | 2102 |
| View | Abbott Laboratories | 1915, 190? |
| View | ACON Laboratories, Inc. | 351 |
| View | ADA World | 2835 |
| View | ADM Kao LLC | 2601 |
| View | Aim, Believe, Achieve | 715 |
| View | ALPCO Diagnostics | 118 |
| View | Amano Enzyme U.S.A. Co., Ltd. | 2803 |
| View | American Academy of Physician Assistants | 148 |
| View | American Association of Clinical Endocrinologists | 138 |
| View | American Association of Diabetes Educator | 238 |
| View | American Heart Association | 249 |
| View | American Physiological Society | 137 |
| View | American Podiatric Medical Association, Inc. | 246 |
| View | American Youth Understanding Diabetes Abroad, Inc. | 245 |
| View | Amerx Healthcare & Sirius Medical Supply | 214 |
| View | Amylin Pharmaceuticals, Inc. | 126 |
| View | Amylin/Lilly Alliance | 827 |
| View | Analox Instruments USA | 2041 |
| View | ANEW International | 2639 |
| View | Animas Corporation | 1427 |
| View | Anodyne Therapy | 1735 |
| View | ArtJen Complexus Holdings Corporation | 308 |
| View | AstraZeneca | 1415, 161? |
| View | AtCor Medical | 106 |
| View | Aurora Ministries | 136 |
| View | Aventis Pharmaceuticals | 501, 403 |
| View | Bayer Healthcare Diabetes Care Div. | 2303 |
| View | BD Medical Diabetes Care | 841 |
| View | Bionime Corporation | 2634 |
| View | Bio-Rad Laboratories, Inc | 1932 |
| View | Bio-Serv | 1640 |
| View | Biotene/ Laclede, Inc. | 1534 |

| | | |
|---|---|---|
| View | Biotest Medical Corp. | 2535 |
| View | Biovail Pharmaceuticals, Inc. | 1938 |
| View | Blackwell Publishing | 1734 |
| View | Borin-Halbich, Inc. | 1636 |
| View | Bristol-Myers Squibb/Merck | 1523 |
| View | Bristol-Myers Squibb/Sanofi Synthelabo | 1823 |
| View | Bristol-Myers Squibb/Sanofi Synthelabo | 1923 |
| View | Calisto Medical Inc. | |
| View | Cambrex | 109 |
| View | Canon Medical Systems | 2035 |
| View | Care-Tech Laboratories, Inc. | 2700 |
| View | Cascade Survey Research, LLC | 1837 |
| View | CDAPP Resource Center | 252 |
| View | Center for Medicare & Medicaid Services | 2441 |
| View | Charles River Laboratories | 200 |
| View | Children With Diabetes | 2037 |
| View | Coalition for Safe Community Needle Disposal | 150 |
| View | Colgate | 353 |
| View | Columbus Instruments | 2641 |
| View | Consortium for Improvement in Erectile Function | 2539 |
| View | Data Sciences International | 2137 |
| View | dave.md (Diabetes And Vascular Education) | 147 |
| View | Delphi Health Systems, Inc. | 1447 |
| View | Dermik | 719 |
| View | DexCom, Inc. | 1039 |
| View | Diabetes Camping Association | 248 |
| View | Diabetes Dialogues - MediMax Communication | 1931 |
| View | Diabetes Health | 1148 |
| View | Diabetic Cooking Magazine | 1634 |
| View | Diabetic Microvascular Complications Today | 2809 |
| View | diaDexus, Inc. | 2730 |
| View | Diagnostic System Laboratories | 206 |
| View | Diamyd Inc. | 208 |
| View | Division of Diabetes Translation/CDC | 240 |
| View | dLife - It's YOUR DIABETES Life | 835 |
| View | DOCs - Doctors of Christ | 139 |
| View | Dyets, Inc. | 2339 |
| View | Echo Medical Systems, LLC | 210 |
| View | Eli Lilly and Company | 527 |
| View | Encyclopaedia Britannica | 2707 |
| View | European Association for the Study of Diabetes (EASD) | 141 |
| View | EXHIBITCHEK | 100 |
| View | Extendbar (Clinical Products) | 2511 |
| View | EyeTel Imaging Inc. | 446 |
| View | GlaxoSmithKline | 1501, 1515 |
| View | GlycoMark, Inc. | 2533 |
| View | Handbooks in Health Care | 2440 |
| View | Harlan | 2140 |
| View | HealtheTech, Inc. | 108 |
| View | HemoCue, Inc. | 2607 |
| View | Hodgson Mill, Inc. | 2336 |
| View | Hokanson | 116 |
| View | Home Diagnostics, Inc. | 409 |
| View | Horiba Ltd | 344 |
| View | Humana Press | 101 |
| View | Human-Sim (Pty) Ltd | 1638 |
| View | ICU Medical, Inc. | 2736 |
| View | iMetrikus, Inc. | 439 |
| View | Inamed Health | 2341 |
| View | Inoveon Corporation | 2806 |
| View | Insulin for Life Australia | 146 |
| View | International Diabetes Center | 1147 |
| View | International Diabetes Federation | 2827 |

