# EXHIBIT G



Home| Site Map| Contact Us| Login



### AADE's 32nd Annual Meeting and Exhibition

**Washington, DC Convention Center**

**August 10-13, 2005**

## Exhibition Planner

Try AADE's new On-Line Exposition Planner. See a profile of all exhibitors at AADE '05 and conduct searches for particular products or suppliers by keyword, product category, or country.

A mouse-over floor plan allows you to see where everyone is located in the exhibit hall so you can map out your visits.

You can create your own personal list of exhibitors you want to see at the show; even schedule appointments electronically with exhibitors! It's all just a click away.

**Please note:** To best utilize the planner, be sure to allow pop-ups in your browser for the Exhibition Planner Web site.

Go to AADE's Online Exhibition Planner

Revised: Sunday August 07, 2005

American Association of Diabetes Educators | 100 W. Monroe Street, Suite 400 | Chicago, Illinois 60603 | Ph: 800/338.3633 | Fax: 312/424.2427

Copyright © 2005 American Association of Diabetes Educators





**Exhibitor List**

**Online Exposition Home**

**Attendee Services**
› My Exhibitor List
› Clear My List
› Request Appointment
› View Appointment

**View Exhibitors**
› All Exhibitors

**Keyword Search**

Any ▼ GO

**Search By Company**
A B C D E F G
H I J K L M N
O P Q R S T U
V W X Y Z
› Others

**Search By Product**
› Search

**Search By Country**
› Search

**Search By Multiple Criteria**
› Search

General Information
**Floor Plan:** View All Exhibitors

All Exhibitors (261)
Below you will find the exhibitors you selected. Click on the exhibitor name for more details.

**1-50** | 51-100 | 101-150 | 151-200 | 201-250 | 251-261

| Exhibitor Name | Booth |
|---|---|
| A Fashion Hayvin, Inc. | 1652 |
| AADE Member Center | 949 |
| AARP Pharmacy Service | 355 |
| Abbott Diabetes Care | 303 |
| Abbott Laboratories | 521 |
| ABKIT, Inc. | 1748 |
| AccentHealth | 248 |
| ADM Kao LLC | 1815 |
| Advanced Vision Research | 340 |
| Aetrex Worldwide, Inc. | 1244 |
| Aim, Believe, Achieve | 944 |
| Allison Medical Inc. | 1825 |
| American Diabetes Association | 122 |
| American Diabetes Association - Bookstore | 1560 |
| American Dietetic Association | 752 |
| American Heart Association | 116 |
| American Medical ID | 559 |
| American Nurses Credentialing Center (ANCC) | 1844 |
| American Optometric Association | 1745 |
| Amerx Health Care Corporation | 448 |
| Amylin Pharmaceuticals, Inc. | 335 |
| Anew International | 1655 |
| Animas Corporation | 505 |
| Anodyne Therapy | 1711 |
| Ardea Beverage Company | 755 |
| Artex Medical, Inc. | 155 |
| AstraZeneca | 1427 |
| Atlas Medical Equipment, Inc. | 1840 |
| Augusta Medical Systems, LLC | 150 |
| Aurora Ministries | 258 |
| Bayer HealthCare-Diabetes Division | 1217 |
| BB International | 1555 |
| BD Medical Diabetes Care | 321 |
| Beiersdorf Inc. | 447 |
| Better Living Now, Inc. | 146 |
| Bio-Rad Laboratories | 1523 |
| BioTex Labs | 359 |
| Blaine Pharmaceuticals | 750 |
| Blue Bunny | 541 |

| | |
|---|---|
| Board for Certification in Pedorthics | 120 |
| Bristol-Myers Squibb/Merck | 1603 |
| BSN-JOBST, Inc. | 1541 |
| Byram Healthcare | 1335 |
| Cabot Creamery | 1723 |
| California Avocado Commission | 153 |
| California Diabetes & Pregnancy Program Resource Center | 753 |
| Calmoseptine, Inc. | 647 |
| Calorie Control Council | 1742 |
| CalorieKing Wellness Solutions | 1835 |
| Campbell Soup Company | 1540 |

*For assistance using online exhibitor profile please contact us at helpiebms@heiexpo.com.*





**Online Exposition Home**

**Attendee Services**
› My Exhibitor List
› Clear My List
› Request Appointment
› View Appointment

**View Exhibitors**
› All Exhibitors

**Keyword Search**

[    ] Any ▼ GO

**Search By Company**
A B C D E F G
H I J K L M N
O P Q R S T U
V W X Y Z
› Others

**Search By Product**
› Search

**Search By Country**
› Search

**Search By Multiple Criteria**
› Search

**Exhibitor Details**

General Information
  **Floor Plan:** View All Exhibitors | View This Exhibitor Only
  **My Exhibitor List:** View | Add This Exhibitor

Exhibitor Information
Below you will find information found for selected exhibitor.

**Exhibitor:** Abbott Diabetes Care
526 Red Rome Lane
Brentwood, CA
94513

**Booth:** 303

**Company Description:** Abbott Diabetes Care develops products that reduce the discomfort and inconvenience of blood glucose monitoring; introducing systems that are easier to use, require less blood and provide faster results. Based in ALameda, California, Abbott Care Diabetes Care designs, develops and manufactures several leading-edge glucose monitoring systems and test strips for use in both home and hospital settings. Among its leading brands are FreeStyle(r), FreeStyle Flash(tm) and Precision Xtra(tm).

**Product And Services:** blood glucose monitoring

*For assistance using online exhibitor profile please contact us at helpiebms@heiexpo.com.*