# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT DIABETES CARE, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C. A. No. 05-590 (GMS) |
| DEXCOM, INC., a Delaware corporation, | ) ) | |
| Defendant. | ) ) | |

## **[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Abbott Diabetes Care, Inc.'s Motion For Jurisdictional Discovery and For Extension of Briefing Schedule is GRANTED.

Abbott shall be permitted to conduct limited discovery related to jurisdictional issues raised in DexCom's motion. DexCom shall produce all responsive documents by September 21, 2005. DexCom shall produce a Rule 30(b)(6) witness or witnesses by October 6, 2005. Abbott's Response to DexCom's Motion To Dismiss shall be due on October 21, 2005.

Dated September ___, 2005         _____
                                  Honorable Gregory M. Sleet