IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT DIABETES CARE, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-590 (GMS) |
| DEXCOM, INC., a Delaware corporation, | ) ) | |
| Defendant. | ) ) | |

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Abbott Diabetes Care, Inc. may have a one-week courtesy extension to September 22, 2005 in which to file its answering brief in opposition to defendant's motion to dismiss (D.I. 5). The parties stipulate that this extension is without prejudice to Abbott's position in its pending motion (D.I. 9) that discovery and a corresponding extension of the briefing schedule on DexCom's motion to dismiss are warranted and to DexCom's position that discovery and a corresponding extension are not warranted .

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL | ASHBY & GEDDES |
| */s/ Mary B. Graham* | */s/ Steven J. Balick* |
| _____ | _____ |
| Mary B. Graham (#2256) | Steven J. Balick (#2114) |
| James W. Parrett, Jr. (#4292) | John G. Day (#2403) |
| 1201 North Market Street, 18th Floor | 222 Delaware Avenue, 17th Floor |
| P.O. Box 1347 | P.O. Box 1150 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 654-1888 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Abbott Diabetes Care, Inc.* | *DexCom, Inc.* |

Dated: September 12, 2005

- 2 -

SO ORDERED this ____ day of September, 2005.

_____
Judge, United States District Court

482719