IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT DIABETES CARE, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DEXCOM, INC., )<br>)<br>Defendant. ) | C.A. No. 05-590-GMS |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of David C. Doyle, M. Andrew Woodmansee, Brian M. Kramer, and Morgan S. Adessa to represent DexCom, Inc. in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $100.00 is included to cover the annual fee for the attorneys listed above.

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Defendant*

Dated: September 14, 2005
161084.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT DIABETES CARE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-590-GMS |
| | ) | |
| DEXCOM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This _____ day of _____, 2005, the Court having considered the motion for the admission *pro hac vice* of David C. Doyle, M. Andrew Woodmansee, Brian M. Kramer, and Morgan S. Adessa to represent DexCom, Inc. in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

          Signed: *David C. Doyle*
             David C. Doyle
             Morrison & Foerster, LLP
             3811 Valley Centre Drive, Suite 500
             San Diego, CA  92130
             Telephone:  (858) 720-5100

Dated: Sept. 13, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: *[signature]*
M. Andrew Woodmansee
Morrison & Foerster, LLP
3811 Valley Centre Drive, Suite 500
San Diego, CA 92130
Telephone: (858) 720-5100

Dated: Sept. 13, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: *Brian M Kramer*
Brian M. Kramer
Morrison & Foerster, LLP
3811 Valley Centre Drive, Suite 500
San Diego, CA 92130
Telephone: (858) 720-5100

Dated: Sept 13, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: *[signature]*
Morgan S. Adessa
Morrison & Foerster, LLP
3811 Valley Centre Drive, Suite 500
San Diego, CA 92130
Telephone: (858) 720-5100

Dated: Sept. 13, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2005, the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Mary B. Graham, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | HAND DELIVERY |
| James F. Hurst, Esquire<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601 | VIA FEDERAL EXPRESS |

/s/ *Steven J. Balick*
_____
Steven J. Balick