# EXHIBIT A

Case 1:05-cv-00590-GMS    Document 15-2    Filed 09/19/2005    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT DIABETES CARE, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEXCOM, INC., a Delaware corporation,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  C. A. No. 05-590 (GMS)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT Abbott's Motion For Extension Of The Briefing Schedule On DexCom's Motion To Dismiss Pending Resolution Of Abbott's Motion For Limited Jurisdictional Discovery is granted and: (1) if Abbott's motion for discovery is granted, the briefing schedule on DexCom's motion to dismiss will be as set in that order; or (2) if Abbott's motion is denied, Abbott's answering brief will be due within ten days after the order, and DexCom's reply brief within five days thereafter.

SO ORDERED this ____ day of September, 2005.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court

483746