IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT DIABETES CARE, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 05-590-GMS ) |
| DEXCOM, INC., a Delaware corporation, | ) ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I certify that copies of Plaintiff Abbott Diabetes Care, Inc.'s First Set of Requests for Documents and Things (1-10) to Defendant DexCom, Inc. and Plaintiff's First Set of Interrogatories to Defendant DexCom, Inc. were caused to be served on February 2, 2006 upon the following as indicated:

| **BY HAND** | **BY FEDERAL EXPRESS** |
|---|---|
| Steven J. Balick<br>ASHBY & GEDDES<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899 | David C. Doyle<br>MORRISON & FOERSTER LLP<br>3811 Valley Centre Drive<br>Suite 500<br>San Diego, CA 92130-2332 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mbgefiling@mnat.com
jparrett@mnat.com
*Attorneys for Plaintiff, Abbott Diabetes Care, Inc.*

OF COUNSEL:

James F. Hurst
Stephanie S. McCallum
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601
(312) 558-5600

February 2, 2006
504936

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Steven J. Balick
>ASHBY & GEDDES
>222 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE  19899

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on February 2, 2006 upon the following individuals in the manner indicated:

| **BY HAND** | **BY FEDERAL EXPRESS** |
| --- | --- |
| Steven J. Balick<br>ASHBY & GEDDES<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE  19899 | David C. Doyle<br>MORRISON & FOERSTER LLP<br>3811 Valley Centre Drive<br>Suite 500<br>San Diego, CA  92130-2332 |

*/s/ James W. Parrett*

James W. Parrett, Jr. (#4292)

484376