IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT DIABETES CARE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-590 GMS |
| | ) |
| DEXCOM, INC., | ) |
| | ) |
| Defendant. | ) |

### DEXCOM, INC.'S MOTION TO STAY PENDING RE-EXAMINATION OF THE PATENTS IN SUIT

Defendant DexCom, Inc. ("DexCom") hereby respectfully moves for an order staying this case pending conclusion of Reexamination of the four asserted patents by the United States Patent and Trademark Office. The grounds for this Motion are set forth in DexCom's accompanying opening brief and supporting papers filed herewith

WHEREFORE, defendant DexCom, Inc. respectfully requests the Court to enter the attached order staying this case until all reexamination proceedings for the four asserted patents are concluded.

/s/ John W. Shaw
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Young Conaway Stargatt & Taylor, LLP
1000 West Street
Brandywine Building, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com
    Attorneys for Defendant DEXCOM, INC.

Of Counsel:

MORRISON & FOERSTER LLP
David C. Doyle
M. Andrew Woodmansee
Brian M. Kramer
3811 Valley Centre Drive, Suite 500
San Diego, CA 92130-2332
(858) 720-5100

Dated: February 22, 2006

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on February 22, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham, Esquire
> Morris Nichols Arsht & Tunnell LLP
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that on February 22, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

> James F. Hurst, Esquire
> Stephanie S. McCallum, Esquire
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, IL 60601

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

Attorneys for Dexcom, Inc.