IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT DIABETES CARE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-590 GMS |
| | ) | |
| DEXCOM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

At Wilmington this ___ day of _____, 2006, having considered defendant DexCom, Inc.'s motion for an order staying this case pending conclusion of reexamination of the four asserted patents by the United States Patent and Trademark Office and plaintiff Abbott Diabetes Care, Inc.'s opposition thereto, IT IS HEREBY ORDERED that:

1.   DexCom's motion to stay is GRANTED.

2.   This case is stayed pending completion of all reexamination proceedings at the United States Patent and Trademark Office of the four patents in suit.

_____
United States District Judge