# EXHIBIT A

United States Patent & Trademark Office

# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

Portal Home | Patents | Trademarks

**Patent eBusiness**

Patent Application Information Retrieval

- Electronic Filing
- Patent Application Information (PAIR)
- Patent Ownership
- Fees
- Supplemental Resources & Support

Select Search Method: Application Number

Enter Number: [SUBMIT]

**Patent Information**

- Patent Guidance and General Info
- Codes, Rules & Manuals
- Employee & Office Directories
- Resources & Public Notices

Order Certified Application As Filed
Order Certified File Wrapper
View Order List

**Patent Searches**

- Patent Official Gazette
- Search Patents & Applications
- Search Biological Sequences
- Copies, Products & Services

**90/007,903   ANALYTE MONITORING DEVICE AND METHODS OF USE**

| Application Data | Transaction History | Image File Wrapper | Continuity Data | Address & Attorney/Agent |
|---|---|---|---|---|

| | |
|---|---|
| Application Number: | 90/007,903 |
| Filing or 371 (c) Date: | 01-25-2006 |
| Application Type: | Re-Examination |
| Examiner Name: | KIELIN, ERIK J |
| Group Art Unit: | 3992 |
| Confirmation Number: | 5800 |
| Attorney Docket Number: | 5188528004000 |
| Class / Subclass: | 250/200 |
| First Named Inventor: | 6565509 |
| Title of Invention: | ANALYTE MONITORING DEVICE AND METHODS OF USE |

| | |
|---|---|
| Customer Number: | - |
| Status: | Reexam Assigned to Examiner for Determination |
| Status Date: | 02-14-2006 |
| Location: | ELECTRONIC |
| Location Date: | - |
| Earliest Publication No: | - |
| Earliest Publication Date: | - |
| Patent Number: | - |
| Issue Date of Patent: | - |

**Other**

- Copyrights
- Trademarks
- Policy & Law
- Reports

If you need help:

- Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).
- Send general questions about USPTO programs to the USPTO Contact Center (UCC).
- If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.

# EXHIBIT B

United States Patent & Trademark Office

Page 1 of 1

## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

Portal Home | Patents | Trademarks

**Patent eBusiness**
- Electronic Filing
- Patent Application Information (PAIR)
- Patent Ownership
- Fees
- Supplemental Resources & Support

**Patent Information**
- Patent Guidance and General Info
- Codes, Rules & Manuals
- Employee & Office Directories
- Resources & Public Notices

**Patent Searches**
- Patent Official Gazette
- Search Patents & Applications
- Search Biological Sequences
- Copies, Products & Services

**Other**
- Copyrights
- Trademarks
- Policy & Law
- Reports

### Patent Application Information Retrieval

Select Search Method: Application Number

Enter Number: [SUBMIT]

Order Certified Application As Filed
Order Certified File Wrapper
View Order List

**90/007,910 — ANALYTE MONITORING DEVICE AND METHODS OF USE**

| Application Data | Transaction History | Image File Wrapper | Continuity Data | Address & Attorney/Agent |
|---|---|---|---|---|

| Field | Value | Field | Value |
|---|---|---|---|
| Application Number: | 90/007,910 | Customer Number: | - |
| Filing or 371 (c) Date: | 02-01-2006 | Status: | Reexam Assigned to Examiner for Determination |
| Application Type: | Re-Examination | Status Date: | 02-08-2006 |
| Examiner Name: | ENGLISH, PETER C | Location: | ELECTRONIC |
| Group Art Unit: | 3993 | Location Date: | - |
| Confirmation Number: | 2596 | Earliest Publication No: | - |
| Attorney Docket Number: | 518852800100 | Earliest Publication Date: | - |
| Class / Subclass: | 600/345 | Patent Number: | - |
| First Named Inventor: | 6175752 | Issue Date of Patent: | - |
| Title of Invention: | ANALYTE MONITORING DEVICE AND METHODS OF USE | | |

If you need help:
- Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).
- Send general questions about USPTO programs to the USPTO Contact Center (UCC).
- If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.

