IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT DIABETES CARE, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DEXCOM, INC., a Delaware corporation,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-590 (GMS)<br>)<br>)<br>)<br>) |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS Abbott Diabetes Care, Inc. has requested an extension from March 8 to March 10, 2006 for the filing of its answering papers in opposition to Dexcom Inc.'s motion to stay pending reexamination because Abbott needs additional time to obtain declarations;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Abbott. may have until Friday, March 10, 2006 in which to file its answering brief in opposition to defendant's motion to stay pending re-examination of the patents in suit (D.I. 26).

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| */s/ Mary B. Graham (#2256)* | */s/ Elena Norman (#4780)* |
| Mary B. Graham (#2256)<br>James W. Parrett, Jr. (#4292)<br>1201 North Market Street, 18th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899<br>302.658.9200 | Josy W. Ingersoll (#1088)<br>John W. Shaw (#3362)<br>Elena Norman (#4780)<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>302.571.6600 |
| *Attorneys for Plaintiff*<br>*Abbott Diabetes Care, Inc.* | *Attorneys for Defendant*<br>*DexCom, Inc.* |

Dated: March 6, 2006

- 2 -

SO ORDERED this \_\_\_\_ day of March, 2006.

                                                                                                       _____

                                                                                                        Judge, United States District Court

509741