MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

MARY B. GRAHAM
(302) 351-9199
mgraham@mnat.com

March 8, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re: *Abbott Diabetes Care, Inc. v. DexCom, Inc.*
       C.A. No. 05-590 (GMS)

Dear Judge Sleet:

  Enclosed is a proposed form of scheduling order (Exhibit 1) that reflects the dates set at the scheduling conference, and the further dates agreed to by the parties. For the convenience of the Court and parties, attached also is a chart reflecting all dates (Exhibit 2).

               Respectfully,

               */s/ Mary B. Graham (#2256)*

               Mary B. Graham

MBG/dam
Enclosures
cc: Dr. Peter T. Dalleo, Clerk (via hand delivery and e-filing)
   John W. Shaw, Esquire (via hand delivery and e-filing)
   David C. Doyle, Esquire (via facsimile)
   James F. Hurst, Esquire
510266