# EXHIBIT B

Case 1:05-cv-00590-GMS    Document 31-3    Filed 03/08/2006    Page 1 of 3

## ABBOTT V. DEXCOM
## C.A. NO. 05-590 (GMS)

### DATES FOR SCHEDULING ORDER

| EVENT | DATE |
|---|---|
| Rule 26(a) Disclosures | March 14, 2006 |
| Reliance Upon Advice of Counsel | Two weeks following Court's claim construction ruling |
| Joinder of Parties and Amendment of Pleadings | July 14, 2006 |
| Exchange Lists of Disputed Claim Terms | June 26, 2006 |
| Meet and Confer to Narrow Claim Terms | July 10, 2006 |
| Final Joint Claim Chart (with references to intrinsic evidence) | July 17, 2006 |
| Opening Claim Construction Briefs | August 3, 2006 |
| Answering Claim Construction Briefs | August 31, 2006 |
| *Markman* Claim Construction Hearing | October 24, 2006, 10:00 a.m. (one day) |
| Close of Fact Discovery | November 3, 2006 |
| Opening Expert Reports | December 1, 2006 |
| Rebuttal Expert Reports | January 10, 2007 |
| Close of Expert Discovery | February 8, 2007 |
| Summary Judgment Letter Briefs | February 15, 2007 |
| Answering Summary Judgment Letter Briefs | March 1, 2007 |
| Reply Summary Judgment Letter Briefs | March 8, 2007 |
| Hearing re: Permission to Move for Summary Judgment | March 16, 2007 10:00 a.m. |

- 2 -

| EVENT | DATE |
|---|---|
| Opening Summary Judgment Papers | April 2, 2007, or 2 weeks following the court's ruling on whether to permit summary judgment motions, whichever is later |
| Answering Summary Judgment Papers | Two weeks following opening briefs |
| Reply Summary Judgment Papers | One week following answering briefs |
| Opening In Limine Papers | June 21, 2007 |
| Answering In Limine Papers | July 10, 2007 |
| Reply In Limine Papers | July 17, 2007 |
| Joint Pre-Trial Order | August 13, 2007 |
| Pretrial Conference | September 10, 2007 (10:00 a.m.) |
| Trial Date (10 days) | October 9, 2007 |

509101