IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT DIABETES CARE, INC., a Delaware corporation, </br></br>    Plaintiff,</br></br> v.</br></br> DEXCOM, INC., a Delaware corporation,</br></br>    Defendant. | )</br>)</br>)</br>)</br>)</br>)   C.A. No. 05-590-GMS</br>)</br>)</br>)</br>)</br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Defendant caused copies of (1) Response to Plaintiff Abbott Diabetes Care, Inc.'s First Set of Interrogatories to Defendants Dexcom, Inc. and (2) Response to Plaintiff Abbott Diabetes Care, Inc.'s First Set of Requests for Documents and Things (1-10) to Defendant Dexcom, Inc. to be served on March 7, 2006 upon the following counsel of record in the manner indicated:

**BY FACSIMILE SERVICE AND UPS OVERNIGHT**

Mary B. Graham, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

James F. Hurst, Esquire
Stephanie S. McCallum, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

PLEASE TAKE FURTHER NOTICE that the undersigned, counsel for Defendant caused copies of Response to Plaintiff Abbott Diabetes Care, Inc.'s First Notice for Deposition of Dexcom, Inc. to be served on March 8, 2006 upon the following counsel of record in the manner indicated:

**BY FACSIMILE SERVICE AND UPS OVERNIGHT**

    Mary B. Graham, Esquire
    Morris Nichols Arsht & Tunnell
    1201 North Market Street
    Wilmington, DE 19899-1347

    James F. Hurst, Esquire
    Stephanie S. McCallum, Esquire
    Winston & Strawn LLP
    35 West Wacker Drive
    Chicago, IL 60601

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on March 13, 2006 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

    Mary B. Graham, Esquire
    Morris Nichols Arsht & Tunnell
    1201 North Market Street
    Wilmington, DE 19899-1347

**BY FEDERAL EXPRESS**

    James F. Hurst, Esquire
    Stephanie S. McCallum, Esquire
    Winston & Strawn LLP
    35 West Wacker Drive
    Chicago, IL 60601

                                     YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                     /s/ John W. Shaw
                                     John W. Shaw (No. 3362)
                                     The Brandywine Building, 17th Floor
                                     1000 West Street
                                     Wilmington, Delaware 19801
                                     (302) 571-6600
                                     jshaw@ycst.com

                                     Attorneys for Defendant

Dated: December 13, 2005