IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT DIABETES CARE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-590-GMS |
| | ) | |
| DEXCOM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

The parties hereby stipulate and agree, subject to the approval of the Court, to accommodate defendant's schedule in replying to the answering brief and supporting declarations filed by plaintiff, to extend the time by three days for defendant to file and serve its reply brief in support of its Motion to Stay Pending Re-Examination of the Patents in Suit (D.I. 25), i.e., through and including March 21, 2006.

| | |
|---|---|
| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL, LLP |
| /s/ Andrew A. Lundgren | /s/ Mary B. Graham |
| Josy W. Ingersoll (#1088) | Mary B. Graham (#2256) |
| John W. Shaw (#3362) | 1201 N. Market Street |
| Andrew A. Lundgren (#4429) | P.O. Box 1347 |
| 1000 West Street, 17th Floor | Wilmington, DE 19899 |
| P.O. Box 391 | (302) 658-9200 |
| Wilmington, DE 19899 | mgraham@mnat.com |
| (302) 571-6600 | |
| alundgren@ycst.com | Attorney for Plaintiff |
| Attorneys for Defendant | |

Dated: March 17, 2006

    SO ORDERED this _____ day of _____, 2006.

                                                                             _____
                                                                             United States District Judge