IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT DIABETES CARE, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-590 (GMS) |
| v. | ) ) ) | **REDACTED PUBLIC VERSION** |
| DEXCOM, INC., a Delaware corporation, | ) ) | |
| Defendant. | ) ) | |

**APPENDIX OF EXHIBITS TO ABBOTT'S ANSWERING BRIEF
IN OPPOSITION TO DEXCOM'S MOTION TO STAY
<u>PENDING REEXAMINATION OF THE PATENTS IN SUIT</u>**

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Plaintiff
Abbott Diabetes Care, Inc.*

OF COUNSEL:

James F. Hurst
Stephanie S. McCallum
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
312.558.5600

Public Version Filed: March 22, 2006
Original Dated:  March 10, 2006

## TABLE OF EXHIBITS

| Exhibit | Number |
|---|---|
| Transcript, Scheduling Conference, C.A. No. 05-590, February 23, 2006 | 1 |
| Transcript, Conference Call with Investors, February 27, 2005 | 2 |
| Memo titiled, "Guidance on PMA Interactive Procedures for Day-100 Meetings and Subsequent Deficiencies for Use by CDRH and Industry, USDHHS | 3 |
| USPTO Decision regarding Reexamination dated February 2006 | 4 |
| US Patent 6,175,752 Excerpts | 5 |
| US Patent 6,284,478 Excerpts | 6 |
| US Patent 6,329,161 Excerpts | 7 |
| US Patent 6,565,509 Excerpts | 8 |
| Excerpt Reexamination 6,565,50 | 9 |
| Excerpt Reexamination 6,175,752 | 10 |
| Excerpt Reexamination 6,329,16 | 11 |
| Excerpt Reexamination 6,284,478 | 12 |
| Deposition Transcript of Laura Johnson (Excerpts) | 13 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>John W. Shaw
>YOUNG CONAWAY STARGATT & TAYLOR LLP
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899-0391

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 22, 2006 upon the following individuals in the manner indicated:

| **BY HAND** | **BY FEDERAL EXPRESS** |
|---|---|
| John W. Shaw | David C. Doyle |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | MORRISON & FOERSTER LLP |
| 1000 West Street, 17th Floor | 3811 Valley Centre Drive |
| P.O. Box 391 | Suite 500 |
| Wilmington, DE  19899-0391 | San Diego, CA  92130-2332 |

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)

484376