# EXHIBIT 1

**Exhibit 1**

# V. WALTER BRATIC

| | |
|---|---|
| **Position** | Vice President<br>CRA International, Inc.<br>1600 Smith Street, Suite 4900<br>Houston, Texas 77002<br>Direct Dial: 713-332-0630<br>Facsimile: 713-332-0661<br>Email: wbratic@crai.com |
| **Education** | B.A., University of Pennsylvania. Phi Beta Kappa; Summa Cum Laude<br><br>M.B.A., Wharton Graduate School, University of Pennsylvania. |
| **Certifications and Professional Affiliations** | Certified Public Accountant, State of Texas, 1981<br><br>Certified Fraud Examiner, 1991<br><br>American Institute of Business Appraisers<br><br>American Society of Appraisers<br><br>American Institute of Certified Public Accountants<br><br>Texas Society of Certified Public Accountants<br><br>Houston Chapter, Texas Society of Certified Public Accountants<br><br>Chairperson, U.S. Licensing Executive Society International Committee<br><br>Intellectual Property Organization – Patent Misuse Committee<br><br>United Nations/Economic Commission for Europe – Group of Experts on Enforcing Intellectual Property Rights for the Commonwealth of Independent States<br><br>Editorial Board of the Journal of Commercial Biotechnology, London, England<br><br>Editorial Board of Managing Intellectual Property<br><br>Lecturer on trade marks and trade secrets at University of Houston Law School 2001-2005"<br><br>Lecturer on financial reporting, cost accounting and management accounting topics. |

V. Walter Bratic
Page 2

**Civic and Community Activities**

Board of Directors of FHA Holdings, Inc.

Harris County Education Association Board of Directors

Board of Trustees of Houston Grand Opera

Houston Symphony Board of Directors

Selected as one of "Five Outstanding Young Houstonians" in 1991 by the Houston Chamber of Commerce and Houston Junior Chamber of Commerce

**Professional and Business History**

Partner, PricewaterhouseCoopers LLP, 1998 to 1999

Partner Price Waterhouse LLP, 1989 to 1998

Global Director – Intellectual Property Services for the Financial Advisory Services Practice, 1998 to 1999

U.S. / European Director – Intellectual Property Services for the Corporate Finance Reorganization and Disputes Practice, 1996-1998

Price Waterhouse, Senior Manager, 1985 to 1989

Manager, 1983 to 1985; Senior Consultant, 1983

Advanced Energy Supply Company, Treasurer, 1981 to 1983

Arthur Andersen, 1980 to 1981

Ernst & Whinney, 1978 to 1979

**Range of Industry Experience**

Industry experience includes:
- aviation
- agriculture
- automotive
- biotechnology
- broadcasting/media
- chemicals
- commercial real estate
- computer software and hardware
- construction
- consumer products
- electronic commerce
- entertainment & hospitality
- financial institutions
- consumer & commercial financial institutions
- health care and life sciences
- high technology
- insurance
- leasing
- manufacturing
- medical devices
- mining
- oil & gas
- pharmaceuticals
- publishing
- retailing & wholesaling
- software
- telecommunications
- transportation & distribution

| | |
|---|---|
| **Examples of Business Experience** | <u>Intellectual Property</u><br>Extensive experience in a variety of intellectual property issues involving patents, trademarks, trade dress, copyrights, trade secrets and know how. Have worked on assignments relating to strategic management, licensing, litigation and competition issues related to IP matters.<br><br>Testified in federal and state court, ITC, AAA, IAA and ICC matters Involving a broad range of IP related damages issues, including lost profits, reasonable royalties, price erosion, anti-trust and related topics. Subject matter has involved patents, trademarks and trade dress, copyrights and trade secrets. Testified regarding competition issues and the impact of the form and structure of patent license terms on technology innovation. Testified regarding product and geographical market definition related to patent and antitrust damages. Served as court appointed expert, examiner and consultant in federal and state court proceedings.<br><br>Conducted extensive studies in strategic management of intellectual property for corporate clients including multinational, international, joint ventures, and start-up and development stage companies. Work performed included research and analysis regarding industry dynamics and IP management practices and evaluation of corporate IP strategies relating to invention/innovation cycles, license-in/license-out policies, buy/sell strategies, portfolio optimization, license enforcement and overall offensive and defensive IP strategies.<br><br>Negotiated licenses and assisted clients in license negotiations and technology transfer projects. Determined appropriate compensation package, including royalty payments, based on the proposed structure and terms of the license agreement for the subject technology. Performed empirical studies associated with the subject technology's financial performance, industry practices and investment strategies. Reviewed and analyzed the terms and conditions of several thousand license agreements. Performed royalty compliance audits.<br><br>Conducted auction process for assignment of IP portfolios. Work included valuation of IP assets, identification of potential acquirers, preparation of IP offering circular and managing the auction process to completion.<br><br>Analyzed and studied various industry standard setting bodies, practices and related license issues affecting standards adoption and innovation. Analyzed technology adoption and commercialization trends in the context of standard setting and patent pools.<br><br>Industry focus has included, among others, energy, software and operating systems, semiconductors, life and health sciences (pharmaceutical, biotechnology, medical devices/procedures), semiconductors, high-end and consumer electronics, chemicals, computers, telecommunications, and e-commerce.<br><br>Analyzed and traced R&D spending and other contributions made by parties to the development of inventions in a variety of industries including biotech and pharma, semiconductors, and consumer and electronics. |

