# YOUNG CONAWAY STARGATT & TAYLOR, LLP

JOSY W. INGERSOLL (NO. 1088)
DIRECT DIAL: 302-571-6672
DIRECT FAX: 302-576-3301
jingersoll@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

March 24, 2006

**BY E-FILE**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

      Re: *Abbott Diabetes Care, Inc. v. Dexcom, Inc.*
            Civil Action No. 05-590-GMS

Dear Judge Sleet:

      I write on behalf of Dexcom, to advise the Court that we have been informed by Abbott's counsel that it has decided that it will no longer be seeking a temporary restraining order or other preliminary injunctive relief in this case. Accordingly, the teleconference which we discussed with Ms. Tyer-Daley yesterday will not be necessary.

                                            Respectfully submitted,

                                            Josy W. Ingersoll (No. 1088)

JWI:cg

cc:     Clerk of the Court (by hand delivery)
        Mary B. Graham, Esquire (by e-mail)
        James F. Hurst, Esquire (by e-mail)
        David C. Doyle, Esquire (by e-mail)
        Drew Woodmansee, Esquire (by e-mail)