# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Mary B. Graham
*(302) 351-9199*
*mgraham@mnat.com*

March 24, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:  *Abbott Diabetes Care, Inc. v. DexCom, Inc.*
           C.A. No. 05-590 (GMS)

Dear Judge Sleet:

    DexCom's letter of today advising the Court of Abbott's position is not fully accurate. As counsel for Abbott informed counsel for DexCom earlier today, Abbott does not intend to seek a TRO or preliminary injunction at this time, and will not be doing so next week. Thus, DexCom's letter is not correct in saying that Abbott has decided not to seek any "preliminary injunctive relief in this case."

    Early this afternoon, I left a message for chambers indicating that, because Abbott would not be seeking a TRO at this time, there would be no need to bother the Court for the teleconference Abbott had requested to discuss the briefing schedule for that motion. We appreciate, however, the courtesy extended by chambers in discussing yesterday our request for a teleconference.

           Respectfully,

           */s/ Mary B. Graham*

           Mary B. Graham (#2256)

MBG/dam
Enclosures
cc:    Dr. Peter T. Dalleo, Clerk (via hand delivery and e-filing)
        John W. Shaw, Esquire (via hand delivery and e-filing)
        David C. Doyle, Esquire (via facsimile)
        James F. Hurst, Esquire

512959