# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE 19801 | |
|---|---|---|
| JOSY W. INGERSOLL (NO. 1088)<br>DIRECT DIAL: 302-571-6672<br>DIRECT FAX: 302-576-3301<br>jingersoll@ycst.com | P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391 | (302) 571-6600<br>(302) 571-1253 FAX<br>(800) 253-2234 (DE ONLY)<br>www.youngconaway.com |

March 30, 2006

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

Re: *Abbott Diabetes Care, Inc. v. Dexcom, Inc.*
    Civil Action No. 05-590-GMS

Dear Judge Sleet:

Further to DexCom's letter to Your Honor yesterday, I write to attach copies of the PTO's Orders granting DexCom's requests to reexamine the '752 and '509 patents asserted by Abbott in this case. These orders just became available on the PTO's web site today. DexCom attached the PTO's previous Orders granting reexamination of the '161 and '478 patents to its Reply in support of its Motion to Stay. The Court now has copies of the PTO's orders granting reexamination of all four asserted patents in this case.

Respectfully submitted,

Josy W. Ingersoll by Andrew A. Lundgren
(No. 4429)
Josy W. Ingersoll (No. 1088)

JWI:cg
Enclosures

cc: Clerk of the Court (by hand delivery)
    Mary B. Graham, Esquire (by e-mail)
    James F. Hurst, Esquire (by e-mail)
    David C. Doyle, Esquire (by e-mail)
    Drew Woodmansee, Esquire (by e-mail)