PUBLIC VERSION

# EXHIBIT A

PUBLIC VERSION

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/007,914 | 02/01/2006 | 6329161 | 518852800300 | 5933 |

| 23552 | 7590 | 02/28/2006 | | EXAMINER |
|---|---|---|---|---|

MERCHANT & GOULD PC
P.O. BOX 2903
MINNEAPOLIS, MN  55402-0903

| ART UNIT | PAPER NUMBER |
|---|---|

DATE MAILED: 02/28/2006

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

PUBLIC VERSION

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Peng Chen and Michael G. Smith
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/007,914*.

PATENT NO. *6329161*.

ART UNIT *3991*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PUBLIC VERSION

| | Control No. | Patent Under Reexamination | |
|---|---|---|---|
| **Order Granting / Denying Request For Ex Parte Reexamination** | 90/007,914 | 6329161 | |
| | Examiner | Art Unit | |
| | Bennett Celsa | 3991 | |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

The request for *ex parte* reexamination filed <u>01 February 2006</u> has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments: a)☒ PTO-892,    b)☐ PTO-1449,    c)☐ Other: _____

1. ☒   The request for *ex parte* reexamination is GRANTED.

   RESPONSE TIMES ARE SET AS FOLLOWS:

   For Patent Owner's Statement (Optional): TWO MONTHS  from the mailing date of this communication (37 CFR 1.530 (b)). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

   For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

2. ☐   The request for *ex parte* reexamination is DENIED.

   This decision is not appealable (35 U.S.C. 303(c)).  Requester may seek review by petition to the Commissioner under 37 CFR 1.181 within ONE MONTH from the mailing date of this communication (37 CFR 1.515(c)). **EXTENSION OF TIME TO FILE SUCH A PETITION UNDER 37 CFR 1.181 ARE AVAILABLE ONLY BY PETITION TO SUSPEND OR WAIVE THE  REGULATIONS UNDER 37 CFR 1.183.**

   In due course, a refund under 37 CFR 1.26 ( c ) will be made to requester:

   a) ☐  by Treasury check or,

   b) ☐  by credit to Deposit Account No. _____,  or

   c) ☐  by credit to a credit card account, unless otherwise notified (35 U.S.C. 303(c)).

Bennett  Celsa
Primary Examiner
Art Unit: 3991

cc:Requester ( if third party requester )
U.S. Patent and Trademark Office
PTOL-471 (Rev. 04-01)                    Office Action in *Ex Parte* Reexamination                    Part of Paper No. 20060222

PUBLIC VERSION

Application/Control Number: 90/007,914                          Page 2

Art Unit: 3991

### DETAILED ACTION: *Reexamination: Granting of Request*

#### Procedural Posture:

The Third Party Request (dated 2/1/06) for *ex parte* reexamination of claims 1-48

of United States Patent Number 6,329,161 (Heller et al.) is acknowledged.

#### *Decision Granting the Order*

A substantial new question of patentability affecting claims 1-48 of United States

Patent Number 6,329,161 (Heller et al.) is raised by the request for reexamination.

#### Information Disclosure Statement

Enclosed please find a PTO-892 listing the eight documents cited on pages 2

and 3 of the request. In the future submitted references must be provided on a PTO-

1449 form for Examiner signature.

#### Ongoing Duty To Disclose:

The patent owner is reminded of the continuing responsibility under 37 CFR

1.565(a) to apprise the Office of any litigation activity, or other prior or concurrent

proceeding, involving Patent No. 6,329,161 throughout the course of this reexamination

proceeding.  See MPEP §§ 2207, 2282 and 2286. The third party requester is also

reminded of the ability to similarly apprise the Office of any such activity or proceeding

throughout the course of this reexamination proceeding.  See MPEP §§ 2207, 2282 and

2286

#### Substantial New Question of Patentability Raised By The Request

For "a substantial new question of patentability" to be present, it is only

necessary that:

PUBLIC VERSION

Application/Control Number: 90/007,914                              Page 3
Art Unit: 3991

A.      The prior art patents and/or printed publications raise a substantial question of

patentability regarding at least one claim i.e. the prior art teaching is such that there is a

substantial likelihood that a reasonable examiner would consider the teaching to be

important in deciding whether or not the claim is patentable; and it is not necessary that

the prior art establish a prima facie case of unpatentability and;

B.      The same question of patentability as to the claim has not been decided by the

Office in a previous examination or pending reexamination of the patent or in a final

holding of invalidity by the Federal Courts in a decision on the merits involving the claim.

See MPEP 2242.

        For a reexamination that was ordered on or after November 2, 2002 (the date of

enactment of Public Law 107-273; see Section 13105, of the Patent and Trademark

Office Authorization Act of 2002), reliance *solely* on old art (as the basis for a rejection)

does not necessarily preclude the existence of a substantial new question of

patentability (SNQ) that is based exclusively on that old art. Determinations on whether

a SNQ exists in such an instance shall be based upon a fact-specific inquiry done on a

case-by-case basis. For example, a SNQ may be based solely on old art where the old

art is being presented/viewed in a new light, or in a different way, as compared with its

use in the earlier concluded examination(s), in view of a material new argument or

interpretation presented in the request. MPEP 2258.01.

        If a substantial new question of patentability is found as to one claim, all claims

will be reexamined during the ex parte reexamination process. See MPEP 2216.

PUBLIC VERSION

Application/Control Number: 90/007,914                    Page 4

Art Unit: 3991

### Th  6,329,161 (Hell r  t al.) Inv ntion

The Heller invention is drawn to a small diameter flexible electrode designed for subcutaneous *in vivo* amperometric glucose monitoring, wherein the electrode is preferably three or four-layered, with the layers serially deposited within a recess upon the tip of a polyamide insulated gold wire with a first glucose concentration-to-current transducing layer overcoated with a second electrically insulating and glucose flux limiting layer to which is applied an optional immobilized interference-eliminating horseradish peroxidase based film third layer; and an outer fourth biocompatible layer. See '161 abstract.

The independent claims are drawn to:

i. A flexible analyte sensor: claim 1 and claims 2-17 dependent thereon.

ii. A flexible glucose sensor: claim 34 and claims 35-48 dependent thereon.

iii. A glucose measurement system: claim 18 and claims 19-24 dependent thereon.

iv. An introduction system for a glucose sensor: claim 25 and claims 26-28 dependent thereon.

v. A method of measuring animal glucose concentration: claim 29 and claim 30 dependent thereon.

vi. A method for inserting a flexible glucose sensor: claim 31 and claims 32-33 dependent thereon.

PUBLIC VERSION

Application/Control Number: 90/007,914                                    Page 5
Art Unit: 3991

### Documents Cited By The Requ ster:

1. **M. Sakakida et al.**, "Ferrocene-mediated Needle-type Glucose Sensor Covered with
Newly Designed Biocompatible Membrane", Sensors and Actuators B, Vol. 13-14,
pages 319-322 (May/June 1993).

2. **M. Schichiri et al.**, "Needle-type Glucose Sensor for Wearable Artificial Endocrine
Pancreas", Chap. 15 in IMPLANTABLE SENSORS FOR CLOSED-LOOP
PROSTHETIC SYSTEMS (W.H. Ko. Ed., Futura Publishing Co. Mount Kisco, NY 1985)

3. **G. S. Wilson et al.**, "Progress Toward the Development of an Implantable Glucose
Sensor  Clinical Chemistry", Vol. 38(9) pages 1613-1617 (1992).

4. **U. S. Pat. No. 5,165,407** to Wilson et al., (filed April 9, 1991: issued Nov. 24,1992).

5. **U.S. Pat. No. 5,322,063** to Allen et al. (filed Oct. 4, 1991 : issued June 21, 1994).

6. **Schichiri et al.**, "Membrane Design for Extending the Long Life of an Implantable
Glucose Sensor", Diab. Nutr. Metab., Vol. 2(4) pages 309-313 (1989).

7. **U.S. Pat. No. 5,411,647** to Johnson et al. (effectively filed Nov. 23, 1992: issued May
2, 1995).

8. **U. S. Pat. No. 4,986,271** to Wilkins et al. (filed July 19, 1989 : issued Jan. 22, 1991).


### Discusion of the Cited Documents and the Raising of a SNQ

1. M. Sakakida et al. :

        The third party discusses the applicability of the Sakakida reference to claims 1-
17, 30 and 34-48 of the '161 patent on pages 8-9, 13-15,19-31, 39-63, 97-103 and 107-
113 of the request.

PUBLIC VERSION

Application/Control Number: 90/007,914                    Page 6

Art Unit: 3991

Although the Sakakida reference was of record in the '161 patent application it was not discussed by either the Examiner or Applicant during examination of the application. In the present instance the Sakakida reference is being presented/viewed in a new light, or in a different way, as compared with its use in the earlier concluded examination, in view of a material new argument or interpretation presented in the request.

The Sakakida reference discloses a ferrocene-mediated needle-type glucose sensor covered with a polyurethane layer and a biocompatible polyvinyl alcohol (PVA) membrane which was implanted into an animal and used to measure glucose levels *in vivo*. The glucose-oxidase containing sensing layer is in direct physical contact with the working electrode.

The Sakakida prior art teaching is such that there is a substantial likelihood that a reasonable examiner would consider this teaching to be important in deciding whether or not one or more claims of the '161 patent are patentable.

## 2. M. Schichiri et al. (1985)

The third party discusses the applicability of the Schichiri article to claims 1 of the '161 patent in combination with the Sakakida reference on pages 41-45 of the request.

The newly cited Schichiri reference discloses a "flexible" glucose oxidase based needle-type glucose sensor designed for transcutaneous implantation (see Schichiri Fig. 1 on page 199). The end of the platinum wire in the Schichiri sensor was "sealed into a soft glass tube" (Schichiri page 198). The tip of the reference glucose sensor has a polyurethane layer as its outermost layer. (Id.at pages 198-199). The Schichiri

PUBLIC VERSION

Application/Control Number: 90/007,914                                   Page 7
Art Unit: 3991

glucose sensor is "flexible" since it is a very thin device (e.g. 0.4-1mm) with a soft glass

body and a polyurethane tip of 0.4 mm diameter.

The Schichiri prior art teaching taken alone, or in combination with the Sakakida

reference, is such that there is a substantial likelihood that a reasonable examiner

would consider the Schichiri reference teaching to be important in deciding whether or

not one or more claims of the '161 patent are patentable.

### 3. G. S. Wilson et al. (the Wilson article)

The third party discusses the applicability of the Wilson patent reference to

claims 18-20, 22, 24-29, 31-33 of the '161 patent on pages 11-15, 64, 74, 77-90, 93-97,

103-107 of the request.

Although the Wilson reference was of record in the '161 patent application it was

not discussed by either the Examiner or Applicant during examination of the application.

In the present instance the Wilson reference is being presented/viewed in a new light, or

in a different way, as compared with its use in the earlier concluded examination, in

view of a material new argument or interpretation presented in the request.

The Wilson article discloses a needle-type glucose sensor containing glucose

oxidase in physical contact with the platinum-iridium electrode wherein the glucose

sensor is operatively connected to a signal monitoring device. The reference utilizes a

stainless steel catheter (i.e. an introducer) for introducing its sensor to a subject and the

removal of the catheter after sensor implantation. The reference teaches that that

following implantation it is necessary to wait a period of time for the sensor to stabilize

prior to utilizing the sensor output for measuring glucose levels.

PUBLIC VERSION

Application/Control Number: 90/007,914                                          Page 8
Art Unit: 3991

The Wilson article teaching is such that there is a substantial likelihood that a

reasonable examiner would consider this teaching to be important in deciding whether

or not one or more claims of the '161 patent are patentable.

### 4. U. S. Pat. No. 5,165,407 (the Wilson patent)

The third party discusses the applicability of the Wilson patent reference to

claims 18-20, 22, 24-29 and 31-41, 43 and 45-48 of the '161 patent on request pages

11-15, 39-41, 49-51, 64, 77-90, 93-97, 107-113.

Although the Wilson patent reference was of record in the '161 patent application

it was not discussed by either the Examiner or Applicant during examination of the

application. In the present instance the Wilson patent reference is being

presented/viewed in a new light, or in a different way, as compared with its use in the

earlier concluded examination, in view of a material new argument or interpretation

presented in the request.

The Wilson patent discloses a needle-type glucose sensor containing glucose

oxidase in physical contact with the platinum-iridium electrode wherein the glucose

sensor is operatively connected to a signal monitoring device. The reference utilizes a

stainless steel catheter (i.e. an introducer) for introducing its sensor to a subject and the

removal of the catheter after sensor implantation. The reference teaches that that

following implantation it is necessary to wait a period of time for the sensor to stabilize

prior to utilizing the sensor output for measuring glucose levels. Additionally, the Wilson

patent reference teaches a flexible glucose sensor with an insertable portion of less

PUBLIC VERSION

Application/Control Number: 90/007,914                                   Page 9
Art Unit: 3991

than about 0.20 mm in diameter (compare to '161 patent claim 34 requiring insertion

sensor portion having a width of less than about 0.29 mm).

It is noteworthy that the Wison patented device uses cellulose acetate or Nafion as the

first polymeric layer which provides size selective and/or charge selective discrimination

to reduce interference and improve sensor selectivity  as compared to other prior art

devices (e.g. Sakakida) which uses cellulose diacetate as a first polymeric layer. .

        The Wilson patent prior art device is such that there is a substantial likelihood

that a reasonable examiner would consider this teaching to be important in deciding

whether or not one or more claims of the '161 patent are patentable.

### 5. U.S. Pat. No. 5,322,063  (Allen)

        The third party discusses the applicability of the Allen patent reference to claim

30 of the '161 patent on page 14 of the request.

        Although the Allen patent reference was of record in the '161 patent application it

was not discussed by either the Examiner or Applicant during examination of the

application. In the present instance the Allen patent reference is being

presented/viewed in a new light, or in a different way, as compared with its use in the

earlier concluded examination, in view of a material new argument or interpretation

presented in the request.

        The Allen patent reference discloses glucose oxidase based sensors comprising

an outer polyurethane membrane which slows glucose influx into the sensor by

approximately 4,000 fold.

PUBLIC VERSION

Application/Control Number: 90/007,914                    Page 10
Art Unit: 3991

The Allen prior art teaching taken alone, or combined with the Sakakida

reference teaching, is such that there is a substantial likelihood that a reasonable

examiner would consider the Allen reference teaching to be important in deciding

whether or not one or more claims of the '161 patent are patentable.

**6. Schichiri et al., (1989)**

The third party discusses the applicability of this reference in combination with

Sakakida to claims 10 and 42 of the '161 patent on pages 55-56 and 112-113 of the

request.

The newly cited Schichiri (1989) reference discloses a biocompatible layer

utilizing polyethylene oxide (PEO) outer layer due to its superior strength in comparison

to other materials.

The Schichiri prior art teaching taken alone, or combined with the Sakakida

reference teaching, is such that there is a substantial likelihood that a reasonable

examiner would consider the Schichiri teaching to be important in deciding whether or

not one or more claims of the '161 patent are patentable.

**7. U.S. Pat. No. 5,411,647 (Johnson)**

The third party discusses the applicability of the Johnson reference to claims 18-

22, 24, 29 and 42 of the '161 patent on pages 10, 12-13, 55-56, 64-77, 90-93 and 112-

113 of the request.

