## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN DIABETES CARE, INC., a Delaware corporation, : :  : Plaintiff, : : v. : DEXCOM, INC., a Delaware corporation, : : Defendant. : | Civil Action No. 05-590-GMS |

## ORDER

At Wilmington this **3rd** day of **May, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, September 6, 2006 at 5:00 p.m. Eastern Time** with Magistrate Judge Thynge to discuss the status of the case and status of re-exam and their affect on mediation. **Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE