IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT DIABETES CARE, INC., a Delaware corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-590-GMS |
| DEXCOM, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Defendant hereby certifies that copies of DexCom, Inc.'s Request for Production of Documents to Abbott Diabetes Care, Inc. (Set One) were caused to be served on May 15, 2006 upon the following counsel of record in the manner indicated:

**BY FACSIMILE SERVICE AND UPS OVERNIGHT**

Mary B. Graham, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

James F. Hurst, Esquire
Bradley C. Graveline, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on May 17, 2006 upon the following counsel of record in the manner indicated:

DB02:5324401.1

065034.1001

**BY ELECTRONIC FILING & HAND DELIVERY**

Mary B. Graham, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

**BY ELECTRONIC MAIL**

James F. Hurst, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

Attorneys for Defendant

Dated: May 17 2006