EXHIBIT G

US005899855A

# United States Patent [19]

**Brown**

[11] **Patent Number:** 5,899,855

[45] **Date of Patent:** * **May 4, 1999**

[54] **MODULAR MICROPROCESSOR-BASED HEALTH MONITORING SYSTEM**

[75] Inventor: **Stephen James Brown,** Palo Alto, Calif.

[73] Assignee: **Health Hero Network, Inc.,** Mountain View, Calif.

[ * ] Notice: This patent is subject to a terminal disclaimer.

[21] Appl. No.: **08/481,925**

[22] Filed: **Jun. 7, 1995**

**Related U.S. Application Data**

[63] Continuation-in-part of application No. 07/977,323, Nov. 17, 1992, Pat. No. 5,307,263.

[51] Int. Cl.⁶ .................................................... **G06F 15/00**
[52] U.S. Cl. ......................... **600/301**; 128/904; 128/920; 600/316; 600/368
[58] Field of Search ........................... 705/2, 3; 600/301, 600/319, 316, 347, 368, 509; 128/902, 904, 920, 923

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,803,625   2/1989   Fu et al. ............................. 364/413.03

| 5,019,974 | 5/1991 | Beckers | 364/413.02 |
| 5,068,536 | 11/1991 | Rosenthal | 250/341 |
| 5,077,476 | 12/1991 | Rosenthal | 250/341 |
| 5,134,391 | 7/1992 | Okada | 340/799 |

*Primary Examiner*—Stephen R. Tkacs
*Attorney, Agent, or Firm*—Christensen O'Connor Johnson & Kindness PLLC

[57] **ABSTRACT**

A modular self-care health monitoring system employs a compact microprocessor-based unit such as a video game system of the type that includes switches for controlling device operation and a program cartridge. In accordance with the invention, the program cartridge adapts the microprocessor-based unit for operation with a glucose monitor (or another type of health monitor). The microprocessor-based unit processes data supplied by the glucose monitor to supply signals for displaying relevant information on a display unit that may be included in the microprocessor-based unit or may be a separate unit such as a television or video display monitor. The system provides for transmission of signals to a remote clearinghouse or a healthcare facility via telephone lines or other transmission media. The clearinghouse includes signal processing capability for transmission of reports to a remotely located healthcare professional via facsimile transmission.

**53 Claims, 6 Drawing Sheets**





Fig.1.



*Fig. 2.*



*Fig. 3.*

*Fig.4.*

```
Attention

Calibration was
not successful.

Please insert
the code strip
again.
```

*Fig.5.*

```
June 19 12:30 pm
Blood Glucose
109  mg /dl
remove test strip
```

*Fig.6.*



Mon Sept. 28 1992

*Fig.7.*



Sept. 20-26 1992

*Fig. 8.*

```
Glucose
Ave: 123 mg/dl
SD:  56
Num: 15
No. under 50:  13
No. hypo sym: 23
```

*Fig. 9.*

```
June 12 9:30pm
BG     113   mg/dl
Regin  12.5  U
NPHin  13.2  U
Food   1     BE
Pre-meal  HYPO
```

*Fig. 10.*



Mon Sept. 28 1992



*Fig. 11.*

5,899,855

**1**

# MODULAR MICROPROCESSOR-BASED HEALTH MONITORING SYSTEM

## RELATED APPLICATIONS

This is a continuation-in-part of application Ser. No. 07/977,323, filed Nov. 17, 1992 and which issued on Apr. 26, 1994 as U.S. Pat. No. 5,307,263.

## FIELD OF THE INVENTION

This invention relates to self-care health monitoring arrangements that enable a patient or other user to gather data important to a health management program and, if appropriate, provide that data to a healthcare professional.

## BACKGROUND OF THE INVENTION

Controlling or curing conditions of ill health generally involves both establishing a therapeutic program and monitoring the progress of the afflicted person. Based on that progress, decisions can be made as to altering therapy to achieve a cure or maintain the affliction or condition at a controlled level. Successfully treating certain health conditions calls for rather frequent monitoring and a relatively high degree of patient participation. For example, in order to establish and maintain a regimen for successful diabetes care, a diabetic should monitor his or her blood glucose level and record that information along with the date and time at which the monitoring took place. Since diet, exercise, and medication all affect blood glucose levels, a diabetic often must record data relating to those items of information along with blood glucose level so that the diabetic may more closely monitor his or her condition and, in addition, can provide information of value to the healthcare provider in determining both progress of the patient and detecting any need to change the patient's therapy program.

Advances in the field of electronics over the past several years have brought about significant changes in medical diagnostic and monitoring equipment, including arrangements for self-care monitoring of various chronic conditions. With respect to the control and monitoring of diabetes, relatively inexpensive and relatively easy-to-use blood glucose monitoring systems have become available that provide reliable information that allows a diabetic and his or her healthcare professional to establish, monitor and adjust a treatment plan (diet, exercise, and medication). More specifically, microprocessor-based blood glucose monitoring systems are being marketed which sense the glucose level of a blood sample that is applied to a reagent-impregnated region of a test strip that is inserted in the glucose monitor. When the monitoring sequence is complete, the blood glucose level is displayed by, for example, a liquid crystal display (LCD) unit.

Typically, currently available self-care blood glucose monitoring units include a calendar/clock circuit and a memory circuit that allows a number of blood glucose test results to be stored along with the date and time at which the monitoring occurred. The stored test results (blood glucose level and associated time and date) can be sequentially recalled for review by the blood glucose monitor user or a health professional by sequentially actuating a push button or other control provided on the monitor. In some commercially available devices, the average of the blood glucose results that are stored in the monitor (or the average of the results for a predetermined period of time, e.g., fourteen days) also is displayed during the recall sequence. Further, some self-care blood glucose monitors allow the user to tag

**2**

the test result with an "event code" that can be used to organize the test results into categories. For example, a user might use a specific event code to identify test results obtained at particular times of the day, a different event code to identify a blood glucose reading obtained after a period of exercise, two additional event codes to identify blood glucose readings taken during hypoglycemia symptoms and hyperglycemia symptoms, etc. When event codes are provided and used, the event code typically is displayed with each recalled blood glucose test result.

Microprocessor-based blood glucose monitoring systems have advantages other than the capability of obtaining reliable blood glucose test results and storing a number of the results for later recall and review. By using low power microprocessor and memory circuits and powering the units with small, high capacity batteries (e.g., a single alkaline battery), extremely compact and light designs have been achieved that allow taking the blood glucose monitoring system to work, school, or anywhere else the user might go with people encountered by the user not becoming aware of the monitoring system. In addition, most microprocessor-based self-care blood glucose monitoring systems have a memory capacity that allows the system to be programmed by the manufacturer so that the monitor displays a sequence of instructions during any necessary calibration or system tests and during the blood glucose test sequence itself. In addition, the system monitors various system conditions during a blood glucose test (e.g., whether a test strip is properly inserted in the monitor and whether a sufficient amount of blood has been applied to the reagent impregnated portion of the strip) and if an error is detected generates an appropriate display (e.g., "retest"). A data port may be provided that allows test results stored in the memory of the microprocessor-based blood glucose monitoring system to be transferred to a data port (e.g., RS-232 connection) of a personal computer or other such device for subsequent analysis.

Microprocessor-based blood glucose monitoring systems are a significant advance over previously available self-care systems such as those requiring a diabetic to apply a blood sample to reagent activated portions of a test strip; wipe the blood sample from the test strip after a predetermined period of time; and, after a second predetermined period of time, determine blood glucose level by comparing the color of the reagent activated regions of the test strip with a color chart supplied by the test strip manufacturer. Despite what has been achieved, numerous drawbacks and disadvantages still exist. For example, establishing and maintaining diabetic healthcare often requires the diabetic to record additional data pertaining to medication, food intake, and exercise. However, the event codes of currently available microprocessor based blood glucose monitoring systems provide only limited capability for tagging and tracking blood glucose test results according to food intake and other relevant factors. For example, the event codes of currently available monitoring systems only allow the user to classify stored blood glucose readings in a manner that indicates blood glucose tests taken immediately after a heavy, light or normal meal. This method of recording information not only requires subjective judgment by the system user, but will not suffice in a situation in which successfully controlling the user's diabetes requires the recording and tracking of relatively accurate information relating to food intake, exercise, or medication (e.g., insulin dosage). An otherwise significant advantage of currently available blood glucose monitoring systems is lost when blood glucose test results must be recorded and tracked with quantitative information relating

5,899,855

3

to medication, food intake, or exercise. Specifically, the system user must record the required information along with a time and date tagged blood glucose test result by, for example, writing the information in a log book.

The use of event codes to establish subcategories of blood glucose test results has an additional disadvantage or drawback. In particular, although alphanumeric display devices are typically used in currently available microprocessor-based blood glucose monitoring systems, the display units are limited to a single line of information having on the order of six characters. Moreover, since the systems include no provision for the user to enter alphanumeric information, any event codes that are used must be indicated on the display in a generic manner, e.g., displayed as "EVENT 1", "EVENT 2", etc. This limitation makes the system more difficult to use because the diabetic must either memorize his or her assignment of event codes or maintain a list that defines the event codes. The limited amount of data that can be displayed at any one time presents additional drawbacks and disadvantages. First, instructions and diagnostics that are displayed to the user when calibrating the system and using the system to obtain a blood glucose reading must be displayed a line at a time and in many cases, the information must be displayed in a cryptic manner.

