# YOUNG CONAWAY STARGATT & TAYLOR, LLP

JOSY W. INGERSOLL
DIRECT DIAL: (302) 571-6672
DIRECT FAX: (302) 576-3301
jingersoll@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

June 27, 2006

**BY CM/ECF**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

> Re: Abbott Diabetes Care, Inc. v. DexCom, Inc.
> Civil Action No. 05-590 GMS

Dear Judge Sleet:

In anticipation of the discovery teleconference scheduled for Thursday June 29, at 2 p.m., the parties jointly submit the following items to be presented to the Court:

For Dexcom:

Narrowing the number of claims asserted by Abbott (approximately110 claims) in advance of the claim construction process.

For Abbott:

DexCom's providing answers to Abbott's interrogatories 5, 6, and 7 addressed to DexCom's contentions on claim construction, noninfringement and invalidity.

Respectfully submitted,

Josy W. Ingersoll (#1088)

JWI:cg

cc: Clerk of the Court (by hand delivery)
    Mary B. Graham, Esquire (by e-mail)
    James F. Hurst, Esquire (by e-mail)
    David C. Doyle, Esquire (by e-mail)
    Drew Woodmansee, Esquire (by e-mail)

DB02:5392785.1                                                                065034.1001