IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT DIABETES CARE, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-590-GMS |
| DEXCOM, INC., a Delaware corporation, | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Defendant hereby certifies

that copies of DexCom, Inc.'s List of Disputed Claim Terms were caused to be served on July 6,

2006 upon the following counsel of record in the manner indicated:

### BY FACSIMILE SERVICE AND U.S. MAIL

Mary B. Graham, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

James F. Hurst, Esquire
Bradley C. Graveline, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Additionally, the undersigned certifies that copies of this Notice of Service were caused

to be served on July 10, 2006 upon the following counsel of record in the manner indicated:

### BY ELECTRONIC FILING & HAND DELIVERY

Mary B. Graham, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

**BY ELECTRONIC MAIL**

James F. Hurst, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware  19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Defendant

Dated:  July 10, 2006