IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT DIABETES CARE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 05-590-GMS |
| DEXCOM, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

### NOTICE OF SERVICE

I certify that Plaintiff Abbott Diabetes Care, Inc.'s List of Disputed Claim Terms was served on July 6, 2006 upon the following as indicated:

**BY FIRST CLASS MAIL AND ELECTRONIC MAIL**

M. Andrew Woodmansee
MORRISON & FOERSTER LLP
12531 High Bluff Drive
Suite 100
San Diego, CA 92130-2332

Josy W. Ingersoll
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Plaintiff
Abbott Diabetes Care, Inc.*

OF COUNSEL:

James F. Hurst
Stephanie S. McCallum
Bradley C. Graveline
Eric L. Broxterman
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
312.558.5600

July 10, 2006
504936

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> John W. Shaw
> YOUNG CONAWAY STARGATT & TAYLOR LLP
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899-0391

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 10, 2006 upon the following individuals in the manner indicated:

| **BY E-MAIL** | **BY E-MAIL** |
|---|---|
| John W. Shaw | David C. Doyle |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | MORRISON & FOERSTER LLP |
| 1000 West Street, 17th Floor | 12531 High Bluff Drive |
| P.O. Box 391 | Suite 100 |
| Wilmington, DE  19899-0391 | San Diego, CA  92130-2332 |

*/s/ Mary B. Graham*

Mary B. Graham (#2256)