## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Abbott Diabetes Care, Inc., <br> *a Delaware corporation,* | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | C.A. No. 05-590 (GMS) |
| v. | ) <br> ) <br> ) | |
| DexCom, Inc., <br> *a Delaware corporation,* | ) <br> ) <br> ) | |
| Defendant. | ) | |

### DEXCOM, INC.'S MOTION TO STRIKE "AMENDED COMPLAINT" AND RENEWED MOTION TO DISMISS COMPLAINT

Defendant DexCom, Inc. ("DexCom") hereby respectfully moves, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the "Amended Complaint" (D.I. 55) and to renew its motion to dismiss the original complaint (D.I. 1) in the above action. DexCom alternatively moves to strike, the "Amended Complaint" (D.I. 55) for failure to seek leave of court under Rule 15(d). The grounds for this combined motion are set forth in DexCom's accompanying opening brief, and the opening and reply briefs in support of DexCom's Motion to Dismiss the original complaint. (D.I. 5, 6, 19.)

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_Melanie K. Sharp_ (signature)

Josy W. Ingersoll (No. 1088)
Melanie K. Sharp (No. 2501)
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

P.O. Box 391
Wilmington, DE  19899-0391
(302)571-6681
msharp@ycst.com

David C. Doyle (CA Bar No. 70690)
M. Andrew Woodmansee (CA Bar No. 201780)
Brian M. Kramer (CA Bar No. 212107)
12531 High Bluff Drive
Suite 100
San Diego, CA  92130
(858)720-5100

*Attorneys for Defendant DexCom, Inc.*

DATED: July 12, 2006

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Abbott Diabetes Care, Inc.,<br>*a Delaware corporation,* | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-590 (GMS) |
| v. | ) ) ) | |
| DexCom, Inc.,<br>*a Delaware corporation,* | ) ) ) | |
| Defendant. | ) | |

## ORDER

This _____ day of _____, 2006, defendant DexCom

("DexCom") having moved to dismiss the Complaint (D.I. 1) and Amended Complaint (D.I. 55)

in the above action pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil

Procedure, or alternatively to strike said Amended Complaint for failure to seek leave of court

under Rule 15(d), and the Court, after considering the positions of the parties, having concluded

that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that DexCom's motion is granted and that the Complaint and
Amended Complaint are dismissed.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Melanie K. Sharp, Esquire, hereby certify that on July 12, 2006, I caused to be electronically

filed a true and correct copy of the foregoing document, Dexcom, Inc.'s Motion to Strike

"Amended Complaint" and Renewed Motion To Dismiss Complaint, with the Clerk of the Court

using CM/ECF, which will send notification that such filing is available for viewing and

downloading to the following counsel of record:

> Mary B. Graham, Esquire
> Morris Nichols Arsht & Tunnell LLP
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that on July 12, 2006, I caused a copy of the foregoing document to be

served by hand delivery on the above-listed counsel of record and on the following non-

registered participants in the manner indicated:

> **BY E-MAIL**
> James F. Hurst, Esquire
> Bradley C. Graveline, Esquire
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, IL 60601

Melanie K. Sharp (No. 2501)

065034.1001