# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK

NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302)571-6681
DIRECT FAX: (302)576-3333
msharp@ycst.com

LISA A. ARMSTRONG
GREGORY J. BABCOCK
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
KARA HAMMOND COYLE
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL

KAREN LANTZ
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
KRISTEN R. SALVATORE (PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER (SC ONLY)
JOHN E. TRACEY
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

July 13, 2006

**VIA E-FILING**
The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

      Re:    Abbott Diabetes Care, Inc. v. DexCom, Inc.
            C.A. No. 05-590-GMS

Dear Judge Sleet:

      The parties jointly and respectfully request that the dates for the trial in this case be continued for four months, with the remaining dates extended correspondingly, subject to the Court's schedule and approval. The parties' request stems from the amended complaint filed by Abbott on June 27 asserting three new patents, in addition to the four patents originally in suit. The parties agree that in making this request, they are not in any way prejudicing or waiving their rights concerning any matters in dispute.

      Under the current schedule, the parties' opening claim construction briefs are due August 10, answering claim construction briefs are due August 31 and the Markman Hearing is set for October 24, 2006. Fact discovery ends November 3, 2006; trial is set for October 9, 2007. (A copy of the Scheduling Order (D.I. 31) signed March 10, 2006 is attached for the Court's convenience.) With the recent addition of new patents, Dexcom believes it is necessary, and Abbott believes it will be helpful, to have the additional time in the case, particularly for completion of the claim construction process in an orderly and efficient manner for the parties and, we submit, the Court. The additional time would provide Dexcom with sufficient time to study the new patents in advance of claim construction and, at the same time, the parties agree that it would be most efficient for claim construction for all patents in the case to proceed on one schedule. The additional four months would also provide time for the parties to take discovery related to the newly added patents.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Gregory M. Sleet
July 13, 2006
Page 2

      The parties therefore jointly request a telephonic scheduling conference at the Court's earliest convenience to discuss (1) extending the current scheduling order, (2) setting a new Markman hearing date, and (3) setting a new trial date consistent with the parties' agreement and the Court's schedule. The parties are comfortable that if the court grants a new Markman hearing date and trial date, we will promptly be in a position to submit to Your Honor a stipulation and amended scheduling order including interim dates separated by intervals similar to those in the existing scheduling order.

Respectfully,

Melanie K. Sharp

MKS:bele
Enclosure

cc:   Mary B. Graham, Esquire (by email)
      David C. Doyle, Esquire (by email)

65034.101

## Fanning, Shannon

**From:** ded_nefreply@ded.uscourts.gov
**Sent:** Wednesday, March 08, 2006 6:21 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:05-cv-00590-GMS Abbott Diabetes Care Inc. v. DexCom Inc. "Letter"

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Graham, Mary entered on 3/8/2006 at 6:20 PM EST and filed on 3/8/2006
**Case Name:**         Abbott Diabetes Care Inc. v. DexCom Inc.
**Case Number:**       1:05-cv-590
**Filer:**
**Document Number:** 31

**Docket Text:**
Letter to The Honorable Gregory M. Sleet from Mary B. Graham regarding enclosure of proposed scheduling order and chart of dates. (Attachments: # (1) Text of Proposed Order Scheduling Order# (2) Exhibit Chart of Dates)(Graham, Mary)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/8/2006] [FileNumber=180819-0]
[9bb5ac0e6e97f9d442db251b89662a70502fbe2873657de5fc3b97ca6822b33eb127f
81f917cea51aa941445291f1a24f82f97a2da4074899dac17ac76069397]]
**Document description:** Text of Proposed Order Scheduling Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/8/2006] [FileNumber=180819-1]
[279eacc3c738f0bc570f9610a07f070f5e39b55534a988a5280f077daa62ef747aa34
cc9768bbc8ec28c03fd0d95a6dbe08d799aa17486e92d7338808fa3d78e]]
**Document description:** Exhibit Chart of Dates
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/8/2006] [FileNumber=180819-2]
[9845c9133a31bbadb8d948907c34cde35f405f359ca2c1ae842fd9ae62aebc2956e90
df4b36b8e3d0e921ab18642b9d0edd1cd22c07d5e7ac6231321451529601]]

3/9/2006

**1:05-cv-590 Notice will be electronically mailed to:**

Morgan S. Adessa    madessa@mofo.com,

David C. Doyle    ddoyle@mofo.com,

Mary B. Graham    mbgefiling@mnat.com

James F. Hurst    jhurst@winston.com

Brian M. Kramer    bkramer@mofo.com,

Stephanie S. McCallum    smccallum@winston.com

John W. Shaw    jshaw@ycst.com, corporate@ycst.com; ptorterotot@ycst.com; corpcal@ycst.com

M. Andrew Woodmansee    mawoodmansee@mofo.com,

**1:05-cv-590 Notice will be delivered by other means to:**

3/9/2006

# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

MARY B. GRAHAM
(302) 351-9199
mgraham@mnat.com

March 8, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:    *Abbott Diabetes Care, Inc. v. DexCom, Inc.*
             C.A. No. 05-590 (GMS)

Dear Judge Sleet:

        Enclosed is a proposed form of scheduling order (Exhibit 1) that reflects the dates set at the scheduling conference, and the further dates agreed to by the parties. For the convenience of the Court and parties, attached also is a chart reflecting all dates (Exhibit 2).

