IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT DIABETES CARE, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-590-GMS |
| : | |
| DEXCOM, INC., : | |
| : | |
| Defendant. : | |

## ORDER

At Wilmington this **13th** day of **September, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, March 6, 2007 at 5:00 p.m. Eastern Time** with Magistrate Judge Thynge to discuss the status of the case and status of re-exam and their affect on mediation. **Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE