IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOT DIABETES CARE, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-590-GMS |
| | : |
| DEXCOM, INC., | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this **30th** day of **January, 2007**.

IT IS ORDERED that the teleconference scheduled for Tuesday, March 6, 2007 at 5:00 p.m. Eastern Time with Magistrate Judge Thynge to discuss the status of the case and status of re-exam and its on mediation is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE