IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT DIABETES CARE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-590 (GMS) |
| | ) | CONSOLIDATED |
| DEXCOM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL OF
## ABBOTT DIABETES CARE INC. AND DEXCOM, INC.

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Abbott Diabetes Care Inc. and Defendant DexCom, Inc. hereby stipulate as follows:

1. All claims and counterclaims in the above-captioned consolidated action relating to U.S. Patent No. 5,899,855 are hereby dismissed WITHOUT PREJUDICE.

2. All other claims and counterclaims in the above-captioned consolidated action are hereby dismissed WITH PREJUDICE.

3. Each party shall bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| | |
| */s/ Mary B. Graham* | */s/ John W. Shaw* |
| Mary B. Graham (#2256) | John W. Shaw (#3362) |
| Jeremy A. Tigan (#5239) | Karen E. Keller (#4489) |
| Thomas Curry (#5877) | 300 Delaware Avenue, Suite 1120 |
| 1201 N. Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 298-0700 |
| Wilmington, DE 19899-1347 | jshaw@shawkeller.com |
| (302) 658-9200 | kkeller@shawkeller.com |
| mgraham@mnat.com | *Attorneys for DexCom, Inc.* |
| jtigan@mnat.com | |
| tcurry@mnat.com | |
| *Attorneys for Abbott Diabetes Care Inc.* | |

July 7, 2014
8340445

- 2 -

SO ORDERED this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE