AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following  X  Patents or _____ Trademarks:

| DOCKET NO.<br>05-590 | DATE FILED<br>8/11/05 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Abbott Diabetes Care, Inc. | | DEFENDANT<br>Dexcom, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,175,752 B1 | 1/16/2001 | Therasense Inc. |
| 2 | 6,284,478 B1 | 9/4/2001 | E. Heller & Company |
| 3 | 6,329,161 B1 | 12/11/2001 | TheraSense Inc. |
| 4 | 6,565,509 B1 | 5/20/2003 | TheraSense Inc. |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | Amendment | Answer | Cross Bill | Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Dismissed - See Attached |

| CLERK    John A Cerino, Clerk<br>United States District Court<br>844 N. King Street, Unit 18<br>Wilmington, DE 19801 | (BY) DEPUTY CLERK<br>*[signature]* | DATE<br>7/11/14 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following   X Patents or   ☐ Trademarks:

| DOCKET NO.<br>06cv514 | DATE FILED<br>8/17/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Abbott Diabetes Care Inc. | | DEFENDANT<br>DexCom Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,899,855 | 5/4/99 | Health Hero Network, Inc. |
| 2 | 6,134,461 | 10/17/00 | E. Heller & Company |
| 3 | US 6,990,366 B2 | 1/24/06 | TheraSense Inc. |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Dismissed - See Attached

| CLERK John A Cerino, Clerk<br>United States District Court<br>844 N. King Street, Unit 18<br>Wilmington, DE 19801 | (BY) DEPUTY CLERK | DATE<br>7/11/14 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Delaware__ on the following

☐ Trademarks or   ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>12/31/2013 | U.S. DISTRICT COURT<br>Delaware | |
|---|---|---|---|
| PLAINTIFF<br><br>ABBOTT DIABETES CARE INC. | | DEFENDANT<br><br>DEXCOM, INC. | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  8,175,673 B2 | 5/8/2012 | Abbott Diabetes Care Inc. | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Dismissed - See Attached

| CLERK John A Cerino, Clerk<br>United States District Court<br>844 N. King Street, Unit 18<br>Wilmington, DE 19801 | (BY) DEPUTY CLERK | DATE<br>7/1/14 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT DIABETES CARE INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05-590 (GMS) |
| ) | CONSOLIDATED |
| DEXCOM, INC., ) | |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION OF DISMISSAL OF
### ABBOTT DIABETES CARE INC. AND DEXCOM, INC.

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Abbott Diabetes Care Inc. and Defendant DexCom, Inc. hereby stipulate as follows:

1. All claims and counterclaims in the above-captioned consolidated action relating to U.S. Patent No. 5,899,855 are hereby dismissed WITHOUT PREJUDICE.

2. All other claims and counterclaims in the above-captioned consolidated action are hereby dismissed WITH PREJUDICE.

3. Each party shall bear its own costs, expenses and attorneys' fees.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP        SHAW KELLER LLP

*/s/ Mary B. Graham*                         */s/ John W. Shaw*

Mary B. Graham (#2256)                       John W. Shaw (#3362)
Jeremy A. Tigan (#5239)                      Karen E. Keller (#4489)
Thomas Curry (#5877)                         300 Delaware Avenue, Suite 1120
1201 N. Market Street                        Wilmington, DE 19801
P.O. Box 1347                                (302) 298-0700
Wilmington, DE 19899-1347                    jshaw@shawkeller.com
(302) 658-9200                               kkeller@shawkeller.com
mgraham@mnat.com                             *Attorneys for DexCom, Inc.*
jtigan@mnat.com
tcurry@mnat.com
   *Attorneys for Abbott Diabetes Care Inc.*

July 7, 2014
8340445

SO ORDERED this \_\_\_6th\_\_\_ day of \_\_July\_\_, 2014.

_____
UNITED STATES DISTRICT JUDGE