| | | |
|---|---|---|
| View | Inviro Medical Inc. | 2801 |
| View | i-sens, inc. | 2811 |
| View | Johnson & Johnson Health Care Companies | 1026 |
| View | Joslin Diabetes Center | 338 |
| View | Kamiya Biomedical Company | 1539 |
| View | Keryx Biopharmaceuticals, Inc. | 1639 |
| View | King Pharmaceuticals | 1941 |
| View | Kos Pharmaceuticals, Inc. | 1115 |
| View | KRONUS, Inc. | 2702 |
| View | Lantiseptic Division - Summit Industries | 1835 |
| View | Liberty Medical Supply | 1439 |
| View | LifeScan, Inc., a Johnson & Johnson Co. | 1127 |
| View | Linco Diagnostic Services, Inc. | 211 |
| View | LINCO Research | 209 |
| View | LipoScience,Inc. and the NMR LipoProfile(r) Test | 2830 |
| View | Lippincott Williams & Wilkins | 2340 |
| View | Lorenz Biotech S.p.A. | 2136 |
| View | M & B Associates | 2334 |
| View | Mark Enterprises, Inc. | 2805 |
| View | Mary Ann Liebert, Inc. Publishers | 104 |
| View | MD Net Guide Endocrinology | 212 |
| View | MDS Pharma Services | 112 |
| View | Medical Decisions Network a Medical Automation Systems Company | 102 |
| View | Medical Monofilament Mfg. | 2135 |
| View | Medical Research Institute | 2139 |
| View | MedicAlert Foundation International | 346 |
| View | Medifast | 2703 |
| View | Medi-Rub Foot and Body Massagers Medi-Rub | 1546 |
| View | Meditech International | 2540 |
| View | Medtronic Diabetes | 1239 |
| View | Merck Human Health | 2023 |
| View | Merck KGaA, Darmstadt, Germany | 2435 |
| View | Merck/Schering-Plough Pharm. | 2323 |
| View | Mercodia | 2717 |
| View | Metabolic Endocrine Education Foundation | 144 |
| View | Metrika Inc. | 2711 |
| View | Mini Pharmacy and Medical Supplies | 1833 |
| View | MLTResearch | |
| View | MSM Research | 1411 |
| View | Murray Sugar Free Cookies | 1510 |
| View | NAASO, The Obesity Society | 340 |
| View | National Center for Complementary and Alternative Medicine | 107 |
| View | National Certification Board for Diabetes Educators | 348 |
| View | National Diabetes Education Initiative(tm) NDEI | 1535 |
| View | National Diabetes Education Program (NDEP) | 236 |
| View | National Diabetes Information Clearinghouse (NDIC) | 239 |
| View | National Institute of Diabetes & Digestive & Kidney Diseases | 350 |
| View | National Kidney Disease Education Program (NKDEP) | 251 |
| View | Nature Publishing Group | 2815 |
| View | NeuMed Inc. | 2729 |
| View | NeuroMetrix | 445 |
| View | NIH, Center for Scientific Review | 349 |
| View | Noble House The Comprehensive Remedy | 2706 |
| View | Nova Biomedical | 2338 |
| View | Novartis Pharmaceuticals Corporation | 215 |
| View | Novo Nordisk A/S | 900,703,1 |
| View | NuMedics, Inc. | 2816 |
| View | Nutrihand, Inc. | 1150 |
| View | Nutrition 21, Inc. | 119 |
| View | Odyssey Pharmaceuticals, Inc. | 2828 |
| View | Office of Minority Health Resource Ctr. | 1246 |
| View | OMRON Healthcare | 113 |
| View | Ortho Molecular Products | 2537 |