# EXHIBIT C

United States Patent & Trademark Office                                                      Page 1 of 1

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

Portal Home    |    Patents    |    Trademarks

**Patent eBusiness**    Patent Application Information Retrieval

⊞ Electronic Filing
⊞ Patent Application Information (PAIR)    Select Search Method:    Enter Number:
⊞ Patent Ownership                         Application Number ▾    [ SUBMIT ]
⊞ Fees
⊞ Supplemental Resources & Support

**Patent Information**

Patent Guidance and General Info
⊞ Codes, Rules & Manuals
⊞ Employee & Office Directories
⊞ Resources & Public Notices

Order Certified Application As Filed
Order Certified File Wrapper
View Order List 

**Patent Searches**

Patent Official Gazette
⊞ Search Patents & Applications
⊞ Search Biological Sequences
⊞ Copies, Products & Services

**Other**

Copyrights
Trademarks
Policy & Law Reports

| 90/007,913 | SUBCATANEOUS GLUCOSE ELECTRODE | | |
|---|---|---|---|
| Application Data | Transaction History | Image File Wrapper | Continuity Data | Address & Attorney/Agent |

| | |
|---|---|
| **Application Number:** | 90/007,913 |
| **Filing or 371 (c) Date:** | 02-01-2006 |
| **Application Type:** | Re-Examination |
| **Examiner Name:** | HUANG, EVELYN MEI |
| **Group Art Unit:** | 3991 |
| **Confirmation Number:** | 5776 |
| **Attorney Docket Number:** | 518852800200 |
| **Class / Subclass:** | 435/014 |
| **First Named Inventor:** | 6284478 |
| **Title of Invention:** | SUBCATANEOUS GLUCOSE ELECTRODE |

| | |
|---|---|
| **Customer Number:** | - |
| **Status:** | Reexam Assigned to Examiner for Determination |
| **Status Date:** | 02-17-2006 |
| **Location:** | ELECTRONIC |
| **Location Date:** | - |
| **Earliest Publication No:** | - |
| **Earliest Publication Date:** | - |
| **Patent Number:** | |
| **Issue Date of Patent:** | |

*If you need help:*

- Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).
- Send general questions about USPTO programs to the USPTO Contact Center (UCC).
- If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.

# EXHIBIT D

United States Patent & Trademark Office   Page 1 of 1

## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

Portal Home | Patents | Trademarks

**Patent eBusiness**  Patent Application Information Retrieval

- Electronic Filing
- Patent Application Information (PAIR)
- Patent Ownership
- Fees
- Supplemental Resources & Support

Select Search Method: Enter Number:
Application Number [ ]   SUBMIT

**Patent Information**

Patent Guidance and General Info
- Codes, Rules & Manuals
- Employee & Office Directories
- Resources & Public Notices

**Patent Searches**

Patent Official Gazette
- Search Patents & Applications
- Search Biological Sequences
- Copies, Products & Services

Order Certified Application As Filed
Order Certified File Wrapper
View Order List

**90/007,914   SUBCATANEOUS GLUCOSE ELECTRODE**

| Application Data | Transaction History | Image File Wrapper | Continuity Data | Address & Attorney/Agent |
|---|---|---|---|---|

| | |
|---|---|
| Application Number: | 90/007,914 |
| Filing or 371 (c) Date: | 02-01-2006 |
| Application Type: | Re-Examination |
| Examiner Name: | CELSA, BENNETT M |
| Group Art Unit: | 3991 |
| Confirmation Number: | 5933 |
| Attorney Docket Number: | 5188528003.00 |
| Class / Subclass: | 435/014 |
| First Named Inventor: | 6329161 |
| Title of Invention: | SUBCATANEOUS GLUCOSE ELECTRODE |

| | |
|---|---|
| Customer Number: | - |
| Status: | Reexam Assigned to Examiner for Determination |
| Status Date: | 02-17-2006 |
| Location: | ELECTRONIC |
| Location Date: | - |
| Earliest Publication No: | - |
| Earliest Publication Date: | - |
| Patent Number: | - |
| Issue Date of Patent: | - |

**Other**
Copyrights
Trademarks
Policy & Law
Reports

If you need help:

- Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).
- Send general questions about USPTO programs to the USPTO Contact Center (UCC).
- If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.