**Examples of Business Experience Continued**

Medical Devices/Procedures
Involved in licensing, valuation and litigation related to patents, trademarks and trade secrets relating to medical devices and procedures and surgical supplies and medical equipment.

Bio/Pharma
Involved in numerous projects in the pharmaceutical and biotech industry relating to valuation, licensing, calculation of lost profits and reasonable royalties, and co-development and co-marketing agreements. These projects have involved ethical and generic drugs in various stages of FDA clinical trials. Involved in FTC proceedings relating to Hatch-waxman and ANDA filings.

Involved in numerous valuation and licensing issues related to the pharmaceutical and biotech industries. Performed valuations of drugs in Phase I, II and III clinical trials. Also engaged in licensing related to pharmaceuticals (domestically and overseas). Valued pharmaceutical products and companies. Engaged in negotiations related to ethical and generic products. Performed studies of the impact of FDA clinical trials on valuation of drugs.

Examples of biotech / pharma and related subject matters:

- advanced macular degeneration
- allergic rhinitis
- asthma antigen
- blood clotting
- cholesterol reduction
- coronary heart disease
- genetically modified crops
- genomic mapping
- hereditary emphysema
- human growth hormone
- human insulin
- immuno-toxins / immuno-therapy
- macular degeneration
- oncology
- otitis media
- receptors / inhibitors
- stroke / brain injury
- tissue plasminogen activators
- tissue regeneration

Broadcast Media/Data Storage
Involved in Broadcast Rights Relating to radio, TV, cable, satellite, and internet content. Rights have included sports, news, education programming relating to professional development and career training.

Involved in IP projects relating to valuation and licensing of technology relating to broadcast distribution such as internet, digital satellite and torrestial cable related to hardware and software technology for access to distributed content.

Analyzed and valued network and data storage and transmission hardware and software solutions including internet, Ethernet and extranet data storage and transmission.

Semiconductors
Performed extensive analyses and valuation of various aspects of semiconductor technology and semiconductor manufacturing, cleaning and inspection equipment. Analyzed several thousand semiconductor industry licenses regarding term and structure of such licenses and changes in licensing practices in the semiconductor industry. Served as

**Examples of Business Experience Continued**

expert and consultant on semiconductor industry licensing practices. Studied evolution and changes in technology, manufacturing and distribution of semiconductors as well as changes in industry capacity. Analyzed commodity and niche chip products, analyzed chipset, module, and motherboard interfaces, packaging including wireless and other configurations to enable data usage, transfer and storage.

Software
Served as court appointed expert appraiser to value proprietary software. Performed analyses relating to patent and copyright software issues for a variety of software and hardware related applications. Performed analyses relating to design specifications for hardware and software applications platforms and systems architecture involving industry specific applications. Analyzed and negotiated software licenses for numerous applications. Performed reverse engineering studies and COCOMO analysis for software applications. Performed studies relating to e-commerce including hardware and software platforms. Analyzed and valued software relating to mainframe data storage, compression and compartmentalization.

Involved in and performed studies of IT systems including requirements definition studies, selection of hardware and software specifications and system implementation and conversion. Also performed studies of the economics associated with the impact of IT systems on operational and financial performance of the subject company.

Engaged in various projects relating to valuation and licensing of aeronautics and aviation technology, including avionics, propulsion systems, landing gear and instrumentation systems; analyzed the construction, modification and maintenance sectors of the aviation industry.

Telecommunications
Analyzed the landline and cellular provider and resale agreements including 800 SDN services and master agency agreements.