Although the Johnson patent reference was of record in the '161 patent

application it was not discussed by either the Examiner or Applicant during examination

of the application. In the present instance the Johnson patent reference is being

PUBLIC VERSION

Application/Control Number: 90/007,914                                    Page 11
Art Unit: 3991

presented/viewed in a new light, or in a different way, as compared with its use in the

earlier concluded examination, in view of a material new argument or interpretation

presented in the request.

Johnson discloses a subcutaneous glucose sensor comprising polyurethane

connected to a display device wherein the sensor was implanted into a healthy rat

which was monitored. A glucose measurement was conducted following a ten minute

period permitting sensor signal stabilization. Additionally, the Johnson reference

teaches that its implantable glucose sensor comprises a polyethylene oxide outer layer

that reduces sensor settling time so that it can be used quicker following implantation.

The Johnson prior art teaching is such that there is a substantial likelihood that a

reasonable examiner would consider this teaching to be important in deciding whether

or not one or more claims of the '161 patent are patentable.

### 8. U. S. Pat. No. 4,986,271 (Wilkins)

The third party discusses the applicability of the Wilkins reference to claims 1-3

of the '161 patent on pages 9-10, 31-38 of the request.

Although the Wilkins reference was of record in the '161 patent application it was

not discussed by either the Examiner or Applicant during examination of the application.

In the present instance the Wilkins reference is being presented/viewed in a new light,

or in a different way, as compared with its use in the earlier concluded examination, in

view of a material new argument or interpretation presented in the request.

Wilkins discloses a sensor comprising a glucose oxidase sensing layer

immobilized on a conducting support in contact with a platinum working electrode in

PUBLIC VERSION

Application/Control Number: 90/007,914                    Page 12
Art Unit: 3991

which the sensing layer is recessed into a tube or sleeve of the electrode similar to the

'161 patented device. The open end of the electrode is covered by a glucose selectible

permeable membrane.

The Wilkins prior art teaching taken alone, or in combination with the Sakakida

reference teaching, is such that there is a substantial likelihood that a reasonable

examiner would consider the Wilkins teaching to be important in deciding whether or not

one or more claims of the '161 patent are patentable.

### Conclusion

In view of the above, the request for reexamination is GRANTED. Claims 1-48 of United

States Patent Number 6,329,161 (Heller et al.).

### Extensions of Time

Extensions of time under 37 CFR 1.136 (a) will not be permitted in these

proceedings because the provisions of 37 CFR 1.136 apply only to an applicant and not

to parties in a reexamination proceeding. Additionally, 35 U.S.C. 305 requires that ex

parte reexamination proceedings "will be concluded with special dispatch" (37 CFR

1.555(a) ). Extensions of time in ex parte reexamination proceedings are provided for in

37 CFR 1.550(c).

### Service on the Other Party (3rd Party Request)

After the filing of a request for reexamination by a 3rd party requester, any

document filed by either the patent owner or the third party requester must be served on

the other party (or parties where two or more third party requester proceedings are

PUBLIC VERSION

Application/Control Number: 90/007,914                    Page 13
Art Unit: 3991

merged) in the reexamination proceeding in the manner provided in 37 CFR 1.248. See

37 CFR 1.550 (f).

### *Patent Owner Amendment*

Patent owner is notified that any proposed amendment to the specification and/or

claims in this reexamination proceeding must comply with 37 CFR 1.530(d)-(j), must be

formally presented pursuant to 37 CFR 1.52(a) and (b), and must contain any fees

required by 37 CFR 1.20(c).

### *Future Correspondences*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Bennett Celsa whose telephone number is 571-272-

0807. The examiner can normally be reached on M-F from 8-5.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Deborah Jones can be reached at 571-272-1535.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system. Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).

All correspondence relating to this ex parte reexamination proceeding should be

directed:

PUBLIC VERSION

Application/Control Number: 90/007,914                                    Page 14

Art Unit: 3991

By Mail to:       Mail Stop ex parte Reexam
                  Central Reexamination Unit
                  Office of Patent Legal Administration
                  United States Patent & Trademark Office
                  P.O. Box 1450
                  Alexandria, VA 22313-1450

By FAX to:        (571) 273-9900
                  Central Reexamination Unit

By hand:          Customer Service Window
                  Randolph Building
                  401 Dulany St.
                  Alexandria, VA  22314

                                        Bennett  Celsa
                                        Primary Examiner
                                        Art Unit 3991

Conferees:

PUBLIC VERSION

| *Notice of Referenc s Cited* | Application/Control No.<br>90/007,914 | Applicant(s)/Patent Under<br>Reexamination<br>6329161 | |
| | Examiner<br>Bennett Celsa | Art Unit<br>3991 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-4,986,271 | 01-1991 | Wilkins, Ebtisam S. | 600/347 |
| * | B | US-5,165,407 | 11-1992 | Wilson et al. | 600/345 |
| * | C | US-5,322,063 | 06-1994 | Allen et al. | 600/347 |
| * | D | US-5,411,647 | 05-1995 | Johnson et al. | 205/777.5 |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| ✗ | U | M. Sakakida et al., "Ferrocene-mediated Needle-type Glucose Sensor Covered with Newly Designed Biocompatible Membrane", Sensors and Actuators B, Vol. 13-14, pages 319-322 (May/June 1993). |
| ✗ | V | M. Schichiri et al., "Needle-type Glucose Sensor for Wearable Artificial Endocrine Pancreas", Chap. 15 in IMPLANTABLE SENSORS FOR CLOSED-LOOP PROSTHETIC SYSTEMS (W.H. Ko. Ed., Futura Publishing Co. Mount Kisco, NY 1985) |
| ✗ | W | G. S. Wilson et al., "Progress Toward the Development of an Implantable Glucose Sensor Clinical Chemistry", Vol. 38(9) pages 1613-1617 (1992). |
| ✗ | X | Schichiri et al., "Membrane Design for Extending the Long Life of an Implantable Glucose Sensor", Diab. Nutr. Metab., Vol. 2(4) pages 309-313 (1989). |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

PUBLIC VERSION

# EXHIBIT B

PUBLIC VERSION

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/007,913 | 02/01/2006 | 6284478 | 518852800200 | 5776 |

| 23552        7590        02/24/2006 | EXAMINER |
|---|---|
| MERCHANT & GOULD PC | |
| P.O. BOX 2903 | |
| MINNEAPOLIS, MN  55402-0903 | |

| ART UNIT | PAPER NUMBER |
|---|---|
| | |

DATE MAILED: 02/24/2006

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

PUBLIC VERSION

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Peng Chen

MORRISON & FORESTER LLP

12531 HIGH BLUFF DRIVE, SUITE 100

SAN DIEGO, CA 92130

## *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/007,913.*

PATENT NO. *6284478.*

ART UNIT *3991.*

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PUBLIC VERSION

| *Order Granting / Denying Request For Ex Parte Reexamination* | Control No. 90/007,913 | Patent Under Reexamination 6284478 |
|---|---|---|
| | Examiner Evelyn Huang | Art Unit 3991 | |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

The request for *ex parte* reexamination filed <u>01 February 2006</u> has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments: a)☒ PTO-892,    b)☐ PTO-1449,    c)☐ Other: _____

1. ☒    The request for *ex parte* reexamination is GRANTED.

         RESPONSE TIMES ARE SET AS FOLLOWS:

For Patent Owner's Statement (Optional): TWO MONTHS  from the mailing date of this communication (37 CFR 1.530 (b)). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

2. ☐    The request for *ex parte* reexamination is DENIED.

This decision is not appealable (35 U.S.C. 303(c)).  Requester may seek review by petition to the Commissioner under 37 CFR 1.181 within ONE MONTH from the mailing date of this communication (37 CFR 1.515(c)). **EXTENSION OF TIME TO FILE SUCH A PETITION UNDER 37 CFR 1.181  ARE AVAILABLE ONLY BY PETITION TO SUSPEND OR WAIVE THE  REGULATIONS UNDER 37 CFR 1.183.**

In due course, a refund under 37 CFR 1.26 ( c ) will be made to requester:

    a) ☐  by Treasury check or,

    b) ☐  by credit to Deposit Account No. _____, or

    c) ☐  by credit to a credit card account, unless otherwise notified (35 U.S.C. 303(c)).

Evelyn  Huang
Primary Examiner
Art Unit: 3991

| PUBLIC VERSION<br><br>*Notice of References Cited* | Application/Control No.<br><br>90/007,913 | Applicant(s)/Patent Under Reexamination<br>6284478 | |
|---|---|---|---|
| | Examiner<br><br>Evelyn Huang | Art Unit<br><br>3991 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-4,986,271 | 01-1991 | Wilkins, Ebtisam S. | 600/347 |
| | B | US- | | | |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| * | U | Sakakida et al.  Sensors and Actuators B, 13-14: 319-322 (May-June, 1993). |
| * | V | Sternberg et al.  Biosensors, 4:27-40 (1988). |
| * | W | Sakakida et al. (II).  Artif. Organs Today, 2(2) :145-158 (1992). |
| * | X | Shichiri et al.  Diab. Nutr. Metab., 2:309-313 (1989). |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    Notice of References Cited                    Part of Paper No. 02182006

PUBLIC VERSION
Application/Control Number: 90/007,913                                          Page 2
Art Unit: 3991

## Reexamination

### Decision Granting Ex Parte Reexamination

1.     A substantial new question of patentability affecting claims 1-74 of United States Patent

Number 6,284,478 to Heller is raised by the request for *ex parte* reexamination.

### Procedural Posture

2.     The request by the Third Party Requester for *ex parte* reexamination is filed on 2/1/2006.

### Ongoing Duty to Disclose

3.     A PTO-1449 has not been filed with the references submitted by the Third Party

Requester. The submitted references considered by the examiner are cited in a PTO-892.

4.     The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a) to

apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving

Patent No. 6,284,478 throughout the course of this reexamination proceeding.  The third party

requester is also reminded of the ability to similarly apprise the Office of any such activity or

proceeding throughout the course of this reexamination proceeding.  See MPEP §§ 2207, 2282

and 2286.

PUBLIC VERSION

Application/Control Number: 90/007,913                                      Page 2

Art Unit: 3991

*Reexamination*

*Decision Granting Ex Parte Reexamination*

1.      A substantial new question of patentability affecting claims 1-74 of United States Patent

Number 6,284,478 to Heller is raised by the request for *ex parte* reexamination.

*Procedural Posture*

2.      The request by the Third Party Requester for *ex parte* reexamination is filed on 2/1/2006.

*Ongoing Duty to Disclose*

3.      A PTO-1449 has not been filed with the references submitted by the Third Party

Requester. The submitted references considered by the examiner are cited in a PTO-892.

4.      The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a) to

apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving

Patent No. 6,284,478 throughout the course of this reexamination proceeding.  The third party

requester is also reminded of the ability to similarly apprise the Office of any such activity or

proceeding throughout the course of this reexamination proceeding.  See MPEP §§ 2207, 2282

and 2286.

PUBLIC VERSION Application Control Number: 90/007,913                    Page 3

Art Unit: 3991

### Priority

4.    US 6,284,478, the patent under reexamination, is a continuation of US Application No.
08/299,526, filed on 9-1-1994, issued as US Patent No. 5,593,853, which is a CIP of US
Application No. 08/161,682, filed on 12-2-1993, issued as US Patent No. 5,356,786, which is a
continuation of US Application No. 07/664,054, filed on 3-4-1991, now abandoned.

5.    US Application No. 08/161,682, filed on 12-2-1993, issued as US Patent No. 5,356,786,
only describes a glucose electrode coated with an oxidizing enzyme (peroxidase) which allows
hydrogen peroxide to selectively oxidize the interferants (as described in Fig. 6). The electrode
of the instant invention having preferably three or four layers, including the interference
eliminating layer (as described in Fig. 1), was first described in US Application No. 08/299,526,
filed on 9-1-1994, issued as US Patent No. 5,593,853. Accordingly, the earliest effective filing
date for the patent claims under reexamination is 9-1-1994.

### References Cited by the Third Party Requester

6.    *Old References*

       *Wilkins*                US 4,986,271

       *Sakakida et al. (I)* Sensors and Actuators B, 13-14: 319-322 (May-June, 1993).

       *Sternberg et al.* Biosensors, 4:27-40 (1988).

Application Control Number: 90/007,913                                    Page 4
· Art Unit: 3991

7.    *New References*

> *Sakakida et al. (II)*. Artif. Organs Today, 2(2) :145-158 (1992).
>
> *Shichiri et al*. Diab. Nutr. Metab., 2:309-313 (1989).


*Claims in U.S. 6,284,478*


8.    Claims 1-3 are directed to an electrochemical sensor comprising (a) one or more non-corroding metal or carbon electrodes; (b) a sensing layer comprising an enzyme coupled to each electrode; and (c) a biocompatible layer comprising a biocompatible hydrogel chemically bound to the sensing layer of each electrode.

Claim 4 is directed to an analyte measurement system comprising (a) an electrochemical sensor including two or more non-corroding metal or carbon electrodes, each electrode adapted for subcutaneous implantation in animal, and a non-leachable analyte-responsive enzyme disposed on each of the electrodes; and (b) a device for comparing signals of the two electrodes.

Claims 5-8 are directed an electrochemical sensor comprising (a) one or more non-corroding metal or carbon electrodes; (b) a sensing layer coupled to each electrode wherein the sensing layer comprises a non-leachable redox enzyme; and (c) a microfiltration device for transporting a fluid sample into contact with the sensing layer of at least one of the electrodes.

Claims 9-51, 74 are directed to an electrochemical sensor for measuring an analyte in an animal, comprising one or more analyte responsive electrodes, at lease one electrode adapted for subcutaneous implantation in animal, each of the analyte responsive electrode comprises (a) one two or more non-corroding metal or carbon electrodes and a non-leachable analyte-responsive

enzyme disposed on each of the electrodes; and (b) a sensing layer comprising a redox enzyme

and a redox compound, which are non-leachable fluids in the body of the animal at a pH of 6.5-

7.8.

Claims 52-63, 70-73 are directed to a method of calibrating an electrochemical sensor

comprising (a) withdrawing a single calibration sample from an animal; (b) assaying an analyte

concentration of the sample; and (c) correlating the assayed analyte concentration to a signal

generated by one or more implanted working electrode having an analyte-responsive enzyme

disposed thereon.

Claims 64-69 are directed to a method for the analysis of a bioanalyte comprising (a)

providing an analyte measurement system comprising two or more subcutaneously implantable

electrodes; (b) subcutaneously implanting 2 or more electrodes in the animal; (c) obtaining

readings from the electrodes at substantially one point in time; (d) comparing two or more of the

readings of the electrodes; and (e) accepting those readings which do not vary by more than a

predetermined degree.