The above-discussed display limitations and other aspects of currently available blood glucose monitoring systems is disadvantageous in yet another way. Little statistical information can be made available to the user. For example, in diabetic healthcare maintenance, changes or fluctuations that occur in blood glucose levels during a day, a week, or longer period can provide valuable information to a diabetic and/or his or her healthcare professional. As previously mentioned, currently available systems do not allow associating blood glucose test results with attendant quantitative information relating to medication, food intake, or other factors such as exercise that affect a person's blood glucose level at any particular point in time. Thus, currently available blood glucose monitoring systems have little or no capability for the generating and display of trend information that may be of significant value to a diabetic or the diabetic's healthcare professional.

Some currently available blood glucose monitoring systems provide a data port that can be interconnected with and transfer data to a personal computer (e.g., via an RS-232 connection). With such a system and a suitable programmed computer, the user can generate and display trend information or other data that may be useful in administering his or her treatment plan. Moreover, in such systems, data also can be transferred from the blood glucose monitoring system to a healthcare professional's computer either directly or remotely by telephone if both the blood glucose monitoring system (or computer) to which the data has been downloaded and the healthcare professional's computer are equipped with modems. Although such a data transfer provision allows a healthcare professional to analyze blood glucose data collected by a diabetic, this aspect of currently available blood glucose monitoring systems has not found widespread application. First, the downloading and subsequent analysis feature can only be used by system users that have ready access to a computer that is programmed with appropriate software and, in addition, have both the knowledge required to use the software (and the inclination to do so). This same problem exists with respect to data transfer to (and subsequent analysis by) a healthcare professional. Moreover, various manufacturers of systems that currently provide a data transfer feature do not use the same data format. Therefore, if a healthcare professional wishes to

4

analyze data supplied by a number of different blood glucose monitoring systems, he or she must possess software for each of the systems and must learn to conduct the desired analyses with each software system.

The above-discussed disadvantages and drawbacks of microprocessor-based self-care health monitoring systems take on even greater significance with respect to children afflicted with diabetes, asthma and other chronic illnesses. In particular, a child's need for medication and other therapy changes as the child grows. Current microprocessor-based self-care health monitoring systems generally do not provide information that is timely and complete enough for a healthcare professional to recognize and avert problems before relatively severe symptoms develop. Too often, a need for a change in medication and/or other changes in therapeutic regimen is not detected until the child's condition worsens to the point that emergency room care is required.

Further, currently available microprocessor-based health monitoring systems have not been designed with children in mind. As previously mentioned, such devices are not configured for sufficient ease of use in situations in which it is desirable or necessary to record and track quantitative information that affects the physical condition of the system user (e.g., medication dosage administered by a diabetic and food intake). Children above the age at which they are generally capable of obtaining blood samples and administering insulin or other medication generally can learn to use at least the basic blood glucose monitoring features of currently available microprocessor-based blood glucose monitoring systems. However, the currently available monitoring systems provide nothing in the way of motivation for a child to use the device and, in addition, include little or nothing that educates the child about his or her condition or treatment progress.

The lack of provision for the entering of alphanumeric data also can be a disadvantage. For example, currently available blood glucose monitoring systems do not allow the user or the healthcare professional to enter information into the system such as medication dosage and other instructions or data that is relevant to the user's self-care health program.

The above-discussed disadvantages and drawbacks of currently available microprocessor-based blood glucose monitoring systems also have been impediments to adopting the basic technology of the system for other healthcare situations in which establishing and maintaining an effective regimen for cure or control is dependent upon (or at least facilitated by) periodically monitoring a condition and recording that condition along with time and date tags and other information necessary or helpful in establishing and maintaining a healthcare program.

## SUMMARY OF THE INVENTION

This invention provides a new and useful system for healthcare maintenance in which the invention either serves as a peripheral device to (or incorporates) a small handheld microprocessor-based unit of the type that includes a display screen, buttons or keys that allow a user to control the operation of the device and a program cartridge or other arrangement that can be inserted in the device to adapt the device to a particular application or function. The invention in effect converts the handheld microprocessor device into a healthcare monitoring system that has significant advantages over systems such as the currently available blood glucose monitoring systems. To perform this conversion, the invention includes a microprocessor-based healthcare data management unit, a program cartridge and a monitoring unit.

5,899,855

5

When inserted in the handheld microprocessor unit, the program cartridge provides the software necessary (program instructions) to program the handheld microprocessor unit for operation with the microprocessor-based data management unit. Signal communication between the data management unit and the handheld microprocessor unit is established by an interface cable. A second interface cable can be used to establish signal communication between the data management unit and the monitoring unit or, alternatively, the monitoring unit can be constructed as a plug-in unit having an electrical connector that mates with a connector mounted within a region that is configured for receiving the monitoring unit.

In operation, the control buttons or keys of the handheld microprocessor-based unit are used to select the operating mode for both the data management unit and the handheld microprocessor-based unit. In response to signals generated by the control buttons or keys, the data management unit generates signals that are coupled to the handheld microprocessor unit and, under control of the program instructions contained in the program cartridge, establish an appropriate screen display on the handheld microprocessor-based unit display. In selecting system operating mode and other operations, the control buttons are used to position a cursor or other indicator in a manner that allows the system user to easily select a desired operating mode or function and provide any other required operator input. In the disclosed detailed embodiment of the invention several modes of operation are made available.

In the currently preferred embodiments of the invention, the handheld microprocessor unit is a compact video game system such as the system manufactured by Nintendo of America Inc. under the trademark "GAME BOY." Use of a compact video game system has several general advantages, including the widespread availability and low cost of such systems. Further, such systems include switch arrangements that are easily adapted for use in the invention and the display units of such systems are of a size and resolution that can advantageously be employed in the practice of the invention. In addition, such systems allow educational or motivational material to be displayed to the system user, with the material being included in the program cartridge that provides the monitor system software or, alternatively, in a separate program cartridge.

The use of a compact video game system for the handheld microprocessor-based unit of the invention is especially advantageous with respect to children. Specifically, the compact video game systems of the type that can be employed in the practice of the invention are well known and will accepted by children. Such devices are easily operated by a child and most children are well accustomed to using the devices in the context of playing video games. Motivational and educational material relating to the use of the invention can be presented in game-like or animated format to further enhance acceptance and use of the invention by children that require self-care health monitoring.

A microprocessor-based health monitoring system that is configured in accordance with the invention provides additional advantages for both the user and a healthcare professional. In accordance with one aspect of the invention, standardized reports are provided to a physician or other healthcare provider by means of facsimile transmission. To accomplish this, the data management unit of the currently preferred embodiments of the invention include a modem which allows test results and other data stored in system memory to be transmitted to a remote clearinghouse via a telephone connection. Data processing arrangements

6

included in the clearinghouse perform any required additional data processing; format the standardized reports; and, transmit the reports to the facsimile machine of the appropriate healthcare professional.

The clearinghouse also can fill an additional communication need, allowing information such as changes in medication dosage or other information such as modification in the user's monitoring schedule to be electronically sent to a system user. In arrangements that incorporate this particular aspect of the invention, information can be sent to the user via a telephone connection and the data management unit modem when a specific inquiry is initiated by the user, or when the user establishes a telephone connection with the clearinghouse for other purposes such as providing data for standardized reports.

The clearinghouse-facsimile aspect of the invention is important because it allows a healthcare professional to receive timely information about patient condition and progress without requiring a visit by the patient (system user) and without requiring analysis or processing of test data by the healthcare professional. In this regard, the healthcare professional need not possess or even know how to use a computer and/or the software conventionally employed for analysis of blood glucose and other health monitoring data and information.

The invention also includes provision for data analysis and memory storage of information provided by the user and/or the healthcare professional. In particular, the data management units of the currently preferred embodiments of the invention include a data port such as an RS-232 connection that allows the system user or healthcare professional to establish signal communication between the data management unit and a personal computer or other data processing arrangement. Blood glucose test data or other information can then be downloaded for analysis and record keeping purposes. Alternatively, information such as changes in the user's treatment and monitoring regimen can be entered into system memory. Moreover, if desired, remote communication between the data management unit and the healthcare professional's computer can be established using the clearinghouse as an element of the communications link. That is, in the currently preferred arrangements of the invention a healthcare professional has the option of using a personal computer that communicates with the clearinghouse via a modem and telephone line for purposes of transmitting instructions and information to a selected user of the system and/or obtaining user test data and information for subsequent analysis.

The invention can be embodied in forms other than those described above. For example, although small handheld microprocessor-based units such as a handheld video game system or handheld microprocessor-based units of the type often referred to as "palm-top" computers provide many advantages, there are situations in which other compact microprocessor-based units can advantageously be used. Among the various types of units that can be employed are using compact video game systems of the type that employ a program cartridge, but uses a television set or video monitor instead of a display unit that is integrated into the previously described handheld microprocessor-based units.

Those skilled in the art also will recognize that the above-described microprocessor-implemented functions and operations can be apportioned between one or more microprocessors in a manner that differs from the above-described arrangement. For example, in some situations, the programmable microprocessor-based unit and the program

5,899,855

7

cartridge used in practicing the invention may provide memory and signal processing capability that is sufficient for practicing the invention. In such situations, the microprocessor of the microprocessor-based data management unit of the above-described embodiments in effect is moved into the video game system, palm-top, computer or programmable microprocessor device. In such an arrangement, the data management unit can be realized as a relatively simple interface unit that includes little or no signal processing capability. Depending upon the situation at hand, the interface unit may or may not include a telephone modem and/or an RS-232 connection (or other data port) for interconnecting the healthcare system with a computer or other equipment. In other situations, the functions and operations associated with processing of the monitored health care data may be performed by a microprocessor that is added to or already present in the monitoring device that is used to monitor blood glucose or other condition.