                                     Respectfully,

                                     */s/ Mary B. Graham (#2256)*

                                     Mary B. Graham

MBG/dam
Enclosures
    cc:    Dr. Peter T. Dalleo, Clerk (via hand delivery and e-filing)
           John W. Shaw, Esquire (via hand delivery and e-filing)
           David C. Doyle, Esquire (via facsimile)
           James F. Hurst, Esquire
510266

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ABBOTT DIABETES CARE, INC., a )
Delaware corporation, )
                                                    )
                Plaintiff, )
                                                    )
        v. )      C. A. No. 05-590 (GMS)
                                                    )
DEXCOM, INC., a Delaware corporation, )
                                                     )
                Defendant. )
                                                      )

## **SCHEDULING ORDER [PATENT]**

This _____ day of _____ 2006, the Court having conducted a Rule 16 Scheduling Conference pursuant to Local Rule 16.2(b) on February 23, 2006, and the parties having determined after discussion that the matter cannot be resolved at this juncture by settlement, voluntary mediation or binding arbitration;

IT IS ORDERED that:

    1.    **Rule 26(a) Initial Disclosures.** Unless otherwise agreed to by the parties, they shall make their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) on or before March 14, 2006.

    2.    **Joinder of Other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before July 14, 2006.

    3.    **Reliance Upon Advice of Counsel.** Defendant shall inform plaintiff whether it intends to rely upon advice of counsel as a defense to willful infringement no later than two (2) weeks following the Court's ruling on claim construction. If defendant elects to rely on advice of counsel as a defense to willful infringement, defendant shall produce any such

opinions on which defendant intends to rely to plaintiff no later than two (2) weeks following the Court's ruling on claim construction.

4. **_Markman_ Claim Construction Hearing**. A _Markman_ claim construction hearing shall be held on October 24, 2006 at 10:00 a.m. The _Markman_ hearing is scheduled for one day (____ hours with each side having ____ hours). The parties shall exchange lists of disputed claim terms on or before June 26, 2006, and on July 10, 2006, the parties shall meet and confer regarding narrowing and reducing the number of claim construction issues. On or before July 17, 2006, the parties shall submit a Final Joint Claim Chart which shall include citations to intrinsic evidence. The parties shall exchange opening claim construction briefs on August 3, 2006, and the answering claim construction briefs on August 31, 2006.

5. **Discovery**. All fact discovery in this case shall be initiated so that it will be completed on or before November 3, 2006. Expert Discovery in this case shall be initiated so that it will be completed on or before February 8, 2007. (Opening expert reports on issues as to whether a party has the burden of proof are to be served by December 1, 2006 and rebuttal expert reports by January 10, 2007.) The following discovery limits shall apply: 15 fact depositions per side; 50 interrogatories (including subparts) per side; and 50 requests for admission per side.

   a. **Discovery and Scheduling Matters:** Should counsel find they are unable to resolve a discovery or scheduling matter, the party seeking the relief shall contact chambers at (302) 573-6470 to schedule a telephone conference. Not less than forty-eight hours prior to the teleconference, via electronic means (CM/ECF), a **joint, non-argumentative** letter agenda not to exceed two (2) pages outlining the issue(s) in dispute. A sample letter can be located on this Court's website at www.ded.uscourts.gov. Should the Court find further briefing necessary upon conclusion of the telephone conference, unless otherwise directed, the party

seeking relief shall file with the Court a **TWO PAGE LETTER**, exclusive of exhibits, describing the issues in contention. The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than **TWO PAGES**. The party seeking relief may then file a reply letter of no more than **TWO PAGES** within three (3) days from the date of service of the answering letter.

6. **Confidential Information and Papers Filed Under Seal**. Should counsel find it will be necessary to apply to the Court for a protective order specifying terms and conditions for the disclosure of confidential information, they should confer and attempt to reach an agreement on a proposed form of order and submit it to the Court within ten (10) days from the date of this order. When filing papers under seal, counsel should deliver to the Clerk an original and two copies of the papers.

**If after making a diligent effort the parties are unable to agree on the contents of the joint proposed protective order, then they shall follow the dispute resolution process outlined in paragraph 5(a).**

7. **Settlement Conference**. Pursuant to 28 U.S.C. § 636, this matter is referred to the United States Magistrate for the purpose of exploring the possibility of a settlement. If the parties agree that the possibility of settlement may be enhanced by such referral, the parties shall contact United States Magistrate Judge Thynge to schedule a settlement conference with counsel and the clients.