| | | |
|---|---|---|
| View | Overeaters Anonymous | 145 |
| View | Owen Mumford, Inc. | 2515 |
| View | Paragon Biomedical | 846 |
| View | PerkinElmer Life and Analytical Sciences | 2335 |
| View | Pfizer Inc | 1201, 140... |
| View | PharmaBrand/Generex Biotechnology Corp. | |
| View | Phoenix Pharmaceuticals, Inc. | 103 |
| View | Physicians Committee for Responsible Med | 2134 |
| View | Physician's Weekly | 2337 |
| View | Polymedco, Inc. | 1548 |
| View | Positive Health Publications, Inc. | 111 |
| View | PPD, Inc. | 2734 |
| View | PreClinOmics Inc. | 204 |
| View | Prevent Blindness America | 250 |
| View | Prous Science | 352 |
| View | Provalis Diagnostic USA | |
| View | Purina Mills - TestDiet® | 2817 |
| View | Quantomix Inc. | 1248 |
| View | Quintiles, Inc. | 2723 |
| View | R&D Systems, Inc. | 105 |
| View | Redex Industries Inc. | 1541 |
| View | RemedyMD, Inc. | 450 |
| View | Research Diets, Inc./ BioDAQ | 114 |
| View | Roche Diagnostics/Disetronic Medical Systems, Inc. | 541 |
| View | RVJ International/Hydropedes | 453 |
| View | Sankyo Pharma | 2623 |
| View | sanofi-aventis | 2611 |
| View | SAS Shoemakers | 1250 |
| View | Saunders/Mosby/Churchill | 2610 |
| View | SimpleChoice | 1815 |
| View | SmartSound Ultrasound, Inc. | 2438 |
| View | Smith & Nephew, Wound Management | 2807 |
| View | Smiths Medical MD, Inc. | 300 |
| View | Solvay Pharmaceuticals, Inc. | 1936 |
| View | SOOIL Development Co. Ltd. | 2501 |
| View | Stat Medical Devices, Inc. | 550 |
| View | Strategic Science & Technologies, LLC | 2434 |
| View | Syncom Pharmaceuticals, Inc. | 1049 |
| View | Synovate Healthcare | 2701 |
| View | Takeda Pharmaceuticals North America | 227 |
| View | Taylor and Francis Group | 814 |
| View | Texas Diabetes Institute | 149 |
| View | The Caring for Diabetes Educational Forum | 310 |
| View | The Coca-Cola Company | 2821 |
| View | The Diabetes Network | 1435 |
| View | Time Research Ltd | |
| View | Topcon Medical Systems | 2635 |
| View | TOPS Club, Inc.(Take Off Pounds Sensibly) | 2039 |
| View | Type 1 Diabetes TrialNet | 247 |
| View | U.S. Food & Drug Administration/Office of Women's Health | 140 |
| View | U.S. Jaclean, Inc. | |
| View | Union Biometrica Inc. | 448 |
| View | Univ. of Texas Medical Branch/Stark Diabetes Center | 244 |
| View | University of California San Francisco Diabetes Center | 151 |
| View | University of Medicine and Dentistry of New Jersey | 253 |
| View | Voice Factor | 451 |
| View | Wiley | 747 |
| View | Xilas Medical Inc. | 2138 |
| View | Yamato Corporation | 347 |
| View | Yuma Regional Medical Center | |

© 2005 American Diabetes Association & Attendee Interactive - All rights reserved.

**Print | Close**

# Abbott Diabetes Care

Abbott Diabetes Care develops products that reduce the discomfort and inconvenience of blood glucose monitoring; introducing systems that are easier to use, require less blood and provide faster results. Based in Alameda, California, Abbott Diabetes Care designs, develops and manufactures several leading-edge glucose monitoring systems and test strips for use in both home and hospital settings. Among its leading brands are FreeStyle®, FreeStyle Flash™, and Precision Xtra™.

## Contact Information

**Booth:** 2102
**Phone:** (510) 749-5400

## Categories

- Monitors