# EXHIBIT E



United States Patent and Trademark Office

*Performance and Accountability Report for Fiscal Year 2004*

Performance and Accountability Report: Fiscal Year 2004

### TABLE 13A

| ACTIVITY | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|
| **Requests filed, total** | 318 | 296 | 272 | 392 | 441 |
| By patent owner | 137 | 144 | 121 | 136 | 166 |
| By third party | 172 | 150 | 140 | 239 | 268 |
| Commissioner ordered | 9 | 2 | 11 | 17 | 7 |
| **Determinations on requests, total** | 338 | 342 | 272 | 381 | 419 |
| Requests granted: | | | | | |
| By examiner | 320 | 263 | 262 | 360 | 408 |
| By petition | 2 | 2 | 1 | 1 | 0 |
| Requests denied | 16 | 77 | 9 | 20 | 11 |
| **Requests known to have related litigation** | 80 | 80 | 52 | 109 | 138 |
| **Filings by discipline, total** | 318 | 296 | 272 | 392 | 441 |
| Chemical | 96 | 90 | 87 | 124 | 130 |
| Electrical | 103 | 89 | 78 | 118 | 156 |
| Mechanical | 119 | 117 | 107 | 150 | 155 |

### TABLE 13B

| ACTIVITY | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|
| **Requests filed, total** | 1 | 4 | 21 | 27 |
| **Determinations on requests, total** | - | 5 | 20 | 25 |
| Requests granted: | - | 5 | 18 | 25 |
| By examiner | - | - | 18 | 25 |
| By petition | - | - | - | |
| Requests denied | - | - | 2 | |
| **Requests known to have related litigation** | - | - | 4 | 5 |
| **Filings by discipline, total** | 1 | 4 | 21 | 27 |
| Chemical | 1 | 2 | 3 | 6 |
| Electrical | - | - | 7 | 7 |
| Mechanical | - | 2 | 11 | 14 |

OTHER ACCOMPANYING INFORMATION

# EXHIBIT F



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - December 31, 2004

1. Total requests filed since start of ex parte reexam on 07/01/81 .................................... 7355

   a. By patent owner                   3103    42%
   b. By other member of public         4087    56%
   c. By order of Commissioner           165     2%

2. Number of filings by discipline

   a. Chemical Operation               2311    32%
   b. Electrical Operation             2302    31%
   c. Mechanical Operation             2742    37%

3. Annual Ex Parte Reexam Filings

   | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
   |---|---|---|---|---|---|---|---|
   | 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 128 YTD |
   | 1982 | 187 | 1990 | 297 | 1998 | 350 | | |
   | 1983 | 186 | 1991 | 307 | 1999 | 385 | | |
   | 1984 | 189 | 1992 | 392 | 2000 | 318 | | |
   | 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
   | 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
   | 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
   | 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation .................................................... 1581   21%

5. Determinations on requests .................................................................. 7121

   a. No. granted ............................................................................ 6479 ............ 91%

      (1) By examiner                            6373
      (2) By Director (on petition)               106

   b. No. denied ............................................................................. 642 ............ 9%

      (1) By examiner                             607
      (2) Order vacated                            35

1

6. Total examiner denials (includes denials reversed by Director) .......................... 713

    a. Patent owner requester     414    58%
    b. Third party requester     299    42%

7. Overall reexamination pendency (Filing date to certificate issue date)

    a. Average pendency     21.4 (mos.)
    b. Median pendency     16.8 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 23% | 30% | 13% | 26% |
| b. All claims cancelled | 7% | 12% | 20% | 10% |
| c. Claims changes | 70% | 58% | 67% | 64% |

9. Total ex parte reexamination certificates issued (1981 - present) ...................... 5049

    a. Certificates with all claims confirmed     1315    26%
    b. Certificates with all claims canceled     504    10%
    c. Certificates with claims changes     3230    64%

10. Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

    a. Certificates _ PATENT OWNER REQUESTER ............................................ 2205

        (1) All claims confirmed     514    23%
        (2) All claims canceled     156    7%
        (3) Claim changes     1535    70%

    b. Certificates _ 3rd PARTY REQUESTER .......................................................... 2712

        (1) All claims confirmed     784    29%
        (2) All claims canceled     322    12%
        (3) Claim changes     1606    59%

    c. Certificates _ COMM'R INITIATED REEXAM .............................................. 132

        (1) All claims confirmed     17    13%
        (2) All claims canceled     26    20%
        (3) Claim changes     89    67%