Performed numerous reviews and analyses of the telecommunications industry. Work performed included studies of wire line and wireless communications systems, including hardware, architecture, administration and related software. Regarding wireless systems, have reviewed and analyzed the adoption of various protocol standards in the U.S., Europe and Japan. Also analyzed data and voice transfer, routing, switching and networking systems, including hardware, architecture, administration and related software required to run such systems. Studied industry dynamics including telecommunications segment market shares by equipment manufacturer, investment rates, profitability and market transactions. Analyzed numerous licenses in the telecom industry. Valued telecom technology and negotiated licenses.

Trademark/Lanham Act/Copyright
Performed studies of trademark licensing practices and valued trademarks (and portfolios) related to consumer marks including electronics, food, products, services and apparel and industrial products and financial services. Testified regarding various trademark and Lanham Act matters. Assisted clients in negotiating purchase/sale transactions related to

**Examples of Business Experience Continued**

trademark portfolios including conducting competitive and complimentary trademark licensing and positioning studies as well as valuation of comparable marks. Performed strategies assessment of trademark portfolio maintenance practices and licensing out strategies.

Performed studies of corrective advertising and disgorgement of profits and other (FTC) measures of damages relating to trademark and tradedress infringement under the Lanham Act. Trademarks analyzed have included consumer and industrial products and services including consumer electronics as well as financial sector and information technology products and services. Analyzed trademark licenses and transactions involving sales of various marks. Also evaluated damages associated with false advertising, false designation of origin and unfair competition claims. Performed analyses relating to customer confusion, corrective advertising and unfair trade practices.

Performed valuation of copyright portfolios involving software, data management, manuals, process and procedures.

Other IP Matters

Involved in and performed studies of IT systems including requirements definition studies, selection of data communication hardware and software specifications and system implementation and conversion. Also performed studies of the economics associated with the impact of IT systems on operational and financial performance of the subject company. Analyzed hardware and software requirements for multi-user configurations including WAN/LAN and internet connectivity.

Engaged in various IP projects involving consumer products ranging from consumer electronics and food to pet and recreational products. Pet industry work has involved valuation and licensing of IP related to food additives, pet accessories and hygenic products.

Performed extensive studies in the computer hardware and peripheral sector, including components. Analyzed trends in prices, volume and market share of PC manufacturers and related components including integrated circuits, chip sets, mother boards, etc.

Involved in a variety of projects relating to the chemical industry including processes, formulation, and compounds. Work included evaluation of lost profits and reasonable royalties, and industry licensing practices. Negotiated licenses and performed valuations relating to chemical processes compounds and formulations.

Performed numerous analyses regarding valuation and licensing of trade secrets technology, as well as impact on antitrust licensing guidelines.

Performed studies relating to product liability issues related to electronics components, consumer electronics products and consumer and industrial products. Analyzed economic impact of defective products on manufacturers, retailers and consumers. Performed studies related to cost of settlements and design and implementation of such settlements.

**Examples of Business Experience Continued**

Subject Area Expertise:
Valuations

Performed valuations of various businesses including minority and control blocks of closely held businesses and marketability discounts. These valuations of businesses and assets include manufacturing, distribution, retail and services sectors, but not limited to, the following:

- biotechnology/life sciences
- car/truck dealerships
- distributorships/franchises
- energy
- entertainment
- financial institutions
- high-end and consumer electronics
- holding companies
- hospitals/nursing homes/medical practices and facilities
- income producing properties
- insurance agencies/brokerages
- maritime/admiralty/Jones Act matters
- medical and professional practices
- patents, trademarks, goodwill and copyrights
- resorts/recreational/casinos properties
- restaurants and retail establishments
- software
- transportation
- telecommunications

Additional Subject Area Expertise:

Have been engaged in numerous projects involving the subject areas listed below:

- Audit, Accounting and Financial Reporting
- Alter Ego/Corporate Veil
- Antitrust
- Bankruptcy Proceedings/workouts
- BOD representation/special projects
- Business Interruption/Extra Expense/Betterment
- Compensation Studies
- Environmental and Natural Resources damages
- Fiduciary Duty
- Fraud/White Collar Crime
- Personal Injury/Wrongful Termination/Wrongful Death
- Lender Liability
- Leasing
- Lost Profits
- Securities Matters

| | |
|---|---|
| **Recent Speeches** | "Taking a New Look at Patent Pools: Use and Abuse", Licensing Executive Society Annual Conference, October 2005.

"Win/Win Strategies for successful International Technology Joint/Ventures-Partnership", Licensing Executive Society International Conference, June 2005.

"Determining Economic Damages in Trade Secrets Litigation", continuing legal education program sponsored by the State Bar of Texas, May 19-20, 2005.