## *Substantial New Question of Patentability*

9.      *For "a substantial new question of patentability" to be present, it is only necessary
that:*

*A.      The prior art patents and/or printed publications raise a substantial question of
patentability regarding at least one claim, i.e., the teaching of the (prior art) patents and
printed publications is such that a reasonable examiner would consider the teaching to be*

Application Control Number: 90/007,913                                      Page 6

Art Unit: 3991

*important in deciding whether or not the claim is patentable; it is not necessary that the prior art*
*establish a prima facie case of unpatentability; and*

     *B.    The same question of patentability as to the claim has not been decided by the Office*
*in a previous examination or pending reexamination of the patent or in a final holding of*
*invalidity by the Federal Courts in a decision on the merits involving the claim.*

     *For any reexamination ordered on or after November 2, 2002, reliance on previously*
*cited/considered art, i.e., "old art," does not necessarily preclude the existence of a substantial*
*new question of patentability (SNQ) that is based exclusively on that old art. Rather,*
*determinations on whether a SNQ exists in such an instance shall be based upon a fact-specific*
*inquiry done on a case-by-case basis. See MPEP 2242.*

     *If a substantial new question of patentability is found as to one claim, all claims will be*
*reexamined during the ex parte reexamination process. See MPEP 2216.*

*Discussion of the Cited references*

10.    *Sakakida I* raises a substantial new question of patentability as to claims 1-74 of the
Heller patent.

     Sakakida discloses a ferrocene-mediated needle-type glucose sensor wherein glucose
oxidase (redox enzyme) and ferrocene carboxaldehyde (redox compound) were immobilized to
cellulose diacetate (a polymer) on the platinum electrode. The surface of the sensor was covered
with a glucose flux-limiting hydrophobic polyurethane membrane and a biocompatible
hydrophilic polyvinyl alcohol membrane (page 319, Materials and Methods; page 320, Fig. 1).
The oxygen tension does not affect the output current in the ferrocene-mediated glucose sensor
(page 321, 3.1). Furthermore, it requires only one point in situ calibration (page 319, abstract).

PUBLIC VERSION

Application/Control Number: 90/007,913                                    Page 7

Art Unit: 3991

There is a substantial likelihood that a reasonable examiner would consider this teaching

important in deciding whether or not the claims are patentable. This reference was cited, but was

not applied, during the prosecution of the application which became the Heller patent. It is now

being viewed in a new light or in different ways. Accordingly, this reference raises a substantial

new question of patentability as to claims 1-74, which question has not been decided in a

previous examination of the Heller patent.


11.     *Sternberg* raises a substantial new question of patentability as to claims 1-74 of the

Heller patent.

Sternberg discloses a multilayer needle-type enzyme-based glucose microsensor. More

specifically, glucose oxidase (redox enzyme) covalently coupled to a cellulose acetate layer,

using bovine serum albumin and parabenzoquinone (redox compound) is deposited on the

platinum electrode. The sensor is covered with an outer layer of polyurethane (page 27, abstract;

page 29, Fig. 1).

There is a substantial likelihood that a reasonable examiner would consider this teaching

important in deciding whether or not the claims are patentable. This reference was cited, but was

not applied, during the prosecution of the application which became the Heller patent. It is now

being viewed in a new light or in different ways. Accordingly, this reference raises a substantial

new question of patentability as to claims 1-74, which question has not been decided in a

previous examination of the Heller patent.

PUBLIC VERSION
Application/Control Number: 90/007,913                                          Page 8

Art Unit: 3991

12.    *Schichiri* together with Sakakida (paragraph 10 above) raise a substantial new question

of patentability as to claims 1-74 of the Heller patent.

Schichiri teaches that polyethylene oxide (PEO) membrane is a biocompatible membrane

comparable to polyvinyl alcohol membrane. PEO membrane has the in vivo characteristics that

its strength of membrane is excellent and the sensor output is good (page 312, Table 2).

There is a substantial likelihood that a reasonable examiner would consider Schichiri's

teaching together with the teaching of Sakakida important in deciding whether or not the claims

are patentable. Schichiri was not cited during the prosecution of the application which became

the Heller patent.  Accordingly, Schichiri together with Sakakida raise a substantial new question

of patentability as to claims 1-74, which question has not been decided in a  previous

examination of the Heller patent.


13.    *Wilkins (US 4,986,271)* raises a substantial new question of patentability as to claims 1-

74 of the Heller patent.

Wilkins discloses an refillable implantable glucose sensor (Fig. 1) wherein the sensing

layer comprises glucose oxidase covalently cross linked to the modified graphite (column 4,

Example 1) or an electrically conducting polymer (column 4, lines 1-4). The sensing layer is in

contact with the working metal electrode (column 3, line 50).

There is a substantial likelihood that a reasonable examiner would consider this teaching

important in deciding whether or not the claims are patentable. This reference was cited, but was

not applied during the prosecution of the application which became the Heller patent. It is now

being viewed in a new light or in different ways. Accordingly, this reference raises a substantial

PUBLIC VERSION

Application/Control Number: 90/007,913                                    Page 9
Art Unit: 3991

new question of patentability as to claims 1-74, which question has not been decided in a

previous examination of the Heller patent.


14.     *Sakakida II* discloses a ferrocene-mediated needle-type glucose sensor wherein glucose

oxidase (redox enzyme) and ferrocene carboxaldehyde (redox compound) were immobilized to

cellulose diacetate (a polymer) on the platinum electrode. The surface of the sensor was covered

with a glucose flux-limiting hydrophobic polyurethane membrane and a biocompatible

hydrophilic polyvinyl alcohol membrane (page 147, Fig 1).

        There is a substantial likelihood that a reasonable examiner would consider this teaching

important in deciding whether or not the claims are patentable. This reference was not cited

during the prosecution of the application which became the Heller patent. Accordingly, this

reference raises a substantial new question of patentability as to claims 1-74, which question has

not been decided in a  previous examination of the Heller patent.


### *Extensions of Time*


15.     Extensions of time under 37 CFR 1.136(a) will not be permitted in these proceedings

because the provisions of 37 CFR 1.136 apply only to "an applicant" and not to parties in a

reexamination proceeding.  Additionally, 35 U.S.C. 305 requires that *ex parte* reexamination

proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)).  Extensions of time in

*ex parte* reexamination proceedings are provided for in 37 CFR 1.550(c).

PUBLIC VERSION
Application/Control Number: 90/007,913                                            Page 10

Art Unit: 3991

### Future Amendment

16.     Patent owner is notified that any proposed amendment to the specification and/or claims

in this reexamination proceeding must comply with 37 CFR 1.530(d)-(j), must be formally

presented pursuant to 37 CFR 1.52(a) and (b), and must contain any fees required by 37CFR

1.20(c).

### Future Correspondence

17.     Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Evelyn Huang whose telephone number is 571-272-0686. The

examiner can normally be reached on Tuesday-Friday.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Deborah Jones can be reached on 571-272-1535. The fax phone number for the

organization where this application or proceeding is assigned is 571-273-9900.

        Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system. Status information for published applications

may be obtained from either Private PAIR or Public PAIR. Status information for unpublished

applications is available through Private PAIR only. For more information about the PAIR

PUBLIC VERSION

Application/Control Number: 90/007,913                                      Page 11

Art Unit: 3991

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).


All correspondence relating to this ex parte reexamination proceeding should be directed:


By Mail to:        Mail Stop ex parte Reexam
                   Central Reexamination Unit
                   Office of Patent Legal Administration
                   United States Patent & Trademark Office
                   P.O. Box 1450
                   Alexandria, VA 22313-1450

By FAX to:         571-273-9900
                   Central Reexamination Unit

By Hand to:        Customer Service Window
                   Randolph Building
                   401 Dulany St.
                   Alexandria, VA 22314


                                          Evelyn Huang
                                          Primary Examiner
                                          Art Unit 3991

Conferee

PUBLIC VERSION

# EXHIBIT C

PUBLIC VERSION

FROM MERCHANT & GOULD                    (MON) 7. 2'01 10:20/S⁻ 10:19/NO. 4260369883 P 2

S/N 09/668,221                                                    PATENT 

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | HELLER ET AL. | Examiner: | L. Leary |
| Serial No.: | 09/668,221 | Group Art Unit: | 1623 |
| Filed: | September 22, 2000 | Docket No.: | 12008.6USC6 |
| Notice of Allowance Dated: | June 4, 2001 | Batch No: | H14 |
| Title: | SUBCUTANEOUS GLUCOSE ELECTRODE | | |

FAX RECEIVEi

JUL 0 2 2001

GROUP 1600

---

CERTIFICATE UNDER 37 CFR 1.6d: The undersigned hereby certifies that this correspondence is being transmitted via facsimile addressed to: Box Issue Fee, Commissioner for Patents, Washington, D.C. 20231 on July ___, 2001.

By: _____
Name: _____

---

## COMMUNICATION

Box ISSUE FEE
Commissioner for Patents
Washington, D.C. 20231

**23552**
PATENT TRADEMARK OFFICE

Dear Sir:

    With this communication, the Applicants wish to inform the United States Patent and Trademark Office that they recently became aware that the Office has no evidence of receipt of the Information Disclosure Statement and accompanying Form 1449 that the Applicants filed on December 22, 2000. Applicants now submit an additional copy of the previously mailed Information Disclosure Statement and Form 1449 and request that they be considered timely filed.

    On December 22, 2000 Applicants, through their attorney of record, submitted an Information Disclosure Statement and accompanying Form 1449. As shown in the attached copy of the December 22, 2000 submission, the documents were submitted with a Certificate of Mailing pursuant to 37 C.F.R. § 1.8. Although Teresa Gerth, the person who executed the Certificate of Mailing, has since left the law firm representing the Applicants, it has always been the practice of the law firm to mail any correspondence with the Office under 37 C.F.R. § 1.8 on the same day that the certificate is executed.

# Match & Return

PUBLIC VERSION

FROM MERCHANT & GOULD                    (MON) 7. 2'01 10:20/"". 10:19/NO. 4260369883 P  3

The Applicants, therefore, respectfully request that the attached Information Disclosure Statement and Form 1449 be deemed timely filed and that the references cited therein be considered.

Respectfully submitted,

MERCHANT & GOULD P.C.
P. O. Box 2903
Minneapolis, MN  55402-0903
Telephone: 612.332.5300

Dated: _July 2, 2001_        By: _Tong Wu_

Tong Wu
Reg. No. 43,361

TW:mel

Fax: (612) 332-9081

23552

**Match & Return**

2

PUBLIC VERSION

FROM MERCHANT & GOULD                    (MON) 7. 2'01 10:20/ST 10:19/NO. 4260369883 P  4

Receipt is hereby acknowledged for the following in the U.S. Patent and Trademark Office:
In re Application of: HELLER ET AL.
For: SUBCUTANEOUS GLUCOSE ELECTRODE
Docket No.: 12003.4USC6                                    Serial No. (Number,221
Filed: September 22, 2000                                   Due Date: N/A

Date Mailed: December 22, 2000
☒  Transmittal Sheet in duplicate containing Certificate of Mailing
☒  Small entity status has been previously established
☒  Information Disclosure Statement and Form 1449
☒  Return postcard

Patent

                                                            TW:tlg

**Match & Return**

PUBLIC VERSION

·FROM MERCHANT & GOULD                    (MON) 7. 2' 01 10:20/ST 10:19/NO. 4260369883 P  5

IN THE ...TED STATES PATENT AND TRADEMA, FFICE

| Applicant: | HELLER ET AL. | Examiner: | UNKNOWN |
|---|---|---|---|
| Serial No.: | 09/688,221 | Group Art Unit: | 1623 |
| Filed: | September 22, 2000 | Docket: | 12008.GUSC6 |
| Notice of Allow. Date: | N/A | Batch No.: | N/A |
| Due Date: | N/A | | |
| Title: | SUBCUTANEOUS GLUCOSE ELECTRODE | | |

CERTIFICATE UNDER 37 CFR 1.8:  The undersigned hereby certifies that this Transmittal Letter and the paper, as described herein, are being deposited in the United States Postal Service, as first class mail, with sufficient postage, in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on December ⟶, 2000.

By: _Teresa Gerth_

Teresa Gerth

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

We are transmitting herewith the attached:

☒ Transmittal Sheet in duplicate containing Certificate of Mailing
☒ Small entity status has been previously established
☒ Information Disclosure Statement and Form 1449
☒ Return postcard

Please consider this a PETITION FOR EXTENSION OF TIME for a sufficient number of months to enter these papers, if appropriate.  Please charge any additional fees or credit overpayment to Deposit Account No. 13-2725.  A duplicate of this sheet is enclosed.

MERCHANT & GOULD P.C.
P.O. Box 2903, Minneapolis, MN  55402-0903
612.332.5300

By: _Tong Wu_
Name: Tong Wu
Reg. No.: 43,361
TW:tlg

‖‖‖‖‖‖‖‖‖‖
23552
PATENT TRADEMARK OFFICE

**Match & Return**

(PTO TRANSMITTAL - GENERAL)

PUBLIC VERSION

FROM MERCHANT & GOULD                    (MON) 7. 2'01 10:'  'ST. 10:19/NO. 4260369883 P  6

S/N 09/688,221                                                        PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | HELLER ET AL. | Examiner: | UNKNOWN |
| Serial No.: | 09/688,221 | Group Art Unit: | 1623 |
| Filed: | September 22, 2000 | Docket No.: | 12008.6USC6 |
| Title: | SUBCUTANEOUS GLUCOSE ELECTRODE | | |

CERTIFICATE UNDER 37 CFR 1.8  The undersigned hereby certifies that this Transmittal Letter and the paper, as described herein, are being deposited in the United States Postal Service, as first class mail, with sufficient postage, in an envelope addressed to, Assistant Commissioner for Patents, Washington, D.C 20231, on December ___, 2000

By: _____

Teresa Genh

## INFORMATION DISCLOSURE STATEMENT (37 C.F.R. §1.97(b))

Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

   With regard to the above-identified application, the items of information listed on the enclosed Form 1449 are brought to the attention of the Examiner.

   This statement should be considered because it is submitted within three months of the filing date of the above-identified application. Accordingly, no fee is due for consideration of the items listed on the enclosed Form 1449.

   In accordance with 37 C.F.R. §1.98(d), a copy of each document or other information listed is not provided because it was previously cited by or submitted to the U.S. Patent and Trademark Office in parent application, U.S. Serial No. 09/356,102 filed on July 16, 1999.

   No representation is made that a reference is "prior art" within the meaning of 35 U.S.C. §§ 102 and 103 and Applicants reserve the right, pursuant to 37 C.F.R. § 1.131 or otherwise, to establish that the reference(s) are not "prior art." Moreover, Applicants do not

## Match & Return

PUBLIC VERSION

represent that a reference has been thoroughly reviewed or that any relevance of any portion of a reference is intended.

Consideration of the items listed is respectfully requested. Pursuant to the provisions of M.P.E.P. 609, it is requested that the Examiner return a copy of the attached Form 1449, marked as being considered and initialed by the Examiner, to the undersigned with the next official communication.

Please charge any additional fees or credit any overpayment to Deposit Account No. 13-2725.