Because the invention can be embodied to establish systems having different levels of complexity, the invention satisfies a wide range of self-care health monitoring applications. The arrangements that include a modem (or other signal transmission facility) and sufficient signal processing capability can be employed in situations in which reports are electronically transmitted to a healthcare professional either in hard copy (facsimile) form or in a signal format that can be received by and stored in the healthcare professional's computer. On the other hand, less complex (and, hence, less costly) embodiments of the invention are available for use in which transfer of system information need not be made by means of telephonic data transfer or other remote transmission methods. In these less complex embodiments, transfer of data to a healthcare professional can still be accomplished. Specifically, if the program cartridge includes a battery and suitable program instructions, monitored healthcare data can be stored in the program cartridge during use of the system as a healthcare monitor. The data cartridge can then be provided to the healthcare professional and inserted in a programmable microprocessor-based unit that is the same as or similar to that which was used in the healthcare monitoring system. The healthcare professional can then review the data, and record it for later use, and/or can use the data in performing various analyses. If desired, the microprocessor-based unit used by the healthcare professional can be programmed and arranged to allow information to be stored in the cartridge for return to and retrieval by the user of the healthcare monitoring system. The stored information can include messages (e.g., instructions for changes in medication dosage) and/or program instructions for reconfiguring the program included in the cartridge so as to effect changes in the treatment regimen, the analyses or reports to be generated by the healthcare monitoring system, or less important aspects such as graphical presentation presented during the operation of the healthcare system.

BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing aspects and many of the attendant advantages of this invention will become more readily appreciated as the same becomes better understood by reference to the following detailed description, when taken in conjunction with the accompanying drawings, wherein:

FIG. 1 is a block diagram that illustrates a healthcare monitoring system arranged in accordance with the invention;

FIG. 2 diagrammatically illustrates monitoring systems constructed in accordance with the invention connected in

8

signal communication with a remotely located computing facility which includes provision for making the data supplied by the monitoring system of the invention available to a designated healthcare professional and/or for providing data and instructions to the system user;

FIG. 3 is a block diagram diagrammatically depicting the structural arrangement of the system data management unit and its interconnection with other components of the system, shown in FIG. 1;

FIGS. 4–10 depict typical system screen displays of data and information that can be provided by the arrangements shown in FIGS. 1–3; and

FIG. 11 diagrammatically illustrates an alternative healthcare monitoring system that is arranged in accordance with the invention.

DETAILED DESCRIPTION

FIG. 1 depicts a self-care health monitoring system arranged in accordance with the invention. In the arrangement shown in FIG. 1, a data management unit 10 is electrically interconnected with a handheld microprocessor-based unit 12 via a cable 14. In the depicted arrangement, data management unit 10 also is electrically interconnected with a blood glucose monitor 16 of the type capable of sensing blood glucose level and producing an electrical signal representative thereof. Although FIG. 1 illustrates blood glucose monitor 16 as being connected to data management unit 10 by a cable 18, it may be preferable to construct blood glucose monitor 16 as a plug-in unit that is placed in a recess or other suitable opening or slot in data management unit 10. Regardless of the manner in which blood glucose monitor 16 is interconnected with data management unit 10, both that interconnection and cable 14 are configured for serial data communication between the interconnected devices.

Also shown in FIG. 1 are two additional monitoring devices 20 and 22, which are electrically connected for serial data communication with data management unit 10 via cables 24 and 26, respectively. Monitoring units 20 and 22 of FIG. 1 represent devices other than blood glucose monitor 16 that can be used to configure the invention for self-care health monitoring applications other than (or in addition to) diabetes care. For example, as is indicated in FIG. 1, the monitoring device 20 can be a peak-flow meter that provides a digital signal representative of the airflow that results when a person suffering from asthma or another chronic respiratory affliction expels a breath of air through the meter. As is indicated by monitor 22 of FIG. 1, various other devices can be provided for monitoring conditions such as blood pressure, pulse, and body temperature to thereby realize systems for self-care monitoring and control of conditions such as hypertension, certain heart conditions and various other afflictions and physical conditions. Upon understanding the hereinafter discussed aspects and features of the invention it will be recognized that the invention is easily implemented for these and other types of healthcare monitoring. In particular, monitors used in the practice of the invention can be arranged in a variety of ways as long as the data to be recorded or otherwise employed by handheld microprocessor unit 12 and/or data management unit 10 is provided in serial format in synchronization with clock signals provided by data management unit 10. As is the case with blood glucose monitor 16, the additional monitors can be configured as plug-in units that are directly received by data management unit 10, or can be connected to data management unit 10 with cables (as shown in FIG. 1).

5,899,855

9

As is shown in FIG. 1, handheld microprocessor unit **12** includes a display screen **28** and a plurality of switches or keys (**30, 32, 34, 36,** and **38** in FIG. 1), which are mounted on a housing **40**. Located in the interior of housing **40**, but not shown in FIG. 1, are a microprocessor, memory circuits, and circuitry that interfaces switches **30, 32, 34, 36** and **38** with the microprocessor. Stored in the memory of program handheld microprocessor unit **12** is a set of program instructions that establishes a data protocol that allows handheld microprocessor unit **12** to perform digital data signal processing and generate desired data or graphics for display on display unit **28** when a program cartridge **42** is inserted in a slot or other receptacle in housing **40**. That is, program cartridge **42** of FIG. 1 includes read-only memory (or other memory means such as battery-powered random access memory) which store program instructions and data that adapt handheld microprocessor **12** for operation in a blood glucose monitoring system. More specifically, when the instructions and data of program cartridge **42** are combined with program instructions and data included in the internal memory circuits of handheld microprocessor unit **12**, handheld microprocessor unit **12** is programmed for processing and displaying blood glucose information in the manner described below and additional monitors **22** to provide health monitoring for asthma and various other previously mentioned chronic conditions. In each case, the plurality of switches or keys (**30, 32, 34, 36,** and **38** in FIG. 1) are selectively operated to provide signals that result in pictorial and/or alphanumeric information being displayed by display unit **42**.

Various devices are known that meet the above-set forth description of handheld microprocessor unit **12**. For example, compact devices are available in which the plurality of keys allows alphanumeric entry and internal memory is provided for storing information such as names, addresses, phone numbers, and an appointment calendar. Small program cartridges or cards can be inserted in these devices to program the device for various purposes such as the playing of games, spreadsheet application, and foreign language translation sufficient for use in travel. More recently, less compact products that have more extensive computational capability and are generally called "palm top computers" have been introduced into the marketplace. These devices also can include provision for programming the device by means of an insertable program card or cartridge.

The currently preferred embodiments of the invention are configured and arranged to operate in conjunction with yet another type of handheld microprocessor unit. Specifically, in the currently preferred embodiments of the invention, program cartridge **42** is electrically and physically compatible with commercially available compact video game systems, such as the system manufactured by Nintendo of America Inc. under the trademark "GAME BOY." Configuring data management unit **10** and program cartridge **42** for operation with a handheld video game system has several advantages. For example, the display unit of such a device provides display resolution that allows the invention to display both multi-line alphanumeric information and graphical data. In this regard, the 160×144 pixel dot matrix-type liquid crystal display screen currently used in the above-referenced compact video game systems provides sufficient resolution for at least six lines of alphanumeric text, as well as allowing graphical representation of statistical data such as graphical representation of blood glucose test results for a day, a week, or longer.

Another advantage of realizing handheld microprocessor unit **12** in the form of a compact video game system is the

10

relatively simple, yet versatile arrangement of switches that is provided by such a device. For example, as is indicated in FIG. 1, a compact video game system includes a control pad **30** that allows an object displayed on display unit **42** to be moved in a selected direction (i.e., up-down or left-right). As also is indicated in FIG. 1, compact video game systems typically provide two pair of distinctly-shaped push button switches. In the arrangement shown in FIG. 1, a pair of spaced-apart circular push button switches (**36** and **38**) and a pair of elongate switches (**32** and **34**) are provided. The functions performed by the two pairs of switches is dependent upon the program instructions contained in each program cartridge **42**.

Yet another advantage of utilizing a compact video game system for handheld microprocessor-based unit **12** of FIG. 1 is the widespread popularity and low cost of such units. In this regard, manufacture and sale of a data management unit **10**, blood glucose monitor **16** and program cartridge **42** that operate in conjunction with a compact microprocessor-based video allows the self-care health monitoring system of FIG. 1 to be manufactured and sold at a lower cost than could be realized in an arrangement in which handheld unit **12** is designed and manufactured solely for use in the system of FIG. 1.