8. **Summary Judgment Motions**. Prior to filing any summary judgment motion, the parties must submit letter briefs seeking permission to file the motion. The opening letter brief shall be no longer than five (5) pages and shall be filed with the Court no later than February 15, 2007. Answering letter briefs shall be no longer than five (5) pages and filed with

the Court no later than March 1, 2007. Reply letter briefs shall be no longer than three (3) pages and filed with the Court on or before March 8, 2007. The Court shall hold a Status Conference to hear argument and to determine whether the filing of any motion will be permitted on March 16, 2007 at 10:00 a.m. **Unless the Court directs otherwise, no letter requests to file a motion for summary judgment may be filed at a time before the dates set forth in paragraph 8.**

9. **Case Dispositive Motions.** All case dispositive motions and an opening brief and affidavits, if any, in support of the motion shall be served and filed on or before the later of April 2, 2007 or two weeks following the Court's ruling on whether to permit summary judgment motions. Subsequent briefing will be presented pursuant to the Court's Local Rules, unless the parties agree to an alternative briefing schedule. Any such agreement shall be in writing and filed with the Court for the Court's approval. Any request for extensions of time as set forth in this Scheduling Order **must** be accompanied by an explanation or your request will be denied.

10. **Applications by Motion.** Except as provided in this Scheduling Order or for matters relating to scheduling, any application to the Court shall be by written motion filed, via electronic means (CM/ECF). Unless otherwise requested by the Court, counsel shall **not** deliver copies of papers or correspondence to Chambers. Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

11. **Oral Argument.** If the Court believes that oral argument is necessary, the Court will schedule a hearing Pursuant to District of Delaware Local Rule 7.1.4.

12. **Pretrial Conference.** On September 10, 2007, beginning at 10:00 a.m., the Court will hold a Pretrial Conference in Chambers with counsel. Unless otherwise ordered

by the Court, the parties should assume that filing the Joint Pretrial Order (a sample form of Pretrial Order can be located on this Court's website at www.ded.uscourts.gov) satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). Thirty (30) days before the Joint Proposed Pretrial Order is due, plaintiff's counsel shall forward to defendant's counsel a draft of the pretrial order containing the information plaintiff proposes to include in the draft. Defendant's counsel shall, in turn, provide to plaintiff's counsel any comments on the plaintiff's draft as well as the information defendant proposes to include in the proposed pretrial order. Motions *in limine*: No party shall file more than ten (10) motions *in limine*. Opening briefs on all motions *in limine* shall be filed by June 21, 2007. Answering briefs on all motions *in limine* shall be filed by July 10, 2007. Reply briefs on all motions *in limine* shall be filed by July 17, 2007. Opening and answering briefs shall not exceed five (5) pages and reply briefs shall not exceed three (3) pages. The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order on or before 5:00 p.m. on August 13, 2007.

13. **Trial**. This matter is scheduled for a ten (10) day jury trial beginning at 9:00 a.m. on October 9, 2007.

14. **Scheduling**. The parties shall contact Chambers at (302) 573-6470, only in situations where scheduling relief is sought, and only then when ALL participating counsel are on the line for purposes of selecting a new date.

_____
UNITED STATES DISTRICT JUDGE

509166

# EXHIBIT B

ABBOTT V. DEXCOM
C.A. No. 05-590 (GMS)

**DATES FOR SCHEDULING ORDER**

| EVENT | DATE |
|---|---|
| Rule 26(a) Disclosures | March 14, 2006 |
| Reliance Upon Advice of Counsel | Two weeks following Court's claim construction ruling |
| Joinder of Parties and Amendment of Pleadings | July 14, 2006 |
| Exchange Lists of Disputed Claim Terms | June 26, 2006 |
| Meet and Confer to Narrow Claim Terms | July 10, 2006 |
| Final Joint Claim Chart (with references to intrinsic evidence) | July 17, 2006 |
| Opening Claim Construction Briefs | August 3, 2006 |
| Answering Claim Construction Briefs | August 31, 2006 |
| *Markman* Claim Construction Hearing | October 24, 2006, 10:00 a.m. (one day) |
| Close of Fact Discovery | November 3, 2006 |
| Opening Expert Reports | December 1, 2006 |
| Rebuttal Expert Reports | January 10, 2007 |
| Close of Expert Discovery | February 8, 2007 |
| Summary Judgment Letter Briefs | February 15, 2007 |
| Answering Summary Judgment Letter Briefs | March 1, 2007 |
| Reply Summary Judgment Letter Briefs | March 8, 2007 |
| Hearing re: Permission to Move for Summary Judgment | March 16, 2007 10:00 a.m. |

| EVENT | DATE |
|---|---|
| Opening Summary Judgment Papers | April 2, 2007, or 2 weeks following the court's ruling on whether to permit summary judgment motions, whichever is later |
| Answering Summary Judgment Papers | Two weeks following opening briefs |
| Reply Summary Judgment Papers | One week following answering briefs |
| Opening In Limine Papers | June 21, 2007 |
| Answering In Limine Papers | July 10, 2007 |
| Reply In Limine Papers | July 17, 2007 |
| Joint Pre-Trial Order | August 13, 2007 |
| Pretrial Conference | September 10, 2007 (10:00 a.m.) |
| Trial Date (10 days) | October 9, 2007 |

509101