"Employing and Circumventing the New Business and Future Damages Rule: How Certain does Certain have to be?" *University of Texas School of Law The Damages Institute*, October 2004;

"Damages in Cases Involving Cutting Edge Technologies" *Law Seminars International-Calculating & Proving Patent Damages*, Reston, Virginia June 14, 2004;

"Economic Issues in Trademark Damages", *University of Houston Law School*, April 13, 2004;

"Treatment of IP Related to Standards", *Licensing Executive Society 2004 International Conference*, Paris, France, March 31, 2004;

"When Good Relationships Go Bad: Managing Default and Termination", *American Conference Institute, Advanced Forum on Licensing Intellectual Property*, December 9, 2003;

"Evolving Techniques in IP Portfolio Strategies: What Works?", *The University of Texas School of Law, 8th Annual Advanced Patent Law Institute*, Austin, Texas, October 31, 2003;

"Current Topics in IP Licensing and Litigation" *Patent Lawyers Club of Washington & Northern Virginia*, Reston, Virginia September 8, 2003;

"Licensing and Competition: FTC/DOJ Views" *LES Washington, DC Chapter*, Washington, DC, May 2003;

"IP Valuation: Real World Transactions vs. Litigation" *General Electric Crotonville IP Practice Group Meeting*, Ossining, NY, April 2003;

"IP Valuation: Real World Transactions vs. Litigation", *Berkeley Center for Law & Technology and The University of Texas School of Law, 3rd Annual Advanced Patent Law Institute*, San Jose, California, December 6, 2002;

"Continuing Evolution of Patent Damages", The University of Texas School of Law, 7th Annual Advanced Patent Law Institute, Austin, Texas, November 1, 2002; |

| | |
|---|---|
| **Recent Speeches Continued** | "IP Valuation: Real World Licenses v. The Hypothetical License in Litigation" *Patent Lawyers Club of Washington & Northern Virginia*, Reston, Virginia October 28, 2002; |

"Monetizing IP Investments in Early Stage Companies and Start Ups in a Down Economy", *Berkeley Center for Law & Technology and The University of Texas School of Law, 2nd Annual Advanced Patent Law Institute*, San Jose, California, December 7, 2001.

"Complex IP Valuation and Securitization", *The University of Texas School of Law, 6th Annual Advanced Patent Law Institute*, Austin, Texas November 2, 2001.

"Intellectual Property Damages in U.S. Litigation", *Intellectual Property Forum 2001* London, June 18, 2001.

"Valuing the Trade Secret, Proving the Damages and Getting the Best Award", *American Conference Institute*, New York, New York, June 7, 2001.

"Advanced IP Valuation Methodologies", *Licensing Executives Society 2001 Annual Conference*, South Africa, April 30, 2001.

"Evolution of Patent Damages after Rite-Hite and Royalties Under Standard Setting Organizations: What's Fair, Reasonable and Non-Discriminatory?", *Association of Corporate Patent Counsel (ACPC) Winter Meeting*, Key Largo, Florida, February 6, 2001.

"Do's and Don'ts for Successful International Technology Exploitation", *Licensing Executives Society 2000 Annual Meeting*, Toronto, Canada, September 11, 2000

"Convoyed Sales", Patent Section-Bar Association of the City of New York, April 2000.

"Patent Damages, Recent Developments & Emerging Trends", *Intellectual Property Owners' Association 1999 Annual Meeting*, San Francisco, California, November 15- 16, 1999.

"Trade Secret Exploitation Opportunities", *Licensing Executives Society 1999 Annual Meeting*, San Antonio, Texas, October 27, 1999.

"Strategic Management of Intellectual Property", *DuPont 1999 CLE Intellectual Property Law Seminar*, Wilmington, Delaware, October 25, 1999.

"Establishing Your Claim For Damages – Proving and Calculating Your Loss", *Multi-Jurisdictional Patent Litigation*, London, England, September 23-24, 1999.

"Intellectual Property Due Diligence in Business Transactions", *Association of the Bar*, New York, New York, April 16, 1999.