Respectfully submitted,

MERCHANT & GOULD P.C.
P.O. Box 2903
Minneapolis, MN 55402-0903
(612) 332-5300

Date: _Dec. 22, 2000_          By: _Tony W___
                                    Tong Wu
                                    Reg No. 43,361

23552
PATENT TRADEMARK OFFICE

2

PUBLIC VERSION

FROM MERCHANT & GOULD                    (MON) 7. 2' 01 10:21/ST 10:19/NO. 4260369883 P 8

Date Mailed: December 22, 2000                                    Sheet 1 of 19

| FORM 1449* | | Docket Number | Application Number |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT | | 12008.6USC6 | 09/668221 |
| IN AN APPLICATION | | Applicant: HELLER ET AL. | |
| (Use several sheets if necessary) | | Filing Date: 09/22/2000 | Group Art Unit: 1623 |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| CC | 3,260,656 | 07/12/1966 | Ross, Jr. | 435 | 14 | |
| CC | 3,653,841 | 04/04/1972 | Klein | 435 | 14 | |
| CC | 3,719,564 | 03/06/1973 | Lilly, Jr. et al. | 435 | 14 | |
| CC | 3,776,832 | 12/04/1973 | Oswin et al. | 435 | 14 | |
| CC | 3,837,339 | 09/24/1974 | Aisenberg et al. | 435 | 14 | |
| CC | 3,926,760 | 12/16/1975 | Allen et al. | 435 | 14 | |
| CC | 3,972,320 | 08/03/1976 | Kalman | 435 | 14 | |
| CC | 3,979,274 | 09/07/1976 | Newman | 435 | 14 | |
| CC | 4,002,717 | 02/22/1977 | Kowarski | 435 | 14 | |
| CC | 4,016,866 | 04/12/1977 | Lawton | 435 | 14 | |
| CC | 4,055,175 | 10/25/1977 | Clemens et al. | 435 | 14 | |
| CC | 4,059,406 | 11/22/1977 | Fleet | 435 | 14 | |
| CC | 4,076,596 | 02/28/1978 | Connery et al. | 435 | 14 | |
| CC | 4,098,574 | 07/04/1978 | Dappen | 435 | 14 | |
| CC | 4,100,048 | 07/11/1978 | Pompei et al. | 435 | 14 | |
| CC | 4,151,845 | 05/01/1979 | Clemens | 435 | 14 | |
| CC | 4,168,205 | 09/18/1979 | Danninger et al. | 435 | 14 | |
| CC | 4,172,770 | 10/30/1979 | Semersky et al. | 435 | 14 | |
| CC | 4,178,916 | 12/18/1979 | McNamara | 435 | 14 | |
| CC | 4,206,755 | 06/10/1980 | Klein | 435 | 14 | |
| CC | 4,224,125 | 09/23/1980 | Nakamura et al. | 435 | 14 | |
| CC | 4,240,438 | 12/23/1980 | Updike et al. | 435 | 14 | |
| CC | 4,247,297 | 01/27/1981 | Berti et al. | 435 | 14 | |
| CC | 4,340,458 | 07/20/1982 | Lerner et al. | 435 | 14 | |
| CC | 4,352,960 | 10/05/1982 | Dormer et al. | 435 | 14 | |
| CC | 4,356,074 | 10/26/1982 | Johnson | 435 | 14 | |
| CC | 4,365,637 | 12/28/1982 | Johnson | 435 | 14 | |
| CC | 4,366,033 | 12/28/1982 | Richter et al. | 435 | 14 | |

| EXAMINER | | DATE CONSIDERED | 9/01 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)                    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

(1)                    07/02/01  MON 12:17  [TX/RX NO 8169] @008

PUBLIC VERSION

FROM MERCHANT & GOULD                    (MON) 7. 2'01 10:2' 'ST. 10:19/NO. 4260369883 P  9

Date Mailed: December 22, 2000                                    Sheet 2 of 19

| FORM 1449* | | | Docket Number: | Application Number: |
|---|---|---|---|---|
| | INFORMATION DISCLOSURE STATEMENT | | 120nn.8USCa | 09/668221 |
| | IN AN APPLICATION | | Applicant: HELLER ET AL | |
| | (Use several sheets if necessary) | | Filing Date: 09/22/2000 | Group Art Unit: 1623 |

| | | | | | |
|---|---|---|---|---|---|
| $\mathcal{LL}$ | 4,375,399 | 03/01/1983 | Hovar et al. | 435 | 14 | |
| $\mathcal{LL}$ | 4,384,586 | 05/24/1983 | Christianson | 435 | 14 | |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| $\mathcal{LL}$ | 4,390,621 | 06/28/1983 | Bauer | 435 | 14 | |
| $\mathcal{LL}$ | 4,401,122 | 08/20/1983 | Clark, Jr. | 435 | 14 | |
| $\mathcal{LL}$ | 4,404,066 | 09/13/1983 | Johnson | 435 | 14 | |
| $\mathcal{LL}$ | 4,418,148 | 11/29/1983 | Oberhardt | 435 | 14 | |
| $\mathcal{LL}$ | 4,427,770 | 01/24/1984 | Chen et al. | 435 | 14 | |
| $\mathcal{LL}$ | 4,431,004 | 02/14/1984 | Bessman et al. | 435 | 14 | |
| $\mathcal{LL}$ | 4,436,094 | 03/13/1984 | Cerami | 435 | 14 | |
| $\mathcal{LL}$ | 4,440,175 | 04/03/1984 | Wilkins | 435 | 14 | |
| $\mathcal{LL}$ | 4,450,842 | 05/29/1984 | Zick et al. | 435 | 14 | |
| $\mathcal{LL}$ | 4,458,686 | 07/10/1984 | Clark, Jr. | 435 | 14 | |
| $\mathcal{LL}$ | 4,461,691 | 07/24/1984 | Frank | 435 | 14 | |
| $\mathcal{LL}$ | 4,469,110 | 09/04/1984 | Slama | 435 | 14 | |
| $\mathcal{LL}$ | 4,477,314 | 10/16/1984 | Richter et al. | 435 | 14 | |
| $\mathcal{LL}$ | 4,484,987 | 11/27/1984 | Gough | 435 | 14 | |
| $\mathcal{LL}$ | 4,522,690 | 06/11/1985 | Venkatasetty | 435 | 14 | |
| $\mathcal{LL}$ | 4,524,114 | 06/18/1985 | Samuels et al. | 435 | 14 | |
| $\mathcal{LL}$ | 4,526,661 | 07/02/1985 | Steckhan et al. | 435 | 14 | |
| $\mathcal{LL}$ | 4,534,356 | 08/13/1985 | Papadakis | 435 | 14 | |
| $\mathcal{LL}$ | 4,539,516 | 09/03/1985 | Rogoff | 435 | 14 | |
| $\mathcal{LL}$ | 4,543,955 | 10/01/1985 | Schroeppel | 435 | 14 | |
| $\mathcal{LL}$ | 4,545,382 | 10/08/1985 | Higgins et al. | 435 | 14 | |
| $\mathcal{LL}$ | 4,552,840 | 11/12/1985 | Rffer | 435 | 14 | |
| $\mathcal{LL}$ | 4,560,534 | 12/24/1985 | Kung et al. | 435 | 14 | |
| $\mathcal{LL}$ | 4,571,292 | 02/18/1986 | Liu et al. | 435 | 14 | |
| $\mathcal{LL}$ | 4,573,994 | 03/04/1986 | Fischell et al. | 435 | 14 | |

| EXAMINER  $\mathcal{L}$ | DATE CONSIDERED  9/01 |
|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)                Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

(2)              07/02/01  MON 12:17  [TX/RX NO 9159]  ☒009

PUBLIC VERSION

FROM MERCHANT & GOULD                    (MON) 7. 2'01 10:22/ST 10:19/NO. 4260369883 P 10

Date Mailed: December 22, 2000                                    Sheet 3 of 19

| FORM 1449* | | Docket Number: | Application Number: |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT | | 12008.0USC6 | 09/668221 |
| IN AN APPLICATION | | Applicant: HELLER ET AL. | |
| (Use reverse sheets if necessary) | | Filing Date: 09/22/2000 | Group Art Unit: 1623 |

| | | | | | |
|---|---|---|---|---|---|
| CL | 4,581,336 | 04/08/1986 | Malloy et al. | 435 | 14 |
| CL | 4,595,011 | 06/17/1986 | Phillips | 435 | 14 |
| CL | 4,619,754 | 10/28/1986 | Niki et al. | 435 | 14 |
| CL | 4,627,445 | 12/09/1986 | Garcia et al. | 435 | 14 |

| | | U.S. PATENT DOCUMENTS | | | | |
|---|---|---|---|---|---|---|
| EXAMINER INITIAL | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
| CL | 4,627,908 | 12/09/1986 | Miller | 435 | 14 | |
| CL | 4,633,878 | 01/06/1987 | Bombardieri | 435 | 14 | |
| CL | 4,637,403 | 01/20/1987 | Garcia et al. | 435 | 14 | |
| CL | 4,650,547 | 03/17/1987 | Gough | 435 | 14 | |
| CL | 4,654,197 | 03/31/1987 | Lilja et al. | 435 | 14 | |
| CL | 4,655,880 | 04/07/1987 | Liu | 435 | 14 | |
| CL | 4,655,885 | 04/07/1987 | Hill et al. | 435 | 14 | |
| CL | 4,671,288 | 06/09/1987 | Gough | 435 | 14 | |
| CL | 4,679,562 | 07/14/1987 | Luksha | 435 | 14 | |
| CL | 4,680,268 | 07/14/1987 | Clark, Jr. | 435 | 14 | |
| CL | 4,682,602 | 07/28/1987 | Prohaska | 435 | 14 | |
| CL | 4,684,537 | 08/04/1987 | Graetzel et al. | 435 | 14 | |
| CL | 4,685,463 | 08/11/1987 | Williams | 435 | 14 | |
| CL | 4,703,756 | 11/03/1987 | Gough et al. | 435 | 14 | |
| CL | 4,711,245 | 12/08/1987 | Higgins et al. | 435 | 14 | |
| CL | 4,717,673 | 01/05/1988 | Wrighton et al. | 435 | 14 | |
| CL | 4,721,601 | 01/26/1988 | Wrighton et al. | 435 | 14 | |
| CL | 4,721,677 | 01/26/1988 | Clark, Jr. | 435 | 14 | |
| CL | 4,726,378 | 02/23/1988 | Kaplan | 435 | 14 | |
| CL | 4,726,716 | 02/23/1988 | McGuire | 435 | 14 | |
| CL | 4,757,022 | 07/12/1988 | Shults et al. | 435 | 14 | |
| CL | 4,758,323 | 07/19/1988 | Davis et al. | 435 | 14 | |
| CL | 4,759,371 | 07/26/1988 | Franetzki | 435 | 14 | |

| EXAMINER | | DATE CONSIDERED 9/01 |
|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)                    Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

(3)                    07/02/01  MON 12:17  [TX/RX NO 0159] @010

PUBLIC VERSION

·FROM MERCHANT & GOULD                    (MON) 7. 2'01 10:22/ST 10:19/NO. 4260369883 P 11

Date Mailed: December 22, 2006                                           Sheet 4 of 19

| FORM 1449* | | | Docket Number: | | Application Number: |
|---|---|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT | | | 12003.6USC6 | | 09/668221 |
| IN AN APPLICATION | | | Applicant: HELLER ET AL. | | |
| (Use several sheets if necessary) | | | Filing Date: 09/22/2000 | | Group Art Unit: 1623 |

| | | | | 435 | 14 | |
|---|---|---|---|---|---|---|
| LL | 4,759,828 | 07/26/1988 | Young et al. | 435 | 14 | |
| LL | 4,764,416 | 03/16/1988 | Ueyama et al. | 435 | 14 | |
| LL | 4,776,944 | 10/11/1988 | Janata et al. | 435 | 14 | |
| LL | 4,777,953 | 10/18/1988 | Ash et al. | 435 | 14 | |
| LL | 4,781,798 | 11/01/1988 | Gough | 435 | 14 | |
| LL | 4,784,736 | 11/15/1988 | Lonsdale et al. | 435 | 14 | |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| LL | 4,795,707 | 01/03/1989 | Niiyama et al. | 435 | 14 | |
| LL | 4,796,634 | 01/10/1989 | Huntsman et al. | 435 | 14 | |
| LL | 4,805,624 | 02/21/1989 | Yao et al. | 435 | 14 | |
| LL | 4,813,424 | 03/21/1989 | Wilkins | 435 | 14 | |
| LL | 4,815,469 | 03/28/1989 | Cohen et al. | 435 | 14 | |
| LL | 4,820,399 | 04/11/1989 | Senda et al. | 435 | 14 | |
| LL | 4,822,337 | 04/18/1989 | Newhouse et al. | 435 | 14 | |
| LL | 4,830,959 | 05/16/1989 | McNeil et al. | 435 | 14 | |
| LL | 4,832,797 | 05/23/1989 | Vadgama et al. | 435 | 14 | |
| LL | Re.32,947 | 06/13/1989 | Dormer et al. | 435 | 14 | |
| LL | 4,840,893 | 06/20/1989 | Hill et al. | 435 | 14 | |
| LL | 4,848,351 | 07/18/1989 | Finch | 435 | 14 | |
| LL | 4,854,322 | 02/08/1989 | Ash et al. | 435 | 14 | |
| LL | 4,871,351 | 10/03/1989 | Feingold | 435 | 14 | |
| LL | 4,871,440 | 10/03/1989 | Nagata et al. | 435 | 14 | |
| LL | 4,874,500 | 10/17/1989 | Madou et al | 435 | 14 | |
| LL | 4,890,620 | 01/02/1990 | Gough | 435 | 14 | |
| LL | 4,894,137 | 01/16/1990 | Takizawa et al. | 435 | 14 | |
| LL | 4,897,162 | 01/08/1990 | Lewandowski et al. | 435 | 14 | |
| LL | 4,897,173 | 01/30/1990 | Nankai et al. | 435 | 14 | |
| LL | 4,909,908 | 03/20/1990 | Ross et al. | 435 | 14 | |
| LL | 4,911,794 | 03/27/1990 | Parce et al. | 435 | 14 | |

| EXAMINER | | DATE CONSIDERED 9/01 |
|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)                    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

(4)