An even further advantage of using a compact video game system for handheld microprocessor **12** is that such video game systems include means for easily establishing the electrical interconnection provided by cable **14** in FIG. 1. In particular, such compact video game systems include a connector mounted to the game unit housing (**40** in FIG. 1) and a cable that can be connected between the connectors of two video game units to allow interactive operation of the two interconnected units (i.e., to allow contemporaneous game play by two players or competition between players as they individually play identical but separate games). In the preferred embodiments of the invention, the "two-player" cable supplied with the compact video game unit being used as handheld microprocessor unit **12** is used as cable **14** to establish serial data communication between the handheld microprocessor unit **12** (compact video game system) and data management unit **10**. In these preferred embodiments, the program instructions stored on the memory of data management unit **10** and program cartridge **42** respectively program data management unit **10** and the compact video game system (i.e., handheld microprocessor unit **12**) for interactive operation in which switches **30, 32, 34, 36** and **38** are used to control the operation of data management unit **10** (e.g., to select a particular operational mode such as performance of a blood glucose test or the display of statistical test data and, in addition, to control operation such as selection of an option during operation of the system in a particular operational mode). In each operational mode, data management unit **10** processes data in accordance with program instructions stored in the memory circuits of data management unit **10**. Depending upon the operational mode selected by the user, data is supplied to data management unit **10** by blood glucose monitor **16**, by additional monitors (**20** and **22** in FIG. 1) or any interconnected computers or data processing facility (such as the hereinafter described user's computer **48** and clearinghouse **54** of FIG. 1). During such operation, mode switches **30, 32, 34, 36** and **38** are selectively activated so that signals are selectively coupled to the video game system (handheld microprocessor unit **12**) and processed in accordance with program instructions stored in program cartridge **42**. The signal processing performed by handheld microprocessor unit **12** results in the display of alphanumeric, symbolic, or graphic information on the video

5,899,855

11

game display screen (i.e., display unit 28 in FIG. 1), which allow the user to control system operation and obtain desired test results and other information.

Although the above-discussed advantages apply to use of the invention by all age groups, employing a compact video game system in the practice of the invention is of special significance in monitoring a child's blood glucose or other health parameters. Children and young adults are familiar with compact video game systems. Thus, children will accept a health monitoring system incorporating a compact video game system more readily than a traditional system, even an embodiment of the invention that uses a different type of handheld microprocessor unit. Moreover, an embodiment of the invention that functions in conjunction with a compact video game system can be arranged to motivate children to monitor themselves more closely than they might otherwise by incorporating game-like features and/or animation in system instruction and test result displays. Similarly, the program instructions can be included in program cartridges 41, 42 and 43 (or additional cartridges) that allow children to select game-like displays that help educate the child about his or her condition and the need for monitoring.

With continued reference to FIG. 1, data management unit 10 of the currently preferred embodiments of the invention includes a data port 44 that allows communication between data management unit 10 and a personal computer 48 (or other programmable data processor). In the currently preferred embodiments of the invention, data port 44 is an RS-232 connection that allows serial data communication between data management unit 10 and personal computer 48. In the practice of the invention, personal computer 48 can be used to supplement data management unit 10 by, for example, performing more complex analyses of blood glucose and other data that has been supplied to and stored in the memory circuits of data management unit 10. With respect to embodiments of the invention configured for use by a child, personal computer 48 can be used by a parent or guardian to review and analyze the child's progress and to produce printed records for subsequent review by a healthcare professional. Alternatively, personal computer 48 can be used to supply data to data management unit 10 that is not conveniently supplied by using handheld microprocessor switches 30, 32, 34, 36 and 38 as an operator interface to the system shown in FIG. 1. For example, some embodiments of the invention may employ a substantial amount of alphanumeric information that must be entered by the system user. Although it is possible to enter such data by using switches 30, 32, 34, 36 and 38 in conjunction with menus and selection screens displayed on display screen 28 of FIG. 1, it may be more advantageous to use a device such as personal computer 48 for entry of such data. However, if personal computer 48 is used in this manner, some trade-off of system features may be required because data management unit 10 must be temporarily interconnected with personal computer 48 during these operations. That is, some loss of system mobility might result because a suitably programmed personal computer would be needed at each location at which data entry or analysis is to occur.

As is indicated in FIG. 1, data management unit 10 of the currently preferred embodiments of the invention also includes a modem that allows data communication between data management unit 10 and a remote computing facility identified in FIG. 1 as clearinghouse 54 via a conventional telephone line (indicated by reference numeral 50 in FIG. 1) and a modem 52 that interconnects clearinghouse 54 and telephone line 50. As shall be described in more detail,

12

clearinghouse computing facility 54 facilitates communication between a user of the system shown in FIG. 1 and his or her healthcare professional and can provide additional services such as updating system software. As is indicated by facsimile machine 55 of FIG. 1, a primary function of clearinghouse 54 is providing the healthcare professional with standardized reports 56, which indicate both the current condition and condition trends of the system user. Although a single facsimile machine 55 is shown in FIG. 1, it will be recognized that numerous healthcare professionals (and hence facsimile machine 55) can be connected in signal communication with a clearinghouse 54.

Regardless of whether a compact video game system, another type of commercially available handheld microprocessor-based unit, or a specially designed unit is used, the preferred embodiments of FIG. 1 provide a self-care blood glucose monitoring system in which program cartridge 42: (a) adapts handheld microprocessor unit 12 for displaying instructions for performing the blood glucose test sequence and associated calibration and test procedures; (b) adapts handheld microprocessor unit 12 for displaying (graphically or alphanumerically) statistical data such as blood glucose test results taken during a specific period of time (e.g., a day, week, etc.); (c) adapts handheld microprocessor unit 12 for supplying control signals and signals representative of food intake or other useful information to data management unit 10; (d) adapts handheld microprocessor unit 12 for simultaneous graphical display of blood glucose levels with information such as food intake; and, (e) adapts handheld microprocessor unit 12 for displaying information or instructions from a healthcare professional that are coupled to data management unit 10 from a clearinghouse 54. The manner in which the arrangement of FIG. 1 implements the above-mentioned functions and others can be better understood with reference to FIGS. 2 and 3.

Referring first to FIG. 2, clearinghouse 54 receives data from a plurality of self-care microprocessor-based healthcare systems of the type shown in FIG. 1, with the individual self-care health monitoring systems being indicated in FIG. 2 by reference numeral 58. Preferably, the data supplied to clearinghouse 54 by each individual self-care health monitoring system 58 consists of "raw data," i.e., test results and related data that was stored in memory circuits of data management unit 10, without further processing by data management unit 10. For example, with respect to the arrangement shown in FIG. 1, blood glucose test results and associated data such as food intake information, medication dosage and other such conditions are transmitted to clearinghouse 54 and stored with a digitally encoded signal that identifies both the source of the information (i.e., the system user or patient) and those having access to the stored information (i.e., the system user's doctor or other healthcare professional).

As shall be recognized upon understanding the manner in which it operates, clearinghouse 54 can be considered to be a central server for the various system users (58 in FIG. 2) and each healthcare professional 60. In that regard, clearinghouse 54 includes conventionally arranged and interconnected digital processing equipment (represented in FIG. 2 by digital signal processor 57) which receives digitally encoded information from a user 58 or healthcare professional 60; processes the information as required; stores the information (processed or unprocessed) in memory if necessary; and, transmits the information to an intended recipient (i.e., user 58 or healthcare professional 60).

In FIG. 2, rectangular outline 60 represents one of numerous remotely located healthcare professionals who can uti-

5,899,855

13

lize clearinghouse **54** and the arrangement described relative to FIG. **1** in monitoring and controlling patient healthcare programs. Shown within outline **60** is a computer **62** (e.g., personal computer), which is coupled to clearinghouse **54** by means of a modem (not shown in FIG. **2**) and a telephone line **64**. Also shown in FIG. **2** is the previously mentioned facsimile machine **55**, which is coupled to clearinghouse **54** by means of a second telephone line **68**. Using the interface unit of computer **62** (e.g., a keyboard or pointing device such as a mouse), the healthcare professional can establish data communication between computer **62** and clearinghouse **54** via telephone line **64**. Once data communication is established between computer **62** and clearinghouse **54**, patient information can be obtained from clearinghouse **54** in a manner similar to the manner in which subscribers to various database services access and obtain information. In particular, the healthcare professional can transmit an authorization code to clearinghouse **54** that identifies the healthcare professional as an authorized user of the clearinghouse and, in addition, can transmit a signal representing the patient for which healthcare information is being sought. As is the case with conventional database services and other arrangements, the identifying data is keyed into computer **62** by means of a conventional keyboard (not shown in FIG. **2**) in response to prompts that are generated at clearinghouse **54** for display by the display unit of computer **62** (not shown in FIG. **2**).

Depending upon the hardware and software arrangement of clearinghouse **54** and selections made by the healthcare professional via computer **62**, patient information can be provided to the healthcare professional in different ways. For example, computer **62** can be operated to access data in the form that it is stored in the memory circuits of clearinghouse **54** (i.e., raw data that has not been processed or altered by the computational or data processing arrangements of clearinghouse **54**). Such data can be processed, analyzed, printed and/or displayed by computer **62** using commercially available or custom software. On the other hand, various types of analyses may be performed by clearinghouse **54** with the results of the analyses being transmitted to the remotely located healthcare professional **60**. For example, clearinghouse **54** can process and analyze data in a manner identical to the processing and analysis provided by the self-care monitoring system of FIG. **1**. With respect to such processing and any other analysis and processing provided by clearinghouse **54**, results expressed in alphanumeric format can be sent to computer **62** via telephone line **64** and the modem associated with computer **62**, with conventional techniques being used for displaying and/or printing the alphanumeric material for subsequent reference.

The arrangement of FIG. **2** also allows the healthcare professional to send messages and/or instructions to each patient via computer **62**, telephone line **64**, and clearinghouse **54**. In particular, clearinghouse **54** can be programmed to generate a menu that is displayed by computer **62** and allows the healthcare professional to select a mode of operation in which information is to be sent to clearinghouse **54** for subsequent transmission to a user of the system described relative to FIG. **1**. This same menu (or related submenus) can be used by the healthcare professional to select one or more modes of operation of the above-described type in which either unmodified patient data or the results of data that has been analyzed by clearinghouse **54** is provided to the healthcare provider via computer **62** and/or facsimile machine **55**.