| | |
|---|---|
| **Recent Speeches Continued** | "Advantages and Economic and Financial Impact of Intangibles: The Importance of Valuation of Intellectual Property: - *INDECOPI Seminario Internacional sobre Valorización de la Propiedad Intelectual*, Lima, Peru, November 19-20, 1998. |
| | "The Real Cost of Counterfeiting" – International Anti-Counterfeiting Coalition Conference – *Global Anti-Counterfeiting - Black and White and the Big Gray Zone in Between*, Santa Monica, California, October 18-20, 1998. |
| | "Successful Licensing/Joint Ventures Strategies: Extending the Lifeline to Development Stage Biotech Companies" – *Maximizing Genomic Growth Conference*, New York, May 1998. |
| | "Value and License Drivers: From the Crossroads to the Monte Carlo Grand Prix" - *Licensing Executives Society Winter Meeting*, Newport Beach, California, February 1998. |
| | "Strategically Managing Your Intellectual Property Portfolio" – *Intellectual Property Institute for Corporate Counsel Conference*, San Francisco, California, January 1998. |
| | "Royalty Rates: What's Reasonable" - *DuPont Intellectual Property Conference*, Wilmington, Delaware, October 1997. |
| | "Management Strategies for Handling IP Assets" - InfoNex Intellectual Property Conference, Toronto 1997. |
| | "Preparing for Software Licensing Negotiations" - Licensing Executives Society Mid-Winter Conference, 1997. |
| | "Preparing for License Negotiations" – Association of Corporate Patent Counsel Mid-Year Meeting, 1996. |
| **Publications** | "How Patent Pools Can Avoid Competition Concerns" – <u>Managing Intellectual Property</u>, May 2005. |
| | "Standards Setting Under the Microscope" – <u>Managing Intellectual Property</u>, October 2004. |
| | "Measuring Intellectual Property Portfolio Performance", A chapter in the book, *From Ideas to Assets,* published by John Wiley & Sons, Inc., Copyright © 2002. |
| | "Emerging Issues In Research Tool Licensing" – <u>Journal of Commercial Biotechnology</u>, Autumn 2001. |
| | "Trade Secrets and Patents: Comparison and Contrast in Royalty Determination" – <u>les Nouvelles</u>, September 2000. |
| | "Software Licensing Strategies" - Austin Software Counsel, 1996. |
| | "Biotech Valuations" – Biotechnology Conference BIO '96, 1996. |

**Publications Continued**

"Why Trade Secrets Can Be So Valuable" – les Nouvelles, December 1999.

"The value of trade secrets" – Managing Intellectual Property, October, 1999.

"Potentially Devastating Events: How Three Companies Managed and Survived a Crisis" – *Corporate Reputation Review*, Henry Stewart Publications, Summer, 1999.

"Identify and Convey IP to Reveal True Firm Value" – *Hidden Value Profiting from the Intellectual Property Economy*, Euromoney Publications, Summer, 1999.

"US University Technology Transfer Trends – A Regional Analysis" – Journal of Commercial Biotechnology, Autumn 1998.

"What Makes a Biotech Company Valuable?" – Managing Intellectual Property, November 1998.

"Business Discovers the Value of Patents" – Managing Intellectual Property, September 1998.

"Accounting for Change: Creating New Strategic Alliances" – Law Governance Review, Summer 1998.

"Monte Carlo Analyses Aid Negotiation" – Les Nouvelles: Journal of the Licensing Executive Society, June 1998.

"It's All in Your Head: The Promise of Intellectual Property" – Texas Business Review, Bureau of Business Research, University of Texas at Austin, June 1998.

"Biotechnology and La Frontera Nueva: Business and Intellectual Property Issues in Latin America" – Journal of Biotechnology in Healthcare: Research and Regulation, Spring 1998.

"Navigating Through A Biotechnology Valuation" – Journal of Biotechnology in Healthcare: Research and Regulation,

"Strategic Management of Intellectual Property" – Law Governance Review, Winter 1998.

"Showing Irreparable Harm During Preliminary Injunction Hearings" – IP Litigator, March/April 1997.

"Thinking About Intellectual Property: Vast Potential, Management Required" – PW Review, June 1996.

"Documents and Discovery in Intellectual Property Cases: The Law Works" – October 1995.

"Computers and Electronic Spreadsheets" – Legal Tech Newsletter, 1986.

## V. WALTER BRATIC
## CRA International, Inc.
1600 Smith Street, Suite 4900
Houston, Texas 77002
(713) 332-0630

### Testimony during the Past Four Years

**Court Proceedings**

In the United States District Court Southern District of Florida Miami Division
- Alphamed Pharmaceuticals Corp. v. Arriva Pharmaceuticals, Inc. and Spinelli Corporation

In the United States Superior Court of New Jersey Law Division Mercer County
- Andes Trading de Mexico, S.A. de C.V. v. Church & Dwight Co., Inc., Armkel, L.L.C. and Carter-Wallace, Inc.

In the United States District Court Central District of California Western Division
- Hill's Pet Nutrition, Inc. v. Nutro Products, Inc.

In the District Court of Harris County, Texas 61st Judicial District
- Anglo-Dutch LLC v. Ramco Oil, Ltd

In the United States District Court for the Southern District of Texas Houston Division
- Dyna-Drill Technologies, Inc., v. Conforma Clad, Inc.