PUBLIC VERSION

. FROM MERCHANT & GOULD                              (MON) 7. 2'01 10:22/ᵀᵀ. 10:19/NO. 4260369883 P 12

Date Mailed: December 22, 2000                                              Sheet 5 of 19

| FORM 1449ᵇ | INFORMATION DISCLOSURE STATEMENT | Docket Number: 12008.6USC6 | Application Number: 09/668221 |
|---|---|---|---|
| | IN AN APPLICATION | Applicant: HELLER ET AL. | |
| | [Use several sheets if necessary] | Filing Date: 09/22/2000 | Group Art Unit: 1623 |

| | | | | | CLASS | SUBCLASS | |
|---|---|---|---|---|---|---|---|
| ᒪᒪ | 4,917,800 | 04/17/1990 | Lonsdale et al. | | 435 | 28 | |
| ᒪᒪ | 4,919,141 | 04/24/1990 | Zier et al. | | 435 | 28 | |
| ᒪᒪ | 4,919,767 | 04/24/1990 | Vadgama et al. | | 435 | 28 | |
| ᒪᒪ | 4,923,586 | 05/08/1990 | Katayama et al. | | 435 | 28 | |
| ᒪᒪ | 4,927,516 | 05/22/1990 | Yamaguchi et al. | | 435 | 28 | |
| ᒪᒪ | 4,934,369 | 06/19/1990 | Maxwell | | 435 | 28 | |
| ᒪᒪ | 4,935,105 | 06/19/1990 | Churchouse | | 435 | 28 | |
| ᒪᒪ | 4,935,345 | 06/19/1990 | Guilbeau et al. | | 435 | 28 | |

| U.S. PATENT DOCUMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| EXAMINER INITIAL | DOCUMENT NO. | DATE | NAME | | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
| ᒪᒪ | 4,938,860 | 07/03/1990 | Wogeman | | 435 | 14 | |
| ᒪᒪ | 4,944,299 | 07/31/1990 | Silvian | | 435 | 14 | |
| ᒪᒪ | 4,950,378 | 08/21/1990 | Nagata | | 435 | 14 | |
| ᒪᒪ | 4,953,552 | 09/04/1990 | DeMarzo | | 435 | 14 | |
| ᒪᒪ | 4,954,129 | 09/04/1990 | Giuliani et al. | | 435 | 14 | |
| ᒪᒪ | 4,969,468 | 11/13/1990 | Byers et al. | | 435 | 14 | |
| ᒪᒪ | 4,970,145 | 11/13/1990 | Bennetto et al. | | 435 | 14 | |
| ᒪᒪ | 4,974,929 | 12/04/1990 | Curry | | 435 | 14 | |
| ᒪᒪ | 4,986,271 | 01/22/1991 | Wilkins | | 435 | 14 | |
| ᒪᒪ | 4,994,167 | 02/19/1991 | Shults et al. | | 435 | 14 | |
| ᒪᒪ | 5,001,054 | 03/19/1991 | Wagner | | 435 | 14 | |
| ᒪᒪ | 5,002,054 | 03/26/1991 | Ash et al. | | 435 | 14 | |
| ᒪᒪ | 5,058,592 | 10/22/1991 | Whisler | | 435 | 14 | |
| ᒪᒪ | 5,070,535 | 12/03/1991 | Hochmair et al. | | 435 | 14 | |
| ᒪᒪ | 5,082,550 | 01/21/1992 | Rishpon et al. | | 435 | 14 | |
| ᒪᒪ | 5,082,786 | 01/21/1992 | Nakamoto | | 435 | 14 | |
| ᒪᒪ | 5,089,112 | 02/18/1992 | Skotheim et al. | | 435 | 14 | |
| ᒪᒪ | 5,095,904 | 03/17/1992 | Seligman et al. | | 435 | 14 | |
| ᒪᒪ | 5,101,814 | 04/07/1992 | Palti | | 435 | 14 | |

| EXAMINER | [signature] | DATE CONSIDERED | 9/01 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)                      Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

PUBLIC VERSION

· FROM MERCHANT & GOULD                    (MON) 7. 2'01 10:23/CT. 10:19/NO. 4260369883 P 13

Date Mailed: December __, 2000.                                              Sheet 6 of 19

| FORM 1449* | | Docket Number | Application Number. |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT | | 12008.611S026 | 09/668 221 |
| IN AN APPLICATION | | Applicant: HELLER ET AL. | |
| (Use several sheets if necessary) | | Filing Date: 09/22/2000 | Group Art Unit. 1623 |

| | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| LC | 5,106,365 | 04/21/1992 | Hernandez | 435 | 14 | |
| LC | 5,108,564 | 04/28/1992 | Szuminsky et al. | 435 | 14 | |
| LC | 5,109,850 | 05/05/1992 | Blanco et al. | 435 | 14 | |
| LC | 5,120,420 | 06/09/1992 | Nankai et al. | 435 | 14 | |
| LC | 5,126,034 | 06/30/1992 | Carter et al. | 435 | 14 | |
| LC | 5,133,856 | 07/28/1992 | Yamaguchi et al. | 435 | 14 | |
| LC | 5,135,003 | 08/04/1992 | Souma | 435 | 14 | |
| LC | 5,141,868 | 08/25/1992 | Shanks et al. | 435 | 14 | |
| LC | 5,161,532 | 11/10/1992 | Joseph | 435 | 14 | |
| LC | 5,165,407 | 11/24/1992 | Wilson et al. | 435 | 14 | |

U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| LC | 5,174,291 | 12/29/1992 | Schoonen et al. | 435 | 14 | |
| LC | 5,190,041 | 03/02/1993 | Palti | 435 | 14 | |
| LC | 5,192,416 | 03/09/1993 | Wang et al. | 435 | 14 | |
| LC | 5,198,367 | 03/30/1993 | Aizawa et al. | 435 | 14 | |
| LC | 5,202,261 | 04/13/1993 | Musho et al. | 435 | 14 | |
| LC | 5,205,920 | 04/27/1993 | Oyama et al. | 435 | 14 | |
| LC | 5,208,154 | 05/04/1993 | Weaver et al. | 435 | 14 | |
| LC | 5,209,229 | 05/11/1993 | Gillis | 435 | 14 | |
| LC | 5,217,595 | 06/01/1993 | Smith et al. | 435 | 14 | |
| LC | 5,229,282 | 07/20/1993 | Yoshioka et al. | 435 | 14 | |
| LC | 5,250,439 | 10/05/1993 | Musho et al. | 435 | 14 | |
| LC | 5,262,035 | 11/16/1993 | Gregg et al. | 435 | 14 | |
| LC | 5,262,305 | 11/16/1993 | Heller et al. | 435 | 14 | |
| LC | 5,264,103 | 11/23/1993 | Yoshioka et al. | 435 | 14 | |
| LC | 5,264,104 | 11/23/1993 | Gregg et al. | 435 | 14 | |
| LC | 5,264,106 | 11/23/1993 | McAleer et al. | 435 | 14 | |
| LC | 5,271,815 | 12/21/1993 | Wong | 435 | 14 | |
| LC | 5,279,294 | 01/18/1994 | Anderson et al. | 435 | 14 | |

| EXAMINER | | DATE CONSIDERED 9/01 |
|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)                    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

(6)

PUBLIC VERSION

· FROM MERCHANT & GOULD                    (MON) 7. 2'01 10:23/ST. 10:19/NO. 4260369883 P 14

Date Mailed: December 22, 2000                                          Sheet 7 of 19

| FORM 1449* | | | | Docket Number: | 12008.6125C6 | Application Number: 09/668221 |
|---|---|---|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT | | | | | | |
| IN AN APPLICATION | | | | Applicant: HELLER ET AL. | | |
| (Use several sheets if necessary) | | | | Filing Date: 09/23/2000 | | Group Art Unit: 1623 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CC | 5,286,362 | 02/15/1994 | Hoenes et al. | 435 | 14 | |
| CC | 5,286,364 | 02/15/1994 | Yarynych et al. | 435 | 14 | |
| CC | 5,288,636 | 02/22/1994 | Pollmann et al. | 435 | 14 | |
| CC | 5,293,546 | 03/08/1994 | Tadros et al. | 435 | 14 | |
| CC | 5,320,098 | 06/14/1994 | Davidson | 435 | 14 | |
| CC | 5,320,725 | 06/14/1994 | Gregg et al. | 435 | 14 | |
| CC | 5,322,063 | 06/21/1994 | Allen et al. | 435 | 14 | |
| CC | 5,337,747 | 08/16/1994 | Neftel | 435 | 14 | |
| CC | 5,352,348 | 10/04/1994 | Young et al. | 435 | 14 | |
| CC | 5,356,786 | 10/18/1994 | Heller et al. DUP | 435 | 14 | |
| CC | 5,368,028 | 11/29/1994 | Palti | 435 | 14 | |
| CC | 5,372,133 | 12/13/1994 | Hogen Esch | 435 | 14 | |

| U.S. PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| EXAMINER INITIAL | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
| CC | 5,376,251 | 12/27/1994 | Kaneko et al. | 435 | 14 | |
| CC | 5,378,628 | 01/03/1995 | Grätzel et al. | 435 | 14 | |
| CC | 5,387,327 | 02/07/1995 | Khan | 435 | 14 | |
| CC | 5,390,671 | 02/21/1995 | Lord et al. | 435 | 14 | |
| CC | 5,391,250 | 02/21/1995 | Cheney, II et al. | 435 | 14 | |
| CC | 5,395,504 | 03/07/1995 | Saurer et al. | 435 | 14 | |
| CC | 5,411,647 | 05/02/1995 | Johnson et al. | | 14 | |
| CC | 5,437,999 | 08/01/1995 | Diebold et al. | | 14 | |
| CC | 5,462,645 | 10/31/1995 | Albery et al. | | 14 | |
| CC | 5,469,846 | 11/28/1995 | Khan | | 14 | |
| CC | 5,494,562 | 02/27/1996 | Maley et al. | | 14 | |
| CC | 5,496,453 | 03/05/1996 | Uenoyama et al. | | 14 | |
| CC | 5,497,772 | 03/12/1996 | Schulman et al. | | 14 | |
| CC | 5,531,878 | 07/02/1996 | Vadgama et al. | | 14 | |
| CC | 5,545,191 | 08/13/1996 | Mann et al. | | 14 | |

| EXAMINER | | DATE CONSIDERED 9/01 |
|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)                    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

(7)

PUBLIC VERSION

·FROM MERCHANT & GOULD                              (MON) 7. 2' 01 10:23/ST 10:19/NO. 4260369083 P 15

Date Mailed: December 22, 2000 .                                                              Sheet 8 of 19

| FORM 1449° | INFORMATION DISCLOSURE STATEMENT IN AN APPLICATION (Use several sheets if necessary) | Docket Number: 12608.6USC4 | Application Number: 09/668221 |
|---|---|---|---|
| | | Applicant: HELLER ET AL. | |
| | | Filing Date: 09/22/2000 | Group Art Unit: 1623 |

| EXAMINER INITIAL | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| CC | 5,560,357 | 10/01/1996 | Faupel et al. | 435 | 14 | |
| CC | 5,565,085 | 10/15/1996 | Ikeda et al. | 435 | 14 | |
| CC | 5,567,302 | 10/22/1996 | Song et al. | 435 | 14 | |
| CC | 5,569,806 | 10/29/1996 | Cheney, II et al. | 435 | 14 | |
| CC | 5,569,186 | 10/29/1996 | Lord et al. | 435 | 14 | |
| CC | 5,582,184 | 12/10/1996 | Erickson et al. | 435 | 14 | |
| CC | 5,582,697 | 12/10/1996 | Ikeda et al. | 435 | 14 | |
| CC | 5,582,698 | 12/10/1996 | Flaherty et al. | 435 | 74 | |
| CC | 5,586,553 | 12/24/1996 | Halili et al. | 435 | 14 | |
| CC | 5,589,326 | 12/31/1996 | Deng et al. | 435 | 14 | |
| CC | 5,593,852 | 01/14/1997 | Heller et al. ωp | 435 | 14 | |
| CC | 5,596,150 | 01/21/1997 | Arndt et al. | 435 | 14 | |
| CC | 5,617,851 | 04/08/1997 | Lipkovker | 435 | 14 | |
| CC | 5,628,890 | 05/13/1997 | Carter et al. | 435 | 14 | |

U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| CC | 5,651,869 | 07/29/1997 | Yoshioka et al. | 435 | 14 | |
| CC | 5,660,163 | 08/26/1997 | Schulman et al. | 435 | 14 | |
| CC | 5,670,031 | 09/23/1997 | Hintsche et al. | 435 | 14 | |
| CC | 5,680,858 | 10/28/1997 | Hansen et al. | 435 | 14 | |
| CC | 5,682,233 | 10/28/1997 | Brinda | 435 | 14 | |
| CC | 5,695,623 | 12/09/1997 | Michel et al. | 435 | 14 | |
| CC | 5,708,247 | 01/13/1998 | McAleer et al. | 435 | 14 | |
| CC | 5,711,861 | 01/27/1998 | Ward et al. | 435 | 14 | |
| CC | 5,711,862 | 01/27/1998 | Sakoda et al. | 435 | 14 | |
| CC | 5,741,211 | 04/21/1998 | Renirie et al. | 435 | 14 | |
| CC | 5,791,344 | 08/11/1998 | Schulman et al. | 435 | 14 | |

| EXAMINER: C Lea | DATE CONSIDERED 9/01 |
|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

°Supplens Disclosure Statement Form (PTO-1449)                    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

(8)

PUBLIC VERSION

FROM MERCHANT & GOULD                    (MON) 7. 2'01 10:23/ST 10:19/NO. 4260369883 P 16
Date Mailed: December ___, 2000 .                                                    Sheet 9 of 19

| FORM 1449* | | | Docket Number: | Application Number: |
|---|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT | | | 12008.611SUS | 09/668221 |
| IN AN APPLICATION | | | Applicant: HELLER ET AL | |
| (Use several sheets if necessary) | | | Filing Date: 09/22/2000 | Group Art Unit: 1623 |

| FOREIGN PATENT DOCUMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
| | | | | | | YES | NO |
| CC | 29 03 216 | 08/02/1979 | DE | | | Abstract | |
| CC | 227 019 A3 | 09/04/1985 | DD (East Germany) | | | Abstract | |
| CC | 3934299 | 10/25/1990 | DE (Abstract only) | | | X | |
| CC | 44 01 400 A1 | 07/20/1995 | DE | | | Abstract | |
| CC | 0 010 375 A1 | 04/30/1980 | EP | | | X | |
| CC | 0 026 995 A1 | 04/15/1981 | EP | | | X | |
| CC | 0 048 090 A2 | 03/24/1982 | EP | | | X | |
| CC | 0 078 636 A1 | 05/11/1983 | EP | | | X | |
| CC | 0 096 288 A1 | 12/21/1983 | EP | | | | X |
| CC | 0 121 139 A2 | 11/14/1984 | EP | | | X | |
| CC | 0 127 958 A2 | 12/12/1984 | EP | | | X | |
| CC | 0 136 362 A1 | 04/10/1985 | EP | | | X | |
| CC | 0 170 375 A2 | 02/05/1986 | EP | | | X | |
| CC | 0 177 743 A2 | 04/16/1986 | EP (Abstract only) | | | X | |
| CC | 0 010 304 B1 | 05/21/1986 | EP | | | X | |
| CC | 0 184 909 A2 | 06/18/1986 | EP | | | X | |

| FOREIGN PATENT DOCUMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
| | | | | | | YES | NO |
| CC | 0 206 218 A2 | 12/30/1986 | EP | | | X | |
| CC | 0 230 472 A1 | 08/05/1987 | EP | | | X | |
| CC | 0 241 309 A3 | 10/14/1987 | EP | | | X | |
| CC | 0 245 073 A2 | 11/11/1987 | EP | | | X | |
| CC | 0 278 647 A2 | 08/17/1988 | EP | | | X | |
| CC | 0 359 831 A1 | 03/28/1990 | EP | | | X | |
| CC | 0 368 209 A1 | 05/16/1990 | EP | | | X | |
| CC | 0 390 390 A1 | 10/03/1990 | EP | | | X | |

| EXAMINER | | DATE CONSIDERED  9/01 |
|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