In the currently contemplated arrangements, operation of the arrangement of FIG. **2** to provide the user of the

14

invention with messages or instructions such as changes in medication or other aspects of the healthcare program is similar to the operation that allows the healthcare professional to access data sent by a patient, i.e., transmitted to clearinghouse **54** by a data management unit **10** of FIG. **1**. The process differs in that the healthcare professional enters the desired message or instruction via the keyboard or other interface unit of computer **62**. Once the data is entered and transmitted to clearinghouse **54**, it is stored for subsequent transmission to the user for whom the information or instruction is intended.

With respect to transmitting stored messages or instructions to a user of the invention, at least two techniques are available. The first technique is based upon the manner in which operational modes are selected in the practice of the invention. Specifically, in the currently preferred embodiments of the invention, program instructions that are stored in data management unit **10** and program cartridge **42** cause the system of FIG. **1** to generate menu screens which are displayed by display unit **28** of handheld microprocessor unit **12**. The menu screens allow the system user to select the basic mode in which the system of FIG. **1** is to operate and, in addition, allow the user to select operational subcategories within the selected mode of operation. Various techniques are known to those skilled in the art for displaying and selecting menu items. For example, in the practice of this invention, one or more main menus can be generated and displayed which allow the system user to select operational modes that may include: (a) a monitor mode (e.g., monitoring of blood glucose level); (b) a display mode (e.g., displaying previously obtained blood glucose test results or other relevant information); (c) an input mode (e.g., a mode for entering data such as providing information that relates to the healthcare regimen, medication dosage, food intake, etc.); and, (d) a communications mode (for establishing a communication link between data management unit **10** and personal computer **48** of FIG. **1**; or between data management unit **10** and a remote computing facility such as clearinghouse **54** of FIG. **2**).

In embodiments of the invention that employ a compact video game system for handheld microprocessor unit **12**, the selection of menu screens and the selection of menu screen items preferably is accomplished in substantially the same manner as menu screens and menu items are selected during the playing of a video game. For example, the program instructions stored in data management unit **10** and program cartridge **42** of the arrangement of FIG. **1** can be established so that a predetermined one of the compact video game switches (e.g., switch **32** in FIG. **1**) allows the system user to select a desired main menu in the event that multiple main menus are employed. When the desired main menu is displayed, operation by the user of control pad **30** allows a cursor or other indicator that is displayed on the menu to be positioned adjacent to or over the menu item to be selected. Activation of a switch (e.g., switch **36** of the depicted handheld microprocessor unit **12**) causes the handheld microprocessor unit **12** and/or data management unit **10** to initiate the selected operational mode or, if selection of operational submodes is required, causes handheld microprocessor unit **12** to display a submenu.

In view of the above-described manner in which menus and submenus are selected and displayed, it can be recognized that the arrangement of FIG. **1** can be configured and arranged to display a menu or submenu item that allows the user to obtain and display messages or instructions that have been provided by a healthcare professional and stored in clearinghouse **54**. For example, a submenu that is generated

5,899,855

15                                                    16

upon selection of the previously mentioned communications mode can include submenu items that allow the user to select various communication modes, including a mode in which serial data communication is established between data management unit **10** and clearinghouse **54** and data management unit **10** transmits a message status request to clearinghouse **54**. When this technique is used, the data processing system of clearinghouse **54** is programmed to search the clearinghouse memory to determine whether a message exists for the user making the request. Any messages stored in memory for that user are then transmitted to the user and processed for display on display unit **28** of handheld microprocessor unit **12**. If no messages exist, clearinghouse **54** transmits a signal that causes display unit **28** to indicate "no messages." In this arrangement, clearinghouse **54** preferably is programmed to store a signal indicating that a stored message has been transmitted to the intended recipient (user). Storing such a signal allows the healthcare professional to determine that messages sent to clearinghouse **54** for forwarding to a patient have been transmitted to that patient. In addition, the program instructions stored in data management unit **10** of FIG. 1 preferably allow the system user to designate whether received messages and instructions are to be stored in the memory of data management unit **10** for subsequent retrieval or review. In addition, in some instances it may be desirable to program clearinghouse **54** and data management unit **10** so that the healthcare professional can designate (i.e., flag) information such as changes in medication that will be prominently displayed to the user (e.g., accompanied by a blinking indicator) and stored in the memory of data management unit **10** regardless of whether the system user designates the information for storage.

A second technique that can be used for forwarding messages or instructions to a user does not require the system user to select a menu item requesting transmission by clearinghouse **54** of messages that have been stored for forwarding to that user. In particular, clearinghouse **54** can be programmed to operate in a manner that either automatically transmits stored messages for that user when the user operates the system of FIG. 1 to send information to the clearinghouse or programmed to operate in a manner that informs the user that messages are available and allows the user to access the messages when he or she chooses to do so.

Practicing the invention in an environment in which the healthcare professional uses a personal computer in some or all of the above-discussed ways can be very advantageous. On the other hand, the invention also provides healthcare professionals timely information about system users without the need for a computer (**62** in FIG. 2) or any equipment other than a conventional facsimile machine (**55** in FIGS. 1 and 2). Specifically, information provided to clearinghouse **54** by a system user **58** can be sent to a healthcare professional **60** via telephone line **68** and facsimile machine **55**, with the information being formatted as a standardized graphic or textual report (**56** in FIG. 1). Formatting a standardized report **56** (i.e., analyzing and processing data supplied by blood glucose monitor **16** or other system monitor or sensor) can be effected either by data management unit **10** or within the clearinghouse facility **54**. Moreover, various standardized reports can be provided (e.g., the textual and graphic displays discussed below relating to FIGS. 6–10). Preferably, the signal processing arrangement included in clearinghouse **54** allows each healthcare professional **60** to select which of several standardized reports will be routinely transmitted to the healthcare professionals' facsimile machine **55**, and, to do so on a patient-by-patient (user-by-user) basis.

FIG. 3 illustrates the manner in which data management unit **10** is arranged and interconnected with other system components for effecting the above-described operational aspects of the invention and additional aspects that are described relative to FIGS. 4–10. As is symbolically indicated in FIG. 3, handheld microprocessor unit **12** and blood glucose monitor **16** are connected to a dual universal asynchronous receiver transmitter **70** (e.g., by cables **14** and **18** of FIG. 1, respectively). As also is indicated in FIG. 3 when a system user connects a personal computer **48** (or other programmable digital signal processor) to data port **44**, signal communication is established between personal computer **48** and a second dual universal asynchronous receiver transmitter **72** of data management unit **10**. Additionally, dual universal asynchronous receiver transmitter **72** is coupled to modem **46** so that data communication can be established between data management unit **10** and a remote clearinghouse **54** of FIGS. 1 and 2.

Currently preferred embodiments of data management unit **10** include a plurality of signal sensors **74**, with an individual signal sensor being associated with each device that is (or may be) interconnected with data management unit **10**. As previously discussed and as is indicated in FIG. **3**, these devices include handheld microprocessor unit **12**, blood glucose monitor **16**, personal computer **48**, remote computing facility **54** and, in addition, peak-flow meter **20** or other additional monitoring devices **22**. Each signal sensor **74** that is included in data management unit **10** is electrically connected for receiving a signal that will be present when the device with which that particular signal sensor is associated is connected to data management unit **10** and, in addition, is energized (e.g., turned on). For example, in previously mentioned embodiments of the invention in which data port **44** is an RS-232 connection, the signal sensor **74** that is associated with personal computer **48** can be connected to an RS-232 terminal that is supplied power when a personal computer is connected to data port **44** and the personal computer is turned on. In a similar manner, the signal sensor **74** that is associated with clearinghouse **54** can be connected to modem **46** so that the signal sensor **74** receives an electrical signal when modem **46** is interconnected to a remote computing facility (e.g., clearinghouse **54** of FIG. 2) via a telephone line **50**.

In the arrangement of FIG. 3, each signal sensor **74** is a low power switch circuit (e.g., a metal-oxide semiconductor field-effect transistor circuit), which automatically energizes data management unit **10** whenever any one (or more) of the devices associated with signal sensors **74** is connected to data management unit **10** and is energized. Thus, as is indicated in FIG. 3 by signal path **76**, each signal sensor **74** is interconnected with power supply **78**, which supplies operating current to the circuitry of data management unit **10** and typically consists of one or more small batteries (e.g., three AAA alkaline cells).

The microprocessor and other conventional circuitry that enables data management unit **10** to process system signals in accordance with stored program instructions is indicated in FIG. 3 by central processing unit (CPU) **80**. As is indicated in FIG. 3 by interconnection **82** between CPU **80** and battery **78**, CPU **80** receives operating current from power supply **78**, with power being provided only when one or more of the signal sensors **74** are activated in the previously described manner. A clock/calendar circuit **84** is connected to CPU **80** (via signal path **86** in FIG. 3) to allow time and date tagging of blood glucose tests and other information. Although not specifically shown in FIG. 3, operating power is supplied to clock/calendar **84** at all times.