In the United States District Court for the Northern District of Texas Fort Worth Division
- Wayne A. Fowler v. Bell Helicopter Textron, Inc.

In the District Court of Harris County, Texas 113th Judicial District
- WesternGeco, L.L.C. v. GX Technology Corporation, et al

In the United States District Court for the Southern District of Florida Miami Division
- Edward Lipuma, on behalf of Himself and All Others Similarly Situated v. American Express Company, et al.

Commercial Arbitration with the American Arbitration Association Dallas Division
- Brazos Electric Power Cooperative, Inc. v. Tenaska IV Texas Partners, Ltd.

American Arbitration Association
- Leonard J. Pruzansky and Timothy Feldman v. Terry A. Dean and Karyn K. Dean

In the United States District Court for the Eastern District of Texas Marshall Division
- Quinetiq Limited v. Samsung Telecommunications America, L.P., et al

In the United States District Court for the Eastern District of Texas Marshall Division
- Brooktrout, Inc. v. Eicon Networks Corporation and Eicon Networks Inc.

In the District Court of Harris County, Texas 133rd Judicial District
- T Power & Automation, L.P., et al. v. Tesla Power and Automation L.P., et al.

In the United States District Court for the Southern District of Texas Houston Division
- Conoco Inc and Conoco Specialty Products Inc. v. Energy & Environmental International, L.C., Gerald B. Eaton, Ronald N. Grabois, and Michael Monahan

Texas Department of Transportation Motor Vehicle Board
- Metro Ford Truck Sales, Inc. v. Ford Motor Company & Sterling Truck Corporation

In the District Court of Andrews County, Texas 109th Judicial District
- Lotus, L.L.C. v. Baker Hughes INTEQ

In the United States District Court for the Eastern District of New York
- Tokyo Electron Arizona, Inc. v. Discreet Industries Corporation, et al.

In the United States District Court of Harris County, Texas; 281st Judicial District
- NextiraOne, LLC v. Edascio, LLC and TD Services, LLC

Texas Department of Transportation Motor Vehicle Board
- Metro Ford Truck Sales, Inc. V. Ford Motor Company

In the District Court of Harris County, Texas 295th Judicial District
- R.C. Jones, and Superior Waste Management, Inc. v. Republic Waste Services of Texas, Ltd.

In the United States District Court for the Southern District of Texas Houston Division
- Administaff, Inc. and Administaff of Texas, Inc. v. Aetna Life Insurance Company

In the United States District Court for the Northern District of Texas Dallas Division
- Reba A. Mansell v. Raytheon Company and Orbital Sciences Corp.

In the United States District Court for the District of Delaware
- Union Carbide Chemicals & Plastics Technology Corporation and Union Carbide Corporation v. Shell Oil Company, Shell Chemical Company, and CRI Catalysts Company

In the United States International Trade Commission
- In the matter of Certain Recordable Compact Discs and Rewritable Compact Discs Princo; Gigastorage

In the United States District Court for the Southern District of Florida Northern Division
- Universal Surveillance Corporation v. Sensormatic Electronics Corporation

In the United States District Court for the Western District of Texas Austin Division;
- Fluorine on Call, Ltd. v. Fluorogas Limited, Applied Materials, Inc., and The BOC Group PLC

International Court of Arbitration, International Chamber of Commerce
- Visteel, Inc., Tex-Tube Company, et al. v. Merfish Holdings, LTD. and Jacobson Holdings, LTD.

In the United States District Court for the Western District of Texas Austin Division
- Surface Joint Venture v. E.I. Dupont De Nemours and Company, Inc.

**DEPOSITIONS**

In the United States District Court for the Western District of Texas Austin Division
- DDB Technologies, L.L.C. v. MLB Advanced Media, L.P.

In the United States District Court for the Eastern District of Texas Marshall Division
- Gobeli Research, Ltd. v. Apple Computer inc. and Sun Microsystems Inc.

In the United States District Court for the Southern District of Georgia Savanna Division
- Gulfstream Aerospace Corp. v. Camp Systems International

In the United States District Court for the Southern District of Texas Houston Division
- Ben Floyd, Trustee of The Estate of Seven Seas Petroleum, Inc. v. Robert A. Hefner, III, et al.

In the United States District Court for the Southern District of Texas Houston Division
- Bray International, Inc. v. Computer Associates International, Inc.

In the United States District Court for the Eastern District of Texas Tyler Division
- MyMail, Ltd. v. EarthLink, Inc., et al.

American Arbitration Association
- Woodward Governor Company, et al. v. Rolls-Royce Power Engineering PLC, et al.