07/02/01  MON 12:17  [TX/RX NO 9159]  @016

PUBLIC VERSION

FROM MERCHANT & GOULD
Date Mailed: December ___, 2000

(MON) 7. 2'01 10:23/ST. 10:19/NO. 4260369883 P 17
Sheet 10 of 19

| FORM 1449* | | Docket Number: | Application Number: |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT | | 12008.6USC6 | 09/668221 |
| IN AN APPLICATION | | Applicant: HELLER ET AL | |
| (Use several sheets if necessary) | | Filing Date: 09/22/2000 | Group Art Unit: 1623 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CC | 0 400 918 A1 | 12/05/1990 | EP | | | X | |
| CC | 0 453 283 A1 | 10/23/1991 | EP | | | X | |
| CC | 0 670 290 A1 | 03/13/1992 | EP | | | Abstract | |
| CC | 0 127 958 B2 | 03/11/1992 | EP | | | X | |
| CC | 0 255 291 B1 | 06/24/1992 | EP | | | X | |
| CC | 1394171 | 05/14/1975 | GB (Abstract only) | | | | |
| CC | 1599241 A | 09/30/1981 | GB (Abstract only) | | | | |
| CC | 2 073 891 A | 10/21/1981 | GB | | | X | |
| CC | 2 154 003 B | 02/17/1988 | GB | | | X | |
| CC | 2 204 408 A | 11/02/1988 | GB | | | X | |
| CC | 2 254 436 A | 10/07/1992 | GB | | | X | |
| CC | 56-41191 | 04/02/1970 | JP (Abstract only) | | | | |
| CC | 55-10581 | 01/25/1980 | JP | | | Abstract | |
| CC | 55-10583 | 01/25/1980 | JP | | | Abstract | |
| CC | 55-10584 | 01/25/1980 | JP | | | Abstract | |
| CC | 55-12406 | 01/29/1980 | JP | | | Abstract | |
| CC | 56-163447 | 12/16/1981 | JP | | | Abstract | |
| CC | 57-70548 | 04/30/1982 | JP | | | Abstract | |
| CC | 60-173457 | 09/06/1985 | JP (Abstract only) | | | | |
| CC | 60-173458 | 09/06/1985 | JP | | | Abstract | |
| CC | 60-173459 | 09/06/1985 | JP | | | Abstract | |

FOREIGN PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|
| | | | | | | YES | NO |
| CC | 61-90050 | 05/08/1986 | JP | | | Abstract | |
| CC | 62-83855 | 04/20/1987 | JP | | | Abstract | |
| CC | 62-114747 | 05/26/1987 | JP | | | Abstract | |
| CC | 63-58349 | 03/12/1988 | JP | | | Abstract | |
| CC | 63-128252 | 03/31/1988 | JP | | | Abstract | |
| CC | 63-139246 | 06/11/1988 | JP | | | Abstract | |

| EXAMINER | DATE CONSIDERED 9/01 |
|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

(10)

PUBLIC VERSION

| FORM 1449* | INFORMATION DISCLOSURE STATEMENT | | Docket Number: 12008.6USC6 | Application Number: 09/668221 |
|---|---|---|---|---|
| | IN AN APPLICATION | | Applicant: HELLER ET AL. | |
| | (Use several sheets if necessary) | | Filing Date: 09/22/2000 | Group Art Unit: 1623 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| C C | 63-294799 | 12/01/1986 | JP | | | Abstract | |
| C C | 63-317757 | 12/26/1983 | JP | | | Abstract | |
| C C | 63-317758 | 12/26/1988 | JP | | | Abstract | |
| C C | 1-114746 | 05/01/1989 | JP | | | Abstract | |
| C C | 1-114747 | 05/08/1989 | JP | | | Abstract | |
| C C | 1-124060 | 05/16/1989 | JP | | | Abstract | |
| C C | 1-134244 | 05/26/1989 | JP | | | Abstract | |
| C C | 1-156658 | 06/20/1989 | JP | | | Abstract | |
| C C | 2-61958 | 03/02/1990 | JP | | | Abstract | |
| C C | 2-120655 | 05/08/1990 | JP | | | Abstract | |
| C C | 2-287145 | 11/27/1990 | JP | | | Abstract | |
| C C | 2-310457 | 12/26/1990 | JP (Abstract only) | | | | |
| C C | 3-26956 | 02/05/1991 | JP | | | Abstract | |
| C C | 3-28752 | 02/06/1991 | JP (Abstract only) | | | | |
| C C | 3-702764 | 09/04/1991 | JP | | | Abstract | |
| C C | 5 72171 | 03/23/1993 | JP | | | Abstract | |
| C C | 5-196595 | 08/06/1993 | JP | | | Abstract | |
| C S | 6-190050 | 07/12/1994 | JP (Abstract only) | | | | |
| C C | 7-72585 | 03/17/1995 | JP | | | Abstract | |
| C C | WO 85/05119 | 11/21/1985 | PCT | | | Abstract | |
| C C | WO 89/08713 | 09/21/1989 | PCT | | | X | |
| C C | WO 90/05300 | 05/17/1990 | PCT | | | X | |
| C C | WO 90/05910 | 05/31/1990 | PCT | | | X | |

| | FOREIGN PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|---|
| | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
| | | | | | | YES | NO |
| C C | WO 91/01689 | 02/21/1991 | PCT | | | X | |
| C C | WO 91/04704 | 04/18/1991 | PCT | | | Abstract | |
| C C | WO 91/15993 | 10/31/1991 | PCT | | | X | |
| C C | WO 92/13271 | 08/06/1992 | PCT | | | X | |

| EXAMINER | | DATE CONSIDERED | 9/01 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEPP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)

Patent and Trademark Office: U S DEPARTMENT OF COMMERCE

PUBLIC VERSION

FROM MERCHANT & GOULD                    (MON) 7. 2'01 10:24/ST. 10:19/NO. 4260369883 P 19

Date Mailed: December 22, 2000                                          Sheet 12 of 19

| FORM 1449* | Docket Number: | Application Number: |
| --- | --- | --- |
| INFORMATION DISCLOSURE STATEMENT | 12008.6USC6 | 09/668221 |
| IN AN APPLICATION | Applicant: HELLER ET AL | |
| (Use several sheets if necessary) | Filing Date: 09/22/2000 | Group Art Unit: 1621 |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| CC | WO 94/20602 | 09/15/1994 | PCT | | | | X |
| CC | WO 94/27140 | 11/24/1994 | PCT | | | | X |
| CC | WO 96/30431 | 10/03/1976 | PCT | | | | X |
| CC | WO 97/02847 | 01/30/1997 | PCT | | | | Abstract |
| CC | WO 97/19344 | 05/29/1997 | PCT | | | | X |
| CC | WO 97/42882 | 11/20/1997 | PCT | | | | X |
| CC | WO 97/42883 | 11/20/1997 | PCT | | | | X |
| CC | WO 97/42886 | 11/20/1997 | PCT | | | | X |
| CC | WO 97/42888 | 11/20/1997 | PCT | | | | X |
| CC | WO 97/43962 | 11/27/1997 | PCT | | | | X |
| CC | 1281988 A1 | 01/07/1987 | SU | | | | Abstract |

OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
| --- | --- | --- |
| CC | | Abruña, H. D. et al., "Rectifying Interfaces Using Two-Layer Films of Electrochemically Polymerized Vinylpyridine and Vinylbipyridine Complexes of Ruthenium and Iron as Electrodes," *J. Am. Chem. Soc.*, 103(1) 1-5 (January 14, 1981). |
| CC | | Abstract from Kastl, J. et al., "Monitoring of Glucose and Lactate Using Microdialysis: Applications in Neonates and Rat Brain" , *Developmental Neuroscience*, Vol. 15, No. 3-5, pp. 240-46 (1993). |
| CC | | Aisenberg et al., "Blood glucose level monitoring alarm system," Great Britain Patent GB 1194171, issued May 14, 1975. (Abstract only). |
| CC | | Albery, W. J. et al., "Amperometric Enzyme Electrodes," *Phil. Trans. R. Soc. Lond.* B316:107-119 (1987). |
| CC | | Albery, W. J. et al., "Amperometric enzyme electrodes. Part II. Conducting salts as electrode materials for the oxidation of glucose oxidase," *J. Electroanal. Chem. Interfacial Electrochem.*, 194(2) (1 page - Abstract only) (1985). |
| CC | | Alcock et al., "Continuous Analyte Monitoring to Aid Clinical Practice," *IEEE ENGINEERING IN MEDICINE AND BIOLOGY*, pp. 319-325 (June/July 1994). |
| CC | | Anderson, L. B. et al., "Thin-Layer Electrochemistry: Steady-State Methods of Studying Rate Processes," *J. Electroanal. Chem.*, 10:295-395 (1965). |
| CC | | Bartlett, P. N. et al., "Covalent Binding of Electron Relays to Glucose Oxidation," *J. Chem. Soc. Chem. Commun.*, 1603-1604 (1987). |
| CC | | Bartlett, P. N. et al., "Modification of glucose oxidase by tetrathiafulvalene," *J. Chem. Soc., Chem. Commun.*, 16 (1 page - Abstract only) (1990). |

| EXAMINER | DATE CONSIDERED 9/01 |
| --- | --- |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)                    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

PUBLIC VERSION

· FROM MERCHANT & GOULD                                    (MON) 7. 2'01 10:24/CT. 10:19/NO. 4260369883 P 20
   Date Mailed: December _14_, 2000                         ;                                          Sheet 13 of 19

| FORM 1449* | INFORMATION DISCLOSURE STATEMENT IN AN APPLICATION (Use several sheets if necessary) | Docket Number: 17001AUSCA | Application Number: 09/668221 |
|---|---|---|---|
| | | Applicant: HELLER ET AL. | |
| | | Filing Date: 09/22/2000 | Group Art Unit: 1673 |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.) |
|---|---|---|
| CC | | Bartlett, P. N. et al., "Strategies for the Development of Amperometric Enzyme Electrodes," *Biosensors*, 3:359-379 (1987/88) |
| CC | | Bindra, D.S. et al., "Design and In Vitro Studies of a Needle-Type Glucose Sensor for Subcutaneous Monitoring", *Anal. Chem.*, 63(17):1692-1696 (September 1, 1991). |
| CC | | Bobbioni-Harsch et al., "Lifespan of subcutaneous glucose sensors and their performances during dynamic glycemia changes in rats," *J. Biomed. Eng.*, Vol. 15, pp. 457-463 (November 1993). |
| CC | | Brandt, J. et al., "Covalent attachment of proteins to polysaccharide carriers by means of benzoquinone," *Biochim. Biophys. Acta*, 386(1) (1 page Abstract only) (1975). |
| CC | | Brownlee, M. et al., "A Glucose-Controlled Insulin-Delivery System: Semisynthetic Insulin Bound to Lectin", *Science*, 206(4423):1190-1191 (December 7, 1979). |
| CC | · | Cass, A.E.G. et al., "Ferrocene-Mediated Enzyme Electrode for Amperometric Determination of Glucose", *Anal. Chem.*, 56(4):667-671 (April 1984). |
| CC | | Cass, A.E.G. et al., "Ferricinium Ion As An Electron Acceptor for Oxido-Reductases," *J. Electroanal. Chem.*, 190:117-127 (1985). |
| CC | | Castner, J. F. et al., "Mass Transport and Reaction Kinetic Parameters Determined Electrochemically for Immobilized Glucose Oxidase," *Biochemistry*, 23(10):2203-2210 (1984). |
| CC | | Ceramì, "Monitor for continuous in vivo measurement of glucose concentration," United States Patent 4,436,094, issued March 12, 1984, 2 pages (Abstract only). |
| CC | · | Claremont, D.J. et al., "Biosensors for Continuous In Vivo Glucose Monitoring", *IEEE Engineering in Medicine and Biology Society 10th Annual International Conference*, New Orleans, Louisiana, 3 pgs. (November 4-7, 1988). |
| CC | | Clark, L.C., Jr. et al., "Electrode Systems for Continuous Monitoring in Cardiovascular Surgery," *Annals New York Academy of Sciences*, pp. 29-45 (1962). |
| CC | | Clark, L.C. et al., "Differential Anodic Enzyme Polarography for the Measurement of Glucose", *Oxygen Transport to Tissue: Instrumentation, Methods, and Physiology*, 127-133 (1973). |
| CC | · | Clark, L.C. et al., "Long-term Stability of Electroenzymatic Glucose Sensors Implanted in Mice", *Trans. Am. Soc. Artif. Intern. Organs*, XXXIV:259-265 (1988). |
| CC | | Clarke, W. L., et al., "Evaluating Clinical Accuracy of Systems for Self-Monitoring of Blood Glucose," *Diabetes Care*, 10(5):622-628 (September-October 1987). |
| CC | | Csöregi, E. et al., "Design, Characterization, and One-Point In Vivo Calibration of a Subcutaneously Implanted Glucose Electrode," *Anal. Chem.*, 66(19):3131-3138 (October 1, 1994). |
| CC | · | Csöregi, E. et al., "Design and Optimization of a Selective Subcutaneously Implantable Glucose Electrode Based on "Wired" Glucose Oxidase," *Anal. Chem.*, 67(7):1240-1244 (April 1, 1995). |
| CC | | Csöregi, E. et al., "On-Line Glucose Monitoring by Using Microdialysis Sampling and Amperometric Detection Based on "Wired" Glucose Oxidase in Carbon Paste," *Mikrochim. Acta*, 121:31-40 (1995). |
| CC | | Davis, G., "Electrochemical Techniques for the Development of Amperometric Biosensors", *Biosensors*, 1:161-178 (1985). |
| CC | | Degani, Y. et al., "Direct Electrical Communication between Chemically Modified Enzymes and Metal Electrodes. 1. Electron Transfer from Glucose Oxidase to Metal Electrodes via Electron Relays, Bound Covalently to the Enzyme," *J. Phys. Chem.*, 91(6):1285-1289 (1987). |
| CC | | Degani, Y. et al., "Direct Electrical Communication between Chemically Modified Enzymes and Metal Electrodes. 2. Methods for Bonding Electron-Transfer Relays to Glucose Oxidase and D-Amino-Acid Oxidase," *J. Am. Chem. Soc.*, 110(8):2615-2620 (1988). |

| EXAMINER        L [signature] | DATE CONSIDERED   9/01 |
|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)                          Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

( 1 3 )