5,899,855

17

In operation, CPU **80** receives and sends signals via a data bus (indicated by signal path **88** in FIG. **3**) which interconnects CPU **80** with dual universal asynchronous receiver transmitters **70** and **72**. The data bus **88** also interconnects CPU **80** with memory circuits which, in the depicted embodiment, include a system read-only memory (ROM) **90**, a program random access memory (RAM) **92**, and an electronically erasable read-only memory (EEROM) **94**. System ROM **90** stores program instructions and any data required in order to program data management unit **10** so that data management unit **10** and a handheld microprocessor unit **12** that is programmed with a suitable program cartridge **72** provide the previously discussed system operation and, in addition, system operation of the type described relative to FIGS. **4–10**. During operation of the system, program RAM **92** provides memory space that allows CPU **80** to carry out various operations that are required for sequencing and controlling the operation of the system of FIG. **1**. In addition, RAM **92** can provide memory space that allows external programs (e.g., programs provided by clearinghouse **54**) to be stored and executed. EEROM **94** allows blood glucose test results and other data information to be stored and preserved until the information is no longer needed (i.e., until purposely erased by operating the system to provide an appropriate erase signal to EEROM **94**).

FIGS. **4–10** illustrate typical screen displays that are generated by the arrangement of the invention described relative to FIGS. **1–3**. Reference will first be made to FIGS. **4** and **5**, which exemplify screen displays that are associated with operation of the invention in the blood glucose monitoring mode. Specifically, in the currently preferred embodiments of the invention, blood glucose monitor **16** operates in conjunction with data management unit **10** and handheld microprocessor unit **12** to: (a) perform a test or calibration sequence in which tests are performed to confirm that the system is operating properly; and, (b) perform the blood glucose test sequence in which blood glucose meter **16** senses the user's blood glucose level. Suitable calibration procedures for blood glucose monitors are known in the art. For example, blood glucose monitors often are supplied with a "code strip," that is inserted in the monitor and results in a predetermined value being displayed and stored in memory at the conclusion of the code strip calibration procedure. When such a code strip calibration procedure is used in the practice of the invention, the procedure is selected from one of the system menus. For example, if the system main menu includes a "monitor" menu item, a submenu displaying system calibration options and an option for initiating the blood glucose test may be displayed when the monitor menu item is selected. When a code strip option is available and selected, a sequence of instructions is generated and displayed by display screen **28** of handheld microprocessor unit **12** to prompt the user to insert the code strip and perform all other required operations. At the conclusion of the code strip calibration sequence, display unit **28** of handheld microprocessor unit **12** displays a message indicating whether or not the calibration procedure has been successfully completed. For example, FIG. **4** illustrates a screen display that informs the system user that the calibration procedure was not successful and that the code strip should be inserted again (i.e., the calibration procedure is to be repeated). As is indicated in FIG. **4**, display screens that indicate a potential malfunction of the system include a prominent message such as the "Attention" notation included in the screen display of FIG. **4**.

As previously indicated, the blood glucose test sequence that is employed in the currently preferred embodiment of

18

the invention is of the type in which a test strip is inserted in a receptacle that is formed in the blood glucose monitor. A drop of the user's blood is then applied to the test strip and a blood glucose sensing sequence is initiated. When the blood glucose sensing sequence is complete, the user's blood glucose level is displayed.

In the practice of the invention, program instructions stored in data management unit **10** (e.g., system ROM **90** of FIG. **3**) and program instructions stored in program cartridge **42** of handheld microprocessor unit **12** cause the system to display step-by-step monitoring instructions to the system user and, in addition, preferably result in display of diagnostic messages if the test sequence does not proceed in a normal fashion. Although currently available self-contained microprocessor-based blood glucose monitors also display test instruction and diagnostic messages, the invention provides greater message capacity and allows multi-line instructions and diagnostic messages that are displayed in easily understood language rather than cryptic error codes and abbreviated phraseology that is displayed one line or less at a time. For example, as is shown in FIG. **5**, the complete results of a blood glucose test (date, time of day, and blood glucose level in milligrams per deciliter) can be concurrently displayed by display screen **28** of handheld microprocessor unit **12** along with an instruction to remove the test strip from blood glucose monitor **16**. As previously mentioned, when the blood glucose test is complete, the time and date tagged blood glucose test result is stored in the memory circuits of data management unit **10** (e.g., stored in EEPROM **94** of FIG. **3**).

The arrangement shown and described relative to FIGS. **1–3** also is advantageous in that data relating to food intake, concurrent medication dosage and other conditions easily can be entered into the system and stored with the time and date tagged blood glucose test result for later review and analysis by the user and/or his or her healthcare professional. Specifically, a menu generated by the system at the beginning or end of the blood glucose monitoring sequence can include items such as "hypoglycemic" and "hyperglycemic," which can be selected using the switches of handheld microprocessor unit **12** (e.g., operation of control pad **30** and switch **36** in FIG. **1**) to indicate the user was experiencing hypoglycemic or hyperglycemic symptoms at the time of monitoring blood glucose level. Food intake can be quantitatively entered in terms of "Bread Exchange" units or other suitable terms by, for example, selecting a food intake menu item and using a submenu display and the switches of handheld microprocessor **12** to select and enter the appropriate information. A similar menu item—submenu selection process also can be used to enter medication data such as the type of insulin used at the time of the glucose monitoring sequence and the dosage.

As was previously mentioned, program instructions stored in data management unit **10** and program instructions stored in program cartridge **42** of handheld microprocessor unit **12** enable the system to display statistical and trend information either in a graphic or alphanumeric format. As is the case relative to controlling other operational aspects of the system, menu screens are provided that allow the system user to select the information that is to be displayed. For example, in the previously discussed embodiments in which a system menu includes a "display" menu item, selection of the menu item results in the display of one or more submenus that list available display options. For example, in the currently preferred embodiments, the user can select graphic display of blood glucose test results over a specific period of time, such as one day, or a particular week. Such selection

5,899,855

19

results in displays of the type shown in FIGS. **6** and **7**, respectively. When blood glucose test results for a single day are displayed (FIG. **6**), the day of the week and date can be displayed along with a graphic representation of changes in blood glucose level between the times at which test results were obtained. In the display of FIG. **6**, small icons identify points on the graphic representation that correspond to the blood glucose test results (actual samples). Although not shown in FIG. **6**, coordinate values for blood glucose level and time of day can be displayed if desired. When the user chooses to display a weekly trend graph (FIG. **7**), the display generated by the system is similar to the display of a daily graph, having the time period displayed in conjunction with a graph that consists of lines interconnecting points that correspond to the blood glucose test results.

The screen display shown in FIG. **8** is representative of statistical data that can be determined by the system of FIG. **1** (using conventional computation techniques) and displayed in alphanumeric format. As previously mentioned, such statistical data and information in various other textual and graphic formats can be provided to a healthcare professional (**60** in FIG. **2**) in the form of a standardized report **56** (FIG. **1**) that is sent by clearinghouse **54** to facsimile machine **55**. In the exemplary screen display of FIG. **8**, statistical data for blood glucose levels over a period of time (e.g., one week) or, alternatively, for a specified number of monitoring tests is provided. In the exemplary display of FIG. **8**, the system (data management unit **10** or clearinghouse **54**) also calculates and displays (or prints) the average blood glucose level and the standard deviation. Displayed also is the number of blood glucose test results that were analyzed to obtain the average and the standard deviation; the number of test results under a predetermined level (50 milligrams per deciliter in FIG. **8**); and the number of blood glucose tests that were conducted while the user was experiencing hypoglycemic symptoms. As previously noted, in the preferred embodiments of the invention, a screen display that is generated during the blood glucose monitoring sequence allows the user to identify the blood sample being tested as one taken while experiencing hyperglycemic or hypoglycemic symptoms and, in addition, allows the user to specify other relevant information such as food intake and medication information.

The currently preferred embodiments of the invention also allow the user to select a display menu item that enables the user to sequentially address, in chronological order, the record of each blood glucose test. As is indicated in FIG. **9**, each record presented to the system user includes the date and time at which the test was conducted, the blood glucose level, and any other information that the user provided. For example, the screen display of FIG. **9** indicates that the user employed handheld microprocessor unit **12** as an interface to enter data indicating use of 12.5 units of regular insulin; 13.2 units of "NPH" insulin; food intake of one bread exchange unit; and pre-meal hypoglycemic symptoms.

Use of data management unit **10** in conjunction with handheld microprocessor unit **12** also allows display (or subsequent generation of a standardized report **56**) showing blood glucose test results along with food intake and/or medication information. For example, shown in FIG. **10** is a daily graph in which blood glucose level is displayed in the manner described relative to FIG. **6**. Related food intake and medication dosage is indicated directly below contemporaneous blood glucose levels by vertical bar graphs.

It will be recognized by those skilled in the art that the above-described screen displays and system operation can readily be attained with conventional programming tech-

20

niques of the type typically used in programming microprocessor arrangements. It also will be recognized by those skilled in the art that various other types of screen displays can be generated and, in addition, that numerous other changes can be made in the embodiments described herein without departing from the scope and the spirit of the invention.

It will also be recognized by those skilled in the art that the invention can be embodied in forms other than the embodiments described relative to FIGS. **1–10**. For example, the invention can employ compact video game systems that are configured differently than the previously discussed handheld video game systems and palm-top computers. More specifically, as is shown in FIG. **11**, a self-care health monitoring system arranged in accordance with the invention can employ a compact video game system of the type that includes one or more controllers **100** that are interconnected to a game console **102** via cable **104**. As is indicated in FIG. **11**, game console **102** is connected to a video monitor or television **106** by means of a cable **108**. Although differing in physical configuration, controller **100**, game console **102** and the television or video monitor **106** collectively function in the same manner as the handheld microprocessor **12** of FIG. **1**. In that regard, a program cartridge **42** is inserted into a receptacle contained in game console **102**, with program cartridge **42** including stored program instructions for controlling microprocessor circuitry that is located inside game console **102**. Controller **100** includes a control pad or other device functionally equivalent to control pad **30** of FIG. **1** and switches that functionally correspond to switches **32–38** of FIG. **1**.