In the District Court of Harris County, Texas 129th Judicial District
- Vetco Gray, Inc. v. Cooper Cameron Corporation

In the United States District Court for the Middle District of Tennessee Nashville Division
- E.I. DuPont De Nemours and Company v. Cardinal Health 200, Inc., BBA U.S. Holdings, Inc., and BBA Nonwovens Simpsonville, Inc.

In the United States District Court for the Southern District of Florida Miami Division
- Alphamed Pharmaceuticals Corp. v. Arriva Pharmaceuticals, Inc., et al.

In the United States District Court for the Eastern District of Virginia Alexandria Division
- CipherTrust, Inc. v. TruSecure Corporation, Betrusted US, Inc., and Betrusted Holdings, Inc.

In the United States District Court for the Northern District of Texas Fort Worth Division
- Marilyn Garner, Trustee for the Chapter 7 Bankruptcy Estate of BAC Group, Inc., et al. v. Hazel & Thomas, P.C., Reed Smith, LLP, et al.

In the United States District Court for the Central District of California Western Division
- Hill's Pet Nutrition, Inc. v. Nutro Products, Inc.

In the United States District Court for the Northern District of California Oakland Division
- Ultratech Stepper, Inc. v. ASM Lithography, Inc.

In the United States District Court for the District of Maryland Northern Division
- The Maryland Jockey Club of Baltimore City, Inc., et al. v. ODS Technologies L.P.

In the District Court of Harris County, Texas 113th Judicial District
- WesternGeco, L.L.C. v. GX Technology Corporation, et al

American Arbitration Association
- Concierge Care Nursing Centers, Inc., et al. v. AAR Incorporated, et al.

In the United States District Court for the Southern District of Texas Houston Division
- Dyna-Drill Technologies, Inc., v. Conforma Clad, Inc.

In the District Court of Johnson County 249th Judicial District
- Brazos Electric Power Cooperative, Inc. v. Ponderosa Pine Energy, L.L.C., et al.

In the United States District Court Southern District of Texas Houston Division
- Kenneth L. Nash v. Microsoft Corporation

In the District Court Southern District of Texas Houston Division
- Ben Floyd, Trustee of The Estate of Seven Seas Petroleum, Inc. v. Robert A. Hefner III, et al.

In the United States District Court of Harris County, Texas; 281st Judicial District
- NextiraOne, LLC v. Edascio, LLC and TD Services, LLC

American Arbitration Association
- John Deere Construction & Forestry Company, et al. v. Spreitzer, Inc., et al.

In the United States District Court Central District of California
- Magnivision, Inc. v. The Bonneau Company and Foster Grant Group, LP

Superior Court of New Jersey Law Division Mercer County
- Andes Trading de Mexico, S.A. de C.V. v. Church & Dwight Co., Inc., Armkel, L.L.C. and Carter-Wallace, Inc.

In the United States District Court for the Eastern District of Texas Marshall Division
- Antor Media Corporation v. Apple Computer, Inc., Microsoft Corporation and RealNetworks, Inc.

Commercial Arbitration with the American Arbitration Association Dallas Division
- Brazos Electric Power Cooperative, Inc. v. Tenaska IV Texas Partners, Ltd.

In the United States District Court Southern District of New York
- U.S. Philips Corporation v. Princo Corporation and Princo America Corporation, Gigastorage Corporation and Gigastorage USA v. U.S. Philips Coporation and Koninklijke Philips Electronics N.V.

In the United States District Court for the Southern District of New York
- CIAS, Inc. v. Alliance Gaming Corp. and Bally Gaming, Inc.

In the United States District Court for the Western District of Texas Austin Division
- The Molpus Company d/b/a Woodlands Resource Management Group v Cook Forestry Products, LLC

In the United States District Court for the Northern District of California San Francisco Division
- Foundry Networks, Inc. v. Nortel Networks, Inc., Nortel Networks Limited

In the United States District Court for the District of Delaware
- Becton, Dickinson & Company v. Tyco Healthcare Group LP

In the United States District Court for the Northern District of Texas Fort Worth Division
- Wayne A. Fowler v. Bell Helicopter Textron, Inc.

In the United States District Court Central District of California Western Division
- Inamed Corporation, et al. v. Lubomyr I. Kuzmak

In the United States Bankruptcy Court for the Northern District of Texas Dallas Division
- Precept Business Services, Inc., et al. v. Jackson Walker, L.L.P., et al.

In the United States District Court for the Eastern District of Texas Marshall Division
- Scott Clare, Neil Long, and Innovative Truck Storage, Inc. v. Ford Motor Company, General Motors Corporation, et al.

In the United States District Court for the District Court of Massachusetts
- Massachusetts Eye and Ear Infirmary v. Novartis Ophthalmics, Inc. and QLT, Inc.