PUBLIC VERSION

FROM MERCHANT & GOULD                    (MON) 7. 2'01 10:25/ST 10:19/NO. 4260369883 P 21
Date Mailed: December 22, 2000                                              Sheet 14 of 19

| FORM 1449* | INFORMATION DISCLOSURE STATEMENT | Docket Number: | Application Number: |
|---|---|---|---|
| | | 12008.6USC6 | 09/668221 |
| | IN AN APPLICATION | Applicant: HELLER ET AL. | |
| | (Use several sheets if necessary) | Filing Date: 09/22/2000 | Group Art Unit: 1623 |

| | Degani, Y. et al., "Electrical Communication between Redox Centers of Glucose Oxidase and Electrodes via Electrostatically and Covalently Bound Redox Polymers", *J. Am. Chem. Soc.*, 111:2357-2358 (1989). |
|---|---|

| | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.) |
|---|---|
| | Denisevich, P. et al., "Unidirectional Current Flow and Charge State Trapping at Redox Polymer Interfaces on Bilayer Electrodes: Principles, Experimental Demonstration, and Theory," *J. Am. Chem. Soc.*, 103(16):4727-4737 (1981). |
| | Dicks, J. M., "Ferrocene modified polypyrrole with immobilised glucose oxidase and its application in amperometric glucose microbiosensors," *Ann. Biol. clin.*, 47:607-619 (1989). |
| | Ellis, C. D., "Selectivity and Directed Charge Transfer through an Electroactive Metallopolymer Film", *J. Am. Chem. Soc.* 103(25):7480-7483 (1981) |
| | Engstrom, R.C., "Electrochemical Pretreatment of Glassy Carbon Electrodes", *Anal. Chem.*, 54(13):2310-2314 (November 1982). |
| | Engstrom, R.C. et al., "Characterization of Electrochemically Pretreated Glassy Carbon Electrodes", *Anal. Chem.*, 56(2):136-141 (February 1984). |
| | Feldman, B.J. et al., "Electron Transfer Kinetics at Redox Polymer/Solution Interfaces Using Microelectrodes and Twin Electrode Thin Layer Cells", *J. Electroanal. Chem.*, 194(1):63-81 (October 10, 1985). |
| | Fischer, H. et al., "Intramolecular Electron Transfer Mediated by 4,4'-Bipyridine and Related Bridging Groups", *J. Am. Chem. Soc.* 98(18):5512-5517 (September 1, 1976). |
| | Flanigan, F. et al., "An Enzyme-Reactor for Electrochemical Monitoring of Choline and Acetylcholine: Applications in High-Performance Liquid Chromatography, Brain Tissue, Microdialysis and Cerebrospinal Fluid", *Analytical Biochemistry*, Vol. 204, No. 2, pp. 305-310 (August 1, 1992). |
| | Foulds, N.C. et al., "Enzyme Entrapment in Electrically Conducting Polymers", *J. Chem. Soc., Faraday Trans. I.*, 82:1259-1264 (1986) |
| | Foulds, N.C. et al., "Immobilization of Glucose Oxidase in Ferrocene-Modified Pyrrole Polymers", *Anal. Chem.*, 60(22):2473-2478 (November 15, 1988). |
| | Franetzki, "Implantable, calibratable measuring instrument for a body substance and a calibrating method," United States Patent 4,759,371, issued July 26, 1988, 2 pages (Abstract only). |
| | Frew, J.E. et al., "Electron-Transfer Biosensors", *Phil. Trans. R. Soc. Lond.*, B316:95-106 (1987). |
| | Gilli, "Apparatus and method employing plural electrode configurations for cardioversion of atrial fibrillation in an arrhythmia control system," United States Patent 5,209,229, issued May 11, 1993, 2 pgs (Abstract only). |
| | Gorton, L. et al., "Selective detection in flow analysis based on the combination of immobilized enzymes and chemically modified electrodes," *Analytica Chimica Acta*, 250:203-248 (1991). |
| | Gregg, B. A. et al., "Cross-Linked Redox Gels Containing Glucose Oxidase for Amperometric Biosensor Applications," *Analytical Chemistry*, 62(3):258-263 (February 1, 1990). |
| | Gregg, B. A. et al., "Redox Polymer Films Containing Enzymes. 1. A Redox-Conducting Epoxy Cement: Synthesis, Characterization and Electrocatalytic Oxidation of Hydroquinone," *J. Phys. Chem.*, 95(15):5970-5975 (1991). |
| | Hale, P.D. et al., "A New Class of Amperometric Biosensor Incorporating a Polymeric Electron-Transfer Mediator," *J. Am. Chem. Soc.*, 111(9):3482-3484 (1989). |
| | Harrison, D.J. et al., "Characterization of Perfluorosulfonic Acid Polymer Coated Enzyme Electrodes and a Miniaturized Integrated Potentiostat for Glucose Analysis in Whole Blood," *Anal. Chem.*, 60(19):2002-2007 (October 1, 1988). |

| EXAMINER | | DATE CONSIDERED |
|---|---|---|
| | | 9/01 |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)                    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



(14)                                    07/02/01  MON 12:17  [TX/RX NO 9159]  ☑021

PUBLIC VERSION

FROM MERCHANT & GOULD                           (MON) 7. 2'01 10:25/ST. 10:19/NO. 4260369883 P 22

Date Mailed: December ___, 2000 ·                                Sheet 15 of 19

| FORM 1449* | INFORMATION DISCLOSURE STATEMENT | Docket Number: 1200L6USC6 | Application Number: 09/668221 |
|---|---|---|---|
| | IN AN APPLICATION | Applicant: HELLER ET AL. | |
| | (Use several sheets if necessary) | Filing Date: 09/22/2000 | Group Art Unit: 1623 |

| | | |
|---|---|---|
| *L.L.* | | Hawkridge, F. M. et al., "Indirect Coulometric Titration of Biological Electron Transport Components," *Analytical Chemistry*, 45(7):1021-1027 (June 1973). |
| *L.L.* | | Heller, A., "Amperometric biosensors based on three-dimensional hydrogel-forming epoxy networks," *Sensors and Actuators B* 13-14:180-183 (1993). |
| *L.L.* | | Heller, A., "Electrical Wiring of Redox Enzymes," *Acc. Chem. Res.*, 23(5):129-134 (1990). |

| | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.) | |
|---|---|---|
| *L.L.* | | Heller, A., "Electrical Connection of Enzyme Redox Centers to Electrodes," *J. Phys. Chem.*, 96(9):3579-3587 (1992). |
| *L.L.* | | Ianniello, R.M. et al., "Differential Pulse Voltammetric Study of Direct Electron Transfer in Glucose Oxidase Chemically Modified Graphite Electrodes," *Anal. Chem.* 54:(7):1098-1101 (June 1981). |
| *L.L.* | | Ianniello, R.M. et al., "Immobilized Enzyme Chemically Modified Electrode as an Amperometric Sensor," *Anal. Chem.*, 53(13):2090-2095 (November 1981). |
| *L.L.* | | Ikeda, T. et al., "Kinetics of Outer-Sphere Electron Transfers Between Metal Complexes in Solutions and Polymeric Films on Modified Electrodes," *J. Am. Chem. Soc.*, 103(25):7422-7425 (December 16, 1981). |
| *L.L.* | | Ikeda, T. et al., "Glucose oxidase-immobilized benzoquinone-carbon paste electrode as a glucose sensor," *Agric. Biol. Chem.*, 49(2) (1 page - Abstract only) (1985). |
| *L.L.* | | Johnson, J. M. et al., "Potential-Dependent Enzymatic Activity in an Enzyme Thin-Layer Cell," *Anal. Chem.* 54:1377-1383 (1982) |
| *L.L.* | | Johnson, K.W., "Reproducible Electrodeposition of Biomolecules for the Fabrication of Miniature Electroenzymatic Biosensors," *Sensors and Actuators B Chemical*, B5:85-89 (1991). |
| *L.L.* | | Jönsson, G. et al., "An Amperometric Glucose Sensor Made by Modification of a Graphite Electrode Surface With Immobilized Glucose Oxidase and Adsorbed Mediator," *Biosensors*, 1:355-368 (1985). |
| *L.L.* | | Josowicz, M. et al., "Electrochemical Pretreatment of Thin Film Platinum Electrodes," *J. Electrochem. Soc.*, 135(1):112-115 (January 1988). |
| *L.L.* | | Katakis, I. et al., "L-α-Glycerophosphate and L-Lactate Electrodes Based on the Electrochemical "Wiring" of Oxidases," *Analytical Chemistry*, 64(9):1008-1013 (May 1, 1992). |
| *L.L.* | | Katakis, I. et al., "Electrostatic Control of the Electron Transfer Enabling Binding of Recombinant Glucose Oxidase and Redox Polyelectrolytes," *J. Am. Chem. Soc.*, 116(8):3617-3618 (1994). |
| *L.L.* | | Kenausis, G. et al., "Wiring of glucose oxidase and lactate oxidase within a hydrogel made with poly(vinyl pyridine) complexed with [Os(4,4'-dimethoxy-2,2'-bipyridine)₂Cl]+/2+," *J. Chem. Soc., Faraday Trans.*, 92(20):4131-4136 (1996). |
| *L.L.* | | Klein, "Method and apparatus for the control and regulation of glycemia," United States Patent 4,206,755, issued June 10, 1980, 2 pages (Abstract only). |
| *L.L.* | | Klein, "Control and regulation device for glycemia," Great Britain Patent 1599241A, issued September 30, 1981 (Abstract only). |
| *L.L.* | | Koudelka, M. et al., "In-Vivo Behaviour of Hypodermically Implanted Microfabricated Glucose Sensors," *Biosensors & Bioelectronics*, 6(1):31-36 (1991). |
| *L.L.* | | Kulys, J. et al., "Mediatorless peroxidase electrode and preparation of bienzyme sensors," *Bioelectrochemistry and Bioenergetics*, 24:305-311 (1990). |
| *L.L.* | | Lager, W. et al., "Implantable Electrocatalytic Glucose Sensor," *Horm. Metab. Res.*, 26:526-530 (November 1994). |

| EXAMINER | [signature] | DATE CONSIDERED | 9/01 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)                    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

(15)

PUBLIC VERSION

FROM MERCHANT & GOULD                    (MON) 7. 2'01 10:25/DT. 10:19/NO. 4260369883 P 23

Date Mailed: December 22, 2000                                     Sheet 16 of 19

| FORM 1449* INFORMATION DISCLOSURE STATEMENT IN AN APPLICATION (Use several sheets if necessary) | Docket Number: 12008.8USC6 | Application Number: 09/668221 |
|---|---|---|
| | Applicant: HELLER ET AL. | |
| | Filing Date: 09/22/2000 | Group Art Unit: 1623 |

| | | |
|---|---|---|
| LL | | Laurell, T., "A Continuous Glucose Monitoring System Based on Microdialysis", *Journal of Med. Eng. & Tech.*, Vol. 16, No. 5, pp. 187-193 (September/October 1992). |
| LL | | Lawton, "Implantable electrochemical sensor," United States Patent 4,016,866, Issued April 12, 1977, 2 pages (Abstract only). |
| LL | | Lindner, E. et al., "Flexible (Kapton-Based) Microsensor Arrays of High Stability for Cardiovascular Applications", *J. Chem. Soc.Faraday Trans.*, 89(2):361-367 (January 21, 1993). |
| LL | | Maidan, R. et al., "Elimination of Electrooxidizable Interferant-Produced Currents in Amperometric Biosensors," *Analytical Chemistry*, 64(23):2889-2896 (December 1, 1992). |
| LL | | Marko-Varga, G. et al., "Enzyme-Based Biosensor as a Selective Detection Unit in Column Liquid Chromatography", *Journal of Chromatography A*, Vol. 660, pp. 153-167 (1994). |

| | | OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.) |
|---|---|---|
| LL | | Mastrototaro, J.J. et al., "An Electroenzymatic Glucose Sensor Fabricated on a Flexible Substrate", *Sensors and Biosensors B Chemical*, B5:139-144 (1991). |
| LL | | McNeil, C. J. et al., "Thermostable Reduced Nicotinamide Adenine Dinucleotide Oxidase: Application to Amperometric Enzyme Assay," *Anal. Chem.*, 61(1):25-29 (January 1, 1989). |
| LL | | Miyawaki, O. et al., "Electrochemical and Glucose Oxidase Coenzyme Activity of Flavin Adenine Dinucleotide Covalently Attached to Glassy Carbon at the Adenine Amino Group", *Biochimica et Biophysica Acta*, 838:60-68 (1985). |
| LL | | Moatti-Sirat, D. et al., "Towards continuous glucose monitoring: in vivo evaluation of a miniaturized glucose sensor implanted for several days in rat subcutaneous tissue," (1 page - Abstract only) *Diabetologia* 35(3):224-30 (March 1992). |
| LL | | Moatti-Sirat, et al., "Evaluating in vitro and in vivo the interference of ascorbate and acetaminophen on glucose detection by a needle-type glucose sensor," *Biosensors & Bioelectronics*, 7(5):345-252 (1992). |
| LL | | Moatti-Sirat, D. et al., "Reduction of acetaminophen interference in glucose sensors by a composite Nafion membrane: demonstration in rats and man," (1 page - Abstract only) *Diabetologia* 37(6):610-6 (June 1994). |
| LL | | Nagy, G. et al., "A New Type of Enzyme Electrode: The Ascorbic Acid Eliminator Electrode," *Life Sciences*, 31(23):2611-2616 (1982). |
| LL | | Nakamura, S. et al., "Effect of Periodate Oxidation on the Structure and Properties of Glucose Oxidase," *Biochimica et Biophysica Acta*, 445:294-308 (1976). |
| LL | | Narasimhan, K. et al., "p-Benzoquinone activation of metal oxide electrodes for attachment of enzymes," *Enzyme Microb. Technol.* 7(6) (1 page - Abstract only) (1985). |
| LL | | Ohara, T. J. et al., "Glucose Electrodes Based on Cross-Linked [Os(bpy)₂Cl]⁺/²⁺ Complexed Poly(1-vinylimadazole) Films," *Analytical Chemistry*, 65(23):3512-3516 (December 1, 1993). |
| LL | | Ohara, T. J. et al., "'Wired' Enzyme Electrodes for Amperometric Determination of Glucose or Lactate in the Presence of Interfering Substances," *Analytical Chemistry*, 66(15):2451-2457 (August 1, 1994). |
| LL | | Ohara, T. J., "Osmium Bipyridyl Redox Polymers Used in Enzyme Electrodes," *Platinum Metals Rev.*, 39(2):54-62 (April 1995). |
| LL | | Ollevier, C. N. et al., "In vivo Measurement of Carbon Dioxide Tension with a Miniature Electrode," *Pflugers Arch.* 373:269-272 (1978). |
| LL | | Paddock, R. et al., "Electrocatalytic reduction of hydrogen peroxide via direct electron transfer from pyrolytic graphite electrodes to irreversibly adsorbed cytochrome c peroxidase," *J. Electroanal. Chem.*, 260:487-494 (1989). |
| LL | | Palleschi, G. et al., "A Study of Interferences in Glucose Measurements in Blood by Hydrogen Peroxide Based Glucose Probes," *Anal. Biochem.*, 159:114-121 (1986). |

| EXAMINER | DATE CONSIDERED 9/01 |
|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)          Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

(16)