Regardless of whether the invention is embodied with a handheld microprocessor unit (FIG. **1**) or an arrangement such as the compact video game system (FIG. **11**), in some cases it is both possible and advantageous to apportion the signal processing functions and operations differently than was described relative to FIGS. **1–10**. For example, in some situations, the microprocessor-based unit that is programmed by a card or cartridge (e.g., handheld unit **12** of FIG. **1** or compact video game console **102** of FIG. **11**) includes memory and signal processing capability that allows the microprocessor to perform all or most of the functions and operations attributed to data management unit **10** of the embodiments discussed relative to FIGS. **1–10**. That is, the digitally encoded signal supplied by blood glucose monitor **16** (or one of the other monitors **20** and **22** of FIG. **1**) can be directly coupled to the microprocessor included in game console **102** of FIG. **11** or handheld microprocessor **12** of FIG. **1**. In such an arrangement, the data management unit is a relatively simple signal interface (e.g., interface unit **110** of FIG. **11**), the primary purpose of which is carrying signals between the blood glucose monitor **16** (or other monitor) and the microprocessor of game console **102** (FIG. **11**) or handheld unit **12** (FIG. **1**). In some situations, the interface unit may consist primarily or entirely of a conventional cable arrangement such as a cable for interconnection between RS232 data ports or other conventional connection arrangements. On the other hand, as is shown in FIG. **11**, signal interface **110** can either internally include or be connected to a modem **52**, which receives and transmits signals via a telephone line **50** in the manner described relative to FIGS. **1** and **2**.

It also should be noted that all or a portion of the functions and operations attributed to data management unit **10** of FIG. **1** can be performed by microprocessor circuitry located in blood glucose monitor **16** (or other monitor that is used with the system). For example, a number of commercially

5,899,855

21                                                          22

available blood glucose monitors include a clock/calendar circuit of the type described relative to FIG. 3 and, in addition, include microprocessor circuitry for generating visual display signals and signals representative of both current and past values of monitored blood glucose level. Conventional programming and design techniques can be employed to adapt such commercially available units for the performance of the various functions and operations attributed in the above discussion of FIGS. 1–11 to data management unit 10 and/or the microprocessors of handheld unit 12 and compact video console 102. In arrangements in which the blood glucose monitor (or other system monitor) includes a microprocessor that is programmed to provide signal processing in the above-described manner, the invention can use a signal interface unit 110 of the above-described type. That is, depending upon the amount of signal processing effected by the monitoring unit (e.g., blood glucose monitor 16) and the amount of signal processing performed by the microprocessor of video game console 102 (or handheld unit 12), the signal interface required ranges from a conventional cable (e.g., interconnection of RS232 ports) to an arrangement in which signal interface 110 is arranged for signal communication with an internal or external modem (e.g., modem 52 of FIG. 11) or an arrangement in which signal interface 110 provides only a portion of the signal processing described relative to FIGS. 1–10.

The invention also is capable of transmitting information to a remote location (e.g., clearinghouse 54 and/or a remotely located healthcare professional) by means other than conventional telephone lines. For example, a modem (52 in FIGS. 1 and 11) that is configured for use with a cellular telephone system can be employed to transmit the signals provided by the healthcare monitoring system to a remote location via modulated RF transmission. Moreover, the invention can be employed with various digital networks such as recently developed interactive voice, video and data systems such as television systems in which a television and user interface apparatus is interactively coupled to a remote location via coaxial or fiberoptic cable and other transmission media (indicated in FIG. 11 by cable 112, which is connected to television or video monitor 106). In such an arrangement, compact video game controller 100 and the microprocessor of video game console 102 can be programmed to provide the user interface functions required for transmission and reception of signals via the interactive system. Alternatively, the signals provided by video game console 102 (or handheld unit 12 if FIG. 1) can be supplied to the user interface of the interactive system (not shown in FIG. 11) in a format that is compatible with the interactive system and allows the system user interface to be used to control signal transmission between the healthcare system and a remote facility such as clearinghouse 54, FIGS. 1 and 2.

The embodiments of the invention in which an exclusive property or privilege is claimed are defined as follows:

1. A health monitoring system comprising:
   a. one or more monitoring means for monitoring a condition indicative of a person's physical well-being and for producing digitally encoded health signals representative of said monitored condition;
   b. a video display for displaying information;
   c. a programmable microprocessor-based video game unit being connectable in signal communication with;
      1) said video display;
      2) a plurality of switches operable for interactively controlling said microprocessor-based video game unit and for manipulating said information displayed on said video display;

      3) circuit means coupled to said plurality of switches for generating video signals in response to said operation of said switches;
      4) a program storage device;
         A. said program storage device readable by said programmable micro-processor based unit; and
         B. said program storage device tangibly embodying therein a program of instructions executable by said programmable microprocessor-based video game unit to perform method steps for displaying information on said video display in an interactive manner in response to said video signals generated by said circuit means and based upon said digitally encoded health signals;
   d. a signal interface connectable in signal communication with said programmable microprocessor-based video game unit and said monitoring means for coupling said digitally encoded health signals supplied by said monitoring means to said programmable microprocessor-based video game unit; and
   e. sign processing means connectable in signal communication with said signal interface for performing signal processing functions in accordance with said program of instructions.

2. The health monitoring system of claim 1 wherein said monitoring means is a blood glucose monitor that produces digitally encoded health signals representative of a user's blood glucose level.

3. The health monitoring system of claim 1 wherein said signal interface is a microprocessor-based data management unit programmed for encoding said digitally encoded health signals into digital transmission signals based upon said digitally encoded health signals for transmission to a remotely located health care professional and wherein said health monitoring system further comprises means for supplying said digital transmission signals to a medium that provides transmission to a remote location.

4. The health monitoring system of claim 3 further comprising a clearinghouse facility for receiving said digital transmission signals supplied via said medium of transmission, said clearinghouse facility being remotely located from said microprocessor-based video game unit and including signal processing means for converting said digital transmission signals supplied via said medium of transmission into a report that relates to said condition sensed by said monitoring means.

5. The health monitoring system of claim 4 wherein said signal processing means of said clearinghouse facility includes means for transmitting a signal representative of said report to said remotely located healthcare professional.

6. The health monitoring system of claim 1 wherein said programmable microprocessor-based video game unit further includes a receptacle for temporary insertion of an external memory unit, said external memory unit tangibly embodying therein at least one program instruction executable by said programmable microprocessor-based video game unit to perform method steps for causing said programmable microprocessor-based video game unit to read from said program storage device at least a portion of said program of instructions.

7. The health monitoring system of claim 6 wherein at least one of said at least one program instruction of said external memory unit causes said programmable microprocessor-based video game unit to store said digitally encoded health signals representative of said monitored condition in said external memory unit or said program storage device for subsequent access by a health care professional.

5,899,855

23

**8**. The health monitoring system of claim **7** wherein said monitoring means is a blood glucose monitor that produces digitally encoded health signals representative of a user's blood glucose level.

**9**. The health monitoring system of claim **6** wherein said programmable microprocessor-based video game unit is responsive to program instructions stored in said external memory unit for supplying encoded transmission signals based upon said digitally encoded health signals representative of said monitored condition of physical well being, said encoded transmission signals being established to allow transmission to a remote location; and wherein said health monitoring system further comprise signal transmission means for supplying said encoded transmission signals representative of said monitored condition of physical well being to a medium that allows transmission of said encoded transmission signals to a desired remote location.

**10**. The health monitoring system of claim **9** wherein said monitoring means is a blood glucose monitor that produces digitally encoded health signals representative of a user's blood glucose level.

**11**. The health monitoring system of claim **9** wherein remote location is a clearinghouse facility for receiving said encoded transmission signals representative of said monitored condition of physical well being, said clearinghouse facility including signal processing means for converting said encoded transmission signals representative of said monitored condition of physical well being into a report that provides information relating to said monitored condition of physical well being.

**12**. The health monitoring system of claim **11** wherein said signal processing means of said clearinghouse facility further includes means for electronically transmitting said report to a remotely located health care professional.

**13**. The health monitoring system of claim **11** wherein said signals representative of said report is a tele-facsimile transmitted to a facsimile machine located at the health care professional.

**14**. The health monitoring system of claim **6** wherein said monitoring means is a blood glucose monitor that produces digitally encoded health signals representative of a user's blood glucose level.

**15**. The health monitoring system of claim **6** wherein at least one of said at least one program instruction in said external memory unit of said programmable microprocessor-based video game unit cause said circuit means of said programmable microprocessor-based video game unit to generate a video signal for display of one or more menus and further operation of one or more switches of said plurality of switches allows the user of said health monitoring system to control the operation of said programmable microprocessor-based video game unit by selecting an item included in at least one of said one or more menus, said operation controlled by said user with said one or more switches including the processing of said digitally encoded health signals representative of said monitored condition, and the generation of a video signal by said circuit means of said programmable microprocessor-based video game unit.

**16**. The health monitoring system of claim **15** wherein said one or more menus and further operation of said one or more switches allows the user of said self-care health monitoring system to cause the generation of a video signal by said circuit means for the display of graphic and alphanumeric information that is based upon said digitally encoded health signals representative of said monitored condition.