In the United States District Court for the Southern District of Texas Houston Division
- JJK Industries, L.P. v. KPlus, Inc. and Eric A. Klein

In the District Court of Harris County, Texas 333rd Judicial District
- Houston McLane Company, Inc. And Houston Regional Sports Network, L.P. v. Affiliated Regional Communications, Ltd., d/b/a Fox Sports Southwest

In the United States District Court for the Southern District of Texas Houston Division
- Conoco Inc and Conoco Specialty Products Inc. v. Energy & Environmental International, L.C., Gerald B. Eaton, Ronald N. Grabois, and Michael Monahan

In the United States District Court for the Western District of Texas Austin Division
- Robert Rodgers v. Johnson Health Tech. Co., LTD, Epix, Inc. d/b/a Vision Fitness, Matrix Fitness, Inc., and Horizon Fitness, Inc.

In the United States District Court Southern District of New York
- Atmel Corporation, LSI Logic Corporation, v. Semtech Corporation, Semtech New York Corporation, and Microchip Technology, Inc.

In the United States District Court for the Southern District of Texas Houston Division
- Encore Bank v. TXU Corp., f/k/a Texas Utilities Company

In the United States District Court for the District Court of South Carolina Spartanburg Division
- Milliken & Company v. Interface, Inc., et al.

In the United States District Court for the Southern District of Texas Houston Division
- Logan Farms, Inc. and James P. Logan, Jr. V. Honeybaked Ham, L.P., MI, et al.

In the District Court of Harris County, Texas 295th Judicial District
- R.C. Jones, and Superior Waste Management, Inc. v. Republic Waste Services of Texas, Ltd.

In the United States District Court for the Northern District of Texas Dallas Division
- IEX Corporation v. Blue Pumpkin Software, Inc.

In the United States International Trade Commission
- In the matter of Certain Recordable Compact Discs and Rewritable Compact Discs Princo; Gigastorage

In the United States District Court for the Western District of Oklahoma
- Frank's Casing Crew & Rental Tools, Inc. v. Weatherford International, Inc.

In the United States District Court for the Southern District of Florida, Northern Division
- Universal Surveillance Corporation v. Sensormatic Electronics Corporation

In the United States District Court for the Eastern District of Texas, Tyler Division
- Jack Reese Associates/USA, Inc., et al. v. The AIG Life Insurance Companies (U.S.), et al.

In the District Court of Harris County, Texas 190th Judicial District
- Vita International, Inc. v. Chamberlain, Hrdlicka, White, Williams & Martin and Wendy Buskop

In the United States District Court of Missouri
- Group One LTD. v. Hallmark Cards, Incorporated

In the United States District Court for the Eastern District of Texas Marshall Division
- Catmark, Inc. v. AIG Life Insurance Co., American International Life Assurance Company of New York, Delaware American Life Insurance Company

In the United States District Court for the Western District of Texas, Austin Division
- Surface Joint Venture v. EI. Dupont De Nemours and Company, Inc.

In the 80th Judicial District Court of Harris County, Texas
- Helen D. Davis v. Stephen D. Adell and Adell Harriman & Carpenter, Inc.

Texas Department of Transportation Motor Vehicle Board
- Metro Ford Truck Sales, Inc. v. Ford Motor Company

In the District Court of Travis County, Texas, 250th Judicial District
- Luminex Corporation v. Arnold, White & Durkee

In the District Court of Harris County, Texas, 190th Judicial District
- Tanox, Inc. v. Panresources International N.V., Andries De Nooij B.V., M. De Boer, J.W. Larrick, J.S. Price, R.F. Balint, M.T. Den Hartog, and L. Boon

**V WALTER BRATIC**
**Page 7**

In the Superior Court of the State of California for the County of Orange, Central Judicial District
- Michael A. Kahn v. M.F. Salta Company, Inc.

In the United States District Court for the Western District of Texas, Austin Division
- Fluorine on Call, Ltd. v. Fluorogas Limited, Applied Materials, Inc., and The BOC Group PLC

In the United States District Court for the Southern District of Texas Houston Division
- Celanese International Corporation v. Millennium Petrochemicals, Inc.

In the United States District Court for the Eastern District of Texas Sherman Division
- John Shoemaker, et al. v. Unova, Inc. and Intermec Technologies Corporation

In the United States District Court for the District of Massachusetts
- Massachusetts Eye and Ear Infirmary v. QLT Photo Therapeutics, Inc.

In the United States District Court of Harris County Texas, 11th Judicial District
- Hospital Systems Solutions v. Robert C. Hux, et al.

11/05