PUBLIC VERSION

FROM MERCHANT & GOULD                    (MON) 7. 2'01 10:26/ST 10:19/NO. 4260369883 P 24

Date Mailed: December 22, 2000                                    Sheet 17 of 19

| FORM 1449* | INFORMATION DISCLOSURE STATEMENT | Docket Number: 12008.6USC6 | Application Number: 09/668221 |
|---|---|---|---|
| | IN AN APPLICATION | Applicant: HELLER ET AL. | |
| | (Use several sheets if necessary) | Filing Date: 09/12/2000 | Group Art Unit: 1623 |

| | | |
|---|---|---|
| L L | | Pankratov, I. et al., "Sol-gel derived renewable-surface biosensors," *Journal of Electroanalytical Chemistry*, 393:35-41 (1995). |
| L L | | Pathak, C. P. et al., "Rapid Photopolymerization of Immunoprotective Gels in Contact with Cells and Tissue," *J. Am. Chem. Soc.* 114(2):8311-8312 (1992). |
| L L | | Pickup, J. "Developing glucose sensors for in vivo use," *TIBTECH*, Vol. 11, pp. 285-289 (July 1993). |
| L L | | Pickup, J. et al., "Potentially-implantable, amperometric glucose sensors with mediated electron transfer: improving the operating stability," *Biosensors*, 4(2), 109-19, (Abstract only) (1989) |
| L L | | Pickup, J. C. et al., "In vivo molecular sensing in diabetes mellitus: an implantable glucose sensor with direct electron transfer," *Diabetologia*, 32(3):213-217 (1989). |
| L L | | Plotkin, M.V. et al., "Amperometric Glucose Microelectrodes Prepared Through Immobilization of Glucose Oxidase in Redox Hydrogels", *Anal. Chem.*, 63(20):2268-2272 (October 15, 1991). |
| | | **OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)** |
| L L | | Poitout, V. et al., "In vitro and in vivo evaluation in dogs of a miniaturized glucose sensor," *ASAIO Transactions*, 37(3) (1 page - Abstract only) (July-September 1991) |
| L L | | Poitout, V. et al., "Calibration in dogs of a subcutaneous miniaturized glucose sensor using a glucose meter for blood glucose determination," *Biosensors & Bioelectronics*, 7, pp. 587-592 (1992). |
| L L | | Poitout, V. et al., "A glucose monitoring system for on line estimation in man of blood glucose concentration using a miniaturized glucose sensor implanted in the subcutaneous tissue and a wearable control unit," (1 page - Abstract only) *Diabetologia* 36(7):658-63 (July 1993). |
| L L | | Pollak, A. et al., "Enzyme Immobilization by Condensation Copolymerization into Cross-Linked Polyacrylamide Gels," *J. Am. Chem. Soc.*, 102(20):6324-6336 (1980). |
| L L | | Reach, G. et al., "Can Continuous Glucose Monitoring Be Used for the Treatment of Diabetes?" *Analytical Chemistry*, 64(6):381-386 (March 15, 1992). |
| L L | | Rebrin, K. et al., "Automated Feedback Control of Subcutaneous Glucose Concentration in Diabetic Dogs", *Diabetologia*, 32(8):573-576 (August 1989). |
| L L | | Sakakida, M. et al., "Ferrocene-mediated enzyme-type glucose sensor covered with newly designed biocompatible membrane," *Sensors and Actuators B*, 13-14:319-322 (1993). |
| L L | | Samuels, G. J. et al., "An Electrode-Supported Oxidation Catalyst Based on Ruthenium (IV). pH 'Encapsulation' in a Polymer Film," *J. Am. Chem. Soc.*, 103(2):307-312 (1981). |
| L L | | Sasso, S.V. et al., "Electropolymerized 1,2-Diaminobenzene as a Means to Prevent Interferences and Fouling and to Stabilize Immobilized Enzyme in Electrochemical Biosensors", *Anal. Chem.*, 62(11):1111-1117 (June 1, 1990). |
| L L | | Scheller, F. et al., "Enzyme electrodes and their application", *Phil. Trans. R. Soc. Lond.*, B 316.85-94 (1987). |
| L L | | Schmehl, R.H. et al., "The Effect of Redox Site Concentration on the Rate of Mediated Oxidation of Solution Substrates by a Redox Copolymer Film", *J. Electroanal. Chem.*, 152:97-109 (August 25, 1983). |
| L L | | Schmidt, F.J. et al., "Calibration of a Wearable Glucose Sensor", *The International Journal of Artificial Organs*, Vol. 15, No. 1, pp. 55-61 (1992). |
| L L | | Shichiri, M. et al., "Glycaemic Control in Pancreatectomized Dogs with a Wearable Artificial Endocrine Pancreas", *Diabetologia*, 24(3):179-184 (March 1983). |
| L L | | Sittampalam, G. et al., "Surface-Modified Electrochemical Detector for Liquid Chromatography", *Anal. Chem.*, 55(9):1608-1610 (August 1983). |

| EXAMINER | | DATE CONSIDERED 9/01 |
|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)                    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

*(17)*

PUBLIC VERSION

- FROM MERCHANT & GOULD                    (MON) 7. 2'01 10:27/ST. 10:19/NO. 4260369883 P 25

Date Mailed: December ___, 2000                                    Sheet 18 of 19

| FORM 1449* | INFORMATION DISCLOSURE STATEMENT IN AN APPLICATION (Use several sheets if necessary) | Docket Number: 1200E.6USC5 | Application Number: 09/166822 1 |
|---|---|---|---|
| | | Applicant: HELLER ET AL. | |
| | | Filing Date: 09/22/2000 | Group Art Unit: 1623 |

| | | |
|---|---|---|
| LL | | Soegijoko, S. et al., *Horm. Metab. Res. Suppl. Ser.*, 12, pp. 165-9 (1982) (Abstract). |
| LL | | Sprules, S. D. et al., "Evaluation of a New Disposable Screen-Printed Sensor Strip for the Measurement of NADH and Its Modification to Produce a Lactate Biosensor Employing Microliter Volumes," *Electroanalysis*, 8(6):539-543 (1996). |
| LL | | Sternberg, R. et al., "Calibration Problems of Subcutaneous Glucosensors when Applied "In-Situ" in Man," *Horm. metabl Res.* 26:524-525 (1994). |
| LL | | Sternberg, R. et al., "Covalent Enzyme Coupling on Cellulose Acetate Membranes for Glucose Sensor Development," *Analytical Chemistry*, 60(24):2781-2786 (December 15, 1988). |
| LL | | Sternberg, R. et al., "Study and Development of Multilayer Needle-type Enzyme-based Glucose Microsensors," *Biosensors*, 4:27-40 (1988). |
| LL | | Suekane, M., "Immobilization of glucose isomerase," *Zeitschrift für Allgemeine Mikrobiologie*, 22(8):565-576 (1982). |
| LL | . | Tajima, S. et al., "Simultaneous Determination of Glucose and 1,5-Anydroglucitol," *Chemical Abstracts*, 111(25):394 111:228356g (December 18, 1989). |

| OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, Etc.)* | | |
|---|---|---|
| LL | | Tarasevich, M.R. "Bioelectrocatalysis", *Comprehensive Treatise of Electrochemistry*, 10 (Ch. 4):231-295 (1985). |
| LL | | Tatsuma, T. et al., "Enzyme Monolayer- and Bilayer-Modified Tin Oxide Electrodes for the Determination of Hydrogen Peroxide and Glucose," *Anal. Chem.* 61(21):2352-2355 (November 1, 1989). |
| LL | | Taylor, C. et al., "'Wiring' of glucose oxidase within a hydrogel made with polyvinyl imidazole complexed with [(Os 4,4'-dimethoxy-2,2'-bipyridine)Cl]+/2+," *Journal of Electroanalytical Chemistry*, 396:511-515 (1995). |
| LL | | Trojanowicz, M. et al., "Enzyme Entrapped Polypyrrole Modified Electrode for Flow-Injection Determination of Glucose," *Biosensors & Bioelectronics*, 5:149-156 (1990). |
| LL | | Turner, A.P.F. et al., "Diabetes Mellitus: Biosensors for Research and Management," *Biosensors*, 1:85-115 (1985). |
| LL | . | Turner, R. F. B. et al., "A Biocompatible Enzyme Electrode for Continuous in vivo Glucose Monitoring in Whole Blood," *Sensors and Actuators*, B1(1-6):561-564 (January 1990). |
| LL | | Turhi, P. et al., "Constant Potential Pretreatment of Carbon Fiber Electrodes for In Vivo Electrochemistry", *Analytical Letters*, 24(6):935-945 (1991). |
| LL | | Umaña, M., "Protein-Modified Electrochemically Active Biomaterial Surface," *U.S. Army Research Office Report*, 112 pages) (December 1988). |
| LL | | Urban, G. et al., "Miniaturized Thin-Film Biosensors Using Covalently Immobilized Glucose Oxidase", *Biosensors & Bioelectronics*, 6(7):555-562 (1991). |
| LL | . | Vadgama et al., "Sensor devices", United States Patent 5,531,878, issued July 2, 1996, 2 pages (Abstract only). |
| LL | | Velho, G. et al., "Strategies for calibrating a subcutaneous glucose sensor," *Biomedica Biochimica Acta*, Vol. 48, Issue 11-12, pp. 957-964 (1989). |
| LL | | Velho, G. et al., "In Vitro and In Vivo Stability of Electrode Potentials in Needle-Type Glucose Sensors", *Diabetes*, 38(2):164-171 (February 1989). |
| LL | . | Vreeke, M. et al., "Hydrogen Peroxide and β-Nicotinamide Adenine Dinucleotide Sensing Amperometric Electrodes Based on Electrical Connection of Horseradish Peroxidase Redox Centers to Electrodes through a Three-Dimensional Electron Relaying Polymer Network," *Analytical Chemistry*, 64(24):3084-3090 (December 15, 1992). |

| EXAMINER | | DATE CONSIDERED  9/01 |
|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1440)                    Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

(18)                    07/02/01  MON 12:17  [TX/RX NO 9159] 025

PUBLIC VERSION

‑FROM MERCHANT & GOULD                    (MON) 7. 2'01 10:27/ST 10:19/NO. 4260369883 P 26

Date Mailed: December ___, 2000                                              Sheet 19 of 19

| FORM 1449* | | INFORMATION DISCLOSURE STATEMENT IN AN APPLICATION (Use several sheets if necessary) | Docket Number: 12008.6USC6 | Application Number: 09/668221 |
|---|---|---|---|---|
| | | | Applicant: HULLER ET AL. | |
| | | | Filing Date: 09/22/2000 | Group Art Unit: 1623 |

| | | |
|---|---|---|
| LC | | Vrecke, M. S. et al., "Chapter 15: Hydrogen Peroxide Electrodes Based on Electrical Connection of Redox Centers of Various Peroxidases to Electrodes through a Three-Dimensional Electron-Relaying Polymer Network," Diagnostic Biosensor Polymers, 7 pgs. (July 26, 1993). |
| LC | | Wang, D. L. et al., "Miniaturized Flexible Amperometric Lactate Probe," Analytical Chemistry 65(8):1069-1073 (April 15, 1993). |
| LC | | Wang, J. et al., "Activation of Glassy Carbon Electrodes by Alternating Current Electrochemical Treatment," Analytica Chimica Acta, 167:325-334 (January 1985). |
| LC | | Wang, J. et al., "Amperometric biosensing of organic peroxides with peroxidase-modified electrodes," Analytica Chimica Acta 254:81-88 (1991). |
| LC | | Wang, J. et al., "Screen-Printable Sol-Gel Enzyme-Containing Carbon Inks," Analytical Chemistry, 68(15):2705-2708 (August 1, 1996). |
| LC | | Wang, J. et al., "Sol-Gel-Derived Metal-Dispersed Carbon Composite Amperometric Biosensors," Electroanalysis, 9(1):52-55 (1997). |
| LC | . | Williams, D.L. et al., "Electrochemical-Enzymatic Analysis of Blood Glucose and Lactate", Anal. Chem., 42(1):118-121 (January 1970). |

**OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | | |
|---|---|---|
| LC | | Wilson, G. S. et al., "Progress toward the Development of an Implantable Sensor for Glucose," Clinical Chemistry, 38(9):1613-1617 (1992). |
| LC | | Yabuki, S. et al., "Electro-conductive Enzyme Membrane," J. Chem. Soc. Chem. Commun, 945-946 (1989). |
| LC | | Yang, L. et al., "Determination of Oxidase Enzyme Substrates Using Cross-Flow Thin-Layer Amperometry," Electroanalysis, 8(8-9):716-721 (1996). |
| LC | | Yao, S.J. et al., "The Interference of Acetabate and Urea in Low-Potential Electrochemical Glucose Sensing", Proceedings of the Twelfth Annual International Conference of the IEEE Engineering in Medicine and Biology Society, 12(2):487-489 (November 1-4, 1990). |
| LC | | Yao, T. et al., "A Chemically-Modified Enzyme Membrane Electrode As An Amperometric Glucose Sensor," Analytica Chimica Acta, 148:27-33 (1983). |
| LC | | Ye, L. et al., "High Current Density 'Wired' Quinoprotein Glucose Dehydrogenase Electrode," Anal. Chem., 65(2):238-241 (February 1, 1993). |
| LC | | Yildiz, A. et al., "Evaluation of an Improved Thin-Layer Electrode," Analytical Chemistry, 40(70):1018-1024 (June 1968). |
| LC | | Zamzow, K. et al., "New Wearable Continuous Blood Glucose Monitor (BGM) and Artificial Pancreas (AP), Diabetes, 39:5A(20) (May 1990). |
| LC | | Zhang, Y. et al., "Application of cell culture toxicity tests to the development of implantable biosensors," Biosensors & Bioelectronics, 6:653-661 (1991). |
| LC | | Zhang, Y. et al., "Elimination of the Acetaminophen Interference in an Implantable Glucose Sensor," Anal. Chem. 66:1183-11xx (1994). |

| EXAMINER | | DATE CONSIDERED  9/01 |
|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

*Substitute Disclosure Statement Form (PTO-1449)                    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

PUBLIC VERSION

# EXHIBIT D

PUBLIC VERSION



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/583,327 | 09/12/90 | 045 | LEARY, L | 1623 | 06/04/91 |

| First Named Applicant | HELLER, | 35 USC 154(b) term ext. | 0 Days. | |

TITLE OF INVENTION  SUBCUTANEOUS GLUCOSE ELECTRODE

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| C2802-0052-2 | 435-014.000 | B14 | UTILITY | NO | $1,240.00 | 09/04/91 |

*THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED.*

*THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.*

*HOW TO RESPOND TO THIS NOTICE:*

I. Review the SMALL ENTITY status shown above.
If the SMALL ENTITY is shown as YES, verify your
current SMALL ENTITY status:

    A. If the status is changed, pay twice the amount of the
    FEE DUE shown above and notify the Patent and
    Trademark Office of the change in status, or
    B. If the status is the same, pay the FEE DUE shown
    above.

If the SMALL ENTITY is shown as NO:

    A. Pay FEE DUE shown above, or

    B. File verified statement of Small Entity Status before, or with,
    payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your
ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal
should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part
B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

*IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance
fees when due.*

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-94) Approved for use through 06/30/99. (0651-0033)

PUBLIC VERSION

| | Application No. | Applicant(s) |
|---|---|---|
| *Notice of Allowability* | 09/668,221 | HELLER ET AL. |
| | Examiner | Art Unit |
| | Louise N. Leary | 1623 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*
All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *Amendment and Terminal Disclaimer filed 3-23-01*.

2. ☒ The allowed claim(s) is/are *31-76*.

3. ☐ The drawings filed on _____ are acceptable as formal drawings.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All   b) ☐ Some*   c) ☐ None  of the:
       1. ☐ Certified copies of the priority documents have been received
       2. ☐ Certified copies of the priority documents have been received in Application No. _____.
       3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
    * Certified copies not received: _____.

5. ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. THIS THREE-MONTH PERIOD IS NOT EXTENDABLE FOR SUBMITTING NEW FORMAL DRAWINGS, OR A SUBSTITUTE OATH OR DECLARATION. This three-month period for complying with the REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL is extendable under 37 CFR 1.136(a).

6. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

7. ☒ Applicant MUST submit NEW FORMAL DRAWINGS
    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review (PTO-948) attached
       1) ☐ hereto  or  2) ☒ to Paper No. *4*.
    (b) ☐ including changes required by the proposed drawing correction filed _____, which has been approved by the examiner.
    (c) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No. _____.

Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

8. ☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any reply to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE / SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)
1 ☐ Notice of References Cited (PTO-892)
2 ☐ Notice of Informal Patent Application (PTO-152)
3 ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
4 ☐ Interview Summary (PTO-413), Paper No. _____.
5 ☐ Information Disclosure Statements (PTO-1449), Paper No. _____.
6 ☐ Examiner's Amendment/Comment
7 ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
8 ☐ Examiner's Statement of Reasons for Allowance
9 ☐ Other

LOUISE N. LEARY
PRIMARY EXAMINER

U.S. Patent and Trademark Office
PTO-37 (Rev. 01-01)         Notice of Allowability         Part of Paper No. 5