**17**. The health monitoring system of claim **6** wherein said video display is a television set.

24

**18**. The health monitoring system of claim **1** wherein said video display is a television set.

**19**. The health monitoring system of claim **1** wherein said program of instructions include instructions for generating graphical images on said video display.

**20**. The health monitoring system of claim **19** wherein said graphical images on said video display generate a three-dimensional visual effect.

**21**. The health monitoring system of claim **19** wherein one or more of said displayed graphical images move relative to other of said graphical images or relative to the visual display to create the appearance of motion.

**22**. The health monitoring system of claim **19** wherein said video display provides display resolution of at least 160×144 pixels allowing at least six lines of alphanumeric characters.

**23**. The health monitoring system of claim **1** wherein said video display provides display resolution that allows display of both multi-line alphanumeric information and graphical data.

**24**. The health monitoring of system of claim **1** wherein said video display provides graphical representation of statistical data.

**25**. The health monitoring system of claim **1** wherein said microprocessor-based video game unit includes a control pad that allows an object displayed on said video display to be moved in a selected direction.

**26**. The health monitoring system of claim **1** wherein one or more of said switches perform functions determined by said program of instructions.

**27**. The health monitoring system of claim **1** wherein said microprocessor-based video game unit also includes a connector mounted to said microprocessor-based video game unit and a cable that can be connected between the connectors of two or more microprocessor-based video game units to allow interactive operation of the two said interconnected microprocessor-based video game units so as to allow contemporaneous game play by two players or competition between players as they individually play identical but separate games.

**28**. The health monitoring system of claim **1** wherein one of said signal processing functions comprises converting said digitally encoded health signals into video signals for displaying information on said video display.

**29**. The health monitoring system of claim **1** further comprising memory means for storing current and past values of said digitally encoded health signals representative of said monitored condition and wherein one of said signal processing functions comprises generating signals representative of both said current and past values.

**30**. The health monitoring system of claim **1** wherein one of said signal processing functions comprises means for converting digital signals into a report that relates to said condition sensed by said monitoring means.

**31**. The health monitoring system of claim **1** further comprising means for supplying said digitally encoded health signals to a medium that provides transmission to a remote location and wherein one of said signal processing functions comprises processing said digitally encoded health signals for transmission to a remotely located health care professional.

**32**. The health monitoring system of claim **1** wherein said monitoring means includes a microprocessor for performing one or more of said signal processing functions.

**33**. The health monitoring system of claim **1** wherein said signal interface includes a microprocessor for performing one or more of said signal processing functions.

5,899,855

**34**. The health monitoring system of claim **1** wherein said micro-processor based unit performs one or more of said signal processing function.

**35**. The health monitoring system of claim **1** further comprising:

a transmission means for transmitting digital signals over a telecommunications network;

a communications interface connectable in signal communication with said programmable microprocessor-based video game unit and said transmission means, said communications interface for coupling said digital signals for transmission via said transmission means;

a clearinghouse facility for receiving said digital signals supplied via said transmission means, said clearinghouse facility being remotely located from said microprocessor-based video game unit.

**36**. The health monitoring system of claim **35** wherein said clearinghouse facility includes signal processing means for performing one or more of said signal processing functions.

**37**. The health monitoring system of claim **1** wherein said plurality of switches operable for interactively controlling said microprocessor-based unit and for manipulating said information displayed on said video display are further operable for determining which of said signal processing functions will be performed by said signal processing means.

**38**. The health monitoring system of claim **1** wherein said plurality of switches operable for interactively controlling said microprocessor-based unit and for manipulating said information displayed on said video display are further operable for determining said signal processing means from among a plurality of signal processing means for performing one or more of said signal processing functions.

**39**. The health monitoring system of claim **1** wherein one or more of said switch signals determine which one or more of said monitoring means will be selected to produce said digitally encoded health signals.

**40**. The health monitoring system of claim **1** wherein said program of instructions allow users of the system to select displays that help educate the user about his or her condition and the need for monitoring.

**41**. The health monitoring system of claim **1** wherein said program of instructions tangibly embodied in said program storage device is executable by said programmable microprocessor-based video game unit to perform the additional method steps for adapting said microprocessor-based video game unit for:

displaying instructions for performing a monitoring means test sequence and associated calibration and test procedures;

displaying statistical data graphically or alphanumerically;

supplying control signals and signals representative of food intake or other useful information;

simultaneous graphical display of information representative of said monitored condition with images representative of food intake or other useful information; and,

displaying information or instructions from a health care professional.

**42**. A self-care monitoring system comprising:

monitoring means for sensing a condition indicative of a person's physical well-being and for reducing digitally encoded health signals representative of said monitored condition;

a programmable microprocessor-based video game unit, said programmable microprocessor-based video game unit including a display screen and a plurality of switches operable by said person for generating switch signals, said microprocessor-based video game unit including a receptacle for temporarily receiving a program storage device readable by said programmable micro-processor based unit and tangibly embodying therein a program of instructions executable by said programmable microprocessor-based video game unit to perform method steps for controlling the operation of said programmable microprocessor-based video game unit to perform method steps for controlling the operation of said programmable microprocessor-based video game unit and for displaying information on said display screen in an interactive manner in response to said switch signals and based upon said digitally encoded health signals; and

a signal interface connectable in signal communication with said programmable microprocessor-based video game unit and said monitoring means, said signal interface for coupling said digitally encoded health signals that are supplied by said monitoring means and are representative of said sensed condition to said programmable microprocessor-based video game unit; said microprocessor-based video game unit being programmed for supplying a video signal for displaying information on said video game display screen that is based upon said signal supplied by said monitoring means.

**43**. The self-care health monitoring system of claim **42** wherein said microprocessor-based unit is further programmed for supplying signals encoded for transmission to a remotely located health care professional and said self-care health monitoring system further comprises means for supplying said encoded signals to a medium that provides transmission to a remote location.

**44**. The self-care health monitoring system of claim **43** further comprising a clearinghouse facility for receiving said encoded signals supplied via said medium of transmission, said clearinghouse facility being remotely located from said microprocessor-based unit and including signal processing means for converting said encoded signals supplied via said medium of transmission into a report that relates to said condition sensed by said monitoring means.

**45**. The self-care health monitoring system of claim **44** wherein said signal processing means of said clearinghouse facility includes means for transmitting a signal representative of said report to said remotely located healthcare professional.

**46**. The self-care health monitoring system of claim **42** wherein said monitoring means is a blood glucose monitor that produces digitally encoded health signals representative of a user's blood glucose level.

**47**. A health monitoring system comprising:

a. one or more monitoring means for monitoring a condition indicative of a person's physical well-being and for producing digitally encoded health signals representative of said monitored condition;

b. a programmable microprocessor-based interactive handheld unit including:

1) a video display for displaying information;

2) a plurality of switches operable for interactively controlling said microprocessor-based interactive handheld unit and for manipulating said information displayed on said video display; and

3) circuit means coupled to said plurality of switches for generating video signals in response to said operation of said switches;

5,899,855

27

c. a program storage device, the device

  A. readable by said programmable micro-processor based unit; and

  B. tangibly embodying therein a program of instructions executable by said programmable microprocessor-based interactive handheld unit, said program of instructions including instructions for displaying information on said video display in an interactive manner in response to said video signals generated by said circuit means and based upon said digitally encoded health signals;

d. a signal interface connectable in signal communication with said programmable microprocessor-based interactive handheld unit and said monitoring means for coupling said digitally encoded health signals supplied by said monitoring means to said programmable microprocessor-based interactive handheld unit; and

e. signal processing means connectable in signal communication with said signal interface for performing signal processing functions in accordance with said program of instructions.

**48**. The system of claim **47** wherein said microprocessor-based interactive handheld unit is a palm-top computer.

**49**. The system of claim **47** wherein said microprocessor-based interactive handheld unit is a personal digital assistant or PDA.

**50**. The health monitoring system of claim **47** wherein said program of instructions is executable by said programmable microprocessor-based interactive handheld unit and further includes instructions for performing monitoring means test sequence and associated calibration and test procedures;

displaying statistical data graphically or alphanumerically;

  supplying control signals and signals representative of food intake or other useful information;

  simultaneous graphical display of information representative of said monitored condition with images representative of food intake or other useful information; and

displaying information or instructions from a health care professional.

28

**51**. A self-care health monitoring system comprising:

monitoring means for sensing a condition indicative of a person's physical well-being and for producing digitally encoded health signals representative of said monitored condition; and

a programmable microprocessor-based interactive handheld unit including a display screen and a plurality of switches operable by said person for generating switch signals, said microprocessor-based interactive handheld unit including a receptacle for temporarily receiving a program storage device readable by said programmable micro-processor based unit and tangibly embodying therein a program of instructions executable by said programmable microprocessor-based interactive handheld unit to perform method steps for controlling the operation of said programmable microprocessor-based interactive handheld unit and for displaying information on said display screen in an interactive manner in response to said switch signals and based upon said digitally encoded health signals;

a signal interface connectable in signal communication with said programmable microprocessor-based interactive handled unit and said monitoring means, said signal interface for coupling said digitally encoded health signals that are supplied by said monitoring means and are representative of said sensed condition to said programmable microprocessor-based interactive handheld unit; said microprocessor-based interactive handheld unit being programmed for supplying a video signal for displaying information on said display screen that is based upon said signal supplied by said monitoring means.

**52**. The system of claim **51** wherein said microprocessor-based interactive handheld unit is a palm-top computer.

**53**. The system of claim **51** wherein said microprocessor-based interactive handheld unit is a personal digital assistant or PDA.

\* \* \* \* \*